1

79

1

               UNITED STATES DISTRICT COURT

2

          EASTERN DISTRICT OF PENNSYLVANIA

3

                      - FILED

4

UNITED STATES OF AMERICA   MAY - 8 2019  CRIMINAL DOCKET FOR CASE
                              :    NO. 2-18-CR-00100-PTB-1

5

        -VS-      KATE BARKMAN, Clerk
                  By  TG    Dep. Clerk

6

MICHAEL ROHANA              :    ORIGINAL

7

                 -   -   -

8

             PHILADELPHIA, PA.
              APRIL 1, 2019

9

       BEFORE HONORABLE JUDGE PETRESE B. TUCKER

10

              TRIAL - DAY 1

11

12

13

  APPEARANCES:

14

15

  FOR THE GOVERNMENT:  U.S. ATTORNEY'S OFFICE
                       BY: K.T. NEWTON, AUSA
                       615 CHESTNUT STREET, SUITE 1250

16

                       PHILADELPHIA, PA 19106

17

18

19

20

21

                      LYNN MCCLOSKEY, RPR
                OFFICIAL COURT REPORTER

22

                 1234 US COURTHOUSE
                 601 MARKET STREET

23

              PHILADELPHIA, PA 19106
                 (856) 649-4774

24

25



```
 1      APPEARANCES (CONT.)

 2      FOR THE DEFENDANT:    FEDERAL COMMUNITY DEFENDER
                              BY:  CATHERINE C. HENRY, ESQUIRE
 3                            AND
                              NANCY MACEOIN, ESQUIRE
 4                            OFFICE - EDPA
                              SUITE 540W
 5                            THE CURTIS CENTER
                              601 WALNUT STREET
 6                            PHILADELPHIA, PA 19106

 7      ALSO PRESENT:

 8      MICHAEL SCHWARTZ, ESQUIRE
        REPRESENTING THE FRANKLIN INSTITUTE
 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1          THE COURT:  OKAY.  YOU MAY BE SEATED.

2          WE HAVE ONE OUTSTANDING -- WELL, ONE

3  OUTSTANDING MOTION INVOLVING THE DEFENDERS ASSOCIATION.

4  IS IT NECESSARY TO RESOLVE THAT BEFORE WE BRING --

5          MS. MACEOIN:  JUST ONE MOMENT, YOUR

6  HONOR.

7          YOUR HONOR, PROVIDED -- AS LONG AS THE

8  GOVERNMENT IS NOT ARGUING THAT PARTICULAR DEFINITION IN

9  THEIR OPENING STATEMENT, WE CAN WAIT UNTIL THE REGULAR

10  JURY CHARGE IN THIS CASE.  WE DO SUBMIT THAT IT IS

11  OUTSIDE OF THE STRAIGHT-UP DEFINITION WITHIN THE

12  STATUTE, AND AS SUCH, WE NEED TO PROCEED WITH THE

13  DEFINITION OF THE STATUTE, WHICH IS WORTH BEING A

14  MONETARY VALUE OF EITHER $100,000 OR 500 -- OR $5,000.

15          THE COURT:  MS. NEWTON.

16          MS. NEWTON:  WELL, YOUR HONOR, I DO NOT

17  PLAN ON GIVING THE DEFINITION OF WORTH DURING MY OPENING

18  STATEMENT BUT I WILL ALSO SAY TO THE COURT THAT I DON'T

19  BELIEVE THAT SAYING WORTH OF $5,000 IS A DEFINITION OF

20  WORTH.

21          MS. MACEOIN:  YOUR HONOR, WHAT WE ARE

22  TALKING ABOUT IS THE PROPOSED DEFINITION IN THE JURY

23  INSTRUCTIONS, WHICH IS THE DEFINITION FROM BLACK'S LAW

24  DICTIONARY.

25          THE COURT:  IF THAT'S NOT GOING TO BE

1          ARGUED, THEN THAT CAN WAIT UNTIL WE DISCUSS THE POINTS

2          FOR CHARGE.

3                    MS. MACEOIN:  THANK YOU.

4                    THE COURT:  OKAY, WE CAN BRING THE JURY

5          IN.

6                    (JURY IN.)

7                    THE COURT:  OKAY, YOU MAY BE SEATED.

8                    MEMBERS OF THE JURY, NOW THAT YOU HAVE

9          BEEN SWORN, I WILL GIVE YOU SOME PRELIMINARY

10         INSTRUCTIONS TO GUIDE YOU IN YOUR PARTICIPATION IN THE

11         TRIAL.  AS JURORS IT WILL BE YOUR DUTY TO FIND FROM THE

12         EVIDENCE WHAT THE FACTS ARE.  YOU AND YOU ALONE WILL BE

13         THE JUDGE OF THE FACTS.  YOU WILL THEN HAVE TO APPLY

14         THOSE FACTS TO THE LAW THAT I WILL GIVE TO YOU.  YOU

15         MUST FOLLOW THE LAW WHETHER YOU AGREE WITH IT OR NOT.

16         NOTHING THAT I SAY OR DO DURING THE COURSE OF THIS TRIAL

17         IS INTENDED TO INDICATE OR SHOULD BE TAKEN BY YOU AS

18         INDICATING WHAT YOUR VERDICT SHOULD BE.  THE EVIDENCE

19         FROM WHICH YOU WILL FIND THE FACTS WILL CONSIST

20         OF -- CONSIST OF THE TESTIMONY OF THE WITNESSES,

21         DOCUMENTS AND OTHER THINGS RECEIVED INTO THE RECORD AS

22         EXHIBITS, AND ANY FACTS THAT THE LAWYERS AGREE TO OR

23         STIPULATE TO OR THAT THE COURT MAY INSTRUCT YOU TO FIND.

24                    CERTAIN THINGS ARE NOT EVIDENCE AND MUST

25         NOT BE CONSIDERED BY YOU AS EVIDENCE.  THEY INCLUDE:

1      STATEMENTS, ARGUMENTS AND QUESTIONS OF THE LAWYERS ARE

2      NOT EVIDENCE.  IT IS THE WITNESS'S ANSWERS THAT PROVIDE

3      THE EVIDENCE FOR YOU.  OBJECTIONS TO QUESTIONS ARE NOT

4      EVIDENCE.  LAWYERS HAVE AN OBLIGATION TO THEIR CLIENTS

5      TO MAKE OBJECTIONS WHEN THEY BELIEVE THAT THE EVIDENCE

6      BEING OFFERED IS IMPROPER UNDER THE RULES OF THE

7      EVIDENCE.  YOU SHOULD NOT BE INFLUENCED BY THE OBJECTION

8      OR BY MY RULING ON THE OBJECTION.  IF AN OBJECTION IS

9      SUSTAINED, THAT MEANS THAT THE WITNESS IS NOT TO ANSWER

10     AND YOU SHOULD IGNORE THE QUESTION.  IF IT IS OVERRULED,

11     THEN THE WITNESS IS PERMITTED TO ANSWER AND YOU MAY

12     TREAT THE ANSWER LIKE ANY OTHER EVIDENCE IN THE CASE.

13     SOMETIMES A WITNESS EITHER -- ANSWERS BEFORE THE

14     OBJECTION CAN BE MADE.  IF THAT HAPPENS, THEN IF THE

15     OBJECTION IS SUSTAINED, THAT MEANS THAT THE ANSWER IS

16     STRICKEN FROM THE RECORD AND IS STRICKEN FROM YOUR

17     CONSIDERATION IN THE CASE.  TESTIMONY THAT THE COURT HAS

18     EXCLUDED OR TOLD YOU TO DISREGARD IS NOT EVIDENCE AND

19     MAY NOT BE CONSIDERED.  ANYTHING YOU MAY HAVE SEEN OR

20     HEARD OUTSIDE THE COURTROOM IS NOT EVIDENCE AND MUST BE

21     DISREGARDED.  YOU ARE TO DECIDE THIS CASE SOLELY ON THE

22     EVIDENCE PRESENTED HERE IN THE COURTROOM.

23             NOW, THERE ARE TWO KINDS OF EVIDENCE,

24     DIRECT EVIDENCE AND CIRCUMSTANTIAL EVIDENCE.  DIRECT

25     EVIDENCE IS PROOF OF A FACT, SUCH AS TESTIMONY OF AN

1    EYEWITNESS.  CIRCUMSTANTIAL EVIDENCE IS PROOF OF FACTS

2    FROM WHICH YOU MAY INFER OR CONCLUDE THAT OTHER FACTS

3    EXIST.  I WILL GIVE YOU FURTHER INSTRUCTIONS ON THESE AS

4    WELL AS OTHER MATTERS AT THE END OF THE CASE.  BUT KEEP

5    IN MIND THAT YOU MAY CONSIDER BOTH KINDS OF EVIDENCE,

6    BOTH DIRECT AND CIRCUMSTANTIAL.

7              IT IS UP TO YOU AS JURORS TO DECIDE WHICH

8    WITNESSES TO BELIEVE, WHICH WITNESSES NOT TO BELIEVE,

9    AND HOW MUCH OF ANY WITNESS'S TESTIMONY TO ACCEPT OR

10   REJECT.  I WILL AGAIN GIVE YOU SOME GUIDELINES FOR

11   DETERMINING THE CREDIBILITY OF WITNESSES AT THE END OF

12   THIS CASE.

13             AS YOU KNOW, THIS IS A CRIMINAL CASE.

14   THERE ARE THREE BASIC RULES ABOUT A CRIMINAL CASE THAT

15   YOU MUST KEEP IN MIND.  FIRST, THE DEFENDANT IS PRESUMED

16   INNOCENT UNLESS AND UNTIL PROVEN GUILTY.  THE INDICTMENT

17   AGAINST THIS DEFENDANT BROUGHT BY THE GOVERNMENT IS ONLY

18   AN ACCUSATION, NOTHING MORE.  IT IS NOT PROOF OF GUILT

19   OR ANYTHING ELSE.  THE DEFENDANT THEREFORE STARTS OUT

20   WITH A CLEAN SLATE.

21             SECOND, THE BURDEN OF PROOF IS ON THE

22   GOVERNMENT UNTIL THE VERY END OF THE CASE.  THE

23   DEFENDANT HAS NO BURDEN TO PROVE HIS INNOCENCE OR TO

24   PRESENT ANY EVIDENCE OR TO TESTIFY.  SINCE THE DEFENDANT

25   HAS THE RIGHT TO REMAIN SILENT, THE LAW PROHIBITS YOU

1       FROM ARRIVING AT YOUR VERDICT BY CONSIDERING THE

2       DEFENDANT MAY NOT HAVE TESTIFIED.

3               THIRD, THE GOVERNMENT MUST PROVE THE

4       DEFENDANT'S GUILT BEYOND A REASONABLE DOUBT.  YOU WILL

5       GET FURTHER INSTRUCTIONS ON THIS POINT LATER, BUT BEAR

6       IN MIND THAT THIS IS A CRIMINAL CASE AND THE BURDEN OF

7       PROOF IS DIFFERENT THAN A CIVIL CASE.

8               NOW, A FEW WORDS ABOUT YOUR CONDUCT AS

9       JURORS.  FIRST, I WILL INSTRUCT YOU THAT DURING THE

10      TRIAL YOU ARE NOT TO DISCUSS THIS CASE WITH ANYONE, OR

11      TO PERMIT ANYONE TO DISCUSS IT WITH YOU.  UNTIL YOU

12      RETIRE TO THE JURY ROOM TO DELIBERATE AT THE END OF THIS

13      CASE, YOU SIMPLY ARE NOT TO TALK ABOUT THE CASE.  AS

14      JURORS, YOU MUST DECIDE THIS CASE SOLELY ON THE EVIDENCE

15      PRESENTED HERE WITHIN THE FOUR WALLS OF THIS COURTROOM.

16      THAT MEANS THAT DURING THE TRIAL, YOU MUST NOT CONDUCT

17      ANY INDEPENDENT RESEARCH ABOUT THIS CASE, THE MATTERS IN

18      THIS CASE, OR THE INDIVIDUALS INVOLVED IN THIS CASE.  IN

19      OTHER WORDS, YOU SHOULD NOT CONSULT DICTIONARIES OR

20      REFERENCE MATERIALS, SEARCH THE INTERNET, WEBSITES,

21      BLOGS OR USE ANY ELECTRONIC TOOLS TO OBTAIN INFORMATION

22      ABOUT THIS CASE OR TO HELP YOU DECIDE THE CASE.  PLEASE

23      DO NOT TRY TO FIND OUT INFORMATION FROM ANY SOURCE

24      OUTSIDE THE CONFINES OF THIS COURTROOM.

25              UNTIL YOU RETIRE TO DELIBERATE, YOU MAY

1    NOT DISCUSS THIS CASE WITH ANYONE, INCLUDING YOUR FELLOW

2    JURORS.  AFTER YOU RETIRE TO DELIBERATE, YOU MAY BEGIN

3    DISCUSSING THIS CASE WITH YOUR FELLOW JURORS BUT YOU

4    CANNOT DISCUSS THE CASE WITH ANYONE ELSE UNTIL YOU HAVE

5    RETURNED A VERDICT AND THE CASE IS AT AN END.

6              I HOPE THAT FOR ALL OF YOU, THIS CASE IS

7    INTERESTING AND NOTEWORTHY.  I KNOW THAT MANY OF YOU USE

8    CELL PHONES, BLACKBERRIES, THE INTERNET AND OTHER TOOLS

9    OF TECHNOLOGY.  YOU ALSO MUST NOT TALK TO ANYONE ABOUT

10   THIS CASE OR USE THESE TOOLS TO COMMUNICATE

11   ELECTRONICALLY WITH ANYONE ABOUT THE CASE.  THIS

12   INCLUDES YOUR FAMILY AND YOUR FRIENDS.  YOU MAY NOT

13   COMMUNICATE WITH ANYONE ABOUT THE CASE ON YOUR

14   CELLPHONE, THROUGH E-MAIL, BLACKBERRY, IPHONE, TEXT

15   MESSAGING OR TWITTER, THROUGH ANY BLOG OR WEBSITE,

16   THROUGH ANY INTERNET CHATROOM OR BY WAY OF ANY OTHER

17   SOCIAL NETWORKING WEBSITES, INCLUDING FACEBOOK, MYSPACE,

18   LINKEDIN AND YOUTUBE.

19             DO NOT READ OR LISTEN TO ANYTHING

20   TOUCHING ON THIS CASE IN ANY WAY.  IF ANYONE SHOULD TRY

21   TO TALK TO YOU ABOUT IT, BRING IT TO THE COURT'S

22   ATTENTION PROMPTLY.  DO NOT FORM ANY OPINION UNTIL ALL

23   THE EVIDENCE IS IN.  YOU MUST KEEP AN OPEN MIND UNTIL

24   YOU START YOUR DELIBERATIONS AT THE END OF THIS CASE.

25             NOW THE TRIAL WILL BEGIN.  THERE IS A

1       PARTICULAR ORDER IN WHICH THE PROCEEDING WILL GO.   FIRST

2       YOU WILL HEAR FROM THE GOVERNMENT.   THE GOVERNMENT WILL

3       MAKE AN OPENING STATEMENT.   AN OPENING STATEMENT IS NOT

4       EVIDENCE, IT IS MERELY AN OUTLINE TO HELP YOU UNDERSTAND

5       THE EVIDENCE AS IT COMES IN.

6               NEXT, THE DEFENSE ATTORNEY MAY, BUT DOES

7       NOT HAVE TO, MAKE AN OPENING STATEMENT AT THIS TIME.

8       AGAIN, OPENING STATEMENTS ARE NOT EVIDENCE OR ARGUMENTS.

9       ONCE THE OPENING STATEMENTS HAVE BEEN PRESENTED, THE

10      GOVERNMENT WILL PRESENT WITNESSES AND COUNSEL FOR THE

11      DEFENSE MAY CROSS-EXAMINE THEM.

12              FOLLOWING THE GOVERNMENT'S CASE, THE

13      DEFENDANT MAY, IF HE WISHES, PRESENT WITNESSES WHOM THE

14      GOVERNMENT MAY CROSS-EXAMINE.   AFTER ALL THE EVIDENCE IS

15      IN, THE ATTORNEYS WILL PRESENT THEIR CLOSING ARGUMENTS

16      TO YOU TO SUMMARIZE AND INTERPRET THE EVIDENCE FOR YOU.

17      THEREAFTER, THE COURT WILL INSTRUCT YOU ON THE LAW AND

18      THEN YOU WILL DELIBERATE ON YOUR VERDICT.

19              ONE THING THAT I WILL TELL YOU IN CASE

20      YOU WONDER, WE MAY -- IT MAY BE NECESSARY FOR THE

21      ATTORNEYS AND ME TO GO TO SIDEBAR.   WE DO THIS NOT

22      BECAUSE WE ARE TRYING TO HIDE ANYTHING FROM YOU, BUT

23      OFTEN THERE ARE ISSUES OF EVIDENCE AND I WANT TO PERMIT

24      THE ATTORNEYS TO ARGUE THEIR RESPECTIVE SIDES BEFORE THE

25      COURT MAKES A DETERMINATION AS TO WHETHER OR NOT THE

1    EVIDENCE IS GOING TO BE ADMITTED.  SO JUST KEEP IN MIND

2    THAT WE ARE NOT TRYING TO HIDE ANYTHING FROM YOU.

3                    AND LASTLY, AS YOU WILL SEE, YOU

4    WILL -- WHEN YOU ENTER THIS BUILDING AND YOU COME TO THE

5    COURTROOM, YOU DO SO IN THE PRESENCE PERHAPS OF THE

6    ATTORNEYS AND THE PARTIES INVOLVED IN THIS CASE.  THEY

7    WILL BE INSTRUCTED NOT TO HAVE ANY CONVERSATION WITH

8    YOU, AND THE REASON FOR THAT IS OBVIOUS.  THEY

9    ARE -- AGAIN, THEY ARE NOT TRYING TO BE UNFRIENDLY, THEY

10   ARE JUST BEING -- HAVE BEEN INSTRUCTED BY THE COURT THAT

11   THEY SHOULD NOT HAVE ANY CONVERSATIONS WITH YOU.

12                    NOW WE WILL GET STARTED.  TODAY IS A

13   LITTLE UNUSUAL SCHEDULE-WISE.  I WILL ASK THAT YOU BE

14   HERE AT 9:30 EVERY DAY.  WE WILL TAKE A LUNCHEON RECESS

15   12:30, 1:00 O'CLOCK.  WE WILL TAKE A BREAK IN THE

16   MORNING AND A BREAK IN THE AFTERNOON AND WE WILL GO

17   UNTIL 4:30 OR 5:00 O'CLOCK.  IF ANYONE HAS TO LEAVE IN

18   ORDER TO MAKE CONNECTIONS FOR A TRAIN OR A BUS THAT GOES

19   OUTSIDE OF PHILADELPHIA, LET MY COURT OFFICER KNOW AND

20   THEY WILL COMMUNICATE THAT TO ME.  IF YOU NEED TO HAVE A

21   BREAK AT ANY TIME OTHER THAN WHAT I MENTIONED, RAISE

22   YOUR HAND AND WE WILL TRY TO BREAK AS SOON AS POSSIBLE.

23   WITH THAT, WE WILL GET STARTED.

24                    I WILL HEAR FROM THE GOVERNMENT.

25                    MS. NEWTON:  THANK YOU, YOUR HONOR.

1          STEALING.   STEALING FROM A MUSEUM.

2    STEALING A PIECE OF A 2,000-YEAR-OLD STATUE FROM THE

3    FRANKLIN INSTITUTE.   THAT'S WHAT THIS CASE IS ABOUT.

4          MEMBERS OF THE JURY, AS YOU HEARD

5    EARLIER, I AM ASSISTANT UNITED STATES ATTORNEY

6    K.T. NEWTON; AND TOGETHER WITH FBI SPECIAL AGENT SARAH

7    CARDONE AND JAKE ARCHER, WE REPRESENT THE UNITED STATES

8    OF AMERICA IN THIS CASE IN THE PROSECUTION OF MICHAEL

9    ROHANA FOR BREAKING AND STEALING THE THUMB OF A FIGURE

10   KNOWN AS THE CAVALRYMAN, A 2,000-YEAR-OLD TERRACOTTA OR

11   POTTERY OR CLAY SOLDIER THAT WAS ON LOAN FROM CHINA TO

12   THE FRANKLIN INSTITUTE IN DECEMBER OF 2017.

13          WE ARE CHARGING MICHAEL ROHANA WITH TWO

14   CRIMES.   THE FIRST OF THOSE CRIMES IS THAT HE STOLE AN

15   OBJECT OF CULTURAL HERITAGE, THIS THUMB FROM THE

16   CAVALRYMAN, FROM THE FRANKLIN INSTITUTE ON

17   DECEMBER 21ST, 2017.   AND THE SECOND CRIME WE ARE

18   CHARGING HIM WITH IS THAT AFTER HE STOLE IT, FROM

19   DECEMBER 21, 2017 UNTIL JANUARY 13, 2018, HE CONCEALED

20   THAT STOLEN PROPERTY.

21          NOW, YOU ARE GOING TO HEAR IN THIS CASE

22   EVIDENCE OF HOW MICHAEL ROHANA STOLE THAT CAVALRYMAN

23   THUMB.   YOU ARE GOING TO SEE VIDEO SURVEILLANCE FROM THE

24   FRANKLIN INSTITUTE.   YOU ARE GOING TO HEAR TESTIMONY

25   FROM THE PEOPLE WHO WERE WITH MICHAEL ROHANA ON

1   DECEMBER 21ST.  YOU ARE ALSO GOING TO HEAR FROM THE FBI

2   AGENTS WHO RECOVERED THE CAVALRYMAN'S THUMB FROM

3   MR. ROHANA ON JANUARY 13, 2018 AT HIS HOME IN BEAR,

4   DELAWARE; AND YOU ARE GO TO SEE EVIDENCE FROM

5   MR. ROHANA'S CELL PHONE OF THINGS THAT HE, HIMSELF,

6   TYPED OUT DURING THIS TIME PERIOD.

7                    WELL, WHAT IS THAT EVIDENCE GOING TO

8   SHOW?  ON DECEMBER 21ST, 2017, MICHAEL ROHANA WENT TO A

9   SCIENCE AFTER-HOURS EVENT AT THE FRANKLIN INSTITUTE.

10  THESE ARE ADULT-ONLY EVENTS IN WHICH ACTIVITIES ARE

11  CREATED BY THE FRANKLIN INSTITUTE; BEER AND WINE AND A

12  MIXED DRINK IS SERVED; AND PEOPLE CAN COME AND SEE THE

13  DIFFERENT EXHIBITS THAT ARE THERE IN THE MAIN PART OF

14  THE MUSEUM, GO TO THE EXHIBITS THAT SOME OF YOU MAY HAVE

15  BEEN TO BEFORE, SUCH AS THE HEART OR THE BRAIN.

16                    BUT THE SPECIAL EXHIBITS AT THE FRANKLIN

17  INSTITUTE ARE NOT OPENED DURING THESE AFTER-HOURS

18  EVENTS, AND THAT NIGHT THE SPECIAL EXHIBIT, THE

19  TERRACOTTA WARRIORS OF THE FIRST EMPEROR, WAS NOT OPEN.

20                    THIS PARTICULAR SPECIAL EVENT WAS

21  DECEMBER 21ST, SO RIGHT BEFORE CHRISTMAS, AND IT WAS

22  CALLED AN UGLY SWEATER PARTY.

23                    MICHAEL ROHANA AND HIS FRIENDS LEFT

24  DELAWARE, DRIVING TO -- UP TO PHILADELPHIA TOGETHER AND

25  THEY WERE ENJOYING THEMSELVES, HAVING SOME DRINKS IN THE

1   CAR WHEN THEY CAME UP.  THEY GET TO THE FRANKLIN

2   INSTITUTE ABOUT 7:30, ABOUT WHEN THE PARTY -- THE PARTY,

3   THE EVENT STARTS.  AND THE GROUP DOES NOT STAY TOGETHER

4   ALL NIGHT.

5            MICHAEL ROHANA, ALONG WITH TWO OF HIS

6   FRIENDS, GO TO DIFFERENT ACTIVITIES AT THE SCIENCE

7   AFTER-HOURS EVENT.  THEY GO TO THE PLANETARIUM AND THEY

8   HEAR MUSIC.  THEY GO TO ANOTHER LOCATION WHERE THERE IS

9   MUSIC AND DANCING, THEY GO TO A LOCATION WHERE THEY'RE

10  USING 3-D GLASSES, AND THEY GO TO VISIT AND CLIMB UP IN

11  THE BRAIN EXHIBIT.

12           BUT THEN MICHAEL ROHANA DECIDES TO DO

13  SOMETHING BY HIMSELF, SOMETHING HE IS NOT SUPPOSED TO

14  DO.  HE DECIDES TO GO PAST A BARRIER STRETCHED ACROSS A

15  RAMP THAT, YOU KNOW IS CLOSED, AND THAT RAMP LEADS TO

16  THE TERRACOTTA WARRIOR EXHIBIT.  HE DECIDES TO GO UP THE

17  RAMP.  HE GETS TO THE CLOSED DOORS OF THE EXHIBIT, AND

18  HE DECIDES TO GO IN.  WHEN HE GETS INSIDE THAT EXHIBIT,

19  IT IS DARK, BUT HE DECIDES TO GO IN FURTHER.

20           AND HE GOES IN, AND THEN HE DECIDES TO

21  TAKE A VIDEO OF HIMSELF WITH ONE OF THE TERRACOTTA

22  WARRIORS.  NOW, THESE WARRIORS ARE ON PLATFORMS AND THEY

23  ARE PROTECTED BY ROPES BECAUSE THEY ARE 2,000-YEAR-OLD

24  FRAGILE TERRACOTTA, OR POTTERY, STATUES.  BUT MICHAEL

25  ROHANA DECIDES TO STEP OVER THAT ROPE TO GO NEXT TO THE

1    WARRIOR AND TO LEAN AGAINST IT TO TAKE A VIDEO OF

2    HIMSELF WITH THE TERRACOTTA WARRIOR.

3              AND THEN HE DECIDES THAT HE SHOULD INVITE

4    SOME OF HIS FRIENDS TO COME UP AND SEE THIS, TOO.  SO HE

5    CALLS HIS FRIEND WILEY MAHER.  AND HE MEETS WILEY MAHER

6    AND WILEY'S GIRLFRIEND, AND HE LEADS THEM BACK UP THE

7    RAMP AND LEADS THEM INTO THIS CLOSED EXHIBIT.

8              ONCE THEY GET IN, MR. MAHER'S GIRLFRIEND

9    THINKS THIS IS NOT A GOOD IDEA AND SHE LEAVES.

10   MR. ROHANA AND MR. MAHER, USING THEIR CELL PHONES AS

11   FLASHLIGHTS, WALK AROUND THE TERRACOTTA EXHIBIT.  AND

12   THEN MR. MAHER DECIDES TO LEAVE, BUT MR. ROHANA DECIDES

13   TO STAY.

14             SO BY HIMSELF, HE DECIDES HE STILL WANTS

15   TO BE IN THIS EXHIBIT OF THESE TERRACOTTA WARRIORS.  AND

16   WHILE HE IS THERE, HE ONCE AGAIN IGNORES THE ROPES,

17   IGNORES THE PLATFORM TO PROTECT THESE WARRIORS.  AGAIN

18   CLIMBS OVER THE ROPE AND AGAIN CLIMBS ONTO THE PLATFORM,

19   AND THIS TIME, PUTS HIS ARM AROUND ONE OF THE WARRIORS

20   AND TAKES A PHOTO OF HIMSELF WITH HIS CELL PHONE.  IN

21   OTHER WORDS, HE IS TAKING A SELFIE WITH THIS ANCIENT

22   WARRIOR IN THAT CLOSED EXHIBIT.

23             BUT MICHAEL ROHANA ISN'T DONE.  HE HASN'T

24   YET DONE ENOUGH.  SO HE DECIDES THEN -- THAT HE GOES

25   OVER TO ANOTHER TERRACOTTA WARRIOR KNOWN AS THE

1    CAVALRYMAN.  AND HE LEANS OVER THAT PLATFORM, OVER THAT

2    ROPE, AND HE BREAKS THE THUMB OFF THE TERRACOTTA

3    WARRIOR.  HE BREAKS IT, HE TAKES IT, AND HE PUTS IT IN

4    HIS POCKET.

5                    AND THEN HE DECIDES TO LEAVE THE EXHIBIT,

6    GOES BACK DOWN THE RAMP, AND RUNS TO REJOIN HIS FRIENDS.

7    TEN MINUTES LATER, WHILE STILL AT THE FRANKLIN

8    INSTITUTE, MICHAEL ROHANA IS DOING A GOOGLE SEARCH IN

9    HIS PHONE:  TERRACOTTA WARRIOR.

10                    A FEW MINUTES AFTER THAT, HE SHOWS HIS

11   FRIEND WILEY MAHER THE THUMB THAT HE HAD STOLEN, TAKES

12   IT OUT OF HIS POCKET AND SHOWS IT TO HIM.  WELL, HE AND

13   HIS FRIENDS STAY A LITTLE BIT LONGER AT THE FRANKLIN

14   INSTITUTE.  THEY LOOK AT ANOTHER EXHIBIT.  WHEN THE

15   EVENT IS OVER, ABOUT 10 O'CLOCK, THEY GET BACK IN THE

16   CAR AND THEY HEAD BACK TO DELAWARE.

17                    WHILE THEY ARE HEADING BACK TO DELAWARE,

18   MICHAEL ROHANA AGAIN PULLS OUT THE TERRACOTTA WARRIOR

19   THUMB THAT HE STOLE AND SHOWS IT TO PEOPLE THAT WERE IN

20   THE CAR.  THEY GET BACK TO DELAWARE.  MR. ROHANA IS

21   DROPPED OFF WITH HIS FRIENDS, AND HE DRIVES BACK HOME TO

22   HIS HOME IN BEAR, DELAWARE.

23                    NOW, AFTER THAT, WHAT DOES MICHAEL ROHANA

24   DO?  THE NEXT DAY, DOES HE CALL THE FRANKLIN INSTITUTE

25   TO SAY, I HAVE THIS THUMB I SHOULD NOT HAVE, I NEED TO

1    GET IT BACK?  DOES HE ANONYMOUSLY SEND IT BACK TO THE

2    MUSEUM BECAUSE HE IS REALIZING -- HE IS THINKING, I

3    SHOULDN'T HAVE THIS?  DOES HE LET ANYBODY IN LAW

4    ENFORCEMENT KNOW WHAT HE DID?  NO, HE DOESN'T.  HE KEEPS

5    THE THUMB.

6                    THE FRANKLIN INSTITUTE DETERMINED --

7    LEARNS THAT THE THUMB IS MISSING FROM THIS WARRIOR AND

8    THEY CONTACT THE FBI.  AND ON JANUARY 13, 2018, THE FBI

9    LEARN OR DETERMINE THAT IT WAS MICHAEL ROHANA THAT HAD

10   STOLEN THE TERRACOTTA WARRIOR THUMB.  AND THEY GO TO HIS

11   HOME IN BEAR, DELAWARE.

12                   AND THEY ASK MICHAEL ROHANA, DO YOU HAVE

13   ANYTHING YOU WANT TO TURN OVER TO THE FBI?  HE IS

14   CAUGHT.

15                   HE SAYS, YES, A FINGER FROM A MUSEUM.

16   AND HE TAKES THE FBI UP INTO HIS BEDROOM, OPENS A DESK

17   DRAWER, AND THAT'S WHERE HE HAS BEEN CONCEALING THE

18   TERRACOTTA WARRIOR THUMB FOR THAT PERIOD OF TIME.

19                   NOW, WE ALSO HAVE TO PROVE TO YOU WHAT

20   THE TERRACOTTA WARRIOR THUMB IS, THAT IT IS AN OBJECT OF

21   CULTURAL HERITAGE.  AND WE CAN DO THAT IN ONE OF TWO

22   WAYS:  ONE, WE PROVE TO YOU THAT THIS PARTICULAR OBJECT

23   IS OVER 100 YEARS OLD AND IS WORTH MORE THAN $5,000; OR

24   TWO, WE CAN PROVE THAT IT'S WORTH OVER $100,000.

25                   YOU ARE GOING TO HEAR FROM WITNESSES FROM

1    CHINA ABOUT THE TERRACOTTA WARRIOR AND ABOUT THIS

2    PARTICULAR WARRIOR, THE CAVALRYMAN; HOW THESE WARRIORS

3    WERE DISCOVERED IN 1974 IN PIECES FROM THE MAUSOLEUM OF

4    EMPEROR QIN SHI HUANG, WHO WAS THE FIRST EMPEROR OF

5    CHINA.

6            YOU'LL LEARN THAT HE IS CONSIDERED THE

7    FOUNDING FATHER OF CHINA, AND THAT AT HIS TOMB, AROUND

8    HIS TOMB, THERE WAS A BURIED ARMY OF TERRACOTTA

9    WARRIORS, LIFE-SIZE POTTERY STATUES OF WARRIORS, ALL

10   WITH DIFFERENT EXPRESSIONS, DIFFERENT RANKS, AND

11   THESE -- BECAUSE THEY HAD BEEN IN THE GROUND FOR OVER

12   2,000 YEARS BECAUSE THEY DATE BACK TO 2006, 2021 B.C. --

13   WERE IN THE GROUND, AND THEY HAVEN'T -- THEY WERE IN

14   FRAGMENTS.

15            AND YOU WILL HEAR ABOUT HOW

16   ARCHEOLOGISTS, FROM 1974 UP UNTIL THE PRESENT TIME, ARE

17   STILL RESTORING THESE WARRIORS.  AND IN 1976, 1977, THIS

18   PARTICULAR WARRIOR, THE CAVALRYMAN, WAS RESTORED.  AND

19   YOU WILL HEAR ABOUT HOW IT'S DONE, HOW ALL OF THE PIECES

20   ARE TAKEN, THEY ARE LOOKED AT, THEY ARE CLEANED, AND

21   DETERMINED WHICH FIGURE THEY BELONG TO AND THEY BUILD

22   THE FIGURE BACK UP.  AND ONE OF THESE FIGURES THAT THEY

23   WERE ABLE TO BUILD BACK UP COMPLETELY -- SOME PIECES

24   MISSING BUT FILLING IN -- BUT COMPLETELY WAS THE

25   CAVALRYMAN.  YOU WILL HEAR THAT THE CAVALRYMAN, FOR

1    CHINA, IS A NATIONAL TREASURE.  IT IS A CLASS ONE RELIC

2    BECAUSE IT'S COMPLETE, IT'S WELL-PROPORTIONED, IT HAS A

3    VERY VIVID EXPRESSION, A VERY VIVID FACE AND BEARING.

4                      AND YOU WILL LEARN THAT THIS CAVALRYMAN

5    IS THE ONE THAT IS SEEN IN PHOTOGRAPHS THROUGHOUT THE

6    WORLD.  IT'S ONE OF TWO CAVALRYMEN THAT GOES OUT ON

7    EXHIBIT AROUND THE WORLD.  YOU WILL HEAR THAT THERE'S

8    ONLY SIX CAVALRYMEN THAT HAVE BEEN UNCOVERED COMPLETELY

9    AND THAT TWO OF THEM ARE CONSIDERED CLASS ONE, AND THIS

10   IS ONE OF THEM.  AND YOU WILL LEARN THAT WITHOUT THE

11   THUMB, THIS CAVALRYMAN NOW CANNOT GO OUT ON EXHIBIT

12   BECAUSE IT'S NO LONGER CONSIDERED TO BE COMPLETE.

13                      YOU WILL ALSO HEAR THAT -- FROM EXPERTS

14   WHO WILL TALK ABOUT, WELL, WHAT'S THE VALUE OF THE

15   THUMB?  YOU WILL LEARN THAT THIS CAVALRYMAN WAS INSURED

16   FOR FOUR-AND-A-HALF MILLION DOLLARS, AND THAT IN CHINESE

17   ART -- ASIAN ART, BUT CHINESE ART IN PARTICULAR, AND IN

18   PARTICULAR FOR THE TERRACOTTA WARRIORS, HANDS AND

19   FINGERS ARE VERY IMPORTANT, THAT MANY OF THE DIFFERENT

20   TYPES OF WARRIORS ALL HAVE SPECIFIC DIFFERENT HAND

21   POSITIONS.

22                      GIVEN THAT IMPORTANCE AND GIVEN THIS

23   FOUR-AND-A-HALF MILLION-DOLLAR TERRACOTTA WARRIOR, YOU

24   WILL LEARN FROM AN EXPERT APPRAISER THAT THE THUMB IS

25   VALUED AT $150,000, BECAUSE THAT'S THE LOSS TO THE

1    CAVALRYMAN FROM HAVING THE THUMB GONE.  SO THAT IS WHAT

2    THE VALUE OF THE THUMB IS.

3              NOW, YOU WILL HEAR FROM DEFENSE EXPERTS,

4    AND THEY WILL VALUE THIS THUMB AT $500 OR $1,000.  IT IS

5    UP TO YOU TO DECIDE WHAT EVIDENCE THAT YOU ACCEPT AND

6    YOU BELIEVE.

7              YOU ARE ALSO GOING TO HEAR WHAT MICHAEL

8    ROHANA DID AND DID NOT DO AFTER HE STOLE THE CAVALRYMAN

9    THUMB.  HE DIDN'T TURN IT BACK TO THE FRANKLIN

10   INSTITUTE.  HE ONLY TURNED IT OVER WHEN HE WAS CAUGHT,

11   WHEN THE FBI CAME TO HIS HOME.

12             BUT WHAT HE DID DO FROM DECEMBER 22ND

13   UNTIL JANUARY 2ND WAS CONTINUE TO DO GOOGLE SEARCHES:

14   TERRACOTTA WARRIOR, FRANKLIN INSTITUTE, FRANKLIN

15   INSTITUTE TERRACOTTA WARRIOR, MUSEUM SURVEILLANCE,

16   STEALING, JAIL TIME.  THOSE ARE THE KINDS OF THINGS HE

17   WAS LOOKING AT AFTER HE STOLE THIS.

18             AND THEN AFTER JANUARY 2ND, PERHAPS

19   THINKING NOBODY HAD COME TO HIM AT THAT POINT, NO ONE

20   HAD DISCOVERED THAT IT WAS HIM, HIS GOOGLE SEARCHES

21   STOPPED.  BUT UNTIL THAT TIME, FOR THREE WEEKS -- NOT

22   THE FIRST DAY, NOT THE FIRST WEEK, NOT THREE WEEKS -- HE

23   DID NOT GET THAT THUMB BACK TO THE FRANKLIN INSTITUTE,

24   AND HE CONTINUED TO DO THIS TYPE OF SEARCH FOR WHAT HE

25   HAD TAKEN.

1                         NOW, IN THIS CASE, WHEN THE EVIDENCE IS

2     CLOSED AND YOU HAVE HEARD ALL OF THE EVIDENCE, I WILL

3     HAVE THE OPPORTUNITY TO COME BACK AND TALK TO YOU AGAIN.

4     AND AT THAT TIME, I WILL ASK YOU TO FIND MICHAEL ROHANA

5     GUILTY OF TWO CRIMES:  ONE, THE THEFT OF THE CAVALRYMAN

6     THUMB, AN OBJECT OF CULTURAL HERITAGE; AND TWO, THE

7     CONCEALMENT OF THAT THUMB IN HIS HOME IN BEAR, DELAWARE.

8                         THANK YOU.

9                         THE COURT:  YOU MAY PROCEED.

10                        MS. MACEOIN:  THANK YOU, YOUR HONOR.

11                        WAITING FOR SOME TECHNOLOGY.

12                        GOOD AFTERNOON, LADIES AND GENTLEMEN.

13    REMEMBER, WE ARE NOT HERE TO FIND OUT OR TO DETERMINE

14    WHETHER MICHAEL ROHANA'S ACTIONS WERE RIGHT OR WRONG.

15    THEY WERE WRONG.  AND WE ARE NOT HERE TO DETERMINE

16    WHETHER THE TERRACOTTA WARRIORS OR THIS ARCHEOLOGICAL

17    DISCOVERY ARE IMPORTANT.  THEY ABSOLUTELY ARE.  THAT'S

18    NOT WHY WE ARE HERE.

19                        WE ARE HERE BECAUSE THE GOVERNMENT HAS

20    CHOSEN TO CHARGE THIS CRIME IN FEDERAL COURT.  THEY

21    CHARGED MR. ROHANA WITH THEFT OF MAJOR ARTWORK.  AND IN

22    ORDER TO DO THAT, THEY HAVE TO SHOW NOT ONLY THAT HE

23    STOLE SOMETHING, BUT THAT THE OBJECT THAT HE STOLE WAS

24    WORTH AT LEAST $5,000 IF IT'S 100 YEARS OLD, OR AT LEAST

25    $100,000.

1               THIS IS THE ITEM THAT WAS TAKEN, LADIES

2    AND GENTLEMEN.   THIS IS THE THUMB.

3               NOW, AS MS. NEWTON JUST MENTIONED, THIS

4    THUMB WAS PART OF MANY FRACTURED PIECES FOUND IN THE

5    GROUND IN XI'AN, CHINA IN THE 1970S.   ALL OF THE

6    TERRACOTTA WARRIORS, EXCEPT FOR ONE OUT OF SEVERAL

7    THOUSAND -- ALMOST 7,000 WERE FOUND IN PIECES LIKE YOU

8    SEE HERE.   THIS IS A PICTURE FROM THE EXCAVATION SITE IN

9    CHINA.

10               THEY WERE SORTED AND EVENTUALLY GLUED

11    BACK TOGETHER FOR CERTAIN ONES TO BE WHOLE AGAIN.   AND

12    IN THIS CASE, LADIES AND GENTLEMEN, CHINA IS WHOLE.   THE

13    THUMB HAS BEEN RETURNED.

14               AND WHEN IT BROKE, IT DIDN'T BREAK THE

15    CLAY, IT BROKE WHERE THE GLUE HAD PREVIOUSLY ATTACHED

16    THIS THUMB TO THE HAND IN THE PAST.   IT'S THE GLUE THAT

17    BROKE, NOT THE CLAY.   CHINA HAS THE THUMB, AND THEY ARE

18    WHOLE.

19               SO WHAT WE HAVE TO DETERMINE IN THIS CASE

20    IS WHETHER THIS ITEM RIGHT HERE IS WORTH OVER $5,000.

21    AND AS YOU WILL HEAR, IT'S NOT WORTH ANYWHERE NEAR

22    $5,000 STANDING ALONE; AND SO YOUR VERDICT HAS TO BE NOT

23    GUILTY.

24               MS. NEWTON JUST TOLD YOU ABOUT THE

25    FRANKLIN INSTITUTE, AND MANY OF YOU ARE FAMILIAR WITH IT

1    ANYWAY.  IT'S A MUSEUM; BUT ON THAT PARTICULAR NIGHT IT

2    WAS A NIGHT CLUB.  THIS IS A FLYER FROM THE EVENT AND

3    SEVERAL OTHER EVENTS THAT HAPPENED THERE.  AS YOU WILL

4    SEE, THEY PROMOTE RAISING MONEY FOR THE FRANKLIN

5    INSTITUTE BY SELLING ALCOHOL AND INVITING PEOPLE TO COME

6    AND EXPLORE THE MUSEUM, TO PLAY, TO RUN AROUND THIS

7    INTERACTIVE MUSEUM.  AND THAT NIGHT THEY CERTAINLY HAD A

8    PARTY.  THEY SOLD OVER 840 TICKETS AND SOLD OVER $7,000

9    IN ALCOHOL.  THEY INVITED PEOPLE TO RUN AND COME AND

10   PLAY, AND THAT'S EXACTLY WHAT THEY DID.  AND NOT

11   SURPRISINGLY, SOME PEOPLE WENT INTO PLACES IN THE MUSEUM

12   THEY WERE NOT SUPPOSED TO GO TO.  WHY DO I SAY "NOT

13   SURPRISINGLY"?  BECAUSE THE FRANKLIN INSTITUTE HAD AN

14   OUTRAGEOUS AND EGREGIOUS LAPSE OF SECURITY THAT NIGHT.

15                  MS. NEWTON:  YOUR HONOR, OBJECTION.

16                  THE COURT:  THIS IS ARGUMENT.

17                  MS. MACEOIN:  THEY BLEW IT, LADIES AND

18   GENTLEMEN BECAUSE, BY ALL ACCOUNTS, THIS IS A VERY

19   VALUABLE EXHIBIT AS FAR AS THE ARCHAEOLOGICAL HISTORY OF

20   IT.  AS MS. NEWTON JUST DESCRIBED, CERTAIN PIECES TOUR

21   THE WORLD AND ARE DISPLAYED IN MUSEUMS.  AND THAT NIGHT,

22   THEY LEFT IT WIDE OPEN IN THE MIDDLE OF THIS PARTY.

23                  THE SECURITY GUARD LEFT AT THE EXACT TIME

24   THAT THEY WERE PUTTING OUT THE ALCOHOL TO SERVE TO THE

25   PARTY GOERS, AND NO SECURITY GUARD RETURNED TO THE

1    EXHIBIT.  THEY HAD STANCHIONS NEAR THE EXHIBIT BUT THEY

2    WEREN'T ARRANGED IN A WAY TO BLOCK THE ENTRANCE, AND

3    PEOPLE WENT THROUGH ONE BY ONE.  AND THE MOST BASIC

4    SECURITY MEASURE THAT ANYONE CAN DO, LOCKING A DOOR,

5    THEY DIDN'T EVEN DO THAT.

6                  SO THIS WASN'T A CASE OF ART THEFT WHERE

7    PEOPLE PICKED LOCKS OR BROKE WINDOWS OR SURVEILLED THE

8    PLACE OR CONTRAVENED ELECTRONIC SECURITY MEASURES TO GET

9    INSIDE.  THEY WALKED IN.  THAT'S WHAT HAPPENED HERE.

10                 AND MICHAEL ROHANA TOOK THE THUMB.  HE

11   PUT IT IN HIS POCKET AND HE LEFT, AND HE WENT WITH HIS

12   FRIENDS BACK TO BEAR, DELAWARE.  THAT'S NOT IN DISPUTE.

13   HE KEPT THE ITEM IN HIS HOUSE UNTIL HE COULD TURN IT

14   OVER TO THE FBI.  THAT'S NOT IN DISPUTE.

15                 SO YOU MUST BE ASKING YOURSELVES, WELL,

16   IF HE'S NOT AN ART THIEF, WHY ON EARTH WOULD SOMEONE IN

17   THEIR RIGHT MIND TAKE THIS?  THIS IS IN AND OF ITSELF IS

18   NOT SOMETHING THAT HAS MUCH ARTISTIC VALUE TO SIT ON A

19   SHELF.  WHY WOULD SOMEONE TAKE THAT?

20                 WELL, THE ANSWER IS MICHAEL ROHANA WAS

21   NOT IN HIS RIGHT FRAME OF MIND THAT NIGHT.  HE WAS

22   DRUNK.  HE WAS DRINKING WITH HIS FRIENDS.  THIS IS WHAT

23   WAS GOING ON THAT NIGHT.  IT WAS AN UGLY CHRISTMAS

24   SWEATER PARTY.  HERE IS MICHAEL AND HIS FRIEND WILEY

25   POSING WITH SANTA CLAUS.  HERE IS MICHAEL AND HIS

1    FRIENDS ALL IN THEIR UGLY SWEATERS, HANGING OUT THAT

2    NIGHT.  THAT'S WHAT WAS GOING ON.  AND LIKE MANY PEOPLE,

3    THEY WERE RUNNING AROUND THE MUSEUM; THEY WERE PARTYING,

4    ACTING LIKE 20-YEAR OLDS.  YOU ARE GOING TO SEE A LITTLE

5    MONTAGE OF VIDEOS FROM HIS CELLPHONE.  YOU SEE THEM

6    DRINKING IN THE CAR ON THE WAY THERE.  YOU SEE THEM

7    DRINKING, POURING SHOTS IN EACH OTHER'S MOUTHS.  LIKE

8    MANY PEOPLE IN THE MUSEUM, YOU WILL SEE THEM GOOFING OFF

9    IN THE PLANETARIUM.  SEE WHAT KINDS OF THINGS HE DID ON

10   THE PHONE.  HE IS BROADCASTING THIS ON SNAPCHAT.  HERE'S

11   PEOPLE DANCING, DRINKING.  THIS IS NOT REALLY THE MUSEUM

12   THAT WE EXPECT.  THIS WAS A SPECIAL EVENT WHERE THERE

13   WAS ALCOHOL.  YOU WILL SEE HIM GOOFING OFF WITH HIS

14   FRIEND WILEY HERE.  THAT'S WHAT WAS GOING ON THAT NIGHT,

15   LADIES AND GENTLEMEN.  20-YEAR-OLDS HAVING FUN.

16             SO YOU MAY BE ASKING YOURSELF, WELL, IF

17   HE TOOK THE THUMB, HOW CAN MICHAEL BE NOT GUILTY OF

18   THIS?  WELL, AGAIN, YOU ARE NOT HERE TO DETERMINE

19   WHETHER HE TOOK IT.  YOU ARE HERE TO DETERMINE WHETHER

20   HE COMMITTED THE THEFT OF MAJOR ARTWORK AND HE DIDN'T,

21   AND HERE IS WHY:  MICHAEL DIDN'T HAVE THE INTENT TO

22   STEAL.  THIS WAS NOT A SITUATION WHERE HE SCOPED OUT THE

23   MUSEUM, SCOPED OUT THE EXHIBIT, KNEW EXACTLY WHAT THESE

24   THINGS WERE WORTH AND HOW HE COULD GET SOMETHING FOR IT

25   IF HE SOLD IT.  HE IN NO WAY EVEN KNEW THAT THE EXHIBIT

1    WOULD HAVE BEEN OPEN THAT NIGHT.  NOBODY DID.  HE WAS

2    DRUNK.  HE MADE A TERRIBLE, REGRETTABLE MISTAKE THAT WAS

3    OUTSIDE OF HIS NORMAL CHARACTER FOR HONESTY.

4                    AND AGAIN, IT'S THE THUMB STANDING ALONE

5    THAT HAS TO HAVE A VALUE OF MORE THAN $100,000 OR IF

6    IT'S OVER ONE HUNDRED YEARS OLD, $5,000.  IT'S NOT THE

7    VALUE OF THE WHOLE STATUE.  AS MS. NEWTON JUST

8    DESCRIBED, THE STATUES AND THIS TRAVELING EXHIBIT WERE

9    INSURED FOR $4 AND 1/2 MILLION, THIS PARTICULAR ONE AS

10   SEVERAL OTHERS WERE.  EVEN THOUGH THEY HAD ALL BEEN

11   RESTORED AND GLUED BACK TOGETHER IN VARIOUS WAYS.  IT

12   HAS TO BE THE ITEM -- THE VALUE OF THE THUMB ITSELF IN

13   ORDER TO CONVICT MICHAEL ROHANA OF THEFT OF MAJOR

14   ARTWORK.

15                    IT'S NOT JUST ME TELLING YOU THIS.  YOU

16   ARE GOING TO HEAR FROM SEVERAL EXPERTS.  TWO EXPERTS

17   THAT YOU ARE GOING TO HEAR FROM, THAT WE WILL CALL IN

18   OUR CASE, LARK MASON AND MARLEY RASKONIC, WILL TELL YOU

19   THAT THE VALUE OF THIS THUMB -- THEY'RE EXPERTS IN

20   CHINESE ART -- THE VALUE OF THIS THUMB WAS WAY LESS THAN

21   $5,000.

22                    AND AS MS. NEWTON JUST DESCRIBED, YOU ARE

23   ALSO GOING TO HEAR FROM ONE OF THEIR EXPERTS.  THIS IS

24   AN EXPERT, MICHAEL COHN, WHO WAS HIRED ORIGINALLY BY THE

25   FRANKLIN INSTITUTE AFTER THEY FOUND OUT THAT IT WAS

1    MISSING AND GOT IT BACK FROM THE FBI.  HE CAME UP WITH

2    ONE NUMBER ABOUT THE LOSS OF THE VALUE AND THEN SEVERAL

3    WEEKS LATER ISSUES A DIFFERENT REPORT AT THE BEHEST OF

4    THE UNITED STATES ATTORNEY'S OFFICE, WHICH COMES UP WITH

5    A DIFFERENT NUMBER.  AND YOU WILL HAVE THREE PEOPLE,

6    THREE EXPERTS TESTIFY TO YOU THAT MR. COHN GOT IT WRONG.

7                NOW, IT'S CRITICALLY IMPORTANT IN THIS

8    CASE BECAUSE MICHAEL IS NOT CHARGED WITH SIMPLE THEFT OR

9    CRIMINAL MISCHIEF OR VANDALISM.  THAT IS A CASE FOR

10   ANOTHER COURTROOM IN PHILADELPHIA COUNTY DOWN THE

11   STREET.  WE ARE HERE IN FEDERAL COURT ON THE -- ON THE

12   CHARGE OF THEFT OF MAJOR ARTWORK.  AGAIN, IT'S TITLE 18,

13   UNITED STATES CODE SECTION 668, AND IT HAS A DEFINITION

14   OF AN OBJECT OF CULTURAL HERITAGE THAT HAS A MONETARY

15   VALUE ATTACHED TO IT THAT SIMPLY IS NOT PROVEN HERE AND

16   IT DOES NOT EXIST, BECAUSE THAT -- THE MONETARY VALUE OF

17   THAT THUMB IS WORTH WAY LESS THAN $5,000.

18                SO I TALKED TO YOU A LITTLE BIT ABOUT HOW

19   MICHAEL HAS A CHARACTER OF BEING HONEST.  YOU WILL HEAR

20   ABOUT MICHAEL.  HE WAS 23 YEARS OLD WHEN THIS HAPPENED.

21   HE IS 24 YEARS OLD TODAY.  HE IS HERE TODAY AND YOU WILL

22   HEAR FROM THEM, HIS PARENTS, CHRISTOPHER AND MICHELLE

23   ROHANA.  YOU WILL HEAR FROM HIS OLDER BROTHER,

24   CHRISTOPHER JUNIOR.  HIS SISTER LISA, HER HUSBAND;

25   FAMILY FRIENDS, HIS BOSS, HIS FRIENDS THAT WERE WITH HIM

1    THAT NIGHT.  THEY WILL ALL SAY HE IS AN HONEST KID.  HE

2    HAS NEVER DONE ANYTHING LIKE THIS.  HE DOES NOT STEAL

3    AND HE DOES NOT LIE.

4              MICHAEL'S ACTIONS HAVE CAUSED A LOT OF

5    ANGUISH FOR HIMSELF AND FOR HIS FAMILY.  IT'S A TRULY

6    REGRETTABLE DECISION THAT HE WISHES HE COULD GO BACK IN

7    TIME AND UNDO, BUT HE CANNOT.  WHEN THE FBI CAME TO HIS

8    HOUSE, HE LET THEM IN.  HE WAS SCARED.  HE TOLD HIS DAD

9    EVERYTHING THAT HAPPENED THAT NIGHT.  HE HAD PREVIOUSLY

10   TOLD HIS MOM BECAUSE HE WAS SO WORRIED ABOUT WHAT WOULD

11   HAPPEN.  HE WOKE UP THE NEXT DAY AND HE WAS LIKE, WHAT

12   DID I DO?

13             THIS IS AN INCREDIBLE, REGRETTABLE

14   DECISION.  SO, YES, HE GOGGLED LIKE ALL OF US WOULD IF

15   YOU FIND YOURSELF IN A PICKLE.  YOU GO AND YOU LOOK ON

16   THE INTERNET, TERRACOTTA WARRIORS, FRANKLIN INSTITUTE.

17   OH MY GOD, WHAT HAVE I DONE?  STEALING, WHAT CAN HAPPEN?

18   AND BEFORE HE COULD FIGURE IT OUT, HE WENT TO HIS MOM

19   AND SAID MOM, I NEED YOUR HELP AND SHE -- HE WENT TO THE

20   PERSON HE LOVES AND HE TRUSTS AND SHE SAID, MICHAEL, I

21   STAND WITH YOU.  WE WILL FIGURE THIS OUT.  SHE HERSELF

22   WAS UNDER A LOT OF PRESSURE AT THAT TIME.

23             BUT BEFORE THEY COULD FIGURE OUT WHAT TO

24   DO, THE FBI SHOWED UP.  MICHAEL LET THEM IN.  LED THEM

25   UP TO HIS ROOM.  SHOWED THEM EXACTLY WHERE HE KEPT THE

1  THUMB.  HE DIDN'T TRY TO SELL THIS THING.  HE KEPT IT IN

2  HIS DESK DRAWER.  HE ALSO HANDED OVER HIS CELLPHONE AND

3  SAID HERE, TAKE MY CELL PHONE.  YES, YOU CAN SEARCH IT.

4  HERE IS MY PASSCODE.  THAT'S HOW THE GOVERNMENT OBTAINED

5  ALL THESE CLIPS AND ANY EVIDENCE IN HIS GOOGLE SEARCHES

6  THAT YOU HEARD ABOUT.  MICHAEL HANDED IT OVER TO THEM.

7  WHY?  HE IS NOT A CRIMINAL.  HE IS NOT AN ART THIEF.  HE

8  WAS A DRUNK KID WHO MADE A STUPID DECISION, A

9  REGRETTABLE DECISION, AND THAT IS WHY HE IS NOT GUILTY.

10              THANK YOU.

11              THE COURT:  GOVERNMENT, CALL YOUR FIRST

12  WITNESS.

13              MS. NEWTON:  YOUR HONOR, THE GOVERNMENT

14  CALLS MR. DARRYL WILLIAMS.

15              MS. HENRY:  YOUR HONOR, WE MOVE FOR

16  SEQUESTRATION.

17              THE COURT:  THE WITNESSES IN THIS MATTER

18  WILL BE SEQUESTERED.

19              LADIES AND GENTLEMEN, JUST SO THAT YOU

20  UNDERSTAND WHAT SEQUESTRATION IS, IT MEANS THAT THE

21  WITNESSES ARE NOT TO BE IN THE ROOM WHILE -- ONE WITNESS

22  IS NOT TO BE IN THE ROOM WHILE THE OTHERS ARE TESTIFYING

23  AND THEY WILL BE CALLED IN ONE-BY-ONE.  THE REASON FOR

24  THAT IS OBVIOUS.

25              THE DEPUTY CLERK:  STAND UP AND PLEASE

1      RAISE YOUR RIGHT HAND AND STATE YOUR NAME FOR THE

2      REPORT.

3                          THE WITNESS:  DARRYL WILLIAMS.

4                          (GOVERNMENT WITNESS SWORN.)

5                          DIRECT EXAMINATION

6      BY MS. NEWTON:

7      Q.      GOOD AFTERNOON.  COULD YOU TELL THE JURY YOUR

8      FULL NAME?

9      A.      SURE.  DARRYL NATHANIEL WILLIAMS.

10     Q.      DO YOU CURRENTLY WORK FOR THE FRANKLIN

11     INSTITUTE?

12     A.      I DO.

13     Q.      OKAY.  AND WHAT IS YOUR POSITION AT THE FRANKLIN

14     INSTITUTE?

15     A.      SENIOR VICE-PRESIDENT OF SCIENCE AND EDUCATION.

16     Q.      COULD YOU TELL THE JURY WHAT THAT TITLE MEANS?

17     A.      SURE.  SO I AM BASICALLY RESPONSIBLE FOR THE

18     MISSION OF THE FRANKLIN INSTITUTE.  I OVERSEE ALL

19     ASPECTS OF SCIENCE AND EDUCATION PROGRAMS FOR THE

20     FRANKLIN INSTITUTE.

21     Q.      HOW LONG HAVE YOU HAD THIS POSITION AT THE

22     FRANKLIN INSTITUTE?

23     A.      JUST ABOUT A YEAR.

24     Q.      AND PRIOR TO COMING TO THE FRANKLIN INSTITUTE,

25     WHERE WERE YOU?

1     A.      I WAS AT TUFTS UNIVERSITY IN BOSTON.

2     Q.      WHAT WAS YOUR POSITION THERE?

3     A.      I WAS DEAN OF UNDERGRADUATE EDUCATION FOR THE

4     SCHOOL OF ENGINEERING AND ALSO FACULTY IN CHEMICAL

5     ENGINEERING.

6     Q.      HOW LONG DID YOU HOLD THAT POSITION?

7     A.      ABOUT FIVE YEARS.

8     Q.      NOW RETURNING TO YOUR POSITION AT THE FRANKLIN

9     INSTITUTE, MR. WILLIAMS, HAVE YOU -- I AM GOING TO HAND

10    YOU --

11                    MS. NEWTON:  YOUR HONOR, IF I MAY

12    APPROACH?

13                    THE COURT:  YES.

14                    MS. NEWTON:  THANK YOU.

15    BY MS. NEWTON:

16    Q.      IF I COULD ASK YOU TO TURN FOR ME,

17    THERE'S -- IT'S A BIG EXHIBIT BOOK IN FRONT OF YOU, AND

18    IF YOU COULD TURN TO THE TAB THAT HAS BEEN MARKED TAB

19    NO. 3.  I BELIEVE THERE IS TWO PAGES.

20                    AND TELL ME IF YOU RECOGNIZE WHAT'S

21    THERE?

22    A.      YES, IT'S MY BUSINESS CARD.

23    Q.      IS WHAT'S SHOWN HERE ACCURATELY SHOWS WHAT IS ON

24    YOUR BUSINESS CARD?

25    A.      YES.

1        MS. NEWTON:  YOUR HONOR, THE GOVERNMENT

2    MOVES TO ADMIT GOVERNMENT EXHIBIT 3.

3        THE COURT:  YES.

4        MS. NEWTON:  AND SEEKS PERMISSION TO

5    PUBLISH TO THE JURY.

6        THE COURT:  YES.

7        (GOVERNMENT EXHIBIT 3 ADMITTED INTO

8    EVIDENCE.)

9    BY MS. NEWTON:

10   Q.      OKAY.  IT'S ALSO GOING TO COME UP ON THE SCREEN

11   IN FRONT OF YOU, DR. WILLIAMS, HOPEFULLY, AND ALSO IN

12   FRONT OF THE JURY IN JUST A MOMENT.  BUT WHILE WE ARE

13   WAITING FOR IT TO COME UP, I WILL ASK YOU A QUESTION

14   ABOUT IT.

15           ON THE -- ONE SIDE OF THE BUSINESS CARD

16   HAS YOUR INFORMATION, YOUR CONTACT INFORMATION AND YOUR

17   TITLE AND NAME; IS THAT RIGHT?

18   A.      THAT'S CORRECT.

19   Q.      OKAY.  AND ON THE OTHER SIDE OF THE BUSINESS

20   CARD, WHAT DO WE SEE THERE?

21   A.      THIS IS OUR MISSION STATEMENT.

22   Q.      COULD YOU READ FOR THE JURY WHAT THE MISSION

23   STATEMENT IS?

24   A.      SURE.  IT SAYS IN THE SPIRIT OF INQUIRY AND

25   DISCOVERY EMBODIED BY BENJAMIN FRANKLIN, THE MISSION OF

1    THE FRANKLIN INSTITUTE IS TO INSPIRE A PASSION FOR

2    LEARNING ABOUT SCIENCE AND TECHNOLOGY.

3    Q.     COULD YOU TELL THE MEMBERS OF THE JURY

4    WHAT -- HOW THE FRANKLIN INSTITUTE ACCOMPLISHES THAT

5    GOAL OF MEETING THE MISSION OF INSPIRING A PASSION ABOUT

6    LEARNING ABOUT SCIENCE AND TECHNOLOGY?

7    A.     SURE.  SO SINCE OUR FOUNDING IN 1824, THIS HAS

8    BEEN OUR MISSION.  WE DO A NUMBER OF PROGRAMS, MUSEUM

9    PROGRAMS THAT FOCUS ON REACHING A BROAD NUMBER OF

10   AUDIENCES, FROM CHILDREN AND FAMILIES ALL THE WAY TO

11   ADULT AUDIENCES.  AND SO THAT COULD BE PROGRAMMING SUCH

12   AS OUR SCIENCE AFTER HOURS PROGRAM, WHICH REACHES ADULT

13   AUDIENCES, OUR SPEAKER SERIES, AS WELL AS OUR NIGHT

14   SKIES AND OBSERVATORY.

15   Q.     NOW YOU MENTIONED SCIENCE AFTER HOURS PROGRAMS.

16   COULD YOU TELL THE JURY, WHAT ARE THOSE PROGRAMS?

17   A.     SURE.  SO IT WAS BORNE OUT OF OUR -- WHAT IS

18   CALLED THE PHILADELPHIA SCIENCE FESTIVAL, WHICH IS A

19   PROGRAM WHICH RUNS FOR A WEEK, AND THE WHOLE PURPOSE OF

20   THE FESTIVAL IS REALLY TO ENGAGE THE PHILADELPHIA REGION

21   IN ALL THINGS RELATED TO SCIENCE.  SO WE WORK WITH A

22   NUMBER OF ALMOST 200 PARTNERS TO INITIATE THE PROGRAM.

23             AND SO WE DO A NUMBER OF PROGRAMS THAT

24   REACH FAMILIES AND REACH YOUNG PEOPLE AS WELL AS ADULT

25   AUDIENCES.  AND SO SCIENCE AFTER HOURS IS ONE OF OUR

1    PROGRAMS THAT REACHES AUDIENCES THAT ARE 21 AND OVER.

2    Q.      WHY 21 OR OVER?

3    A.      THAT'S REALLY KIND OF WHAT WE DEFINE AS OUR

4    ADULT AUDIENCE.

5    Q.      AND AT THE SCIENCE AFTER HOURS EVENT, WHAT TYPE

6    OF THINGS TAKE PLACE?

7    A.      SO ALL OF OUR EXHIBITS ARE OPEN AND IT'S ALSO AN

8    OPPORTUNITY FOR OUR MUSEUM PROGRAM STAFF TO DO OUR

9    EDUCATION PROGRAMS, WHICH RANGE IN ALL KINDS OF THINGS

10   RELATED TO THE SCIENCE OF THAT PARTICULAR THEME.  AGAIN,

11   ALL OF OUR 11 EXHIBITS ARE OPEN.  WE ALSO HAVE -- SERVE

12   ALCOHOL FOR PURCHASE AND THIS IS AN OPPORTUNITY LIKE

13   MANY CULTURAL INSTITUTIONS IN THE PHILADELPHIA AREA TO

14   REACH ADULT AUDIENCES.

15   Q.      YOU MENTIONED THAT THE EXHIBITS OF THE FRANKLIN

16   INSTITUTE ARE OPEN DURING THE SCIENCE AFTER HOURS

17   EVENTS?

18   A.      CORRECT.

19   Q.      ARE SPECIAL EXHIBITS THAT ARE BEING HELD AT THE

20   FRANKLIN INSTITUTE ALSO OPEN DURING A SCIENCE AFTER

21   HOURS EVENT?

22   A.      THEY ARE NOT.  IT'S ONLY OUR PERMANENT EXHIBITS

23   THAT ARE OPEN.

24   Q.      WHAT ARE THE PERMANENT EXHIBITS THAT ARE AT THE

25   FRANKLIN INSTITUTE?

1    A.        SO EVERYBODY IS FAMILIAR -- HOPEFULLY EVERYBODY

2    IS FAMILIAR, IF YOU ARE FAMILIAR WITH THE FRANKLIN

3    INSTITUTE, WITH THE GIANT HEART.  WE ALSO HAVE OUR BRAIN

4    EXHIBIT.  WE HAVE OUR -- WHAT CALLED SIR ISAAC'S LOFT.

5    SPORTSZONE.  OUR CLIMATE EDUCATION EXHIBITION.  SO

6    AGAIN, ALL OF THE PERMANENT EXHIBITIONS, THE TRAIN,

7    THINGS OF THAT NATURE.

8    Q.        NOW, THE FRANKLIN INSTITUTE, DO YOU ALSO HAVE A

9    PERMANENT COLLECTION OF OBJECTS THAT THE MUSEUM ITSELF

10   OWNS AND DISPLAYS?

11   A.        CORRECT.

12   Q.        COULD YOU GIVE THE JURY AN EXAMPLE OF SOME OF

13   THE COLLECTION OF THE FRANKLIN INSTITUTE?

14   A.        SURE.  SO WE HAVE SOME -- ALL OF THE WRIGHT

15   BROTHERS COLLECTION, WHICH IS ALL OF THEIR DRAWINGS AND

16   THEIR TEST FOILS FOR DESIGNING THE WINGS FOR THE FLYER

17   THAT THEY CREATED.  WE HAVE SOME OF BENJAMIN FRANKLIN'S

18   ARTIFACTS, HIS BIFOCALS, THE LIGHTING ROD THAT HE USED

19   FOR HIS EXPERIMENTS, I BELIEVE A SWORD THAT HE WAS GIVEN

20   WHILE HE WAS EMBASSADOR TO FRANCE, AND SOME OF HIS

21   JOURNALS AND OTHER DOCUMENTS.

22   Q.        DOES THE FRANKLIN INSTITUTE HAVE REGULAR HOURS

23   IN WHICH THE PUBLIC CAN COME IN AND VIEW THE

24   NORMAL -- THE EXHIBITS YOU HAVE DESCRIBED, AS WELL AS

25   WHAT ITEMS IN THE COLLECTION?

1    A.        YES.  SO WE ARE OPEN FROM 9:30 TO 5:00, PRETTY

2    MUCH 365, WITH THE EXCEPTION OF CHRISTMAS AND NEW

3    YEAR'S.

4    Q.        OKAY.  SO YOU SAY "365," WE ARE TALKING EVERY

5    DAY?

6    A.        EVERY DAY, CORRECT.

7    Q.        AND COULD YOU ALSO TELL THE JURY ABOUT THE

8    PEOPLE WHO COMPRISE THE STAFF AT THE FRANKLIN INSTITUTE?

9    A.        YES.  SO WE HAVE OUR MUSEUM EDUCATORS.  WE HAVE

10   CURATORIAL STAFF.  WE HAVE OUR OPERATIONS STAFF.  WE

11   HAVE OUR DEVELOPMENT STAFF, WHICH HELPS US RAISE FUNDS

12   TO DO THE GREAT WORK THAT WE DO.  WE HAVE SCIENTISTS ON

13   STAFF.  SO WE ARE A VERY BROAD-BASED ORGANIZATION.

14   Q.        WHERE IS THE FRANKLIN INSTITUTE LOCATED?

15   A.        SO WE ARE LOCATED ON THE BENJAMIN FRANKLIN

16   PARKWAY.  SO RIGHT AT THE FOOT OF THE PARKWAY ACROSS THE

17   STREET FROM THE BARNES AND THE LOGAN FOUNTAIN AND NEXT

18   TO THE ACADEMY OF NATURAL SCIENCES.

19   Q.        NOW IN ADDITION TO THE EXHIBITS YOU HAVE

20   DESCRIBED, THE BRAIN, THE HEART AND ALSO WHAT IS IN YOUR

21   COLLECTION, DOES THE FRANKLIN INSTITUTE ALSO HOLD

22   SPECIAL EXHIBITS?

23   A.        WE DO.  SO WE ARE ONE OF THE LARGEST VENUES FOR

24   TRAVELING EXHIBITIONS IN THE REGION.  AND SO EVERYTHING

25   FROM KING TUT, WHICH WAS ONE OF OUR BIG ARTIFACT

1    EXHIBITIONS, TO TITANIC, TO THE TERRACOTTA WARRIORS AND

2    MOST RECENTLY VIKINGS.

3    Q.      HOW MANY PEOPLE VISIT THE FRANKLIN INSTITUTE

4    AVERAGE PER YEAR?

5    A.      SO WE ARE CLOSE TO A MILLION VISITORS A YEAR.

6    WE ARE THE MOST-VISITED MUSEUM IN THE COMMONWEALTH AS

7    WELL IN THE TRI-STATE REGION OF NEW JERSEY, PENNSYLVANIA

8    AND DELAWARE.

9            MS. NEWTON:  YOUR HONOR, I HAVE NO

10   FURTHER QUESTIONS.

11           THE COURT:  ANY CROSS-EXAMINATION?

12           MS. HENRY:  YES, YOUR HONOR.

13           CROSS EXAMINATION

14   BY MS. HENRY:

15   Q.      HI, DR. WILLIAMS.

16   A.      HOW ARE YOU?

17   Q.      SO YOU SAID THAT -- WHEN YOU TALK ABOUT A

18   MILLION VISITORS TO THE MUSEUM IN A YEAR, THEY PAY A FEE

19   TO COME, RIGHT?

20   A.      YES.

21   Q.      OKAY.  AND THE FEE IS HOW MUCH?

22   A.      $23 FOR ADULTS AND 19 FOR CHILDREN.

23   Q.      OKAY.  AND WE TALK ABOUT A MILLION VISITORS, ARE

24   YOU INCLUDING THE PEOPLE WHO COME FOR THE AFTER-HOURS

25   PARTIES?

1    A.        I AM.

2    Q.        OKAY.  AND THE FEE FOR THE AFTER-HOURS PARTY,

3    YOU PAY A SEPARATE FEE, ANOTHER FEE FOR THAT; IS THAT

4    RIGHT?

5    A.        CORRECT.

6    Q.        OKAY.  AND SO WHEN YOU HAVE THIS LECTURE SERIES

7    AT NIGHT, YOU DO NOT SERVE ALCOHOL, RIGHT?

8    A.        WE DO NOT.

9    Q.        AND SO WHEN YOU TALK ABOUT WANTING TO REACH

10   ADULTS AND EDUCATE ADULTS ABOUT SCIENCE, YOU DO NOT NEED

11   TO SERVE ALCOHOL TO DO THAT, RIGHT?

12   A.        IT DEPENDS.

13   Q.        WELL, LET ME ASK YOU THIS:  YOU MAKE MONEY DOING

14   THE AFTER HOURS PARTY, RIGHT?

15   A.        WE DO.

16   Q.        OKAY.  SO YOU GET -- FOR THE AFTER HOURS PARTY,

17   AS OPPOSED TO A LECTURE SERIES, YOU GET TO CHARGE

18   ANOTHER FEE, RIGHT?

19   A.        RIGHT.

20   Q.        OKAY.  AND THAT'S WHAT?  ANOTHER $25 OR $30?

21   A.        AROUND THAT.

22   Q.        OKAY.  AND THAT'S FOR ABOUT TWO HOURS?  HOW LONG

23   IS THE AFTER-HOURS PARTY?

24   A.        FROM 7:00 TO 10:00.

25   Q.        7:00 TO 10:00, 3 HOURS.  OKAY.  SO YOU GET A FEE

1       FROM EVERYBODY FOR THAT AND THEN PEOPLE HAVE TO PAY FOR

2       THEIR DRINKS, RIGHT?

3       A.      CORRECT.

4       Q.      AND THEY HAVE TO PAY FOR FOOD?

5       A.      CORRECT.

6       Q.      OKAY.  SO THIS IS A MONEY-MAKING ENTERPRISE FOR

7       THE FRANKLIN INSTITUTE.  YOU MAKE MONEY ON THIS, RIGHT?

8       A.      YES.

9       Q.      AND YOU WOULD SAY IN APPROXIMATE, I THINK IN THE

10      INFORMATION I FOUND, IN 2017 YOU HAD ABOUT 18,000 PEOPLE

11      WHO CAME TO THE AFTER-HOURS PARTIES.

12              DOES THAT SOUND ABOUT RIGHT?

13      A.      SOUNDS RIGHT.

14      Q.      OKAY.  SO ALL TOGETHER YOU GUYS MAKE ABOUT

15      HALF-A-MILLION DOLLARS A YEAR ON THAT?

16      A.      ROUGHLY.

17      Q.      AND YOU ARE STILL DOING THOSE PARTIES, RIGHT?

18      A.      WE ARE.

19      Q.      AND THEY HAVE DIFFERENT THEMES, LIKE SPEAKEASY

20      OR COSMOS, PROM, THINGS LIKE THAT, RIGHT?

21      A.      CORRECT.

22      Q.      OKAY.

23              MS. HENRY:  I HAVE NO FURTHER QUESTIONS.

24              THE COURT:  ANY REDIRECT?

25              MS. NEWTON:  YES, YOUR HONOR, THANK YOU.

REDIRECT EXAMINATION

1

2    BY MS. NEWTON:

3    Q.    DR. WILLIAMS, WHEN YOU HAVE THE SCIENCE

4    AFTER-HOURS EVENTS, ARE THEY CONSIDERED TO BE IN

5    FURTHERANCE OF THE MISSION OF THE MUSEUM?

6    A.    THEY ARE.  AGAIN, AS I STATED EARLIER, IT'S A

7    WAY FOR US TO ENGAGE DIFFERENT AUDIENCES.  SO OUR

8    PRIMARY AUDIENCE IS FAMILIES AND CHILDREN BUT WE ALSO

9    RECOGNIZE AS PART OF OUR MISSION THAT WE ARE TRYING TO

10    REACH BROAD AUDIENCES.  SO LIKE OTHER CULTURAL

11    INSTITUTIONS IN THE CITY, SUCH AS THE BARNES MUSEUM OF

12    FINE ART, THE ACADEMY OF NATURAL SCIENCES AS WELL, WE

13    REACH OUR ADULT AUDIENCES AND WE DO SERVE ALCOHOL FOR

14    PURCHASE.

15             MS. NEWTON:  NO FURTHER QUESTIONS, YOUR

16    HONOR.

17             MS. HENRY:  MAY I JUST ASK ONE QUESTION,

18    YOUR HONOR?

19             THE COURT:  YES.

20             RECROSS EXAMINATION

21    BY MS. HENRY:

22    Q.    WHEN YOU ARE -- IN YOUR CAPACITY AS A MUSEUM,

23    YOU ARE LOANED ARTIFACTS BY THEIR --

24             MS. NEWTON:  OBJECTION, YOUR HONOR.

25    BEYOND THE SCOPE OF REDIRECT.

1                    THE COURT:   SUSTAINED.

2      BY MS. HENRY:

3      Q.       DO YOU TELL THE PEOPLE, THE OTHER PEOPLE WHEN

4      YOU HAVE THEIR ITEMS, THAT YOU ARE SELLING ALCOHOL?

5                    MS. NEWTON:   OBJECTION, YOUR HONOR.

6      BEYOND THE SCOPE OF REDIRECT.

7                    THE COURT:   IT IS SUSTAINED.

8                    MS. HENRY:   OKAY, THANK YOU.

9                    THE COURT:   YOU MAY STEP DOWN.   THANK

10     YOU.

11                   (WITNESS EXCUSED.)

12                   THE COURT:   YOUR NEXT WITNESS.

13                   MS. NEWTON:   YOUR HONOR, THE GOVERNMENT

14     CALLS SIOBHAN KEEFE.

15                   THE DEPUTY CLERK:   RAISE YOUR RIGHT HAND

16     AND STATE YOUR NAME FOR THE RECORD.

17                   THE WITNESS:   KATHLEEN SIOBHAN KEEFE.

18                   (GOVERNMENT WITNESS SWORN.)

19                   DIRECT EXAMINATION

20     BY MS. NEWTON:

21     Q.       GOOD AFTERNOON, MS. KEEFE.   COULD YOU TELL THE

22     JURORS YOUR FULL NAME?

23     A.       KATHLEEN SIOBHAN KEEFE.

24     Q.       AND WHERE DO YOU WORK?

25     A.       THE FRANKLIN INSTITUTE.

1    Q.      WHAT IS YOUR POSITION AT THE FRANKLIN INSTITUTE?

2    A.      VICE-PRESIDENT OF FINANCE.

3    Q.      AS VICE-PRESIDENT OF FINANCE, WHAT DOES YOUR JOB

4    INVOLVE?

5    A.      MY JOB INVOLVES FINANCE, I.T., RISK MANAGEMENT

6    AND LEGAL REVIEW.

7    Q.      AND WHEN YOU SAY "I.T.," WAS IT THE TECHNOLOGY

8    PART OR THE COMPUTER PART --

9    A.      YES.

10    Q.      -- OF THE FRANKLIN INSTITUTE?

11             AND DOES YOUR JOB INVOLVE THE REVIEW OF

12    CONTRACTS AND LOAN AGREEMENTS AND INSURANCE POLICIES?

13    A.      YES.

14    Q.      NOW, WERE YOU WORK -- HOW LONG HAVE YOU BEEN

15    WORKING FOR THE FRANKLIN INSTITUTE?

16    A.      NINE YEARS.

17    Q.      HAVE YOU HAD THE SAME POSITION FOR ALL NINE

18    YEARS?

19    A.      NO.

20    Q.      WHAT DID YOU DO BEFORE YOU BECAME VICE-PRESIDENT

21    OF FINANCE?

22    A.      I WAS THE DIRECTOR OF FINANCE.

23    Q.      AND HOW LONG DID YOU HOLD THAT POSITION?

24    A.      I BELIEVE IT WAS TWO YEARS.

25    Q.      AND BEFORE THAT, WHAT DID YOU DO?

1     A.      I ACTUALLY WORKED IN THE FOR-PROFIT WORLD AS A

2     GROUP CONTROLLER.

3     Q.      NOW, DURING YOUR TIME AT THE FRANKLIN INSTITUTE

4     AS V.P. OF FINANCE, WERE YOU INVOLVED AT ALL IN -- WITH

5     THE LOAN OF THE TERRACOTTA WARRIOR OF THE FIRST EMPEROR

6     EXHIBIT FROM CHINA TO THE FRANKLIN INSTITUTE?

7     A.      YES.

8     Q.      AND WAS THERE A FORMAL LOAN AGREEMENT THAT WAS

9     ENTERED INTO BETWEEN REPRESENTATIVES IN CHINA AND THE

10     FRANKLIN INSTITUTE?

11     A.      YES.

12     Q.      NOW, IF YOU COULD TAKE A LOOK FOR ME -- THERE'S

13     A BIG BLACK BOOK IN FRONT OF YOU.  AND IF YOU COULD TURN

14     TO WHAT'S BEEN MARKED -- I BELIEVE IT'S TAB NUMBER FOUR.

15     IT'S A PRETTY BIG DOCUMENT.

16            IF YOU CAN LOOK AT THAT FOR ME AND

17     THEN TELL ME IF YOU RECOGNIZE THIS.

18     A.      YES.  THIS IS THE LOAN AGREEMENT.

19     Q.      SO THIS IS THE LOAN AGREEMENT BETWEEN THE

20     SHAANXI CULTURAL HERITAGE PROMOTION CENTER IN THE

21     PEOPLE'S REPUBLIC OF CHINESE AND THE FRANKLIN INSTITUTE,

22     CORRECT?

23     A.      YES.

24     Q.      WAS THERE ANOTHER PARTY THAT WAS ALSO INVOLVED

25     IN -- TO THIS AGREEMENT?

1    A.        THE PACIFIC SCIENCE CENTER.

2    Q.        OKAY.  AND WHERE IS THE PACIFIC SCIENCE CENTER

3    LOCATED?

4    A.        SEATTLE, WASHINGTON.

5    Q.        AND TO YOUR KNOWLEDGE, DID THE -- DID THIS

6    EXHIBIT -- DID THE TERRACOTTA WARRIORS OF THE FIRST

7    EMPEROR EXHIBIT GO TO BOTH THE PACIFIC SCIENCE CENTER

8    AND THE FRANKLIN INSTITUTE?

9    A.        YES.

10   Q.        NOW, WERE YOU INVOLVED IN THE NEGOTIATION OR THE

11   SIGNING OF THIS LOAN AGREEMENT?

12   A.        NO.

13   Q.        DID YOU HAVE -- WERE YOU INVOLVED IN REVIEWING

14   THIS AGREEMENT BEFORE IT WAS SIGNED BY THE FRANKLIN

15   INSTITUTE?

16   A.        YES.

17   Q.        OKAY.  NOW, IF YOU COULD TAKE A LOOK FOR ME

18   AT THE --

19             MS. NEWTON:  YOUR HONOR, THE GOVERNMENT

20   MOVES TO ADMIT GOVERNMENT EXHIBIT 4.

21             THE COURT:  YES.

22             (GOVERNMENT EXHIBIT 4 ADMITTED INTO

23   EVIDENCE.)

24             MS. NEWTON:  AND PERMISSION TO PUBLISH TO

25   THE JURY?

1                          THE COURT:  YES.

2      BY MS. NEWTON:

3      Q.      IF YOU CAN LOOK FOR ME ON THE VERY FIRST PAGE OF

4      THIS EXHIBIT.  AND THIS IS -- IS THIS THE TITLE PAGE --

5      A.      YES.

6      Q.        -- FOR THE LOAN AGREEMENT?

7                      AND IF WE COULD TURN TO ARTICLE TWO.

8                      THE COURT:  IS IT COMING UP?

9                      MS. NEWTON:  IS IT COMING UP FOR THE

10     JURORS?

11                     THE JURY:  NO.

12                     MS. NEWTON:  YOUR HONOR, I THINK FOR THIS

13     WITNESS, I CAN HAVE THE WITNESS TALK ABOUT IT.

14                     THE COURT:  OKAY.  WE WILL INVESTIGATE

15     AND FIND OUT WHAT IS GOING ON.

16                     MS. NEWTON:  THANK YOU, YOUR HONOR.

17     BY MS. NEWTON:

18     Q.      IF YOU COULD TURN FOR ME TO ARTICLE TWO.

19                     WHAT IS THE TITLE FOR ARTICLE TWO?  IT

20     SHOULD BE ABOUT PAGE THREE, I BELIEVE.

21     A.      PARTIES TO THE EXHIBITION.

22     Q.      AND ON THE FOLLOWING PAGE, ARE ALL OF THE

23     PARTIES TO THE EXHIBITION LISTED?

24     A.      YES.

25     Q.      WHO IS LISTED ON THE CHINESE SIDE OF THIS

1      AGREEMENT?

2      A.      THE SHAANXI PROVISIONAL CULTURAL RELICS BUREAU

3      AND THE SHAANXI CULTURAL HERITAGE PROMOTION CENTER.

4      Q.      AND WHO IS LISTED ON THE UNITED STATES PART OF

5      THE EXHIBIT?

6      A.      THE FRANKLIN INSTITUTE AND THE PACIFIC SCIENCE

7      CENTER.

8      Q.      IF YOU COULD TURN TO THE FOLLOWING PAGE,

9      ARTICLE THREE, WHAT IS ARTICLE THREE?

10     A.      LOANS OF THE EXHIBITION.

11     Q.      HOW MANY OBJECTS WERE PART OF THIS PARTICULAR

12     LOAN?

13     A.      IT INDICATES 125 OBJECTS.

14     Q.      AND IN CONNECTION WITH THIS LOAN AGREEMENT WITH

15     THE PEOPLE'S REPUBLIC OF CHINA, WITH THE SHAANXI

16     CULTURAL PROMOTION CENTER, WAS THERE ANY INSURANCE THAT

17     HAD TO BE OBTAINED TO GET THE OBJECTS FROM CHINA TO BOTH

18     SEATTLE, THE PACIFIC SCIENCE CENTER, AND THEN TO THE

19     FRANKLIN INSTITUTE?

20     A.      YES.

21     Q.      OKAY.  AND IF YOU COULD TURN TO ARTICLE EIGHT,

22     WHICH I BELIEVE IS PAGE 22.

23             DO YOU SEE THAT?

24     A.      YES.

25     Q.      WHAT IS THE TITLE OF ARTICLE EIGHT?

1    A.        INSURANCE AND LOANS.

2    Q.        OKAY.  AND BASICALLY, COULD YOU TELL THE JURY,

3    WHAT DOES ARTICLE EIGHT STATE ABOUT INSURANCE OF THE

4    LOANS FROM CHINA TO THE MUSEUMS IN THE UNITED STATES?

5    A.        THAT WE ARE REQUIRED TO HAVE THE INSURANCE OF

6    THE LOANS.  THEY SET THE VALUE OF THE INSURANCE.

7    WITHOUT HAVING READ IT BUT WITH MY UNDERSTANDING OF THE

8    CONTRACT, THEY SET THE VALUES AND WE -- THE INSURANCE

9    HAD TO BE IN BOTH ENGLISH AND CHINESE.

10   Q.        AND DID THE FRANKLIN INSTITUTE AND THE PACIFIC

11   SCIENCE CENTER OBTAIN INSURANCE FOR THESE OBJECTS?

12   A.        YES.

13   Q.        NOW, IF YOU COULD TURN FOR ME -- I BELIEVE IT'S

14   TO THE -- PAGE 36.  SO WE HAVE A PAGE 35 OF THE LOAN

15   AGREEMENT, AND THEN THERE'S A PAGE FOLLOWING IT.

16             DO YOU SEE THAT?

17   A.        YES.

18   Q.        OKAY.  ON THE PAGES THAT COMPLETE GOVERNMENT

19   EXHIBIT 4, DO YOU KNOW WHAT THESE PAGES ARE?

20   A.        THIS IS THE LIST OF ARTIFACTS THAT WERE BEING --

21   WITHIN THE SHOW, WITHIN THE EXHIBITION.

22   Q.        AND WITH THIS LIST OF ARTIFACTS THAT IS BEING

23   EXHIBITED IN THE SHOW, WHAT INFORMATION IS BEING GIVEN

24   ABOUT THE ARTIFACTS?

25   A.        IT PROVIDES THE NUMBERS -- A REFERENCE BY NAME;

1    CODE; CLASSIFICATION; THE DYNASTY, THE CHINESE DYNASTY;

2    WHAT IT'S MADE OUT OF; THE TYPES; HOW MANY OF THEM ARE;

3    THE SIZE; COLLECTED BY, WHO WAS THE COLLECTOR; A PHOTO;

4    AND THE INSURANCE VALUE.

5    Q.      NOW, IF YOU GO DOWN TO THE BOTTOM OF THIS FIRST

6    PAGE ON THIS -- IT'S ENTITLED SCHEDULE OF CULTURAL

7    RELICS OF THE EXHIBITION TERRACOTTA WARRIORS OF THE

8    FIRST EMPEROR, CORRECT?

9    A.      YES.

10   Q.      OKAY.  IF YOU GO DOWN TO THE LAST ENTRY ON THAT

11   FIRST PAGE, ENTRY NUMBER SEVEN, IS THE TITLE FOR THAT

12   ONE A CAVALRYMAN?

13   A.      YES.

14   Q.      AND IS THE COLLECTING CODE 002531?

15   A.      YES.

16   Q.      WHAT IS THE CLASS THAT'S LISTED FOR THIS

17   CAVALRYMAN?

18   A.      I DON'T KNOW.  IT SAYS FIRST CLASS, BUT I DON'T

19   KNOW WHAT THAT MEANS.

20   Q.      AND THE DYNASTY, IS THAT LISTED AS QIN DYNASTY?

21   A.      YES.

22   Q.      ALL RIGHT.  AND IS THERE -- ON THE FAR

23   RIGHT-HAND SIDE, IS THERE A VERY SMALL PHOTOGRAPH OF THE

24   OBJECT THAT'S THERE?

25   A.      YES.

1    Q.       AND IS THERE AN INSURANCE VALUE THAT IS LISTED

2    FOR THIS PARTICULAR OBJECT?

3    A.       YES.

4    Q.       WHAT IS THE INSURANCE VALUE THAT'S LISTED?

5    A.       4.5 MILLION.

6    Q.       THE OTHER OBJECTS THAT ARE ALSO LISTED ON THIS

7    PAGE, ARE THEY ALL LISTED AS FIRST-CLASS OBJECTS?

8    A.       YES.

9    Q.       COULD YOU TELL THE JURY WHAT ARE THE OTHER

10   INSURANCE VALUES FOR JUST THE FIRST PAGE OF THE OBJECTS

11   THAT ARE LISTED HERE?

12   A.       THEY RANGE FROM 5 MILLION DOWN TO 4.5 MILLION.

13   Q.       JUST ONE MOMENT.  IF YOU'D TURN TO PAGE 27 IN

14   THE LOAN AGREEMENT FOR ME.

15            DO YOU SEE THAT?

16   A.       YES.

17   Q.       WHAT IS -- THERE'S AN ARTICLE TEN.

18            WHAT IS THE TITLE OF ARTICLE TEN?

19   A.       EXHIBITION FEE.

20   Q.       WHAT WAS THE EXHIBITION FEE FOR THIS PARTICULAR

21   EXHIBITION?

22   A.       $900,000.

23   Q.       OKAY.  IS THAT SPLIT BETWEEN THE PACIFIC SCIENCE

24   CENTER AND THE FRANKLIN INSTITUTE?

25   A.       YES, $450,000 EACH.

1    Q.       NOW, IF YOU COULD TURN FOR ME TO WHAT HAS BEEN

2    MARKED AS GOVERNMENT EXHIBIT 6.  DO YOU SEE THAT?

3    A.       YES.

4    Q.       DO YOU RECOGNIZE THIS DOCUMENT?

5    A.       THIS IS THE INSURANCE BINDER.

6    Q.       IS THIS THE INSURANCE POLICY FOR THE TERRACOTTA

7    WARRIORS OF THE FIRST EMPEROR EXHIBIT?

8    A.       YES.

9                 MS. NEWTON:  YOUR HONOR, THE GOVERNMENT

10   MOVES TO ADMIT GOVERNMENT EXHIBIT 6.

11                THE COURT:  YES.

12                (GOVERNMENT EXHIBIT 6 ADMITTED INTO

13   EVIDENCE.)

14   BY MS. NEWTON:

15   Q.       AND UNDER THIS INSURANCE POLICY, WERE EACH OF

16   THE OBJECTS INSURED AT THE VALUE THAT WAS SPECIFIED IN

17   THAT CULTURAL RELICS EVENT VALUE BILL?

18   A.       YES.

19                MS. NEWTON:  YOUR HONOR, I HAVE NO

20   FURTHER QUESTIONS.

21                     CROSS-EXAMINATION

22   BY MS. HENRY:

23   Q.       GOOD AFTERNOON, MA'AM.

24   A.       GOOD AFTERNOON.

25   Q.       SO YOU TESTIFIED THAT -- IN YOUR POSITION AS

1    VICE-PRESIDENT OF FINANCE, ABOUT TWO DIFFERENT PIECES OF

2    PAPERWORK RELATED TO THE LOAN OF THE TERRACOTTA WARRIOR

3    EXHIBIT, YES?

4    A.    YES.

5    Q.    AND WHEN WE SAY "LOAN," IT'S NOT LIKE THEY'RE

6    JUST LOANING THEM TO YOU.  YOU GUYS ARE KIND OF RENTING

7    THEM, RIGHT?  THEY'RE -- YOU'RE PAYING MONEY TO --

8    A.    WE ARE PAYING MONEY, YES.

9    Q.    OKAY.  FINE.  IT'S NOT LIKE LENDING YOU MY

10   PENCIL.  IT'S A RENTAL AGREEMENT, RIGHT?  OR A LOAN

11   AGREEMENT.  DO YOU USE THE --

12   A.    IT'S A LOAN.

13   Q.    THE TERMS -- ARE --

14   A.    THE TERMINOLOGY IS A LOAN AGREEMENT.

15   Q.    OKAY.  FINE.  SO THE LOAN AGREEMENT THAT YOU

16   TALKED ABOUT, YOU DIDN'T DRAFT IT, BUT YOU REVIEWED IT,

17   RIGHT?

18   A.    I READ IT, CORRECT.

19   Q.    YOU READ IT.

20         AND IN READING IT, YOU DIDN'T ADVISE

21   AGAINST SIGNING IT, RIGHT?

22   A.    CORRECT.

23   Q.    OKAY.  AND YOU, IN FACT, SAID, YOU KNOW, LOOKS

24   GOOD TO ME, ESSENTIALLY, YES?

25   A.    ESSENTIALLY, YES.

1    Q.      OKAY.  WHO DID DRAFT IT?

2    A.      IT WAS DRAFTED BY THE CHINESE.

3    Q.      OKAY.  AND YOU TALKED ABOUT THAT THERE WAS, YOU

4    KNOW, 100 AND SOMETHING ITEMS THAT WERE BEING LOANED,

5    YES?

6    A.      YES.

7    Q.      OKAY.  AND THEN YOU TALKED ABOUT IN SECTION

8    EIGHT THAT THERE WERE VALUES THAT WERE SET, CORRECT?

9    A.      CORRECT.

10   Q.      OKAY.  ARTICLE EIGHT.

11           AND YOU SAID THAT THE VALUES THAT WERE

12   SET FOR THESE ITEMS WERE DECIDED BY THE CHINESE, YES?

13   A.      YES.

14   Q.      SO THEY DECIDED HOW MUCH THE ITEMS WERE WORTH IN

15   THIS DOCUMENT, CORRECT?

16   A.      YES.

17   Q.      NOW, AND YOU -- FOR EXAMPLE, MOST OF THE FIGURES

18   THAT YOU REFERRED TO IN THE CHART, THE BIG -- THE BIG

19   ONES, THE BIG STATUES OF THE WARRIORS WERE VALUED AROUND

20   4.5 MILLION, GIVE OR TAKE, EACH?

21   A.      PLUS OR MINUS, YES.

22   Q.      OKAY.  AND THE ONES THAT YOU REFERRED TO ON THE

23   PAGE WHERE YOU HAD A LIST OF ALL OF THE DIFFERENT

24   ONES -- LET ME JUST TAKE A LOOK AT THAT -- YOU TALKED

25   ABOUT THEY WERE ALMOST ALL -- LET ME GET TO THE RIGHT

1      PAGE.   YOU JUST HAD IT IN FRONT OF YOU, I BELIEVE.   LET

2      ME JUST MAKE SURE WE HAVE THE RIGHT ONE.

3                      MS. HENRY:   CAN WE GET THE SCREENS ON, OR

4      ARE THEY NOT WORKING?

5                      THE DEPUTY CLERK:   YOUR SIDE IS WORKING.

6                      MS. HENRY:   OKAY.   OH, OUR SIDE IS

7      WORKING.

8                      CAN YOU BRING UP D 22?

9                      THE DEPUTY CLERK:   THEY'RE NOT SHOWING.

10                     MS. HENRY:   THEY'RE NOT SHOWING?   OH,

11     FINE.

12                     THE DEPUTY CLERK:   THERE YOU GO.

13                     MS. HENRY:   OKAY.

14                     DO YOU GUYS HAVE IT ON YOUR SCREEN,

15     EVERYONE?   OKAY.   GREAT.

16     BY MS. HENRY:

17     Q.      SO D 22, THIS IS THE FIRST PAGE THAT YOU TALKED

18     ABOUT, AND ON THE RIGHT-HAND SIDE ARE THE INSURANCE

19     VALUES:  THE 500, 480, 400, 450, 450, 450, 450 --

20     A.      YES.

21     Q.      -- RIGHT?

22                     OKAY.   AND THOSE ARE NUMBERS FROM THE

23     CHINESE?

24     A.      YES.

25     Q.      AND WHEN YOU SIGNED OFF ON OR RECOMMENDED THAT

1       THIS LOAN AGREEMENT LOOKED GOOD TO YOU, YOU DIDN'T CHECK

2       TO SEE HOW MUCH THESE WERE INSURED FOR IN THE PAST, DID

3       YOU?

4       A.      NO.

5       Q.      OKAY.  AND WERE YOU AWARE THAT THE UNITED

6       NATIONS, WHEN THESE FIRST WENT ON EXHIBITION IN 1985,

7       THEY VALUED THESE PARTICULAR STATUES AT ABOUT 350,000

8       U.S. DOLLARS?

9       A.      NO.

10      Q.      SO YOU DIDN'T DO ANYTHING TO VERIFY ANY VALUES?

11      A.      NO.

12              MS. HENRY:  CAN YOU TAKE THAT DOWN?

13      BY MS. HENRY:

14      Q.      AND YOU SAID ONE OF THE DEALS UNDER THE LOAN

15      AGREEMENT IS THAT YOU HAD TO PROVIDE INSURANCE, YES?

16      A.      YES.

17      Q.      OKAY.  AND SO YOU REVIEWED THE INSURANCE

18      INFORMATION ALSO?

19      A.      YES.

20      Q.      OKAY.  BUT YOU WERE NOT A PARTY TO THAT, EITHER?

21      A.      I DON'T UNDERSTAND THE QUESTION.

22      Q.      YOU DIDN'T SIGN IT?

23      A.      NO.

24      Q.      OKAY.  BEFORE I GET TO THE INSURANCE, HOW MANY

25      VISITORS WERE THERE TO THE TERRACOTTA WARRIOR EXHIBIT,

1    IF YOU KNOW?

2    A.      OFF THE TOP OF MY HEAD, I DON'T KNOW.

3    Q.      WOULD YOU CONSIDER IT TO BE SUCCESSFUL, A LOT OF

4    VISITORS CAME FOR THAT EXHIBIT?

5    A.      YOU WOULD HAVE TO DEFINE "SUCCESSFUL."

6    Q.      OKAY.

7    A.      IF WE HAD A --

8    Q.      WELL, DID IT -- DID IT MAKE MONEY?  DID IT HELP

9    MAKE MONEY FOR THE FRANKLIN INSTITUTE?

10   A.      IT MADE SOME.

11   Q.      OKAY.  SO THE INSURANCE POLICY IS BETWEEN AN

12   INSURANCE COMPANY CALLED PICC PROPERTY AND CASUALTY

13   COMPANY AND THE FRANKLIN INSTITUTE, CORRECT?

14   A.      NOT TOTALLY.

15   Q.      OKAY.

16   A.      IT WAS PI- -- PICC WAS PART OF A SYNDICATE

17   THROUGH LLOYD'S OF LONDON.

18   Q.      OKAY, FINE.  AND THEN ALSO THE MUSEUM IN SEATTLE

19   WAS PART OF THAT?

20   A.      YES.

21   Q.      AND THERE WERE DIFFERENT PROVISIONS IN THE

22   INSURANCE PREMIUM, YES?

23   A.      YES.

24   Q.      OKAY.

25           MS. HENRY:  COULD YOU BRING UP 23-014,

1      PLEASE?

2      BY MS. HENRY:

3      Q.      AND UNDER THIS, THE INSURED WAS THE FRANKLIN

4      INSTITUTE, YES?

5                      MS. NEWTON:  WHAT -- WHAT'S THE TAG?

6                      MS. HENRY:  OH, 23-014.

7                      THE WITNESS:  WE WERE ONE OF THE

8      INSUREDS.

9      BY MS. HENRY:

10     Q.      CORRECT.  SO THE INSURER WOULD HAVE BEEN PICC

11     PROPERTY AND CASUALTY COMPANY, SHANGHAI BRANCH, AND

12     THEN --

13                     MS. HENRY:  ACTUALLY, COULD YOU TAKE THAT

14     DOWN FOR A SECOND?  COULD YOU PUT UP 23-002?

15     BY MS. HENRY:

16     Q.      CAN YOU SEE THAT?

17     A.      MM-HMM.

18     Q.      OKAY.  CAN YOU JUST CALL OUT ON THE TOP, JUST

19     BECAUSE IT'S SMALL, WHERE IT SAYS "INSURER," PLEASE?

20     A.      WHERE IS --

21     Q.      IT'S RIGHT UNDER "TYPE."  IT SAYS:  PICC

22     PROPERTY AND CASUALTY INSURANCE.

23                     I THINK SHE HAS A DIFFERENT DOCUMENT.

24                     I'M SORRY.  HOLD ON.

25                     MAY I ASK THE COURT'S INDULGENCE.

1              OKAY.   THANK YOU FOR YOUR PATIENCE.   WE

2      ARE GOING TO GET BETTER AT THIS, I PROMISE.

3      BY MS. HENRY:

4      Q.      SO AT THE TOP, YOU SEE IT SAYS THE INSURER?

5              INSURER, RIGHT?

6      A.      YES.

7      Q.      SO THAT'S THE INSURER.   THAT'S THE -- THAT'S THE

8      PICC PROPERTY AND CASUALTY COMPANY, SHANGHAI BRANCH,

9      YES?

10     A.      YES.

11     Q.      OKAY.   AND SO, THEN, NEXT IT SAYS --

12              MS. HENRY:   IF YOU PULL OUT "INSURED."

13              OKAY.

14     BY MS. HENRY:

15     Q.      AND THAT'S THE PACIFIC SCIENCE CENTER AND THE

16     FRANKLIN INSTITUTE AND/OR ALL LENDERS OR THEIR AGENTS,

17     RESPECTIVE RIGHTS INTEREST MAY APPEAR, HEREINAFTER KNOWN

18     AS THE INSURED.   RIGHT?

19              SO WHEN THE CONTRACT TALKS ABOUT "THE

20     INSURED," IT'S TALKING ABOUT THE FRANKLIN INSTITUTE,

21     YES?

22     A.      YES.

23     Q.      OKAY.   THANK YOU.

24              MS. HENRY:   SO CAN YOU PLEASE BRING UP --

25     FURTHER ON IN THIS INSURANCE AGREEMENT, COULD YOU BRING

1    UP 23-014, PLEASE.

2                    MS. NEWTON:  YOUR HONOR, I ASK THAT MS.

3    HENRY COULD JUST TELL US WHAT PAGE OF THE --

4                    MS. HENRY:  OH, 13 --

5                    MS. NEWTON:  -- INSURANCE POLICY THAT

6    WE'RE LOOKING AT?  THANK YOU.

7                    MS. HENRY:  I'M SORRY, PARDON ME.  13.

8                    CAN YOU SEE -- IT WAS --

9                    OKAY.  COULD YOU PULL OUT THE CLAUSE ON

10   REASONABLE CARE, PLEASE?

11                   MS. NEWTON:  YOUR HONOR, COULD WE SEE YOU

12   AT SIDEBAR FOR A MOMENT, PLEASE?

13                   THE COURT:  YES.

14                   (SIDEBAR DISCUSSION.)

15                   MS. NEWTON:  YOUR HONOR, WE HAVE FILED

16   OUR MOTION IN LIMINE ASKING THAT THE DEFENSE BE

17   PRECLUDED FROM ANY MENTION OF LAPSE IN SECURITY OR

18   BREACH IN SECURITY.  THE COURT HAS NOT RULED ON IT YET,

19   BUT THEY CERTAINLY USED IT IN THEIR OPENING AND I

20   BELIEVE THAT'S WHERE MS. HENRY IS GOING NOW.

21                   IT IS MY UNDERSTANDING THAT UNTIL THIS IS

22   RULED ON, WE ASKED THAT THE -- THAT THIS NOT BE

23   PERMITTED.

24                   MS. HENRY:  YOUR HONOR, THIS IS A PART OF

25   THE CONTRACT THAT WAS INTRODUCED.  I SHOULD BE ABLE TO

1       ASK QUESTIONS ABOUT THE LANGUAGE OF THE CONTRACT IN THE

2       INSURANCE POLICY SHE JUST INTRODUCED, PLUS THERE WAS NO

3       MOTION.  THERE WAS A MOTION TO PRECLUDE JURY

4       NULLIFICATION.  WE ARE NOT --

5                   MS. NEWTON:  THE MOTION WAS TO PREVENT

6       ARGUMENT INTRODUCING EVIDENCE ABOUT A BREACH OF SECURITY

7       A LACK OF SECURITY.  THE WORD "SECURITY" IS NOT RELEVANT

8       TO THE ISSUE IN THE CASE.

9                   MS. MACEOIN:  IT'S A WHOLE PACKET.

10                  THE COURT:  I AM GOING TO PERMIT IT.

11                  MS. HENRY:  THANK YOU.

12                  (SIDEBAR CONCLUDED.)

13                  MS. HENRY:  CAN YOU JUST CALL OUT THE

14      SECTION ON REASONABLE CARE?  THAT IS NOT COMING UP.

15                  DOES ANYONE HAVE THAT -- NO ONE HAS IT ON

16      THEIR SCREENS YET?

17                  IS IT US?

18                  THE DEPUTY CLERK:  YES.

19                  MS. HENRY:  OKAY.  FINE.  CAN YOU CALL UP

20      THE SECTION ON REASONABLE CARE, PLEASE?

21                  OKAY.  THANK YOU.

22      BY MS. HENRY:

23      Q.      OKAY.  SO THE INSURER, WHICH IS FRANKLIN

24      INSTITUTE, ACCORDING TO THIS, SAYS THAT, MUST TAKE ALL

25      REASONABLE STEPS TO PROTECT THE EXHIBITS AGAINST LOSS OR

1    DAMAGE AND TO KEEP THEM IN GOOD REPAIR AND CONDITION,

2    RIGHT?   THAT'S PART OF THE INSURANCE AGREEMENT, CORRECT?

3    A.       YES.

4    Q.       OKAY.

5              MS. HENRY:   CAN YOU TAKE THAT DOWN,

6    PLEASE?

7              COULD YOU BRING UP 23-034, PLEASE?

8              AND CALL OUT SECTION 9.

9    BY MS. HENRY:

10   Q.       AND YOU ALSO AGREE IN THIS CONTRACT THAT ANY

11   PROTECTION PROVIDED FOR THE SAFETY OF ALL OF THE

12   PROPERTY INSURED, WHICH IS THE STATUES, RIGHT, THE

13   EXHIBIT?

14   A.       YES.

15   Q.       SHALL BE MAINTAINED IN GOOD ORDER THROUGHOUT THE

16   CURRENCY OF THIS POLICY AND SHALL BE IN USE AT ALL

17   RELEVANT TIMES AND THAT SUCH PROTECTION NOT BE WITHDRAWN

18   OR VARIED TO THE DETRIMENT OF THE INTERESTS OF THE

19   UNDERWRITERS WITHOUT THEIR CONSENT.

20              SO THAT'S PART OF THIS ARRANGEMENT ALSO,

21   RIGHT, THIS CONTRACT?

22   A.       YES.

23   Q.       THANK YOU.

24              MS. HENRY:   I HAVE NO FURTHER QUESTIONS,

25   YOUR HONOR.

1              THE COURT:  ANY REDIRECT?

2              MS. NEWTON:  NO REDIRECT, YOUR HONOR.

3              THE COURT:  THANK YOU, MRS. KEEFE.

4              YOUR NEXT WITNESS.

5              MS. NEWTON:  YOUR HONOR, CAN WE SEE YOU

6    AT SIDEBAR FOR A MOMENT?

7              THE COURT:  DO WE NEED THE STENOGRAPHER?

8              MS. NEWTON:  I DON'T THINK SO, YOUR

9    HONOR.

10             (SIDEBAR DISCUSSION OFF THE RECORD.)

11             THE COURT:  BECAUSE WE ARE HAVING

12   TECHNICAL DIFFICULTIES, WE ARE GOING TO RECESS UNTIL

13   TOMORROW MORNING.  SO PLEASE BE HERE AT 9:30.  DO NOT

14   DISCUSS WHAT YOU HAVE HEARD SO FAR AND HAVE A GOOD

15   NIGHT.

16             (JURY OUT.)

17             THE COURT:  WE WILL TAKE A RECESS.  WE

18   HAVE THE ATTORNEY FOR FRANKLIN INSTITUTE COMING AT 4:30.

19   SO WE WILL RECONVENE AT THAT TIME.

20             MS. NEWTON:  YOUR HONOR, I'M SORRY.  ONE

21   OTHER QUESTION.  AND PERHAPS I AM JUST NOT

22   UNDERSTANDING, BUT I THOUGHT THE GOVERNMENT'S MOTION IN

23   LIMINE WITH RESPECT TO ARGUMENT OR EVIDENCE ABOUT BREACH

24   OF SECURITY, ABOUT LACK OF SECURITY, HAD NOT BEEN RULED

25   ON BY THE COURT.  AND YES, IT'S JURY NULLIFICATION FROM

1    THE PERSPECTIVE THAT THE LACK OF SECURITY OR BREACH OF

2    SECURITY SIMPLY IS NOT RELEVANT TO WHETHER MR. ROHANA

3    STOLE OR DIDN'T STEAL THE THUMB.  WHETHER THERE WERE 25

4    ARMED GUARDS AROUND OR WHETHER THERE WERE NO ARMED

5    GUARDS AROUND, THE THEFT IS STILL THE SAME.  SO WE WOULD

6    RESPECTFULLY ASK FOR THE COURT TO RULE -- I DON'T

7    BELIEVE THAT THE DEFENSE EVER FILED A RESPONSE TO THAT

8    MOTION.  SO WE WOULD ASK THE COURT TO RULE ON THAT

9    MOTION SO WE KNOW HOW WE CAN PROCEED FROM THIS POINT

10   FORWARD, PARTICULARLY GIVEN SINCE IT WAS MENTIONED

11   RATHER PROMINENTLY IN THE DEFENSE'S OPENING.

12            MS. MACEOIN:  YOUR HONOR, I CAN RESPOND

13   TO THAT NOW.  YOUR HONOR, CARE, CUSTODY AND CONTROL HAS

14   TO BE PROVEN IS ONE OF THE ELEMENTS OF THE GOVERNMENT'S

15   CASE IN THIS CASE.  SECOND OF ALL, THE JURY SHOULD BE

16   ENTITLED TO HEAR EXACTLY WHAT WAS GOING ON THAT NIGHT.

17   THE GOVERNMENT AGAIN, HAS CHARGED WITH THEFT OF MAJOR

18   ARTWORK, IMPLYING THAT THIS IS AN INDIVIDUAL WHO BROKE

19   INTO A MUSEUM AND STOLE SOMETHING WITH THE INTENT TO

20   SELL IT, WHICH IS CLEARLY NOT THE CASE HERE.

21            THE COURT:  THAT'S NOT -- THAT'S NOT THE

22   DEFINITION.

23            MS. MACEOIN:  IT'S NOT, YOUR HONOR, BUT

24   THE JURY --

25            THE COURT:  AND NOBODY HAS SAID THAT.

1           MS. MACEOIN:  THE JURY HAS A RIGHT TO

2    HEAR THE ENTIRE CIRCUMSTANCES OF THAT NIGHT AND NOT JUST

3    PINPOINTING IT TO ONE MOMENT IN TIME.  IT GOES TO

4    INTENT, FOR EXAMPLE, YOUR HONOR.  BUT SECOND OF ALL,

5    THEY DO HAVE THE OBLIGATION TO PROVE CARE, CUSTODY AND

6    CONTROL.

7           THE COURT:  TO THE EXTENT THAT THE

8    GOVERNMENT IS PRESENTING THE INSURANCE POLICY, THE COURT

9    HAS PERMITTED THE CROSS EXAMINATION IN THAT REGARD.

10          MS. NEWTON:  ABSOLUTELY, YOUR HONOR.

11          THE COURT:  BUT I THINK THAT THE GENERAL

12   OVERALL SECURITY MEASURES, UNLESS IT'S PRESENTED BY THE

13   GOVERNMENT, I DON'T KNOW THAT IT BECOMES RELEVANT IN HOW

14   THIS CASE IS GOING TO PROCEED.

15          MS. HENRY:  YOUR HONOR, THE ONLY THING IS

16   THEY ARE GOING TO SHOW A BUNCH OF PARTS OF VIDEO TAPE.

17   WE HAVE OTHER PARTS OF THE VIDEO TAPE THAT THEY ARE NOT

18   GOING TO SHOW SO WE WILL ADDRESS THAT AT THE TIME, BUT

19   WE OF COURSE ASK TO BE ABLE TO -- FOR THE RULE OF

20   COMPLETENESS TO BE ABLE TO SHOW THE PARTS THAT WE WANT

21   TO SHOW OF THE SURVEILLANCE TAPE AND THEY CAN SHOW THE

22   PARTS OF THE SURVEILLANCE TAPE THAT THEY WANT TO SHOW.

23   IT HAS ALL BEEN TURNED OVER FROM THE GOVERNMENT, THE

24   AUTHENTICITY IS NOT IN QUESTION.  AND THEY ARE CALLING

25   TWO DIFFERENT PEOPLE WHO ARE DIRECTORS OF SECURITY AS

1    WITNESSES, SO --

2                    MS. NEWTON:  NO, YOUR HONOR.  THAT'S NOT

3    CORRECT.

4                    MS. HENRY:  MARK HARMON IS ON THEIR

5    WITNESS LIST, AS WELL AS EVA BYNOE, WHO IS A MANAGER OF

6    SAFETY AND SECURITY.  SO THEY ARE CALLING TWO SECURITY

7    PEOPLE FROM THE FRANKLIN INSTITUTE, WHICH PUTS THAT I

8    THINK -- AND THEY ARE GOING TO TALK ABOUT THE SECURITY

9    AND THEY ARE GOING TO TALK ABOUT SURVEILLANCE TAPES AND

10   THEY ARE GOING TO SHOW SURVEILLANCE TAPES.

11                    SO WE ARE JUST ASKING PERMISSION TO

12   QUESTION THEM ABOUT THE TAPES.  QUESTION ABOUT THEIR

13   PROTOCOL AND SHOW OTHER TAPES IF THEY DIDN'T SHOW THE

14   PARTS THAT THE DEFENSE WISHES TO SHOW, AT LEAST IN CROSS

15   EXAMINATION.

16                    MS. NEWTON:  YOUR HONOR, THE GOVERNMENT

17   HAS NO OBJECTION, OF COURSE, TO SHOWING THE SURVEILLANCE

18   TAPES AND SHOWING OTHER PARTS OF THE TAPES, BUT TO

19   QUESTION THEM ABOUT THEIR PROTOCOL IS GETTING INTO THAT

20   AREA AGAIN OF LACK OF RELEVANCE BECAUSE IT HAS NOTHING

21   TO DO WITH MR. ROHANA'S INTENT TO STEAL OF WHETHER THERE

22   WAS A SECURITY GUARD THERE OR NOT.  SO OUR POSITION IS

23   THE SAME.

24                    WE CERTAINLY USE -- WE PROVIDED THE

25   SECURITY VIDEO.  WE WOULD -- CERTAINLY ARE NOT OBJECTING

1        TO THE USE OF THE SECURITY VIDEO, BUT IN TERMS OF ANY

2        ARGUMENT WITH RESPECT TO A BREACH OF SECURITY OR LAPSE

3        OF SECURITY, THAT'S WHERE THE GOVERNMENT BELIEVES THAT

4        IS NOT RELEVANT AND NOT APPROPRIATE.

5                    MS. HENRY:  YOUR HONOR, I THINK THAT

6        IT'S -- THAT -- YOUR HONOR IS GOING TO INSTRUCT THE JURY

7        THAT THERE'S CIRCUMSTANTIAL EVIDENCE OF -- THAT THE

8        GOVERNMENT, TO PROVE INTENT, RIGHT, THEY HAVE TO PROVE

9        THAT -- THE JURY IS GOING TO HAVE TO LOOK TO THE

10       CIRCUMSTANTIAL EVIDENCE IN THE CASE TO SEE

11       WHAT -- WHETHER MR. ROHANA HAD THE INTENT TO STEAL AND

12       PERMANENTLY DEPRIVE THE MUSEUM OF THIS PIECE OF CLAY.

13       AND SO IN DECIDING WHETHER -- LOOKING AT WHAT THE

14       CIRCUMSTANTIAL EVIDENCE IS TO SEE WHAT WAS IN HIS MIND,

15       WHETHER THIS WAS AN ACT OF VANDALISM OR HE HAD A

16       SPECIFIC INTENT TO STEAL AND NEVER GIVE IT BACK, THE

17       CIRCUMSTANCES OF HOW HE GETS INTO THERE, AND, YOU KNOW,

18       CERTAINLY, THEY WOULD BE ARGUING IF IT WAS LOCKED AND

19       THEY HAD -- AND HE HAD TO SLIP DIFFERENT PLACES, THAT

20       THAT WOULD BE CIRCUMSTANTIAL EVIDENCE OF HIS INTENT TO

21       STEAL AND TO PERMANENTLY DEPRIVE.

22                    AND SO, IN THE ALTERNATIVE, I THINK WE

23       SHOULD BE -- WE ARE NOT GOING TO GO TOO FAR WITH IT,

24       YOUR HONOR, BUT JUST BE ABLE TO ASK THESE QUESTIONS

25       ABOUT HOW -- WHAT THE ACCESSIBILITY WAS THAT NIGHT INTO

1      THIS EXHIBIT, BECAUSE IT IS RELEVANT TO HIS -- TO

2      CIRCUMSTANTIAL EVIDENCE OF HIS INTENT, AND THAT'S -- THE

3      GOVERNMENT HAS TO PROVE IN THIS CASE.

4                  MS. NEWTON:  THE GOVERNMENT IS NOT

5      DISPUTING THAT THE DOOR WAS NOT LOCKED FOR HIM TO GO IN.

6      SO THAT'S NOT -- THAT'S NOT AT ISSUE HERE.  AND IT IS

7      NOTHING TO DO WITH HIS INTENT AS TO WHETHER THERE WAS A

8      SECURITY GUARD PRESENT OR NOT.

9                  THE COURT:  I THINK THAT'S THE ARGUMENT

10     OF BOTH SIDES.  AGAIN, I THINK THAT THE SECURITY IS

11     IMPORTANT AND RELEVANT TO A CERTAIN EXTENT, BUT THE

12     EXHIBIT COULD HAVE BEEN WIDE OPEN AND IT STILL COULD

13     RESULT IN THE CHARGES IN THIS CASE.  SO THE FACT THAT

14     THERE WAS A LAPSE IN SECURITY OR NOT A LAPSE IN SECURITY

15     IS NOT PROBATIVE OF WHETHER OR NOT THERE WAS -- THERE

16     WAS A CRIME COMMITTED HERE.

17                 SO TO THE EXTENT YOU ARE CALLING PEOPLE

18     IN SECURITY, THE DEFENSE HAS THE RIGHT TO CROSS-EXAMINE

19     THOSE WITNESSES, AND AGAIN, I THINK IT'S TO A CERTAIN

20     POINT.

21                 MS. NEWTON:  UNDERSTOOD, YOUR HONOR.

22     CERTAINLY AS TO ANY AREA THAT THE GOVERNMENT ELICITS ON

23     DIRECT TESTIMONY, WE WOULD EXPECT CROSS EXAMINATION FROM

24     THE DEFENSE.  BUT IF THE DEFENSE STARTS GOING INTO OTHER

25     AREAS THAT WE HAVE NOT DONE -- THAT IS NOT THE RECORD

1      FROM DIRECT EXAMINATION, OUR POSITION WOULD BE THAT THEY

2      SHOULD NOT BE ABLE TO GO FURTHER INTO THIS LAPSE OF

3      SECURITY OR BREACH OF SECURITY AREA, IF WE HAVE NOT

4      ADDRESSED IT IN ANY WAY.

5                    FOR EXAMPLE, MR. MARK HARMON WILL TESTIFY

6      SIMPLY TO THERE ARE SURVEILLANCE VIDEOS.  THESE ARE THE

7      SURVEILLANCE VIDEOS OF THAT NIGHT.  SO WE HAVE HEARD THE

8      DEFENSE IS PLANNING ON USING OTHER PARTS OF THE

9      SURVEILLANCE VIDEO.  BUT WE ARE NOT GOING BEYOND THAT

10     WITH RESPECT TO MR. HARMON.

11                   THE COURT:  I'M NOT QUITE SURE WHAT THE

12     DEFENSE WISHES TO PRESENT TO THE COURT BUT THAT IS

13     SUBJECT TO YOUR OBJECTION.

14                   MS. NEWTON:  THANK YOU, YOUR HONOR.

15                   THE COURT:  SO WE WILL WAIT UNTIL COUNSEL

16     FOR THE FRANKLIN INSTITUTE APPEARS.

17                   MS. NEWTON:  I THINK THERE IS ALSO ONE

18     OTHER MOTION THAT IS OUTSTANDING AS WELL.  THE -- I WAS

19     NOT SURE IF THE COURT WAS JUST GOING TO WAIT UNTIL THE

20     TIME OF THE JURY INSTRUCTIONS TO DEAL WITH THEIR

21     OBJECTION SO THE GOVERNMENT CAN ARGUE ABOUT WHAT WORTH

22     MEANS, OR WHAT WORTH ENCOMPASSES.

23                   THE COURT:  WELL, I GUESS WE COULD USE

24     THE TIME TO DO THAT.

25                   MS. MACEOIN:  CERTAINLY, YOUR HONOR.  IF

1          I CAN JUST FIND MY NOTES.

2                    MS. HENRY:  MAY WE BE SEATED, YOUR HONOR?

3                    THE COURT:  YES.

4                    MS. HENRY:  THANK YOU.

5                    MS. MACEOIN:  YOUR HONOR, THE DEFENSE

6     BROUGHT THIS MOTION TO THE COURT'S ATTENTION IN THAT IN

7     THEIR JURY INSTRUCTIONS, THE GOVERNMENT IS REQUESTING

8     THAT THE COURT INSTRUCT THE JURY ON THE BLACK'S LAW

9     DEFINITION OF "WORTH," WHICH WE MAINTAIN, FIRST OF ALL,

10    THERE IS NO NEED TO GO OUTSIDE THE STATUTE TO DEFINE

11    "WORTH" AS IT IS DEFINED SQUARELY WITHIN, MEANING

12    SOMETHING HAS A WORTH IN EXCESS OF $5,000 OR MORE THAN

13    $100,000, THE WORTH IS DEFINED BY THE FOLLOWING AND

14    SUBSEQUENT MONETARY VALUE OF THE STATUTE.

15                    SECOND OF ALL, YOUR HONOR, EVEN IF YOU

16    FIND THAT "WORTH" IS NOT DEFINED THERE, LET'S LOOK AT

17    THE LEGISLATIVE HISTORY.  AND PAGE 3 OF OUR MOTION IN

18    LIMINE -- OR PAGE 2, ACTUALLY, WE TALK ABOUT THE

19    LEGISLATIVE HISTORY IN THE CASE OF UNITED STATES VERSUS

20    PRITCHARD, WHICH YOUR HONOR IS VERY FAMILIAR WITH, AND

21    TALK ABOUT HOW THIS PARTICULAR STATUTE CAME INTO BEING

22    TO CIRCUMVENT MAJOR ART CRIMES, CITING THE ISABELLA

23    STEWART GARDNER MUSEUM IN BOSTON.  AND THAT SPECIFIC

24    MONETARY VALUE WAS PLACED IN THE ORIGINAL STATUTE.  IT

25    ACTUALLY EVOLVED.  IT WAS A LOWER THRESHOLD AND THEN IT

1   BECAME HIGHER THROUGH THE COURSE OF THE LEGISLATIVE

2   PROCESS.

3            WE ALSO CITE THAT THERE ARE SEVERAL OTHER

4   STATUTES UNDER THIS SECTION, WHICH HAS TO DO WITH THEFT

5   OR EMBEZZLEMENT, WHERE THE JURISDICTIONAL THRESHOLD WAS

6   RAISED, OFTEN TO ACCOMMODATE WITH INFLATION.  FOR

7   EXAMPLE, THIS PARTICULAR STATUTE AT ONE POINT WAS $100.

8   BUT REALIZING THAT ALMOST ANYTHING NOWADAYS IS WORTH

9   $100, THEY RAISED IT TO $5,000 AS A MINIMUM.  THAT

10  INDICATES A VERY SPECIFIC LEGISLATIVE INTENT TO NOT

11  CRIMINALIZE THEFT OF PIECES OF ART UNDER A CERTAIN

12  MONETARY VALUE.

13           LASTLY, YOUR HONOR, IN THE CASE OF UNITED

14  STATES VERSUS PRITCHARD, YOUR HONOR INSTRUCTED THE JURY

15  -- SPECIFICALLY IT'S ON PAGE 112.  THIS IS A TRANSCRIPT,

16  YOUR HONOR.  I CAN PASS IT UP TO THE COURT.  ON THE

17  DEFINITION OF A TERM OF "OBJECT OF CULTURAL HERITAGE"

18  AND I CAN PASS IT UP TO THE COURT.

19           MAY I APPROACH, YOUR HONOR?

20           THE COURT:  YES.

21           MS. MACEOIN:  THIS IS -- WE HAVE THE

22  CAPTION PAGE OF UNITED STATES VERSUS PRITCHARD.  WE HAVE

23  INCLUDED THE RELEVANT PAGES, BUT ON PAGES 112 LINES 8

24  THROUGH 11 THIS COURT INSTRUCTED THE JURY TO JUST THIS:

25  THE TERM "OBJECT OF CULTURAL HERITAGE" IS DEFINED IN THE

1    STATUTE AS AN OBJECT THAT IS OVER 100 YEARS OLD AND

2    WORTH IN EXCESS OF $5,000 OR WORTH AT LEAST $100,000.

3    THE JURY DIDN'T NEED ANY FURTHER EXPLANATION BECAUSE

4    THERE ISN'T ANY REQUIRED.

5              LASTLY, YOUR HONOR, IF THERE IS ANY

6    AMBIGUITY AT ALL IT SHOULD COME DOWN ON THE SIDE OF THE

7    DEFENSE UNDER THE RULE OF LENITY AND WE CITE THE

8    APPROPRIATE CASE LAW, WHICH IS PREVALENT IN THAT AREA.

9    BUT WE MAINTAIN IT'S NOT AMBIGUOUS, EVEN IF WE ARE

10   LOOKING AT THE STATUTORY HISTORY.  AND THEN EVEN IF YOU

11   GET DOWN THAT FARTHER LINE, THE RULE OF LENITY REQUIRES

12   THAT THE COURT PROVIDES THE EXACT INSTRUCTION IT DID IN

13   UNITED STATES VERSUS PRITCHARD.

14              THE COURT:  OKAY.

15              MS. NEWTON.

16              MS. NEWTON:  YOUR HONOR, WORTH OF OVER

17   $5,000 IS NOT A DEFINITION OF WORTH.  IT'S THE

18   JURISDICTIONAL VALUE THAT IS BEING GIVEN.  AND THE THIRD

19   CIRCUIT HAS RECOGNIZED THIS AS THE REASON THAT THIS TYPE

20   OF NUMBER IS GIVEN IS -- AS MS. MACEOIN SAID, IT IS SO

21   THAT CRIMES OF LESSER VALUE ARE NOT GOING TO BE -- NOT

22   HAVE THOSE KINDS OF TIME BEING SPENT BY FEDERAL COURTS

23   HEARING THOSE.  IT WOULD BE IN A STATE COURT.  SO YEAH,

24   THERE IS NO QUESTION IT'S A JURISDICTIONAL VALUE LIMIT

25   OF $5,000 OR MORE.  BUT COMPARING THIS TO 2314, FOR

1    EXAMPLE, WHERE WE HAVE THE ISSUE OF VALUE OF $5,000 OR

2    MORE, AND THERE CONGRESS SPECIFICALLY DEFINED VALUE AS

3    NOT VALUE OF $5,000 OR MORE AS A DEFINITION, BUT VALUE

4    IN THAT STATUTE IS DEFINED AS HARD VALUE, FACE VALUE OR

5    FAIR MARKET VALUE.  AND COURTS HAVE GONE EVEN FURTHER IN

6    LOOKING AT VALUE IN THAT CONTEXT SAYING:  ANY REASONABLE

7    METHOD COULD BE USED.

8              SO LOOKING AT THE TERM OF AN ANALOGOUS

9    STATUTE, THERE ARE TIMES WHEN THE JURY NEEDS TO

10   UNDERSTAND EXACTLY WHAT IS IT THAT WE ARE TALKING ABOUT

11   HERE.  AND COURTS HAVE OFTEN USED DICTIONARY

12   DEFINITIONS.  THE THIRD CIRCUIT HAS DONE THAT.  IT DID

13   IT IN THE SEGREST CASE, WHEN TRYING TO DEFINE WHAT A

14   "GOOD" MEANT.  WE HAD "GOOD" IN 2314, BUT WHAT DID IT

15   MEAN?  AND THE COURT WENT TO BLACK'S LAW DICTIONARY TO

16   BE ABLE TO GIVE A DEFINITION, A CLEARER DEFINITION OF

17   WHAT A "GOOD" IS.

18             THE PURPOSE OF THE BLACK'S LAW DICTIONARY

19   DEFINITION IS SIMPLY TO SHOW WHAT "WORTH" ENCOMPASSES

20   ALL THE QUALITIES THAT MAKE SOMETHING VALUABLE.  SO IT

21   ENCOMPASSES NOT JUST THE MATERIALS VALUE OF IT, BUT IT

22   ALSO ENCOMPASSES THE HISTORICAL VALUE.  THE EXAMPLE I

23   USED IN RESPONSE TO THE MOTION IS THE FRANKLIN

24   INSTITUTE, FOR EXAMPLE, HAS A PAIR OF BENJAMIN FRANKLIN

25   SPECTACLES IN THEIR COLLECTION.  WELL, IT'S BECAUSE OF

1    THE HISTORICAL SIGNIFICANCE, THAT THEY WERE BENJAMIN

2    FRANKLIN'S, THAT GIVES THAT A GREATER WORTH OTHER THAN

3    THAT IT'S A PAIR OF OLD GLASSES.

4              THE LIBERTY BELL, IF NOT FOR THE

5    HISTORICAL SIGNIFICANCE IN CONNECTION WITH THE COLONIES'

6    DECLARATION OF INDEPENDENCE, IS WHAT GIVES THE LIBERTY

7    BELL HISTORICAL SIGNIFICANCE AND GREATER WORTH.  IF NOT,

8    IT'S JUST ANOTHER DAMAGED OLD BELL.

9              SO GIVEN THAT, THE GOVERNMENT BELIEVES

10   IT'S APPROPRIATE THAT THE JURY BE INSTRUCTED THAT

11   "WORTH" ENCOMPASSES ALL OF THE QUALITIES THAT GIVES

12   SOMETHING VALUE.

13             MS. MACEOIN:  MAY I RESPOND, YOUR HONOR?

14             THE COURT:  YES.

15             MS. MACEOIN:  FIRST OF ALL, THE

16   GOVERNMENT IS CITING VIOLATIONS OF 2314, WHICH IS THE

17   EXACT STATUTE THAT THEY WITHDREW IN THIS CASE.  AND IT

18   IS TRUE IN INTERPRETING THAT STATUTE, COURTS HAVE GONE

19   OUTSIDE OF NORMAL METHODS AND ALLOWED ANY METHOD, ET

20   CETERA.  BUT THAT SHOULD NOT EVEN BE AT ISSUE HERE.

21   THEY WITHDREW ON THEIR OWN VOLITION THAT CHARGE HERE.

22             WE ARE TALKING ABOUT 668, WHICH IS VERY

23   CLEAR ON ITS FACE.  "WORTH" IS DEFINED BY THE SUBSEQUENT

24   WORTH OF THE STATUE.

25             ADDITIONALLY, YOUR HONOR, THERE IS GRAVE

1    OPPORTUNITY FOR THE JURY TO BE VERY CONFUSED ABOUT

2    "WORTH" AND "VALUE."  YOU KNOW, AN EXAMPLE THAT YOU CAN

3    THINK OF IS IF YOUR GRANDMOTHER KNITTED YOU A BLANKET,

4    THAT'S WORTH A LOT TO YOU.  IT'S PRICELESS TO YOU.  THE

5    WORTH IS GREAT, BUT YOU CAN'T GET MORE THAN $20 ON EBAY

6    FOR IT.  THAT'S THE STANDARD HERE BEFORE THE COURT.

7    WHAT WOULD THIS THUMB IN AND OF ITSELF BE IN THE FAIR

8    MARKET VALUE?  AND IN FACT THE ESTIMATES THAT ARE GOING

9    TO BE COME UP WITH BY THE EXPERTS ALL INCORPORATE THE

10   FACT THAT THIS IS A VERY IMPORTANT ARCHAEOLOGICAL FIND.

11   IF NOT, THIS IS A PIECE OF CLAY.  WITHOUT THIS BEING

12   ATTACHED TO THE TERRACOTTA WARRIORS AND THE SIGNIFICANCE

13   OF THAT FIND, IT IS A PIECE OF CLAY, AND IT'S WORTH

14   NOTHING.  SO THE MONETARY VALUE GIVEN TO IT EVEN BY OUR

15   OWN EXERTS INCORPORATES THE WORTH AND VALUE OF IT BEING

16   PART OF THE XI'AN EXCAVATION SITE IN CHINA.

17              SO TO GO BEYOND THAT HAS GREAT POTENTIAL

18   FOR THE JURORS TO SAY OH, THESE THINGS ARE, QUOTE,

19   UNQUOTE, PRICELESS.  YOU CAN'T PUT A -- JUST LIKE THAT

20   PRICELESS BLANKET YOUR GRANDMOTHER MADE FOR YOU.  THAT

21   CONFUSES THE JURY, GETS WAY OFF THE LEGAL STANDARD AND

22   ACTUALLY VIOLATES DUE PROCESS.

23              SO WE MAINTAIN "WORTH" CANNOT BE DEFINED

24   AS ANYTHING OTHER THAN THE SUBSEQUENT WORDS OF THE

25   STATUTE, WHICH ARE THE MONETARY VALUE, WHICH IS ONE OF

1        THE MAIN ISSUES FOR THE JURY TO DETERMINE HERE.

2                    THE COURT:  IT SEEMS TO ME THE NATURE OF

3        THE CASE IS SUCH THAT YOU HAVE TO CONSIDER MORE THAN

4        JUST THE MONETARY VALUE.  YOU HAVE TO LOOK AT ALL OF THE

5        CHARACTERISTICS OF WHAT WE ARE TALKING ABOUT.  I KNOW

6        IT'S CLEAR THAT THE GOVERNMENT THINKS ONE WAY AND THE

7        DEFENSE THINKS ANOTHER WAY WHEN THE DEFENSE REFERS TO

8        THE FINGER AS A PIECE OF CLAY.  I THINK IT'S A LITTLE

9        MORE THAN THAT.

10                   MS. MACEOIN:  WELL, I CONCEDE, YOUR

11       HONOR, IT IS.  BUT MY ARGUMENT IS NOT THAT IT'S NOT

12       WORTH ANYTHING BECAUSE IT'S A PIECE OF CLAY.  IT'S WORTH

13       A CERTAIN MONETARY VALUE BECAUSE OF THE CULTURAL AND

14       ARCHAEOLOGICAL IMPORTANCE OF IT BEING A TERRACOTTA

15       WARRIOR.  THAT'S WHAT I MEAN BY THAT.

16                   AND WE HAVE MONETARY VALUES THAT OUR

17       EXPECTS WILL TALK ABOUT THAT THE JURY IS THE ONE THAT

18       HAS TO REFER WHICH EXPERT TO AGREE WITH AND THEIR -- YOU

19       KNOW, REVIEW THEIR METHODOLOGIES IN COMING TO THAT

20       NUMBER.

21                   BUT ALL OF THE EXPERTS AGREE OF THE

22       IMPORTANCE OF THE EXCAVATION, THE HISTORICAL

23       SIGNIFICANCE OF THE TERRACOTTA WARRIORS, AND THAT'S WHAT

24       GIVES IT A MONETARY VALUE.

25                   THE COURT:  AND I THINK THAT'S WHAT I'M

1       AM SAYING.

2                       MS. MACEOIN:  OKAY.

3                       THE COURT:  YOU'VE GOT TO CONSIDER MORE

4       THAN JUST THE MONETARY -- THE FIGURE, THE DOLLAR FIGURE.

5       SO I AM LEANING TOWARD PERMITTING THE INSTRUCTION.  I

6       HAVE NOT LOOKED AT THE INSTRUCTION PER SE, BUT THE

7       GOVERNMENT CAN PROCEED WITH THAT IN MIND.

8                       MS. NEWTON:  THANK YOU, YOUR HONOR.

9                       THE COURT:  OKAY.  WE HAVE A MOTION TO

10      QUASH THAT WAS FILED.

11                      MR. SCHWARTZ:  GOOD AFTERNOON, YOUR

12      HONOR.  MAY I APPROACH?

13                      THE COURT:  YES.

14                      MR. SCHWARTZ:  MICHAEL SCHWARTZ, ON

15      BEHALF OF THE FRANKLIN INSTITUTE.

16                      THE COURT:  I RECOGNIZE YOU, MR.

17      SCHWARTZ.

18                      MR. SCHWARTZ:  IT'S BEEN A LONG TIME

19      SINCE I HAVE BEEN IN YOUR COURTROOM, YOUR HONOR.

20                      THE COURT:  YES, IT HAS.

21                      MR. SCHWARTZ:  THANK YOU FOR SEEING US

22      THIS AFTERNOON.

23                      AS THE COURT IS AWARE, LAST WEEK YOU HAD

24      GRANTED A -- IN PART, A REQUEST BY THE DEFENDANT FOR A

25      RULE 17(C) SUBPOENA TO BE ISSUED TO ME BUT ON BEHALF OF

1    MY CLIENT, THE FRANKLIN INSTITUTE.  ON FRIDAY, A DAY

2    AFTER WE RECEIVED YOUR ORDER, WE HAD NOT BEEN COPIED ON

3    THE PLEADINGS PRIOR TO THAT.  THE DAY AFTER WE RECEIVED

4    YOUR ORDER, WE FILED A MOTION AS WE ARE PERMITTED TO DO

5    UNDER 17(C) SEEKING TO PARTIALLY QUASH THE SUBPOENA THAT

6    HAD BEEN ISSUED.  WE HAVE ALREADY PRODUCED TO THE

7    DEFENDANT, PURSUANT TO THE COURT'S ORDER, RECORDS

8    RESPONSIVE AND INFORMATION RESPONSIVE TO PARTS A, B, C,

9    D, AND L OF THE COURT'S ORDER.

10              WHAT'S REALLY AT ISSUE, YOUR HONOR, IS

11    THE REQUESTS G AND M THAT ARE BASICALLY -- THE WAY THEY

12    WERE PROPOSED, THEY WERE WRITTEN TO COVER, G., ALL

13    COMMUNICATIONS BETWEEN THE FRANKLIN INSTITUTE AND THE

14    GOVERNMENT OF CHINA RELATING TO THE TERRACOTTA WARRIOR

15    EXHIBIT, AND, M., A SET OF INTERNAL COMMUNICATIONS,

16    ELECTRONIC AND OTHERWISE, AMONG FOLKS AT THE FRANKLIN

17    INSTITUTE.

18              MY COLLEAGUE, MS. TUTTLE, WHO JOINED ME

19    ON THE PAPERS, SPOKE TO -- I THINK IT WAS MS. HENRY LAST

20    WEEKEND, MS. MACEOIN.  AND THEY PROPOSED LIMITING THOSE

21    TWO CATEGORIES TO ONLY ISSUES REGARDING THIS INCIDENT.

22    HOWEVER, THAT, YOUR HONOR, WE BELIEVE -- AND AS WE SAID

23    IN HERE -- IS STILL TOO BURDENSOME ON THE THIRD PARTY,

24    THE FRANKLIN INSTITUTE, AND OPPRESSIVE FOR A NUMBER OF

25    REASONS, AND IT'S REALLY A FISHING EXPEDITION.

1          THERE HAS BEEN NO PROFFER, EVEN IN THE

2     ORIGINAL PAPERS WHERE THERE WAS A LOT OF TALK -- AND I

3     WASN'T HERE LAST WEEK FOR THE DISCUSSION ABOUT ALL THE

4     RECORDS RELATING TO SECURITY ISSUES, BUT WHEN YOU LOOK

5     AT THE PAPERS, THE DEFENSE AT LEAST PROFFERED WHAT THEY

6     BELIEVE WAS SOME RELEVANCE TO THE SECURITY ISSUES, WHICH

7     THE COURT REJECTED.

8          WITH RESPECT TO THESE COMMUNICATIONS,

9     THEY ARE ASKING US TO SEARCH WHAT COULD BE THOUSANDS OF

10    COMMUNICATIONS, ELECTRONIC AND OTHERWISE, NOT FOR A

11    SPECIFIC COMMUNICATION OF A SPECIFIC ISSUE THAT IS

12    RELEVANT FOR THEIR DEFENSE AT TRIAL, BUT THEY WANT TO

13    JUST REVIEW ALL OF OUR INTERNAL COMMUNICATIONS ABOUT THE

14    THEFT OF THE THUMB.  SOME OF THOSE ARE GOING TO BE

15    PRIVILEGED.  I WAS RETAINED BY THE FRANKLIN INSTITUTE AT

16    THE TIME THAT THEY WERE DEALING WITH THE FBI, SO THERE

17    IS GOING TO HAVE TO BE A PRIVILEGE REVIEW OF THE

18    COMMUNICATIONS.

19          BUT WE COME BACK TO -- UNDER RULE 17(C),

20    WE HAVE THE NIXON STANDARD, AND THE NIXON STANDARD WAS

21    PUT TO FOCUS ON THE SPECIFICS OF THE WATERGATE TAPES

22    WHERE THEY WERE IDENTIFIED BY DATE, PERSON, SUBJECT

23    MATTER.  AND THE SUPREME COURT SAID THAT THAT WAS

24    SPECIFIC ENOUGH, RELEVANT ENOUGH, NOT A GENERAL "ALL

25    COMMUNICATIONS," AS THE DEFENDANT HAS PUT HERE.

1          WE HAVE A COUPLE OF CONCERNS ABOUT THE

2     BREADTH AND THE OPPRESSIVENESS THAT WE LAID OUT IN OUR

3     PAPERS, YOUR HONOR.

4          WITH RESPECT TO THE BURDENSOMENESS ON US,

5     WE ARE A THIRD PARTY, WE ARE THE VICTIM HERE.  WE DON'T

6     HAVE THE I.T. CAPABILITIES WHERE THIS COULD JUST BE

7     PUNCHED OUT TOMORROW.  THE FRANKLIN INSTITUTE WOULD NEED

8     TO RETAIN AN I.T. CONSULTANT TO DO THE SEARCHES THAT ARE

9     SUGGESTED.

10          EVEN WITH THE LIMITATION OF FROM THE

11     THEFT ON, THAT WOULD BE JANUARY OF 2018, WE WOULD HAVE

12     15 MONTHS OF ELECTRONIC COMMUNICATIONS.  AS YOU CAN

13     IMAGINE, GIVEN THIS THEFT, THERE WERE LOTS OF INTERNAL

14     COMMUNICATIONS AND THERE WERE LOTS OF COMMUNICATIONS

15     WITH CHINA ABOUT WHAT'S GOING TO HAPPEN, WHEN THE

16     EXHIBIT IS GOING TO GET RETURNED, HOW IT'S GOING TO BE

17     RETURNED.

18          SO THE VOLUME OF MATERIALS WITHOUT ANY

19     RELEVANCE OR CLEAR SPECIFICITY AS TO RELEVANCE MAKES

20     THOSE TWO PORTIONS OF THE SUBPOENA IMPROPER.

21          ON THE OPPRESSIVENESS SIDE, YOUR HONOR,

22     AS I THINK THE DEFENDANT HAS SAID IN THEIR PAPERS

23     THROUGHOUT, THERE IS A LOT OF BLAME POINTING, THAT THIS

24     WAS THE FRANKLIN INSTITUTE'S FAULT BECAUSE WE DIDN'T

25     HAVE THE RIGHT SECURITY THERE TO DEFER -- TO DETER

1   SOMEONE LIKE THE DEFENDANT, IF HE DID WHAT THE

2   GOVERNMENT HAS SAID HE DID.

3                BUT THERE ARE ISSUES AMONG THE PARTIES --

4   AMONG THE FRANKLIN INSTITUTE, THE SECURITY COMPANY, THE

5   CATERING COMPANY, AND THE GOVERNMENT OF CHINA -- STILL

6   UNRESOLVED DISPUTES.  AND TO ALLOW A BROAD FISHING

7   EXPEDITION OF OUR INTERNAL RECORDS WOULD BE UNFAIR AND

8   IMPROPER TO THE FRANKLIN INSTITUTE, ESPECIALLY WHEN YOU

9   BALANCE THAT AGAINST WHAT RELEVANCE HAS BEEN PROFFERED.

10               AND I WOULD SUBMIT, WHEN I WENT BACK AND

11  READ THIS MORNING THE DEFENDANT'S ORIGINAL REQUEST TO

12  YOU FOR THE 17(C) SUBPOENA, THEY TALKED ABOUT A NUMBER

13  OF THE OTHER CATEGORIES THAT ARE IN THE SUBPOENA, SOME

14  OF WHICH THE COURT HAS DENIED, AND SOME OF WHICH WE HAVE

15  ALREADY PROVIDED ADDITIONAL RESPONSES.

16               BUT THERE IS NO PROFFER THAT THEY MADE TO

17  YOU ABOUT WHY THESE BROAD CATEGORIES OF COMMUNICATIONS

18  WITH THE CHINESE, ARE INTERNAL COMMUNICATIONS AMONG, I

19  THINK IT WAS FOUR HIGH-LEVEL PEOPLE, WOULD BE RELEVANT.

20               SO I THINK IF THEY COME HERE RIGHT NOW

21  AND SAY TO YOU, HERE IS WHY IT'S RELEVANT -- ACTUALLY, I

22  THINK IT'S TOO LATE, BUT I ALSO DON'T BELIEVE THAT THEY

23  HAVE SATISFIED THE STANDARD UNDER NIXON ADOPTED BY THE

24  THIRD CIRCUIT IN, I THINK IT'S CULTHER- -- *CUTHBERTSON*

25  CITED IN EVERYBODY'S PAPERS AND APPLIED BY A NUMBER OF

1      DISTRICT COURTS HERE IN THE EASTERN DISTRICT.

2                      I'M HAPPY TO ANSWER ANY QUESTIONS YOU

3      HAVE OR --

4                      THE COURT:  LET ME HEAR FROM THE DEFENSE.

5                      MR. SCHWARTZ:  THANK YOU.

6                      MS. HENRY:  SO, YOUR HONOR, WE HAVE

7      SPOKEN TO COUNSEL TO TRY TO NARROW WHAT WE ARE ASKING

8      FOR, BECAUSE IT'S ALSO VERY LATE IN THE GAME AND WE

9      UNDERSTAND, YOU KNOW, THE TIME CONSTRAINTS EVERYONE IS

10     UNDER.

11                     I GUESS IF WE WANTED TO NARROW IT EVEN

12     FURTHER, WHAT WE ARE LOOKING FOR IS COMMUNICATIONS

13     BETWEEN -- I THINK WHAT WOULD BE RELEVANT, YOUR HONOR,

14     WOULD BE COMMUNICATIONS BETWEEN THE CHINESE GOVERNMENT

15     AND THE FRANKLIN INSTITUTE -- INITIALLY WE HAD ASKED FOR

16     REGARDING TERRACOTTA WARRIORS.  I UNDERSTAND THAT'S TOO

17     MUCH.  THEN WE SAID REGARDING THE INCIDENT.

18                     THE ISSUE NOW, AT LEAST WITH THE EVIDENCE

19     WE HAVE HEARD SO FAR, IS THAT IT'S THE -- IT'S THE

20     CHINESE GOVERNMENT THAT HAD PUT THE ESTIMATION OF VALUE

21     ON THE TERRACOTTA WARRIORS TO BEGIN WITH.  IT'S THEIR

22     VALUATION.  SO CONVERSATIONS AND CORRESPONDENCE

23     REGARDING THIS ISSUE, REGARDING LOSS OF VALUE, REPAIRS,

24     ANYTHING OF THAT NATURE I THINK WOULD BE RELEVANT TO

25     THIS ISSUE OF VALUE, WHICH IS CLEAR FROM ALL OF US THAT

1      THAT'S A MAJOR ISSUE IN THE CASE.

2                   THE ONLY OTHER THING IS, THE REASON THAT

3      WE ARE ASKING QUESTIONS, YOUR HONOR, ABOUT THE --

4      SPECIFICALLY, YOU KNOW, THE AFTER-HOURS VERSUS THE

5      REGULAR DAYTIME OPERATIONS OF THE MUSEUM, THE GOVERNMENT

6      NEEDS TO PROVE THAT IT WAS OPERATING AS A MUSEUM AT THE

7      TIME OF THE CRIME.  SO WAS IT A MUSEUM?  AND THERE'S

8      ARGUMENTS FOR US TO BE MADE.  SO THAT'S WHY WE WANTED TO

9      KNOW ABOUT WHAT WAS GOING ON IN TERMS OF THE NIGHT CLUB

10     ASPECT OF IT.  WAS IT OPERATING AS A NIGHT CLUB, OR WAS

11     IT OPERATING AS A MUSEUM?  THAT'S A QUESTION OF FACT FOR

12     THE JURY TO DECIDE.

13                   THE OTHER THING IS THE CARE, CUSTODY, AND

14     CONTROL.  WHO HAS CARE, CUSTODY, AND CONTROL?  THE

15     GOVERNMENT HAS TO PROVE THAT, THAT THE MUSEUM IS THE ONE

16     WHO HAD CARE, CUSTODY, AND CONTROL OF THE EXHIBIT AT THE

17     TIME OF THE -- OF THE ITEMS AT THE TIME THAT'S IN

18     QUESTION.

19                   YOU KNOW, THERE IS TWO -- MY

20     UNDERSTANDING FROM REVIEWING THIS IS THERE'S TWO

21     DIFFERENT SECURITY COMPANIES, AND I THINK THAT MIGHT BE

22     WHAT COUNSEL IS ALLUDING TO, THAT THERE'S UNRESOLVED

23     ISSUES ABOUT WHICH SECURITY COMPANY WAS RESPONSIBLE FOR

24     THE SECURITY THAT NIGHT.  SO IT'S NOT JUST ABOUT WHETHER

25     OR NOT THERE'S A LAPSE OF SECURITY.  IT'S IS THE

1    GOVERNMENT ABLE TO PROVE THAT THE FRANKLIN INSTITUTE WAS

2    OPERATING AS A MUSEUM?  ARE THEY ABLE TO PROVE CARE,

3    CUSTODY, AND CONTROL OF THE EXHIBIT AT THE TIME IN

4    QUESTION?

5                    SO WE ARE ASKING QUESTIONS ABOUT THE

6    CONVERSATIONS WITH -- SPECIFICALLY WE ARE ASKING

7    ABOUT -- CATEGORY G WOULD BE COMMUNICATIONS BETWEEN THE

8    CHINESE GOVERNMENT AND THE FRANKLIN INSTITUTE.  MAYBE --

9    I DON'T KNOW IF THERE'S COMMUNICATIONS WITH THE

10   WITNESSES.

11                   THEY ARE CALLING THREE CHINESE WITNESSES.

12   IF THERE WERE COMMUNICATIONS WITH THOSE PARTICULAR

13   WITNESSES AND THE FRANKLIN INSTITUTE, WE WOULD BE ASKING

14   FOR THAT BECAUSE THAT WOULD BE -- COULD BE RELEVANT FOR

15   CROSS-EXAMINATION.  AGAIN, I'M NOT SURE.  I WOULD ASSUME

16   THAT THERE WOULD BE SOME TALK OF VALUE IN THERE, WHICH

17   WOULD BE RELEVANT IN THIS CASE.

18                   AND THEN THE COMMUNICATIONS ABOUT SAFETY

19   AND SECURITY, CATEGORY M, HAD TO DO WITH THE ISSUE OF

20   CARE, CUSTODY, AND CONTROL AND WHO WAS RESPONSIBLE AND

21   WHO WAS SUPPOSED TO BE IN -- IN TAKING CARE AND ENSURING

22   THE SAFETY PURSUANT TO THE INSURANCE POLICY, AS YOU

23   HEARD TODAY, OF THAT EXHIBIT AT THE NIGHT IN QUESTION,

24   WHICH IS NOT NECESSARILY WHO IS RESPONSIBLE FOR

25   PROVIDING SECURITY DURING THE DAYTIME.

1            MR. SCHWARTZ:  MAY I, YOUR HONOR?

2            THE COURT:  YES.

3            MR. SCHWARTZ:  SO I JUST HEARD MS. HENRY

4    SAY, I ASSUMED THAT THERE WOULD BE TALK, THAT I AM

5    LOOKING FOR GENERAL COMMUNICATIONS.  THAT'S EXACTLY WHAT

6    IS PROHIBITED BY NIXON IN 17(C).  IF I MAY -- AND ALSO,

7    WE MAY WANT TO USE THIS FOR CROSS-EXAMINATION OF A

8    WITNESS THE GOVERNMENT MAY CALL.

9            RECENTLY JUDGE DUBOIS IN THE *SMUKLER*

10   CASE, WHICH IS REPORTED AT 2018 U.S. DISTRICT LEXIS

11   1273, 20.  JUDGE DUBOIS HAD A SIMILAR, VERY BROAD

12   DEFENSE 17(C) SUBPOENA TO FOLKS AT THE FEDERAL ELECTIONS

13   COMMISSION -- THIS WAS THE CASE THAT INVOLVED THE

14   POLITICAL ADVISOR -- AND TO THE CAMPAIGN COMMITTEES OF

15   TWO CLIENTS OF MR. SMUKLER'S.

16           AND THE COURT CITED *CUTHBERTSON*,

17   C-U-T-H-B-E-R-T-S-O-N, WHICH WE BOTH CITED IN OUR

18   PAPERS.  IT'S THE 3RD CIRCUIT STANDARD FOR THIS -- AND

19   SAID, THIS IS NOT DISCOVERY LIKE IN A CIVIL CASE.  IF

20   MS. HENRY WAS ARTICULATING A SUBPOENA OR A DOCUMENT

21   REQUEST IN A CIVIL CASE AND WE WERE UNDER RULE 26,

22   CERTAINLY THERE WOULD BE A LOT OF LEEWAY TO DISCOVER

23   THINGS, BUT 17(C) IS NOT INTENDED AS A FISHING

24   EXPEDITION.  IT'S WHAT JUDGE DUBOIS AND THE THIRD RD

25   CIRCUIT HAVE SAID.

1                  AND THERE IS ALSO CITATIONS THAT SAY EVEN

2    IF WHAT THEY WANT IS IMPEACHMENT MATERIALS, WE WOULD

3    LOVE TO SEE WHAT SOMEONE WHO IS A WITNESS MAY HAVE SAID.

4    WE DON'T KNOW WHAT THEY SAID, BUT THEY MAY HAVE SAID --

5    BECAUSE WE MAY BE ABLE TO IMPEACH WITH THEM, THE COURT

6    JUDGE DUBOIS CITES TO THE THIRD CIRCUIT'S MERLINO

7    CASE -- AND I'LL JUST READ A QUICK QUOTE:  AS FOR THE

8    DISTRICT COURT'S REJECTION OF THE RULE 17 SUBPOENA,

9    DEFENDANTS ACKNOWLEDGE THAT IMPEACHMENT MATERIAL IS

10    GENERALLY NOT SUBJECT TO PRETRIAL DISCLOSURE UNDER THE

11    RULE.

12                 SO I AGAIN COME BACK TO, YOUR HONOR, THIS

13    IS NOT A SIMPLE REQUEST.  IF IT WAS A REQUEST FOR -- FOR

14    INSTANCE, THEY ASKED FOR ALL OF THE ADVERTISEMENTS OF

15    THIS EVENT.  WE SENT IT TO THEM.  WE PULLED SPECIFIC

16    ADVERTISEMENTS OF THE PARTY SO THEY CAN MAKE THEIR

17    ARGUMENT ABOUT WHETHER WE ARE A MUSEUM OR NOT, AND WE

18    HAVE GIVEN THAT TO THEM.  WE ARE NOT CHALLENGING THE

19    RIGHT TO GET RELEVANT INFORMATION THAT IS DIRECTLY

20    RELATED TO THEIR DEFENSE, BUT TO ASK A NON-PROFIT

21    THIRD-PARTY VICTIM TO HAVE TO SEARCH 15 MONTHS OF

22    ELECTRONIC COMMUNICATIONS ON AN ASSUMPTION THAT THERE

23    MAY BE SOMETHING THAT'S RELEVANT IS NOT PROPER UNDER

24    17(C) AND THE STANDARDS AS INTERPRETED BY THE SUPREME

25    COURT, BY THE 3RD CIRCUIT, AND BY JUDGES OF THIS COURT.

1               THE COURT:  OKAY.  THERE BEING NOTHING

2     FURTHER, THE COURT WILL HOLD THE MATTER UNDER ADVISEMENT

3     AND GIVE THE RULING TOMORROW BEFORE WE GET STARTED.

4               MS. NEWTON:  YOUR HONOR, IF THE

5     GOVERNMENT CAN BE HEARD FOR JUST ONE MOMENT ON A

6     RELATED ISSUE.  I HEARD MS. HENRY REFER TO THE -- AN

7     ARGUMENT ABOUT WHETHER THE FRANKLIN INSTITUTE WAS

8     OPERATING AS AN MUSEUM.  THAT IS NOT THE LANGUAGE OF THE

9     STATUTE.  THE QUESTION IS WHETHER THE FRANKLIN INSTITUTE

10    IS A MUSEUM.  NOT -- I MEAN, IF THEY ARE CLOSED, DOES

11    THAT MEAN THEY ARE NOT OPERATING AS A MUSEUM, THEREFORE

12    A THEFT WHILE THEY ARE CLOSED CAN'T BE CONSIDERED A

13    THEFT FROM A MUSEUM?  SO IT'S NOT OPERATING.  THE

14    LANGUAGE IS "THEFT FROM A MUSEUM."

15              AND WITH RESPECT TO CARE, CUSTODY AND

16    CONTROL, WHAT THAT IS REFERRING TO, WHO HAS CUSTODY OF

17    THE OBJECT?  NOT WHAT KIND OF CARE.  CARE, CUSTODY AND

18    CONTROL SIMPLY MEANS WHO HAS CUSTODY OF THE OBJECT AND

19    THAT IS WHAT IS BEING STOLEN FROM.

20              THE COURT:  VERY WELL.

21              WE WILL RECESS THIS MATTER UNTIL TOMORROW

22    MORNING AT 9:30.

23              (COURT ADJOURNED AT 4:23 P.M ^ CK.)

24

25

1

2            I CERTIFY THAT THE FOREGOING IS A CORRECT

3    TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE

4    ABOVE-ENTITLED MATTER.

5

6

7

8    DATE                    OFFICIAL COURT REPORTER

9                            LYNN MCCLOSKEY, RPR

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                         I  N  D  E  X

2

3      OPENING STATEMENTS                      PAGE

4      MS. NEWTON                              10

5      MS. MACEOIN                             20

6

| 7 WITNESS | DIRECT | CROSS | REDIRECT | RECROSS |
|---|---|---|---|---|
| 8 DARRYL WILLIAMS | | | | |
| 9    BY MS. NEWTON | 29 | -- | 39 | -- |
| 10    BY MS. HENRY | -- | 36 | -- | 39 |
| 11 KATHLEEN KEEFE | | | | |
| 12    BY MS. NEWTON | 40 | -- | -- | -- |
| 13    BY MS. HENRY | -- | 49 | -- | -- |

14

15     ARGUMENT BY MICHAEL SCHWARTZ           PAGE 74

16

17     GOVERNMENT EXHIBITS                     PAGE

18     3                                       31

19     4                                       43

20     6                                       49

21

22

23

24

25

1                              **$**

2

3     **$1,000** [1] - 19:4

4     **$100** [2] - 68:7, 68:9

5     **$100,000** [6] - 3:14, 16:24, 20:25, 25:5, 67:13, 69:2

6     **$150,000** [1] - 18:25

7     **$20** [1] - 72:5

8     **$23** [1] - 36:22

9     **$25** [1] - 37:20

10    **$30** [1] - 37:20

11    **$450,000** [1] - 48:25

12    **$5,000** [16] - 3:14, 3:19, 16:23, 20:24, 21:20, 21:22,

13    25:6, 25:21, 26:17, 67:12, 68:9, 69:2, 69:17, 69:25,

14    70:1, 70:3

15    **$500** [1] - 19:4

16    **$7,000** [1] - 22:8

17    **$900,000** [1] - 48:22

18

19                              **0**

20

21    **002531** [1] - 47:14

22

23                              **1**

24

25    **1** [2] - 1:8, 1:10

**1/2** [1] - 25:9
**10** [2] - 15:15, 86:4
**100** [4] - 16:23, 20:24, 51:4, 69:1
**10:00** [2] - 37:24, 37:25
**11** [2] - 33:11, 68:24
**112** [2] - 68:15, 68:23
**1234** [1] - 1:22
**125** [1] - 45:13
**1250** [1] - 1:15
**1273** [1] - 82:11
**12:30** [1] - 10:15
**13** [5] - 11:19, 12:3, 16:8, 57:4, 57:7
**15** [2] - 77:12, 83:21
**17** [1] - 83:8
**17(C** [7] - 74:25, 75:5, 76:19, 78:12, 82:12, 82:23, 83:24
**17(C)** [1] - 82:6
**18** [1] - 26:12
**18,000** [1] - 38:10
**1824** [1] - 32:7
**19** [1] - 36:22
**19106** [3] - 1:16, 1:23, 2:6
**1970S** [1] - 21:5
**1974** [2] - 17:3, 17:16
**1976** [1] - 17:17
**1977** [1] - 17:17
**1985** [1] - 53:6
**1:00** [1] - 10:15

**2**

**2** [1] - 67:18
**2,000** [1] - 17:12
**2,000-YEAR-OLD** [3] - 11:2, 11:10, 13:23
**2-18-CR-00100-PTB-1** [1] - 1:4
**20** [2] - 82:11, 86:5
**20-YEAR** [1] - 24:4
**20-YEAR-OLDS** [1] - 24:15
**200** [1] - 32:22
**2006** [1] - 17:12
**2017** [5] - 11:12, 11:17, 11:19, 12:8, 38:10
**2018** [5] - 11:19, 12:3, 16:8, 77:11, 82:10
**2019** [1] - 1:8
**2021** [1] - 17:12
**21** [3] - 11:19, 33:1, 33:2
**21ST** [4] - 11:17, 12:1, 12:8, 12:21

**22** [3] - 45:22, 52:8, 52:17
**22ND** [1] - 19:12
**23** [1] - 26:20
**23-002** [1] - 55:14
**23-014** [3] - 54:25, 55:6, 57:1
**23-034** [1] - 59:7
**2314** [3] - 69:25, 70:14, 71:16
**24** [1] - 26:21
**25** [1] - 61:3
**26** [1] - 82:21
**27** [1] - 48:13
**29** [1] - 86:9
**2ND** [2] - 19:13, 19:18

**3**

**3** [6] - 30:19, 31:2, 31:7, 37:25, 67:17, 86:18
**3-D** [1] - 13:10
**31** [1] - 86:18
**35** [1] - 46:14
**350,000** [1] - 53:7
**36** [2] - 46:14, 86:10
**365** [2] - 35:2, 35:4
**39** [2] - 86:9, 86:10
**3RD** [2] - 82:18, 83:25

**4**

**4** [5] - 25:9, 43:20, 43:22, 46:19, 86:19
**4.5** [3] - 48:5, 48:12, 51:20
**40** [1] - 86:12
**400** [1] - 52:19
**43** [1] - 86:19
**450** [4] - 52:19
**480** [1] - 52:19
**49** [2] - 86:13, 86:20
**4:23** [1] - 84:23
**4:30** [2] - 10:17, 60:18

**5**

**5** [1] - 48:12
**500** [2] - 3:14, 52:19
**540W** [1] - 2:4
**5:00** [2] - 10:17, 35:1

**6**

**6** [4] - 49:2, 49:10, 49:12, 86:20
**601** [2] - 1:22, 2:5
**615** [1] - 1:15
**649-4774** [1] - 1:23

**668** [2] - 26:13, 71:22

**7**

**7,000** [1] - 21:7
**74** [1] - 86:15
**7:00** [2] - 37:24, 37:25
**7:30** [1] - 13:2

**8**

**8** [1] - 68:23
**840** [1] - 22:8
**856** [1] - 1:23

**9**

**9** [1] - 59:8
**9:30** [4] - 10:14, 35:1, 60:13, 84:22

**A**

**ABLE** [10] - 17:23, 57:25, 62:19, 62:20, 64:24, 66:2, 70:16, 81:1, 81:2, 83:5
**ABOUT** [86] - 3:22, 6:14, 7:8, 7:13, 7:17, 7:22, 8:9, 8:11, 8:13, 8:21, 11:3, 13:2, 15:15, 17:1, 17:15, 17:19, 18:14, 21:24, 26:2, 26:18, 26:20, 27:10, 28:6, 29:23, 30:7, 31:14, 32:2, 32:5, 32:6, 35:7, 36:17, 36:23, 37:9, 37:10, 37:22, 38:10, 38:12, 38:14, 44:13, 44:20, 46:3, 46:24, 50:1, 50:16, 51:3, 51:7, 51:25, 52:18, 53:7, 56:19, 56:20, 58:1, 58:6, 60:23, 60:24, 63:8, 63:9, 63:12, 63:19, 64:25, 66:21, 67:18, 67:21, 70:10, 71:22, 72:1, 73:5, 73:17, 76:3, 76:13, 77:1, 77:15, 78:12, 78:17, 80:3, 80:9, 80:23, 80:24, 81:5, 81:7, 81:18, 83:17, 84:7
**ABOVE** [1] - 85:4
**ABOVE-ENTITLED** [1] - 85:4
**ABSOLUTELY** [2] - 20:17, 62:10
**ACADEMY** [2] - 35:18,

39:12
**ACCEPT** [2] - 6:9, 19:5
**ACCESSIBILITY** [1] - 64:25
**ACCOMMODATE** [1] - 68:6
**ACCOMPLISHES** [1] - 32:4
**ACCORDING** [1] - 58:24
**ACCOUNTS** [1] - 22:18
**ACCURATELY** [1] - 30:23
**ACCUSATION** [1] - 6:18
**ACKNOWLEDGE** [1] - 83:9
**ACROSS** [2] - 13:14, 35:16
**ACT** [1] - 64:15
**ACTING** [1] - 24:4
**ACTIONS** [2] - 20:14, 27:4
**ACTIVITIES** [2] - 12:10, 13:6
**ACTUALLY** [6] - 42:1, 55:13, 67:18, 67:25, 72:22, 78:21
**ADDITION** [1] - 35:19
**ADDITIONAL** [1] - 78:15
**ADDITIONALLY** [1] - 71:25
**ADDRESS** [1] - 62:18
**ADDRESSED** [1] - 66:4
**ADJOURNED** [1] - 84:23
**ADMIT** [3] - 31:2, 43:20, 49:10
**ADMITTED** [4] - 10:1, 31:7, 43:22, 49:12
**ADOPTED** [1] - 78:23
**ADULT** [7] - 12:10, 32:11, 32:12, 32:24, 33:4, 33:14, 39:13
**ADULT-ONLY** [1] - 12:10
**ADULTS** [3] - 36:22, 37:10
**ADVERTISEMENTS** [2] - 83:14, 83:16
**ADVISE** [1] - 50:20
**ADVISEMENT** [1] - 84:2
**ADVISOR** [1] - 82:14
**AFTER** [28] - 8:2, 9:14, 11:18, 12:9, 12:17,

13:7, 15:10, 15:23, 19:8, 19:17, 19:18, 25:25, 32:12, 32:15, 32:25, 33:5, 33:16, 33:20, 36:24, 37:2, 37:14, 37:16, 37:23, 38:11, 39:4, 75:2, 75:3, 80:4
**AFTER-HOURS** [9] - 12:9, 12:17, 13:7, 36:24, 37:2, 37:23, 38:11, 39:4, 80:4
**AFTERNOON** [8] - 10:16, 20:12, 29:7, 40:21, 49:23, 49:24, 74:11, 74:22
**AGAIN** [21] - 6:10, 9:8, 10:9, 14:16, 14:17, 14:18, 15:18, 20:3, 21:11, 24:18, 25:4, 26:12, 33:10, 34:6, 39:6, 61:17, 63:20, 65:10, 65:19, 81:15, 83:12
**AGAINST** [5] - 6:17, 14:1, 50:21, 58:25, 78:9
**AGENT** [1] - 11:6
**AGENTS** [2] - 12:2, 56:16
**AGREE** [5] - 4:15, 4:22, 59:10, 73:18, 73:21
**AGREEMENT** [19] - 42:8, 42:18, 42:19, 42:25, 43:11, 43:14, 44:6, 45:1, 45:14, 46:15, 48:14, 50:10, 50:11, 50:14, 50:15, 53:1, 53:15, 56:25, 59:2
**AGREEMENTS** [1] - 41:12
**ALCOHOL** [9] - 22:5, 22:9, 22:24, 24:13, 33:12, 37:7, 37:11, 39:13, 40:4
**ALL** [54] - 8:6, 8:22, 9:14, 13:4, 17:9, 17:19, 18:20, 20:2, 21:5, 22:18, 24:1, 25:10, 27:1, 27:14, 28:5, 29:18, 32:10, 32:21, 33:7, 33:9, 33:11, 34:6, 34:14, 34:15, 38:14, 41:17, 42:4, 44:22, 47:22, 48:7, 51:23, 51:25, 56:16, 58:24, 59:11, 59:16, 61:15, 62:4,

62:23, 67:9, 67:15, 69:6, 70:20, 71:11, 71:15, 72:9, 73:4, 73:21, 75:12, 76:3, 76:13, 76:24, 79:25, 83:14

**ALLOW** [1] - 78:6

**ALLOWED** [1] - 71:19

**ALLUDING** [1] - 80:22

**ALMOST** [4] - 21:7, 32:22, 51:25, 68:8

**ALONE** [3] - 4:12, 21:22, 25:4

**ALONG** [1] - 13:5

**ALREADY** [2] - 75:6, 78:15

**ALSO** [34] - 2:7, 3:18, 8:9, 12:1, 16:19, 18:13, 19:7, 25:23, 28:2, 30:4, 31:10, 31:11, 33:7, 33:11, 33:20, 34:3, 34:8, 35:7, 35:20, 35:21, 39:8, 42:24, 48:6, 53:18, 54:18, 59:10, 59:20, 66:17, 68:3, 70:22, 78:22, 79:8, 82:6, 83:1

**ALTERNATIVE** [1] - 64:22

**AM** [9] - 11:5, 29:17, 30:9, 37:1, 58:10, 60:21, 74:1, 74:5, 82:4

**AMBIGUITY** [1] - 69:6

**AMBIGUOUS** [1] - 69:9

**AMERICA** [2] - 1:4, 11:8

**AMONG** [4] - 75:16, 78:3, 78:4, 78:18

**AN** [38] - 5:4, 5:8, 5:25, 6:18, 8:5, 8:23, 9:3, 9:4, 9:7, 11:14, 12:22, 16:20, 18:24, 20:6, 22:13, 23:16, 23:23, 25:24, 26:14, 27:1, 27:13, 28:7, 33:7, 33:12, 34:12, 48:1, 48:17, 54:11, 61:18, 64:15, 69:1, 70:8, 72:2, 77:8, 83:22, 84:6, 84:8

**ANALOGOUS** [1] - 70:8

**ANCIENT** [1] - 14:21

**AND** [438] - 2:3, 3:12, 4:12, 4:21, 4:22, 4:24, 5:1, 5:10, 5:11, 5:16, 5:18, 5:20,

5:24, 6:6, 6:9, 6:16, 7:6, 8:5, 8:7, 8:8, 8:12, 8:18, 9:10, 9:16, 9:17, 9:21, 9:23, 10:3, 10:4, 10:6, 10:8, 10:16, 10:19, 10:22, 11:6, 11:7, 11:9, 11:17, 12:4, 12:11, 12:12, 12:18, 12:21, 12:23, 12:24, 13:3, 13:7, 13:9, 13:10, 13:15, 13:17, 13:20, 13:22, 14:1, 14:3, 14:4, 14:5, 14:6, 14:7, 14:9, 14:10, 14:11, 14:15, 14:18, 14:19, 14:20, 15:1, 15:2, 15:3, 15:5, 15:6, 15:12, 15:16, 15:19, 15:21, 16:7, 16:8, 16:10, 16:12, 16:16, 16:17, 16:21, 16:23, 17:1, 17:7, 17:10, 17:13, 17:15, 17:17, 17:18, 17:20, 17:21, 17:22, 18:3, 18:4, 18:9, 18:10, 18:16, 18:17, 18:18, 18:22, 18:23, 19:4, 19:5, 19:8, 19:18, 19:24, 20:2, 20:3, 20:4, 20:6, 20:12, 20:15, 20:21, 21:2, 21:10, 21:11, 21:12, 21:14, 21:17, 21:21, 21:22, 21:25, 22:2, 22:5, 22:6, 22:7, 22:8, 22:9, 22:10, 22:14, 22:17, 22:21, 22:25, 23:2, 23:3, 23:10, 23:11, 23:17, 23:24, 23:25, 24:2, 24:15, 24:20, 24:21, 24:24, 25:4, 25:8, 25:9, 25:11, 25:18, 25:22, 26:1, 26:2, 26:5, 26:13, 26:15, 26:21, 26:22, 27:3, 27:5, 27:7, 27:11, 27:15, 27:18, 27:19, 27:20, 28:2, 28:5, 28:9, 28:19, 28:23, 28:25, 29:1, 29:13, 29:15, 29:19, 29:24, 30:4, 30:17, 30:20, 31:4, 31:11, 31:16, 31:17, 31:19, 31:24, 32:2, 32:6, 32:10, 32:11, 32:14, 32:19, 32:23, 32:24, 32:25, 33:1,

33:5, 33:7, 33:12, 34:10, 34:15, 34:20, 34:21, 34:23, 35:2, 35:7, 35:17, 35:20, 35:24, 36:1, 36:8, 36:21, 36:22, 36:23, 37:2, 37:6, 37:9, 37:10, 37:20, 37:22, 38:1, 38:4, 38:9, 38:17, 38:19, 39:8, 39:13, 40:16, 40:24, 41:6, 41:7, 41:11, 41:12, 41:23, 41:25, 42:8, 42:9, 42:13, 42:16, 42:21, 43:2, 43:5, 43:8, 43:24, 44:4, 44:7, 44:15, 44:22, 45:3, 45:4, 45:6, 45:14, 45:18, 45:21, 46:1, 46:2, 46:8, 46:9, 46:10, 46:15, 46:22, 47:4, 47:14, 47:20, 47:22, 48:1, 48:24, 49:15, 50:5, 50:20, 50:23, 51:3, 51:4, 51:7, 51:11, 51:17, 51:22, 52:18, 52:22, 52:25, 53:5, 53:14, 53:17, 54:12, 54:13, 54:18, 54:21, 55:3, 55:11, 55:22, 56:8, 56:11, 56:15, 57:19, 59:1, 59:8, 59:10, 59:16, 59:17, 60:14, 60:21, 60:25, 61:13, 61:19, 61:25, 62:2, 62:5, 62:21, 62:24, 63:6, 63:8, 63:9, 63:13, 63:18, 64:4, 64:11, 64:13, 64:16, 64:17, 64:18, 64:19, 64:21, 64:22, 65:2, 65:6, 65:11, 65:12, 65:19, 67:13, 67:17, 67:20, 67:23, 67:25, 68:18, 69:1, 69:7, 69:10, 69:18, 70:2, 70:5, 70:11, 70:15, 71:7, 71:17, 71:19, 72:2, 72:7, 72:8, 72:12, 72:13, 72:15, 72:21, 73:6, 73:13, 73:16, 73:18, 73:23, 73:25, 75:8, 75:9, 75:11, 75:13, 75:15, 75:16, 75:20, 75:22, 75:24, 75:25, 76:2, 76:10, 76:20, 76:23, 77:2, 77:14, 78:5, 78:6, 78:7, 78:10, 78:14,

78:21, 78:25, 79:8, 79:15, 79:22, 80:7, 80:13, 80:14, 80:16, 80:21, 81:3, 81:8, 81:13, 81:18, 81:19, 81:20, 81:21, 82:6, 82:14, 82:16, 82:18, 82:21, 82:24, 83:1, 83:7, 83:17, 83:24, 83:25, 84:3, 84:15, 84:17, 84:18

**AND/OR** [1] - 56:16

**ANGUISH** [1] - 27:5

**ANONYMOUSLY** [1] - 16:1

**ANOTHER** [10] - 13:8, 14:25, 15:14, 26:10, 37:3, 37:18, 37:20, 42:24, 71:8, 73:7

**ANSWER** [6] - 5:9, 5:11, 5:12, 5:15, 23:20, 79:2

**ANSWERS** [2] - 5:2, 5:13

**ANY** [33] - 4:22, 5:12, 6:9, 6:24, 7:17, 7:21, 7:23, 8:15, 8:16, 8:20, 8:22, 10:7, 10:11, 10:21, 28:5, 36:11, 38:24, 45:16, 53:10, 57:17, 59:10, 60:1, 64:1, 65:22, 66:4, 69:3, 69:4, 69:5, 70:6, 71:19, 77:18, 79:2

**ANYBODY** [1] - 16:3

**ANYONE** [11] - 7:10, 7:11, 8:1, 8:4, 8:9, 8:11, 8:13, 8:20, 10:17, 23:4, 58:15

**ANYTHING** [12] - 5:19, 6:19, 8:19, 9:22, 10:2, 16:13, 27:2, 53:10, 68:8, 72:24, 73:12, 79:24

**ANYWAY** [1] - 22:1

**ANYWHERE** [1] - 21:21

**APPEAR** [1] - 56:17

**APPEARANCES** [2] - 1:13, 2:1

**APPEARS** [1] - 66:16

**APPLIED** [1] - 78:25

**APPLY** [1] - 4:13

**APPRAISER** [1] - 18:24

**APPROACH** [3] - 30:12, 68:19, 74:12

**APPROPRIATE** [3] - 64:4, 69:8, 71:10

**APPROXIMATE** [1] - 38:9

**APRIL** [1] - 1:8

**ARCHAEOLOGICAL** [3] - 22:19, 72:10, 73:14

**ARCHEOLOGICAL** [1] - 20:16

**ARCHEOLOGISTS** [1] - 17:16

**ARCHER** [1] - 11:7

**ARE** [154] - 3:21, 4:12, 4:24, 5:1, 5:3, 5:21, 5:23, 6:14, 7:10, 7:13, 9:8, 9:22, 9:23, 10:2, 10:9, 10:10, 11:13, 11:17, 11:21, 11:23, 11:24, 12:1, 12:4, 12:10, 12:13, 13:12, 13:22, 13:23, 15:17, 16:25, 17:16, 17:20, 18:9, 18:19, 19:7, 19:16, 20:13, 20:15, 20:17, 20:18, 20:19, 21:17, 21:25, 22:21, 24:4, 24:18, 24:19, 25:16, 25:17, 25:22, 26:11, 28:21, 28:22, 31:12, 32:16, 33:1, 33:7, 33:11, 33:16, 33:19, 33:22, 33:23, 33:24, 34:2, 35:1, 35:4, 35:13, 35:15, 35:23, 36:5, 36:6, 36:16, 36:23, 38:17, 38:18, 39:4, 39:6, 39:9, 39:22, 39:23, 40:4, 44:22, 46:5, 46:19, 47:2, 48:6, 48:7, 48:9, 48:11, 50:6, 50:8, 50:13, 52:4, 52:18, 52:22, 56:2, 58:4, 60:11, 60:12, 62:16, 62:17, 62:24, 62:25, 63:6, 63:8, 63:9, 63:10, 63:11, 63:25, 64:23, 65:17, 66:6, 66:9, 68:3, 69:9, 69:21, 70:9, 70:10, 71:22, 72:8, 72:18, 72:25, 73:5, 75:4, 75:11, 76:9, 76:14, 77:5, 77:8, 78:3, 78:13, 78:18, 79:7, 79:12, 80:3, 81:2, 81:5, 81:6, 81:11, 83:17, 83:18, 84:10, 84:11, 84:12

**AREA** [5] - 33:13,

63:20, 65:22, 66:3,
69:8
**AREAS** [1] - 65:25
**ARGUE** [2] - 9:24,
66:21
**ARGUED** [1] - 4:1
**ARGUING** [2] - 3:8,
64:18
**ARGUMENT** [9] -
22:16, 58:6, 60:23,
64:2, 65:9, 73:11,
83:17, 84:7, 86:15
**ARGUMENTS** [4] -
5:1, 9:8, 9:15, 80:8
**ARM** [1] - 14:19
**ARMED** [2] - 61:4
**ARMY** [1] - 17:8
**AROUND** [10] - 14:11,
14:19, 17:7, 18:7,
22:6, 24:3, 37:21,
51:19, 61:4, 61:5
**ARRANGED** [1] - 23:2
**ARRANGEMENT** [1] -
59:20
**ARRIVING** [1] - 7:1
**ART** [10] - 18:17, 23:6,
23:16, 25:20, 28:7,
39:12, 67:22, 68:11
**ARTICLE** [11] - 44:7,
44:18, 44:19, 45:9,
45:21, 45:25, 46:3,
48:17, 48:18, 51:10
**ARTICULATING** [1] -
82:20
**ARTIFACT** [1] - 35:25
**ARTIFACTS** [5] -
34:18, 39:23, 46:20,
46:22, 46:24
**ARTISTIC** [1] - 23:18
**ARTWORK** [5] -
20:21, 24:20, 25:14,
26:12, 61:18
**AS** [89] - 3:7, 3:12,
4:11, 4:17, 4:21,
4:25, 5:25, 6:3, 6:4,
6:7, 6:13, 7:8, 7:13,
9:5, 9:25, 10:3,
10:22, 11:4, 11:10,
12:15, 14:10, 14:25,
21:3, 21:21, 22:3,
22:19, 22:20, 25:7,
25:9, 25:22, 32:12,
32:13, 32:24, 33:3,
34:24, 36:6, 37:17,
39:6, 39:9, 39:11,
39:12, 39:22, 41:3,
42:1, 42:4, 47:20,
48:7, 49:2, 49:25,
56:18, 62:25, 63:5,
65:7, 65:22, 66:18,

67:11, 68:9, 69:1,
69:19, 69:20, 70:2,
70:3, 70:4, 72:24,
73:8, 74:23, 75:4,
75:22, 76:25, 77:12,
77:19, 77:22, 80:6,
80:10, 80:11, 81:2,
81:22, 82:23, 83:7,
83:24, 84:8, 84:11
**ASIAN** [1] - 18:17
**ASK** [15] - 10:13,
16:12, 20:4, 30:16,
31:13, 37:13, 39:17,
55:25, 57:2, 58:1,
61:6, 61:8, 62:19,
64:24, 83:20
**ASKED** [3] - 57:22,
79:15, 83:14
**ASKING** [10] - 23:15,
24:16, 57:16, 63:11,
76:9, 79:7, 80:3,
81:5, 81:6, 81:13
**ASPECT** [1] - 80:10
**ASPECTS** [1] - 29:19
**ASSISTANT** [1] - 11:5
**ASSOCIATION** [1] -
3:3
**ASSUME** [1] - 81:15
**ASSUMED** [1] - 82:4
**ASSUMPTION** [1] -
83:22
**AT** [85] - 6:4, 6:11, 7:1,
7:12, 8:5, 8:24, 9:7,
10:14, 10:21, 12:3,
12:9, 12:16, 13:6,
15:7, 15:13, 15:14,
17:7, 17:20, 18:25,
19:4, 19:17, 19:19,
20:4, 20:24, 22:23,
26:3, 27:22, 29:13,
29:21, 30:1, 30:8,
33:5, 33:19, 33:24,
35:8, 35:16, 37:7,
41:1, 42:3, 42:4,
42:16, 43:18, 49:16,
51:24, 53:7, 56:2,
56:4, 57:6, 57:12,
59:16, 60:6, 60:13,
60:18, 60:19, 62:18,
63:14, 64:13, 65:6,
67:16, 68:7, 69:2,
69:6, 69:10, 70:6,
70:8, 71:20, 73:4,
74:6, 75:10, 75:16,
76:5, 76:12, 76:15,
79:18, 80:6, 80:16,
80:17, 81:3, 81:23,
82:10, 82:12, 84:22,
84:23
**ATTACHED** [3] -

21:15, 26:15, 72:12
**ATTENTION** [2] - 8:22,
67:6
**ATTORNEY** [3] - 9:6,
11:5, 60:18
**ATTORNEY'S** [2] -
1:14, 26:4
**ATTORNEYS** [4] -
9:15, 9:21, 9:24,
10:6
**AUDIENCE** [2] - 33:4,
39:8
**AUDIENCES** [9] -
32:10, 32:11, 32:13,
32:25, 33:1, 33:14,
39:7, 39:10, 39:13
**AUSA** [1] - 1:15
**AUTHENTICITY** [1] -
62:24
**AVERAGE** [1] - 36:4
**AWARE** [2] - 53:5,
74:23

---

# B

**B.C** [1] - 17:12
**BACK** [24] - 14:6,
15:6, 15:15, 15:16,
15:17, 15:20, 15:21,
16:1, 17:12, 17:22,
17:23, 19:9, 19:23,
20:3, 21:11, 23:12,
25:11, 26:1, 27:6,
64:16, 76:19, 78:10,
83:12
**BALANCE** [1] - 78:9
**BARNES** [2] - 35:17,
39:11
**BARRIER** [1] - 13:14
**BASED** [1] - 35:13
**BASIC** [2] - 6:14, 23:3
**BASICALLY** [3] -
29:17, 46:2, 75:11
**BE** [90] - 3:1, 3:25, 4:7,
4:11, 4:12, 4:17,
4:18, 4:25, 5:7, 5:14,
5:19, 5:20, 9:20,
10:1, 10:7, 10:9,
10:13, 14:15, 18:12,
21:11, 21:22, 23:15,
24:16, 24:17, 25:12,
28:18, 28:21, 28:22,
28:23, 32:11, 39:4,
44:20, 45:17, 46:9,
54:3, 57:16, 57:22,
57:25, 59:15, 59:16,
59:17, 60:13, 61:14,
61:15, 62:19, 62:20,
64:18, 64:20, 64:23,
64:24, 66:1, 66:2,

67:2, 69:21, 69:23,
70:7, 70:16, 71:10,
71:20, 72:1, 72:7,
72:9, 72:23, 74:25,
76:9, 76:14, 76:17,
77:6, 77:11, 77:16,
78:7, 78:19, 79:13,
79:14, 79:24, 80:8,
80:21, 81:7, 81:13,
81:14, 81:16, 81:17,
81:21, 82:4, 82:22,
83:5, 83:23, 84:5,
84:12
**BEAR** [6] - 7:5, 12:3,
15:22, 16:11, 20:7,
23:12
**BEARING** [1] - 18:3
**BECAME** [2] - 41:20,
68:1
**BECAUSE** [26] - 9:22,
13:23, 16:2, 17:11,
17:12, 18:2, 18:12,
18:25, 20:19, 22:13,
22:18, 26:8, 26:16,
27:10, 55:19, 60:11,
63:20, 65:1, 69:3,
70:25, 73:12, 73:13,
77:24, 79:8, 81:14,
83:5
**BECOMES** [1] - 62:13
**BEDROOM** [1] - 16:16
**BEEN** [25] - 4:9, 9:9,
10:10, 12:15, 16:17,
17:11, 18:8, 21:13,
25:1, 25:10, 30:18,
32:8, 41:14, 42:14,
49:1, 55:10, 60:24,
62:23, 65:12, 74:18,
74:19, 75:2, 75:6,
76:1, 78:9
**BEER** [1] - 12:11
**BEFORE** [14] - 1:9,
3:4, 5:13, 9:24,
12:15, 12:21, 27:18,
27:23, 41:20, 41:25,
43:14, 53:24, 72:6,
84:3
**BEGIN** [3] - 8:2, 8:25,
79:21
**BEHALF** [2] - 74:15,
74:25
**BEHEST** [1] - 26:3
**BEING** [17] - 3:13, 5:6,
10:10, 26:19, 33:19,
46:20, 46:22, 46:23,
51:4, 67:21, 69:18,
69:22, 72:11, 72:15,
73:14, 84:1, 84:19
**BELIEVE** [18] - 3:19,
5:5, 6:8, 19:6, 30:19,

34:19, 41:24, 42:14,
44:20, 45:22, 46:13,
52:1, 57:20, 61:7,
75:22, 76:6, 78:22
**BELIEVES** [2] - 64:3,
71:9
**BELL** [3] - 71:4, 71:7,
71:8
**BELONG** [1] - 17:21
**BENJAMIN** [5] -
31:25, 34:17, 35:15,
70:24, 71:1
**BETTER** [1] - 56:2
**BETWEEN** [8] - 42:9,
42:19, 48:23, 54:11,
75:13, 79:13, 79:14,
81:7
**BEYOND** [4] - 7:4,
39:25, 40:6, 66:9,
72:17
**BIFOCALS** [1] - 34:18
**BIG** [7] - 30:17, 35:25,
42:13, 42:15, 51:18,
51:19
**BILL** [1] - 49:17
**BINDER** [1] - 49:5
**BIT** [2] - 15:13, 26:18
**BLACK** [1] - 42:13
**BLACK'S** [4] - 3:23,
67:8, 70:15, 70:18
**BLACKBERRIES** [1] -
8:8
**BLACKBERRY** [1] -
8:14
**BLAME** [1] - 77:23
**BLANKET** [2] - 72:3,
72:20
**BLEW** [1] - 22:17
**BLOCK** [1] - 23:2
**BLOG** [1] - 8:15
**BLOGS** [1] - 7:21
**BOOK** [2] - 30:17,
42:13
**BORNE** [1] - 32:17
**BOSS** [1] - 26:25
**BOSTON** [2] - 30:1,
67:23
**BOTH** [7] - 6:5, 6:6,
43:7, 45:17, 46:9,
65:10, 82:17
**BOTTOM** [1] - 47:5
**BRAIN** [4] - 12:15,
13:11, 34:3, 35:20
**BRANCH** [2] - 55:11,
56:8
**BREACH** [6] - 57:18,
58:6, 60:23, 61:1,
64:2, 66:3
**BREADTH** [1] - 77:2
**BREAK** [5] - 10:15,

10:16, 10:21, 10:22, 21:14
**BREAKING** [1] - 11:9
**BREAKS** [2] - 15:2, 15:3
**BRING** [8] - 3:4, 4:4, 8:21, 52:8, 54:25, 56:24, 56:25, 59:7
**BROAD** [6] - 32:9, 35:13, 39:10, 78:6, 78:17, 82:11
**BROAD-BASED** [1] - 35:13
**BROADCASTING** [1] - 24:10
**BROKE** [5] - 21:14, 21:15, 21:17, 23:7, 61:18
**BROTHER** [1] - 26:23
**BROTHERS** [1] - 34:15
**BROUGHT** [2] - 6:17, 67:6
**BUILD** [2] - 17:21, 17:23
**BUILDING** [1] - 10:4
**BUNCH** [1] - 62:16
**BURDEN** [3] - 6:21, 6:23, 7:6
**BURDENSOME** [1] - 75:23
**BURDENSOMENES S** [1] - 77:4
**BUREAU** [1] - 45:2
**BURIED** [1] - 17:8
**BUS** [1] - 10:18
**BUSINESS** [4] - 30:22, 30:24, 31:15, 31:19
**BUT** [63] - 3:18, 6:4, 7:5, 8:3, 9:6, 9:22, 12:16, 13:12, 13:19, 13:24, 14:12, 14:23, 17:24, 18:17, 19:12, 19:21, 20:23, 22:1, 23:1, 27:7, 27:23, 31:12, 39:8, 46:7, 47:18, 50:16, 53:20, 57:19, 60:22, 61:23, 62:4, 62:11, 62:18, 63:18, 64:1, 64:24, 65:11, 65:24, 66:9, 66:12, 68:8, 68:23, 69:9, 69:25, 70:3, 70:14, 70:21, 71:20, 72:5, 73:11, 73:21, 74:6, 74:25, 76:4, 76:12, 76:19, 78:3, 78:16, 78:22, 82:23, 83:4, 83:20
**BY** [69] - 1:15, 2:2,

4:17, 4:25, 5:7, 5:8, 6:17, 7:1, 8:16, 10:10, 12:11, 13:13, 13:23, 14:14, 22:5, 22:18, 23:3, 25:24, 28:23, 29:6, 30:15, 31:9, 31:25, 36:14, 39:2, 39:21, 39:23, 40:2, 40:20, 43:14, 44:2, 44:17, 46:25, 47:3, 49:14, 49:22, 51:2, 51:12, 52:16, 53:13, 55:2, 55:9, 55:15, 56:3, 56:14, 58:22, 59:9, 60:25, 62:12, 67:13, 69:22, 71:23, 72:9, 72:14, 73:15, 74:24, 76:15, 76:22, 78:23, 78:25, 82:6, 83:24, 83:25, 86:9, 86:10, 86:12, 86:13, 86:15
**BYNOE** [1] - 63:5

# C

**CALL** [8] - 15:24, 25:17, 28:11, 55:18, 58:13, 58:19, 59:8, 82:8
**CALLED** [5] - 12:22, 28:23, 32:18, 34:4, 54:12
**CALLING** [4] - 62:24, 63:6, 65:17, 81:11
**CALLS** [3] - 14:5, 28:14, 40:14
**CAME** [7] - 13:1, 19:11, 26:1, 27:7, 38:11, 54:4, 67:21
**CAMPAIGN** [1] - 82:14
**CAN** [38] - 3:9, 4:1, 4:4, 5:14, 12:12, 16:21, 16:24, 23:4, 24:17, 27:17, 28:3, 34:23, 42:16, 44:3, 44:13, 52:3, 52:8, 53:12, 55:16, 55:18, 56:24, 57:8, 58:13, 58:19, 59:5, 60:5, 61:9, 61:12, 62:21, 66:21, 67:1, 68:16, 68:18, 72:2, 74:7, 77:12, 83:16, 84:5
**CAN'T** [3] - 72:5, 72:19, 84:12
**CANNOT** [4] - 8:4, 18:11, 27:7, 72:23
**CAPABILITIES** [1] - 77:6

**CAPACITY** [1] - 39:22
**CAPTION** [1] - 68:22
**CAR** [4] - 13:1, 15:16, 15:20, 24:6
**CARD** [4] - 30:22, 30:24, 31:15, 31:20
**CARDONE** [1] - 11:7
**CARE** [14] - 57:10, 58:14, 58:20, 61:13, 62:5, 80:13, 80:14, 80:16, 81:2, 81:20, 81:21, 84:15, 84:17
**CASE** [65] - 1:4, 3:10, 5:12, 5:17, 5:21, 6:4, 6:12, 6:13, 6:14, 6:22, 7:6, 7:7, 7:10, 7:13, 7:14, 7:17, 7:18, 7:22, 8:1, 8:3, 8:4, 8:5, 8:6, 8:10, 8:11, 8:13, 8:20, 8:24, 9:12, 9:19, 10:6, 11:3, 11:8, 11:21, 20:1, 21:12, 21:19, 23:6, 25:18, 26:8, 26:9, 58:8, 61:15, 61:20, 62:14, 64:10, 65:3, 65:13, 67:19, 68:13, 69:8, 70:13, 71:17, 73:3, 80:1, 81:17, 82:10, 82:13, 82:19, 82:21, 83:7
**CASUALTY** [4] - 54:12, 55:11, 55:22, 56:8
**CATEGORIES** [3] - 75:21, 78:13, 78:17
**CATEGORY** [2] - 81:7, 81:19
**CATERING** [1] - 78:5
**CATHERINE** [1] - 2:2
**CAUGHT** [2] - 16:14, 19:10
**CAUSED** [1] - 27:4
**CAVALRYMAN** [16] - 11:10, 11:16, 11:22, 15:1, 17:2, 17:18, 17:25, 18:4, 18:11, 18:15, 19:1, 19:8, 20:5, 47:12, 47:17
**CAVALRYMAN'S** [1] - 12:2
**CAVALRYMEN** [2] - 18:6, 18:8
**CELL** [5] - 8:8, 12:5, 14:10, 14:20, 28:3
**CELLPHONE** [3] - 8:14, 24:5, 28:2
**CENTER** [12] - 2:5, 42:20, 43:1, 43:2,

43:7, 45:3, 45:7, 45:16, 45:18, 46:11, 48:24, 56:15
**CERTAIN** [7] - 4:24, 21:11, 22:20, 65:11, 65:19, 68:11, 73:13
**CERTAINLY** [8] - 22:7, 57:19, 63:24, 63:25, 64:18, 65:22, 66:25, 82:22
**CERTIFY** [1] - 85:2
**CETERA** [1] - 71:20
**CHALLENGING** [1] - 83:18
**CHARACTER** [2] - 25:3, 26:19
**CHARACTERISTICS** [1] - 73:5
**CHARGE** [5] - 3:10, 4:2, 20:20, 26:12, 37:17, 71:21
**CHARGED** [3] - 20:21, 26:8, 61:17
**CHARGES** [1] - 65:13
**CHARGING** [2] - 11:13, 11:18
**CHART** [1] - 51:18
**CHATROOM** [1] - 8:16
**CHECK** [1] - 53:1
**CHEMICAL** [1] - 30:4
**CHESTNUT** [1] - 1:15
**CHILDREN** [3] - 32:10, 36:22, 39:8
**CHINA** [18] - 11:11, 17:1, 17:5, 17:7, 18:1, 21:5, 21:9, 21:12, 21:17, 42:6, 42:9, 45:15, 45:17, 46:4, 72:16, 75:14, 77:15, 78:5
**CHINESE** [15] - 18:16, 18:17, 25:20, 42:21, 44:25, 46:9, 47:1, 51:2, 51:12, 52:23, 78:18, 79:14, 79:20, 81:8, 81:11
**CHOSEN** [1] - 20:20
**CHRISTMAS** [3] - 12:21, 23:23, 35:2
**CHRISTOPHER** [2] - 26:22, 26:24
**CIRCUIT** [6] - 69:19, 70:12, 78:24, 82:18, 82:25, 83:25
**CIRCUIT'S** [1] - 83:6
**CIRCUMSTANCES** [2] - 62:2, 64:17
**CIRCUMSTANTIAL** [8] - 5:24, 6:1, 6:6, 64:7, 64:10, 64:14,

64:20, 65:2
**CIRCUMVENT** [1] - 67:22
**CITATIONS** [1] - 83:1
**CITE** [2] - 68:3, 69:7
**CITED** [3] - 78:25, 82:16, 82:17
**CITES** [1] - 83:6
**CITING** [2] - 67:22, 71:16
**CITY** [1] - 39:11
**CIVIL** [3] - 7:7, 82:19, 82:21
**CK** [1] - 84:23
**CLASS** [5] - 18:1, 18:9, 47:16, 47:18, 48:7
**CLASSIFICATION** [1] - 47:1
**CLAUS** [1] - 23:25
**CLAUSE** [1] - 57:9
**CLAY** [8] - 11:11, 21:15, 21:17, 64:12, 72:11, 72:13, 73:8, 73:12
**CLEAN** [1] - 6:20
**CLEANED** [1] - 17:20
**CLEAR** [4] - 71:23, 73:6, 77:19, 79:25
**CLEARER** [1] - 70:16
**CLEARLY** [1] - 61:20
**CLERK** [6] - 28:25, 40:15, 52:5, 52:9, 52:12, 58:18
**CLIENT** [1] - 75:1
**CLIENTS** [2] - 5:4, 82:15
**CLIMATE** [1] - 34:5
**CLIMB** [1] - 13:10
**CLIMBS** [2] - 14:18
**CLIPS** [1] - 28:5
**CLOSE** [1] - 36:5
**CLOSED** [7] - 13:15, 13:17, 14:7, 14:22, 20:2, 84:10, 84:12
**CLOSING** [1] - 9:15
**CLUB** [3] - 22:2, 80:9, 80:10
**CODE** [3] - 26:13, 47:1, 47:14
**COHN** [1] - 25:24, 26:6
**COLLEAGUE** [1] - 75:18
**COLLECTED** [1] - 47:3
**COLLECTING** [1] - 47:14
**COLLECTION** [6] - 34:9, 34:13, 34:15,

34:25, 35:21, 70:25
**COLLECTOR** [1] - 47:3
**COLONIES'** [1] - 71:5
**COME** [17] - 10:4, 12:12, 14:4, 19:19, 20:3, 22:5, 22:9, 31:10, 31:13, 34:23, 36:19, 36:24, 69:6, 72:9, 76:19, 78:20, 83:12
**COMES** [2] - 9:5, 26:4
**COMING** [6] - 29:24, 44:8, 44:9, 58:14, 60:18, 73:19
**COMMISSION** [1] - 82:13
**COMMITTED** [2] - 24:20, 65:16
**COMMITTEES** [1] - 82:14
**COMMONWEALTH** [1] - 36:6
**COMMUNICATE** [3] - 8:10, 8:13, 10:20
**COMMUNICATION** [1] - 76:11
**COMMUNICATIONS** [20] - 75:13, 75:15, 76:8, 76:10, 76:13, 76:18, 76:25, 77:12, 77:14, 78:17, 78:18, 79:12, 79:14, 81:7, 81:9, 81:12, 81:18, 82:5, 83:22
**COMMUNITY** [1] - 2:2
**COMPANIES** [1] - 80:21
**COMPANY** [7] - 54:12, 54:13, 55:11, 56:8, 78:4, 78:5, 80:23
**COMPARING** [1] - 69:25
**COMPLETE** [3] - 18:2, 18:12, 46:18
**COMPLETELY** [3] - 17:23, 17:24, 18:8
**COMPLETENESS** [1] - 62:20
**COMPRISE** [1] - 35:8
**COMPUTER** [1] - 41:8
**CONCEALED** [1] - 11:19
**CONCEALING** [1] - 16:17
**CONCEALMENT** [1] - 20:7
**CONCEDE** [1] - 73:10
**CONCERNS** [1] - 77:1
**CONCLUDE** [1] - 6:2

**CONCLUDED** [1] - 58:12
**CONDITION** [1] - 59:1
**CONDUCT** [2] - 7:8, 7:16
**CONFINES** [1] - 7:24
**CONFUSED** [1] - 72:1
**CONFUSES** [1] - 72:21
**CONGRESS** [1] - 70:2
**CONNECTION** [2] - 45:14, 71:5
**CONNECTIONS** [1] - 10:18
**CONSENT** [1] - 59:19
**CONSIDER** [4] - 6:5, 54:3, 73:3, 74:3
**CONSIDERATION** [1] - 5:17
**CONSIDERED** [7] - 4:25, 5:19, 17:6, 18:9, 18:12, 39:4, 84:12
**CONSIDERING** [1] - 7:1
**CONSIST** [2] - 4:19, 4:20
**CONSTRAINTS** [1] - 79:9
**CONSULT** [1] - 7:19
**CONSULTANT** [1] - 77:8
**CONT** [1] - 2:1
**CONTACT** [2] - 16:8, 31:16
**CONTEXT** [1] - 70:6
**CONTINUE** [1] - 19:13
**CONTINUED** [1] - 19:24
**CONTRACT** [6] - 46:8, 56:19, 57:25, 58:1, 59:10, 59:21
**CONTRACTS** [1] - 41:12
**CONTRAVENED** [1] - 23:8
**CONTROL** [9] - 61:13, 62:6, 80:14, 80:16, 81:3, 81:20, 84:16, 84:18
**CONTROLLER** [1] - 42:2
**CONVERSATION** [1] - 10:7
**CONVERSATIONS** [3] - 10:11, 79:22, 81:6
**CONVICT** [1] - 25:13
**COPIED** [1] - 75:2
**CORRECT** [20] - 31:18, 33:18, 34:11,

35:6, 37:5, 38:3, 38:5, 38:21, 42:22, 47:8, 50:18, 50:22, 51:8, 51:9, 51:15, 54:13, 55:10, 59:2, 63:3, 85:2
**CORRESPONDENC E** [1] - 79:22
**COSMOS** [1] - 38:20
**COULD** [42] - 23:13, 24:24, 27:6, 27:18, 27:23, 29:7, 29:16, 30:16, 30:18, 31:22, 32:3, 32:11, 32:16, 34:12, 35:7, 40:21, 42:12, 42:13, 43:17, 44:7, 44:18, 45:8, 45:21, 46:2, 46:13, 48:9, 49:1, 54:25, 55:13, 55:14, 56:25, 57:3, 57:9, 57:11, 59:7, 65:12, 66:23, 70:7, 76:9, 77:6, 81:14
**COUNSEL** [4] - 9:10, 66:15, 79:7, 80:22
**COUNTY** [1] - 26:10
**COUPLE** [1] - 77:1
**COURSE** [4] - 4:16, 62:19, 63:17, 68:1
**COURT** [91] - 1:1, 1:21, 3:1, 3:15, 3:18, 3:25, 4:4, 4:7, 4:23, 5:17, 9:17, 9:25, 10:10, 10:19, 20:9, 20:20, 22:16, 26:11, 28:11, 28:17, 30:13, 31:3, 31:6, 36:11, 38:24, 39:19, 40:1, 40:7, 40:9, 40:12, 43:21, 44:1, 44:8, 44:14, 49:11, 57:13, 57:18, 58:10, 60:1, 60:3, 60:7, 60:11, 60:17, 60:25, 61:6, 61:8, 61:21, 61:25, 62:7, 62:8, 62:11, 65:9, 66:11, 66:12, 66:15, 66:19, 66:23, 67:3, 67:8, 68:16, 68:18, 68:20, 68:24, 69:12, 69:14, 69:23, 70:15, 71:14, 72:6, 73:2, 73:25, 74:3, 74:9, 74:13, 74:16, 74:20, 74:23, 76:7, 76:23, 78:14, 79:4, 82:2, 82:16, 83:5, 83:25, 84:1, 84:2, 84:20, 84:23, 85:8

**COURT'S** [6] - 8:21, 55:25, 67:6, 75:7, 75:9, 83:8
**COURTHOUSE** [1] - 1:22
**COURTROOM** [7] - 5:20, 5:22, 7:15, 7:24, 10:5, 26:10, 74:19
**COURTS** [5] - 69:22, 70:5, 70:11, 71:18, 79:1
**COVER** [1] - 75:12
**CREATED** [2] - 12:11, 34:17
**CREDIBILITY** [1] - 6:11
**CRIME** [4] - 11:17, 20:20, 65:16, 80:7
**CRIMES** [5] - 11:14, 20:5, 67:22, 69:21
**CRIMINAL** [6] - 1:4, 6:13, 6:14, 7:6, 26:9, 28:7
**CRIMINALIZE** [1] - 68:11
**CRITICALLY** [1] - 26:7
**CROSS** [12] - 9:11, 9:14, 36:11, 36:13, 49:21, 62:9, 63:14, 65:18, 65:23, 81:15, 82:7, 86:7
**CROSS-EXAMINATION** [4] - 36:11, 49:21, 81:15, 82:7
**CROSS-EXAMINE** [3] - 9:11, 9:14, 65:18
**CULTHER** [1] - 78:24
**CULTURAL** [15] - 11:15, 16:21, 20:6, 26:14, 33:13, 39:10, 42:20, 45:2, 45:3, 45:16, 47:6, 49:17, 68:17, 68:25, 73:13
**CURATORIAL** [1] - 35:10
**CURRENCY** [1] - 59:16
**CURRENTLY** [1] - 29:10
**CURTIS** [1] - 2:5
**CUSTODY** [11] - 61:13, 62:5, 80:13, 80:14, 80:16, 81:3, 81:20, 84:15, 84:16, 84:17, 84:18
**CUTHBERTSON** [3] - 78:24, 82:16, 82:17

# D

**DAD** [1] - 27:8
**DAMAGE** [1] - 59:1
**DAMAGED** [1] - 71:8
**DANCING** [2] - 13:9, 24:11
**DARK** [1] - 13:19
**DARRYL** [4] - 28:14, 29:3, 29:9, 86:8
**DATE** [3] - 17:12, 76:22, 85:8
**DAY** [9] - 1:10, 10:14, 15:24, 19:22, 27:11, 35:5, 35:6, 75:1, 75:3
**DAYTIME** [2] - 80:5, 81:25
**DEAL** [1] - 66:20
**DEALING** [1] - 76:16
**DEALS** [1] - 53:14
**DEAN** [1] - 30:3
**DECEMBER** [7] - 11:12, 11:17, 11:19, 12:1, 12:8, 12:21, 19:12
**DECIDE** [6] - 5:21, 6:7, 7:14, 7:22, 19:5, 80:12
**DECIDED** [2] - 51:12, 51:14
**DECIDES** [13] - 13:12, 13:14, 13:16, 13:18, 13:19, 13:20, 13:25, 14:3, 14:12, 14:14, 14:24, 15:5
**DECIDING** [1] - 64:13
**DECISION** [4] - 27:6, 27:14, 28:8, 28:9
**DECLARATION** [1] - 71:6
**DEFENDANT** [13] - 2:2, 6:15, 6:17, 6:19, 6:23, 6:24, 7:2, 9:13, 74:24, 75:7, 76:25, 77:22, 78:1
**DEFENDANT'S** [2] - 7:4, 78:11
**DEFENDANTS** [1] - 83:9
**DEFENDER** [1] - 2:2
**DEFENDERS** [1] - 3:3
**DEFENSE** [20] - 9:6, 9:11, 19:3, 57:16, 61:7, 63:14, 65:18, 65:24, 66:8, 66:12, 67:5, 69:7, 73:7, 76:5, 76:12, 79:4, 82:12, 83:20
**DEFENSE'S** [1] -

61:11
DEFER [1] - 77:25
DEFINE [4] - 33:3,
54:5, 67:10, 70:13
DEFINED [8] - 67:11,
67:13, 67:16, 68:25,
70:2, 70:4, 71:23,
72:23
DEFINITION [16] - 3:8,
3:11, 3:13, 3:17,
3:19, 3:22, 3:23,
26:13, 61:22, 67:9,
68:17, 69:17, 70:3,
70:16, 70:19
DEFINITIONS [1] -
70:12
DELAWARE [10] -
12:4, 12:24, 15:16,
15:17, 15:20, 15:22,
16:11, 20:7, 23:12,
36:8
DELIBERATE [4] -
7:12, 7:25, 8:2, 9:18
DELIBERATIONS [1] -
8:24
DENIED [1] - 78:14
DEPENDS [1] - 37:12
DEPRIVE [2] - 64:12,
64:21
DEPUTY [6] - 28:25,
40:15, 52:5, 52:9,
52:12, 58:18
DESCRIBED [5] -
22:20, 25:8, 25:22,
34:24, 35:20
DESIGNING [1] -
34:16
DESK [2] - 16:16, 28:2
DETER [1] - 77:25
DETERMINATION [1]
- 9:25
DETERMINE [7] -
16:9, 20:13, 20:15,
21:19, 24:18, 24:19,
73:1
DETERMINED [2] -
16:6, 17:21
DETERMINING [1] -
6:11
DETRIMENT [1] -
59:18
DEVELOPMENT [1] -
35:11
DICTIONARIES [1] -
7:19
DICTIONARY [4] -
3:24, 70:11, 70:15,
70:18
DID [28] - 16:4, 19:8,
19:12, 19:23, 22:10,

24:9, 25:1, 27:12,
30:6, 41:20, 41:23,
41:25, 43:5, 43:6,
43:13, 46:10, 51:1,
53:2, 54:8, 69:12,
70:12, 70:14, 78:1,
78:2
DIDN'T [15] - 19:9,
21:14, 23:5, 24:20,
24:21, 28:1, 50:16,
50:20, 53:1, 53:10,
53:22, 61:3, 63:13,
69:3, 77:24
DIFFERENT [18] - 7:7,
12:13, 13:6, 17:10,
18:19, 18:20, 26:3,
26:5, 38:19, 39:7,
50:1, 51:23, 54:21,
55:23, 62:25, 64:19,
80:21
DIFFICULTIES [1] -
60:12
DIRECT [8] - 5:24, 6:6,
29:5, 40:19, 65:23,
66:1, 86:7
DIRECTLY [1] - 83:19
DIRECTOR [1] - 41:22
DIRECTORS [1] -
62:25
DISCLOSURE [1] -
83:10
DISCOVER [1] - 82:22
DISCOVERED [2] -
17:3, 19:20
DISCOVERY [3] -
20:17, 31:25, 82:19
DISCUSS [6] - 4:1,
7:10, 7:11, 8:1, 8:4,
60:14
DISCUSSING [1] - 8:3
DISCUSSION [3] -
57:14, 60:10, 76:3
DISPLAYED [1] -
22:21
DISPLAYS [1] - 34:10
DISPUTE [2] - 23:12,
23:14
DISPUTES [1] - 78:6
DISPUTING [1] - 65:5
DISREGARD [1] - 5:18
DISREGARDED [1] -
5:21
DISTRICT [6] - 1:1,
1:2, 79:1, 82:10,
83:8
DO [62] - 3:10, 3:16,
4:16, 7:23, 8:19,
8:22, 9:21, 10:5,
13:12, 13:14, 15:24,
16:12, 16:21, 19:8,

19:12, 19:13, 19:24,
20:22, 22:12, 23:4,
23:5, 27:12, 27:24,
29:10, 29:12, 31:20,
32:8, 32:23, 33:8,
34:8, 35:12, 35:23,
37:7, 37:8, 37:10,
37:11, 37:15, 39:13,
40:3, 40:24, 41:20,
41:25, 45:23, 46:16,
46:19, 48:15, 49:2,
49:4, 50:11, 52:14,
53:10, 60:7, 60:13,
62:5, 63:21, 65:7,
66:24, 68:4, 75:4,
77:8, 81:19
DOCKET [1] - 1:4
DOCUMENT [5] -
42:15, 49:4, 51:15,
55:23, 82:20
DOCUMENTS [2] -
4:21, 34:21
DOES [17] - 9:6, 13:3,
15:23, 15:24, 16:1,
16:3, 26:16, 27:2,
27:3, 34:22, 35:21,
38:12, 41:3, 41:11,
46:3, 58:15, 84:10
DOESN'T [1] - 16:4
DOING [3] - 15:8,
37:13, 38:17
DOLLAR [2] - 18:23,
74:4
DOLLARS [3] - 18:16,
38:15, 53:8
DON'T [12] - 3:18,
47:18, 53:21, 54:2,
60:8, 61:6, 62:13,
77:5, 78:22, 81:9,
83:4
DONE [7] - 14:23,
14:24, 17:19, 27:2,
27:17, 65:25, 70:12
DOOR [2] - 23:4, 65:5
DOORS [1] - 13:17
DOUBT [1] - 7:4
DOWN [11] - 15:6,
26:10, 40:9, 47:5,
47:10, 48:12, 53:12,
55:14, 59:5, 69:6,
69:11
DR [3] - 31:11, 36:15,
39:3
DRAFT [2] - 50:16,
51:1
DRAFTED [1] - 51:2
DRAWER [2] - 16:17,
28:2
DRAWINGS [1] -
34:15

DRINK [1] - 12:12
DRINKING [4] - 23:22,
24:6, 24:7, 24:11
DRINKS [2] - 12:25,
38:2
DRIVES [1] - 15:21
DRIVING [1] - 12:24
DROPPED [1] - 15:21
DRUNK [3] - 23:22,
25:2, 28:8
DUBOIS [4] - 82:9,
82:11, 82:24, 83:6
DUE [1] - 72:22
DURING [10] - 3:17,
4:16, 7:9, 7:16, 12:6,
12:17, 33:16, 33:20,
42:3, 81:25
DUTY [1] - 4:11
DYNASTY [4] - 47:1,
47:20

# E

E-MAIL [1] - 8:14
EACH [4] - 24:7,
48:25, 49:15, 51:20
EARLIER [2] - 11:5,
39:6
EARTH [1] - 23:16
EASTERN [2] - 1:2,
79:1
EBAY [1] - 72:5
EDPA [1] - 2:4
EDUCATE [1] - 37:10
EDUCATION [5] -
29:15, 29:19, 30:3,
33:9, 34:5
EDUCATORS [1] -
35:9
EGREGIOUS [1] -
22:14
EIGHT [5] - 45:21,
45:25, 46:3, 51:8,
51:10
EITHER [3] - 3:14,
5:13, 53:20
ELECTIONS [1] -
82:12
ELECTRONIC [6] -
7:21, 23:8, 75:16,
76:10, 77:12, 83:22
ELECTRONICALLY
[1] - 8:11
ELEMENTS [1] - 61:14
ELICITS [1] - 65:22
ELSE [2] - 6:19, 8:4
EMBASSADOR [1] -
34:20
EMBEZZLEMENT [1] -
68:5

EMBODIED [1] - 31:25
EMPEROR [7] - 12:19,
17:4, 42:5, 43:7,
47:8, 49:7
ENCOMPASSES [5] -
66:22, 70:19, 70:21,
70:22, 71:11
END [6] - 6:4, 6:11,
6:22, 7:12, 8:5, 8:24
ENFORCEMENT [1] -
16:4
ENGAGE [2] - 32:20,
39:7
ENGINEERING [2] -
30:4, 30:5
ENGLISH [1] - 46:9
ENJOYING [1] - 12:25
ENOUGH [3] - 14:24,
76:24
ENSURING [1] - 81:21
ENTER [1] - 10:4
ENTERED [1] - 42:9
ENTERPRISE [1] -
38:6
ENTIRE [1] - 62:2
ENTITLED [3] - 47:6,
61:16, 85:4
ENTRANCE [1] - 23:2
ENTRY [2] - 47:10,
47:11
ESPECIALLY [1] -
78:8
ESQUIRE [3] - 2:2,
2:3, 2:8
ESSENTIALLY [2] -
50:24, 50:25
ESTIMATES [1] - 72:8
ESTIMATION [1] -
79:20
ET [1] - 71:19
EVA [1] - 63:5
EVEN [13] - 23:5,
24:25, 25:10, 67:15,
69:9, 69:10, 70:5,
71:20, 72:14, 76:1,
77:10, 79:11, 83:1
EVENT [11] - 12:9,
12:20, 13:3, 13:7,
15:15, 22:2, 24:12,
33:5, 33:21, 49:17,
83:15
EVENTS [5] - 12:10,
12:18, 22:3, 33:17,
39:4
EVENTUALLY [1] -
21:10
EVER [1] - 61:7
EVERY [3] - 10:14,
35:4, 35:6
EVERYBODY [3] -

34:1, 38:1
EVERYBODY'S [1] -
78:25
EVERYONE [2] -
52:15, 79:9
EVERYTHING [2] -
27:9, 35:24
EVIDENCE [47] - 4:12,
4:18, 4:24, 4:25, 5:2,
5:3, 5:4, 5:5, 5:7,
5:12, 5:18, 5:20,
5:22, 5:23, 5:24,
5:25, 6:1, 6:5, 6:24,
7:14, 8:23, 9:4, 9:5,
9:8, 9:14, 9:16, 9:23,
10:1, 11:22, 12:4,
12:7, 19:5, 20:1,
20:2, 28:5, 31:8,
43:23, 49:13, 58:6,
60:23, 64:7, 64:10,
64:14, 64:20, 65:2,
79:18
EVOLVED [1] - 67:25
EXACT [3] - 22:23,
69:12, 71:17
EXACTLY [6] - 22:10,
24:23, 27:25, 61:16,
70:10, 82:5
EXAMINATION [13] -
29:5, 36:11, 36:13,
39:1, 39:20, 40:19,
49:21, 62:9, 63:15,
65:23, 66:1, 81:15,
82:7
EXAMINE [3] - 9:11,
9:14, 65:18
EXAMPLE [9] - 34:12,
51:17, 62:4, 66:5,
68:7, 70:1, 70:22,
70:24, 72:2
EXCAVATION [3] -
21:8, 72:16, 73:22
EXCEPT [1] - 21:6
EXCEPTION [1] - 35:2
EXCESS [2] - 67:12,
69:2
EXCLUDED [1] - 5:18
EXCUSED [1] - 40:11
EXERTS [1] - 72:15
EXHIBIT [46] - 12:18,
13:11, 13:16, 13:17,
13:18, 14:7, 14:11,
14:15, 14:22, 15:5,
15:14, 18:7, 18:11,
22:19, 23:1, 24:23,
24:25, 25:8, 30:17,
31:2, 31:7, 34:4,
42:6, 43:6, 43:7,
43:20, 43:22, 44:4,
45:5, 46:19, 49:2,

49:7, 49:10, 49:12,
50:3, 53:25, 54:4,
59:13, 65:1, 65:12,
75:15, 77:16, 80:16,
81:3, 81:23
EXHIBITED [1] - 46:23
EXHIBITION [10] -
34:5, 44:21, 44:23,
45:10, 46:21, 47:7,
48:19, 48:20, 48:21,
53:6
EXHIBITIONS [3] -
34:6, 35:24, 36:1
EXHIBITS [15] - 4:22,
12:13, 12:14, 12:16,
33:7, 33:11, 33:15,
33:19, 33:22, 33:24,
34:24, 35:19, 35:22,
58:25, 86:17
EXIST [2] - 6:3, 26:16
EXPECT [2] - 24:12,
65:23
EXPECTS [1] - 73:17
EXPEDITION [3] -
75:25, 78:7, 82:24
EXPERIMENTS [1] -
34:19
EXPERT [3] - 18:24,
25:24, 73:18
EXPERTS [9] - 18:13,
19:3, 25:16, 25:19,
25:23, 26:6, 72:9,
73:21
EXPLANATION [1] -
69:3
EXPLORE [1] - 22:6
EXPRESSION [1] -
18:3
EXPRESSIONS [1] -
17:10
EXTENT [3] - 62:7,
65:11, 65:17
EYEWITNESS [1] - 6:1

F

FACE [3] - 18:3, 70:4,
71:23
FACEBOOK [1] - 8:17
FACT [6] - 5:25, 50:23,
65:13, 72:8, 72:10,
80:11
FACTS [7] - 4:12,
4:13, 4:14, 4:19,
4:22, 6:1, 6:2
FACULTY [1] - 30:4
FAIR [2] - 70:5, 72:7
FAMILIAR [5] - 21:25,
34:1, 34:2, 67:20
FAMILIES [3] - 32:10,

32:24, 39:8
FAMILY [3] - 8:12,
26:25, 27:5
FAR [5] - 22:19, 47:22,
60:14, 64:23, 79:19
FARTHER [1] - 69:11
FATHER [1] - 17:7
FAULT [1] - 77:24
FBI [12] - 11:6, 12:1,
16:8, 16:13, 16:16,
19:11, 23:14, 26:1,
27:7, 27:24, 76:16
FEDERAL [5] - 2:2,
20:20, 26:11, 69:22,
82:12
FEE [9] - 36:18, 36:21,
37:2, 37:3, 37:18,
37:25, 48:19, 48:20
FELLOW [2] - 8:1, 8:3
FESTIVAL [2] - 32:18,
32:20
FEW [2] - 7:8, 15:10
FIGURE [8] - 11:9,
17:21, 17:22, 27:18,
27:21, 27:23, 74:4
FIGURES [2] - 17:22,
51:17
FILED [4] - 57:15,
61:7, 74:10, 75:4
FILLING [1] - 17:24
FINANCE [7] - 41:2,
41:3, 41:5, 41:21,
41:22, 42:4, 50:1
FIND [12] - 4:11, 4:19,
4:23, 7:23, 20:4,
20:13, 27:15, 44:15,
67:1, 67:16, 72:10,
72:13
FINE [6] - 39:12, 50:9,
50:15, 52:11, 54:18,
58:19
FINGER [2] - 16:15,
73:8
FINGERS [1] - 18:19
FIRST [23] - 6:15, 7:9,
9:1, 11:14, 12:19,
17:4, 19:22, 28:11,
42:5, 43:6, 44:3,
47:5, 47:8, 47:11,
47:18, 48:7, 48:10,
49:7, 52:17, 53:6,
67:9, 71:15
FIRST-CLASS [1] -
48:7
FISHING [3] - 75:25,
78:6, 82:23
FIVE [1] - 30:7
FLASHLIGHTS [1] -
14:11
FLYER [2] - 22:2,

34:16
FOCUS [2] - 32:9,
76:21
FOILS [1] - 34:16
FOLKS [2] - 75:16,
82:12
FOLLOW [1] - 4:15
FOLLOWING [5] -
9:12, 44:22, 45:8,
46:15, 67:13
FOOD [1] - 38:4
FOOT [1] - 35:16
FOR [134] - 1:4, 1:14,
2:2, 4:2, 5:3, 6:10,
8:6, 9:10, 9:16, 9:20,
10:8, 10:18, 11:9,
16:18, 17:11, 17:25,
18:16, 18:18, 19:21,
19:24, 20:11, 21:6,
21:11, 22:4, 24:24,
25:3, 25:9, 26:9,
27:5, 28:15, 28:23,
29:1, 29:10, 29:17,
29:19, 30:3, 30:16,
31:13, 31:22, 32:1,
32:19, 33:8, 33:12,
34:16, 34:19, 35:23,
36:22, 36:24, 37:2,
37:3, 37:16, 37:22,
38:1, 38:4, 38:6,
39:7, 39:13, 40:16,
41:15, 41:17, 42:1,
42:12, 42:16, 43:17,
44:3, 44:6, 44:9,
44:12, 44:18, 44:19,
46:11, 46:13, 47:11,
47:16, 48:2, 48:10,
48:14, 48:20, 49:1,
49:6, 51:12, 51:17,
53:2, 54:4, 54:9,
55:14, 56:1, 57:12,
59:11, 60:6, 60:18,
61:6, 62:4, 62:19,
65:5, 66:5, 66:16,
68:6, 69:25, 70:24,
71:4, 72:1, 72:6,
72:18, 72:20, 73:1,
74:21, 74:24, 75:24,
76:3, 76:10, 76:12,
78:12, 79:8, 79:12,
79:15, 80:8, 80:11,
80:23, 81:14, 81:24,
82:5, 82:7, 82:18,
83:7, 83:13, 83:14,
84:5
FOR-PROFIT [1] -
42:1
FOREGOING [1] -
85:2
FORM [1] - 8:22

FORMAL [1] - 42:8
FORWARD [1] - 61:10
FOUND [4] - 21:4,
21:7, 25:25, 38:10
FOUNDING [2] - 17:7,
32:7
FOUNTAIN [1] - 35:17
FOUR [5] - 7:15,
18:16, 18:23, 42:14,
78:19
FOUR-AND-A-HALF
[2] - 18:16, 18:23
FRACTURED [1] -
21:4
FRAGILE [1] - 13:24
FRAGMENTS [1] -
17:14
FRAME [1] - 23:21
FRANCE [1] - 34:20
FRANKLIN [86] - 2:8,
11:3, 11:12, 11:16,
11:24, 12:9, 12:11,
12:16, 13:1, 15:7,
15:13, 15:24, 16:6,
19:9, 19:14, 19:23,
21:25, 22:4, 22:13,
25:25, 27:16, 29:10,
29:13, 29:18, 29:20,
29:22, 29:24, 30:8,
31:25, 32:1, 32:4,
33:15, 33:20, 33:25,
34:2, 34:8, 34:13,
34:22, 35:8, 35:14,
35:15, 35:21, 36:3,
38:7, 40:25, 41:1,
41:10, 41:15, 42:3,
42:6, 42:10, 42:21,
43:8, 43:14, 45:6,
45:19, 46:10, 48:24,
54:9, 54:13, 55:3,
56:16, 56:20, 58:23,
60:18, 63:7, 66:16,
70:23, 70:24, 74:15,
75:1, 75:13, 75:16,
75:24, 76:15, 77:7,
77:24, 78:4, 78:8,
79:15, 81:1, 81:8,
81:13, 84:7, 84:9
FRANKLIN'S [2] -
34:17, 71:2
FRIDAY [1] - 75:1
FRIEND [4] - 14:5,
15:11, 23:24, 24:14
FRIENDS [12] - 8:12,
12:23, 13:6, 14:4,
15:6, 15:13, 15:21,
23:12, 23:22, 24:1,
26:25
FROM [69] - 3:23,
4:11, 4:19, 5:16, 6:2,

7:1, 7:23, 9:2, 9:22, 10:2, 10:24, 11:1, 11:2, 11:11, 11:15, 11:16, 11:18, 11:23, 11:25, 12:1, 12:2, 12:4, 16:7, 16:15, 16:25, 17:3, 17:16, 18:13, 18:24, 19:1, 19:3, 19:12, 21:8, 22:2, 24:5, 25:16, 25:17, 25:23, 26:1, 26:22, 26:23, 32:10, 35:1, 35:17, 35:25, 37:24, 38:1, 42:6, 45:17, 46:4, 48:12, 52:22, 57:17, 60:25, 61:9, 62:23, 63:7, 65:23, 66:1, 77:10, 79:4, 79:25, 80:20, 84:13, 84:14, 84:19, 85:3

**FRONT** [5] - 30:17, 31:11, 31:12, 42:13, 52:1

**FULL** [2] - 29:8, 40:22

**FUN** [1] - 24:15

**FUNDS** [1] - 35:11

**FURTHER** [14] - 6:3, 7:5, 13:19, 36:10, 38:23, 39:15, 49:20, 56:25, 59:24, 66:2, 69:3, 70:5, 79:12, 84:2

**FURTHERANCE** [1] - 39:5

# G

**GAME** [1] - 79:8
**GARDNER** [1] - 67:23
**GENERAL** [3] - 62:11, 76:24, 82:5
**GENERALLY** [1] - 83:10
**GENTLEMEN** [6] - 20:12, 21:2, 21:12, 22:18, 24:15, 28:19
**GET** [24] - 7:5, 10:12, 10:23, 13:1, 14:8, 15:15, 15:20, 16:1, 19:23, 23:8, 24:24, 37:16, 37:17, 37:25, 45:17, 51:25, 52:3, 53:24, 56:2, 69:11, 72:5, 77:16, 83:19, 84:3
**GETS** [4] - 13:17, 13:18, 64:17, 72:21
**GETTING** [1] - 63:19
**GIANT** [1] - 34:3

**GIRLFRIEND** [2] - 14:6, 14:8
**GIVE** [9] - 4:9, 4:14, 6:3, 6:10, 34:12, 51:20, 64:16, 70:16, 84:3
**GIVEN** [11] - 18:22, 34:19, 46:23, 61:10, 69:18, 69:20, 71:9, 72:14, 77:13, 83:18
**GIVES** [4] - 71:2, 71:6, 71:11, 73:24
**GIVING** [1] - 3:17
**GLASSES** [2] - 13:10, 71:3
**GLUE** [2] - 21:15, 21:16
**GLUED** [2] - 21:10, 25:11
**GO** [29] - 9:1, 9:21, 10:16, 12:4, 12:14, 13:6, 13:7, 13:8, 13:9, 13:10, 13:14, 13:16, 13:18, 13:19, 13:25, 16:10, 18:11, 22:12, 27:6, 27:15, 43:7, 47:5, 47:10, 52:12, 64:23, 65:5, 66:2, 67:10, 72:17
**GOAL** [1] - 32:5
**GOD** [1] - 27:17
**GOERS** [1] - 22:25
**GOES** [6] - 10:18, 13:20, 14:24, 15:6, 18:6, 62:3
**GOGGLED** [1] - 27:14
**GOING** [44] - 3:25, 10:1, 11:21, 11:23, 11:24, 12:1, 12:7, 16:25, 19:7, 23:23, 24:2, 24:4, 24:14, 25:16, 25:17, 25:23, 30:9, 31:10, 44:15, 56:2, 57:20, 58:10, 60:12, 61:16, 62:14, 62:16, 62:18, 63:8, 63:9, 63:10, 64:6, 64:9, 64:23, 65:24, 66:9, 66:19, 69:21, 72:8, 76:14, 76:17, 77:15, 77:16, 80:9
**GONE** [3] - 19:1, 70:5, 71:18
**GOOD** [15] - 14:9, 20:12, 29:7, 40:21, 49:23, 49:24, 50:24, 53:1, 59:1, 59:15, 60:14, 70:14, 70:17, 74:11
**GOOFING** [2] - 24:8,

24:13
**GOOGLE** [4] - 15:8, 19:13, 19:20, 28:5
**GOT** [3] - 26:1, 26:6, 74:3
**GOVERNMENT** [56] - 1:14, 3:8, 6:17, 6:22, 7:3, 9:2, 9:10, 9:14, 10:24, 20:19, 28:4, 28:11, 28:13, 29:4, 31:1, 31:2, 31:7, 40:13, 40:18, 43:19, 43:20, 43:22, 46:18, 49:2, 49:9, 49:10, 49:12, 61:17, 62:8, 62:13, 62:23, 63:16, 64:3, 64:8, 65:3, 65:4, 65:22, 66:21, 67:7, 71:9, 71:16, 73:6, 74:7, 75:14, 78:2, 78:5, 79:14, 79:20, 80:5, 80:15, 81:1, 81:8, 82:8, 84:5, 86:17
**GOVERNMENT'S** [3] - 9:12, 60:22, 61:14
**GRANDMOTHER** [2] - 72:3, 72:20
**GRANTED** [1] - 74:24
**GRAVE** [1] - 77:13
**GREAT** [4] - 35:12, 52:15, 72:5, 72:17
**GREATER** [2] - 71:2, 71:7
**GROUND** [3] - 17:11, 17:13, 21:5
**GROUP** [2] - 13:3, 42:2
**GUARD** [4] - 22:23, 22:25, 63:22, 65:8
**GUARDS** [2] - 61:4, 61:5
**GUESS** [2] - 66:23, 79:11
**GUIDE** [1] - 4:10
**GUIDELINES** [1] - 6:10
**GUILT** [2] - 6:18, 7:4
**GUILTY** [5] - 6:16, 20:5, 21:23, 24:17, 28:9
**GUYS** [3] - 38:14, 50:6, 52:14

# H

**HAD** [35] - 15:11, 16:9, 17:11, 19:19, 19:20, 19:25, 21:15, 22:7, 22:13, 23:1, 25:10,

27:9, 29:21, 38:10, 41:17, 45:17, 46:9, 51:23, 52:1, 53:15, 54:7, 60:24, 64:11, 64:15, 64:19, 70:14, 74:23, 75:2, 75:6, 79:15, 79:20, 80:16, 81:19, 82:11
**HALF** [3] - 18:16, 18:23, 38:15
**HALF-A-MILLION** [1] - 38:15
**HAND** [8] - 10:22, 18:20, 21:16, 29:1, 30:9, 40:15, 47:23, 52:18
**HANDED** [2] - 28:2, 28:6
**HANDS** [1] - 18:18
**HANGING** [1] - 24:1
**HAPPEN** [3] - 27:11, 27:17, 77:15
**HAPPENED** [4] - 22:3, 23:9, 26:20, 27:9
**HAPPENS** [1] - 5:14
**HAPPY** [1] - 79:2
**HARD** [1] - 70:4
**HARMON** [3] - 63:4, 66:5, 66:10
**HAS** [52] - 5:17, 6:23, 6:25, 10:17, 16:17, 18:2, 20:19, 21:13, 21:17, 21:22, 23:18, 25:5, 25:12, 26:13, 26:14, 26:19, 27:2, 30:18, 31:16, 32:7, 49:1, 55:23, 57:18, 58:15, 61:13, 61:17, 61:25, 62:1, 62:9, 62:23, 63:17, 63:20, 65:3, 65:18, 67:12, 68:4, 69:19, 70:12, 70:24, 72:17, 73:18, 74:20, 76:1, 76:25, 77:22, 78:2, 78:9, 78:14, 80:14, 80:15, 84:16, 84:18
**HASN'T** [1] - 14:23
**HAVE** [110] - 3:2, 4:8, 4:13, 5:4, 5:19, 7:2, 8:4, 9:7, 9:9, 10:7, 10:10, 10:11, 10:20, 12:14, 15:25, 16:3, 16:12, 16:19, 18:8, 18:20, 20:2, 20:3, 20:22, 21:19, 24:21, 25:1, 25:5, 26:5, 27:4, 27:17, 29:21, 30:9, 33:11, 34:3, 34:4, 34:8, 34:14,

34:17, 34:22, 34:24, 35:9, 35:10, 35:11, 35:12, 35:19, 36:9, 37:6, 38:1, 38:4, 38:19, 38:23, 39:3, 40:4, 41:14, 41:17, 43:13, 44:13, 46:5, 46:14, 49:19, 52:2, 52:14, 54:5, 55:10, 56:13, 58:15, 59:24, 60:14, 60:18, 62:5, 62:17, 64:8, 64:9, 65:12, 65:25, 66:3, 66:7, 68:21, 68:22, 69:22, 70:1, 70:5, 70:11, 71:18, 73:3, 73:4, 73:16, 74:6, 74:9, 74:19, 75:6, 76:17, 76:20, 77:1, 77:6, 77:11, 77:25, 78:14, 78:23, 79:3, 79:6, 79:19, 82:25, 83:3, 83:4, 83:18, 83:21
**HAVEN'T** [1] - 17:13
**HAVING** [5] - 12:25, 19:1, 24:15, 46:7, 60:11
**HE** [122] - 9:13, 11:14, 11:18, 11:19, 12:5, 13:13, 13:14, 13:16, 13:17, 13:18, 13:19, 13:20, 14:3, 14:4, 14:5, 14:6, 14:14, 14:16, 14:21, 14:23, 14:24, 15:1, 15:2, 15:3, 15:5, 15:10, 15:11, 15:12, 15:19, 15:21, 15:24, 16:1, 16:2, 16:3, 16:4, 16:13, 16:15, 16:16, 16:17, 17:6, 19:8, 19:9, 19:10, 19:12, 19:16, 19:17, 19:22, 19:24, 20:22, 20:23, 23:10, 23:11, 23:13, 23:21, 23:22, 24:9, 24:10, 24:17, 24:19, 24:20, 24:22, 24:24, 24:25, 25:1, 25:2, 26:1, 26:20, 26:21, 27:1, 27:2, 27:3, 27:6, 27:7, 27:8, 27:9, 27:10, 27:11, 27:14, 27:18, 27:19, 27:20, 27:25, 28:1, 28:2, 28:7, 28:9, 34:18, 34:19, 34:20, 64:15, 64:17, 64:19, 78:1, 78:2
**HE'S** [1] - 23:16

HEAD [2] - 15:16, 54:2
HEADING [1] - 15:17
HEAR [24] - 9:2,
10:24, 11:21, 11:24,
12:1, 13:8, 16:25,
17:15, 17:19, 17:25,
18:7, 18:13, 19:3,
19:7, 21:21, 25:16,
25:17, 25:23, 26:19,
26:22, 26:23, 61:16,
62:2, 79:4
HEARD [11] - 5:20,
11:4, 20:2, 28:6,
60:14, 66:7, 79:19,
81:23, 82:3, 84:5,
84:6
HEARING [1] - 69:23
HEART [3] - 12:15,
34:3, 35:20
HELD [1] - 33:19
HELP [4] - 7:22, 9:4,
27:19, 54:8
HELPS [1] - 35:11
HENRY [51] - 2:2,
28:15, 36:12, 36:14,
38:23, 39:17, 39:21,
40:2, 40:8, 49:22,
52:3, 52:6, 52:10,
52:13, 52:16, 53:12,
53:13, 54:25, 55:2,
55:6, 55:9, 55:13,
55:15, 56:3, 56:12,
56:14, 56:24, 57:3,
57:4, 57:7, 57:20,
57:24, 58:11, 58:13,
58:19, 58:22, 59:5,
59:9, 59:24, 62:15,
63:4, 64:5, 67:2,
67:4, 75:19, 79:6,
82:3, 82:20, 84:6,
86:10, 86:13
HER [1] - 26:24
HERE [39] - 5:22, 7:15,
10:14, 20:13, 20:15,
20:18, 20:19, 21:8,
21:20, 23:9, 23:24,
23:25, 24:14, 24:18,
24:19, 24:21, 26:11,
26:15, 26:21, 28:3,
28:4, 30:23, 48:11,
60:13, 61:20, 65:6,
65:16, 70:11, 71:20,
71:21, 72:6, 73:1,
75:23, 76:3, 76:25,
77:5, 78:20, 78:21,
79:1
HERE'S [1] - 24:10
HEREINAFTER [1] -
56:17
HERITAGE [8] - 11:15,

16:21, 20:6, 26:14,
42:20, 45:3, 68:17,
68:25
HERSELF [1] - 27:21
HI [1] - 36:15
HIDE [2] - 9:22, 10:2
HIGH [1] - 78:19
HIGH-LEVEL [1] -
78:19
HIGHER [1] - 68:1
HIM [7] - 11:18, 15:12,
19:19, 19:20, 24:13,
26:25, 65:5
HIMSELF [7] - 12:5,
13:13, 13:21, 14:2,
14:14, 14:20, 27:5
HIRED [1] - 25:24
HIS [55] - 6:23, 12:3,
12:23, 13:5, 14:4,
14:5, 14:19, 14:20,
15:4, 15:6, 15:9,
15:10, 15:12, 15:13,
15:21, 15:22, 16:10,
16:16, 17:7, 17:8,
19:11, 19:20, 20:7,
23:11, 23:13, 23:21,
23:22, 23:24, 23:25,
24:5, 24:13, 25:3,
26:22, 26:23, 26:24,
26:25, 27:5, 27:7,
27:8, 27:10, 27:18,
27:25, 28:2, 28:5,
34:18, 34:19, 34:20,
64:14, 64:20, 65:1,
65:2, 65:7
HISTORICAL [5] -
70:22, 71:1, 71:5,
71:7, 73:22
HISTORY [4] - 22:19,
67:17, 67:19, 69:10
HMM [1] - 55:17
HOLD [5] - 30:6,
35:21, 41:23, 55:24,
84:2
HOME [6] - 12:3,
15:21, 15:22, 16:11,
19:11, 20:7
HONEST [2] - 26:19,
27:1
HONESTY [1] - 25:3
HONOR [73] - 3:6, 3:7,
3:16, 3:21, 10:25,
20:10, 22:15, 28:13,
28:15, 30:11, 31:1,
36:9, 36:12, 38:25,
39:16, 39:18, 39:24,
40:5, 40:13, 43:19,
44:12, 44:16, 49:9,
49:19, 57:2, 57:11,
57:15, 57:24, 59:25,

60:2, 60:5, 60:9,
60:20, 61:12, 61:13,
61:23, 62:4, 62:10,
62:15, 63:2, 63:16,
64:5, 64:6, 64:24,
65:21, 66:14, 66:25,
67:2, 67:5, 67:15,
67:20, 68:13, 68:14,
68:16, 68:19, 69:5,
69:16, 71:13, 71:25,
73:11, 74:8, 74:12,
74:19, 75:10, 75:22,
77:3, 77:21, 79:6,
79:13, 80:3, 82:1,
83:12, 84:4
HONORABLE [1] - 1:9
HOPE [1] - 8:6
HOPEFULLY [2] -
31:11, 34:1
HOURS [20] - 12:9,
12:17, 13:7, 32:12,
32:15, 32:25, 33:5,
33:16, 33:21, 34:22,
36:24, 37:2, 37:14,
37:16, 37:22, 37:23,
37:25, 38:11, 39:4,
80:4
HOUSE [2] - 23:13,
27:8
HOW [30] - 6:9, 11:22,
17:2, 17:15, 17:19,
24:17, 24:24, 26:18,
28:4, 29:21, 30:6,
32:4, 36:3, 36:16,
36:21, 37:22, 41:14,
41:23, 45:11, 47:2,
51:14, 53:2, 53:24,
61:9, 62:13, 64:17,
64:25, 67:21, 77:16
HOWEVER [1] - 75:22
HUANG [1] - 17:4
HUNDRED [1] - 25:6
HUSBAND [1] - 26:24

I

I'LL [1] - 83:7
I'M [7] - 55:24, 57:7,
60:20, 66:11, 73:25,
79:2, 81:15
I.T [4] - 41:5, 41:7,
77:6, 77:8
IDEA [1] - 14:9
IDENTIFIED [1] -
76:22
IF [63] - 3:25, 5:8,
5:10, 5:14, 8:20,
9:13, 10:17, 10:20,
20:24, 23:16, 24:16,
24:25, 25:5, 27:14,

30:11, 30:16, 30:18,
30:20, 34:2, 42:12,
42:13, 42:16, 42:17,
43:17, 44:3, 44:7,
44:18, 45:8, 45:21,
46:13, 47:5, 47:10,
48:13, 49:1, 54:1,
54:7, 56:12, 63:13,
64:18, 65:24, 66:3,
66:19, 66:25, 67:15,
69:5, 69:9, 69:10,
71:4, 71:7, 72:3,
72:11, 78:1, 78:20,
79:11, 81:9, 81:12,
82:6, 82:19, 83:2,
83:13, 84:4, 84:10
IGNORE [1] - 5:10
IGNORES [2] - 14:16,
14:17
IMAGINE [1] - 77:13
IMPEACH [1] - 83:5
IMPEACHMENT [2] -
83:2, 83:9
IMPLYING [1] - 61:18
IMPORTANCE [3] -
18:22, 73:14, 73:22
IMPORTANT [5] -
18:19, 20:17, 26:7,
65:11, 72:10
IMPROPER [3] - 5:6,
77:20, 78:8
IN [250] - 3:8, 3:10,
3:22, 4:5, 4:6, 4:10,
5:12, 5:17, 5:22, 6:5,
6:15, 7:6, 7:17, 7:18,
8:20, 8:23, 9:1, 9:5,
9:15, 9:19, 10:1,
10:5, 10:6, 10:15,
10:16, 10:17, 11:8,
11:12, 11:21, 12:3,
12:10, 12:13, 12:25,
13:10, 13:18, 13:19,
13:20, 14:8, 14:15,
14:20, 14:22, 15:3,
15:8, 15:15, 15:19,
15:22, 16:3, 16:11,
16:21, 17:3, 17:11,
17:13, 17:17, 17:24,
18:5, 18:16, 18:17,
20:1, 20:7, 20:20,
20:21, 21:4, 21:5,
21:7, 21:8, 21:12,
21:16, 21:19, 22:9,
22:11, 22:21, 22:22,
23:2, 23:9, 23:11,
23:12, 23:13, 23:14,
23:16, 23:17, 23:21,
24:1, 24:6, 24:7,
24:8, 24:9, 24:25,
25:11, 25:12, 25:17,

25:19, 26:7, 26:10,
26:11, 27:6, 27:8,
27:15, 27:24, 28:1,
28:5, 28:17, 28:21,
28:22, 28:23, 30:1,
30:4, 30:17, 31:11,
31:12, 31:24, 32:7,
32:21, 33:9, 33:13,
34:23, 34:25, 35:19,
35:20, 35:24, 36:6,
36:7, 36:18, 38:9,
38:10, 39:4, 39:11,
39:22, 42:1, 42:4,
42:9, 42:13, 42:20,
42:25, 43:10, 43:13,
45:14, 46:4, 46:9,
46:23, 48:13, 49:16,
49:25, 50:20, 50:23,
51:7, 51:14, 51:18,
52:1, 53:2, 53:6,
54:18, 54:21, 56:25,
57:16, 57:17, 57:18,
57:19, 60:22, 61:11,
61:15, 62:3, 62:9,
62:13, 62:24, 63:14,
64:1, 64:10, 64:13,
64:14, 64:22, 65:3,
65:5, 65:13, 65:14,
65:18, 66:4, 67:6,
67:12, 67:17, 67:19,
67:23, 67:24, 68:13,
68:25, 69:2, 69:8,
69:12, 69:23, 70:4,
70:5, 70:6, 70:13,
70:14, 70:23, 70:25,
71:5, 71:17, 71:18,
72:7, 72:8, 72:16,
73:19, 74:7, 74:19,
74:24, 75:23, 76:1,
77:2, 77:22, 78:13,
78:24, 78:25, 79:1,
79:8, 80:1, 80:9,
80:17, 81:3, 81:16,
81:17, 81:21, 81:23,
82:6, 82:9, 82:17,
82:19, 82:21, 85:3
INCIDENT [2] - 75:21,
79:17
INCLUDE [1] - 4:25
INCLUDED [1] - 68:23
INCLUDES [1] - 8:12
INCLUDING [3] - 8:1,
8:17, 36:24
INCORPORATE [1] -
72:9
INCORPORATES [1] -
72:15
INCREDIBLE [1] -

27:13
INDEPENDENCE [1] -
71:6
INDEPENDENT [1] -
7:17
INDICATE [1] - 4:17
INDICATES [2] -
45:13, 68:10
INDICATING [1] - 4:18
INDICTMENT [1] -
6:16
INDIVIDUAL [1] -
61:18
INDIVIDUALS [1] -
7:18
INDULGENCE [1] -
55:25
INFER [1] - 6:2
INFLATION [1] - 68:6
INFLUENCED [1] - 5:7
INFORMATION [9] -
7:21, 7:23, 31:16,
38:10, 46:23, 53:18,
75:8, 83:19
INITIALLY [1] - 79:15
INITIATE [1] - 32:22
INNOCENCE [1] -
6:23
INNOCENT [1] - 6:16
INQUIRY [1] - 31:24
INSIDE [2] - 13:18,
23:9
INSPIRE [1] - 32:1
INSPIRING [1] - 32:5
INSTANCE [1] - 83:14
INSTITUTE [62] - 2:8,
11:3, 11:12, 11:16,
11:24, 12:9, 12:11,
12:17, 13:2, 15:8,
15:14, 15:24, 16:6,
19:10, 19:14, 19:15,
19:23, 21:25, 22:5,
22:13, 25:25, 27:16,
29:11, 29:14, 29:18,
29:20, 29:22, 29:24,
30:9, 32:1, 32:4,
33:16, 33:20, 33:25,
34:3, 34:8, 34:13,
34:22, 35:8, 35:14,
35:21, 36:3, 38:7,
40:25, 41:1, 41:10,
41:15, 42:3, 42:6,
42:10, 42:21, 43:8,
43:15, 45:6, 45:19,
46:10, 48:24, 54:9,
54:13, 55:4, 56:16,
56:20, 58:24, 60:18,
63:7, 66:16, 70:24,
74:15, 75:1, 75:13,
75:17, 75:24, 76:15,

77:7, 78:4, 78:8,
79:15, 81:1, 81:8,
81:13, 84:7, 84:9
INSTITUTE'S [1] -
77:24
INSTITUTIONS [2] -
33:13, 39:11
INSTRUCT [5] - 4:23,
7:9, 9:17, 64:6, 67:8
INSTRUCTED [5] -
10:7, 10:10, 68:14,
68:24, 71:10
INSTRUCTION [3] -
69:12, 74:5, 74:6
INSTRUCTIONS [6] -
3:23, 4:10, 6:3, 7:5,
66:20, 67:7
INSURANCE [29] -
41:12, 45:16, 46:1,
46:3, 46:5, 46:6,
46:8, 46:11, 47:4,
48:1, 48:4, 48:10,
49:5, 49:6, 49:15,
52:18, 53:15, 53:17,
53:24, 54:11, 54:12,
54:22, 55:22, 56:25,
57:5, 58:2, 59:2,
62:8, 81:22
INSURED [9] - 18:15,
25:9, 49:16, 53:2,
55:3, 56:12, 56:18,
56:20, 59:12
INSUREDS [1] - 55:8
INSURER [6] - 55:10,
55:19, 56:4, 56:5,
56:7, 58:23
INTENDED [2] - 4:17,
82:23
INTENT [11] - 24:21,
61:19, 62:4, 63:21,
64:8, 64:11, 64:16,
64:20, 65:2, 65:7,
68:10
INTERACTIVE [1] -
22:7
INTEREST [1] - 56:17
INTERESTING [1] -
8:7
INTERESTS [1] -
59:18
INTERNAL [5] - 75:15,
76:13, 77:13, 78:7,
78:18
INTERNET [4] - 7:20,
8:8, 8:16, 27:16
INTERPRET [1] - 9:16
INTERPRETED [1] -
83:24
INTERPRETING [1] -
71:18

INTO [15] - 4:21, 14:7,
16:16, 22:11, 31:7,
42:9, 43:22, 49:12,
61:19, 63:19, 64:17,
64:25, 65:24, 66:2,
67:21
INTRODUCED [2] -
57:25, 58:2
INTRODUCING [1] -
58:6
INVESTIGATE [1] -
44:14
INVITE [1] - 14:3
INVITED [1] - 22:9
INVITING [1] - 22:5
INVOLVE [2] - 41:4,
41:11
INVOLVED [7] - 7:18,
10:6, 42:4, 42:24,
43:10, 43:13, 82:13
INVOLVES [1] - 41:5
INVOLVING [1] - 3:3
IPHONE [1] - 8:14
IS [289] - 3:4, 3:8, 3:10,
3:13, 3:19, 3:22,
3:23, 4:17, 5:2, 5:6,
5:8, 5:9, 5:10, 5:11,
5:15, 5:16, 5:18,
5:20, 5:25, 6:1, 6:7,
6:13, 6:15, 6:17,
6:18, 6:21, 7:6, 7:7,
8:5, 8:6, 8:23, 8:25,
9:3, 9:4, 9:14, 10:1,
10:8, 10:12, 11:3,
11:14, 11:18, 12:7,
12:12, 13:8, 13:13,
13:15, 13:19, 14:9,
14:16, 14:21, 15:8,
15:15, 15:20, 16:2,
16:7, 16:13, 16:20,
16:23, 17:6, 18:1,
18:5, 18:10, 18:24,
19:1, 19:2, 19:4,
20:1, 21:1, 21:2,
21:8, 21:12, 21:20,
22:2, 22:16, 22:18,
23:17, 23:20, 23:22,
23:24, 23:25, 24:10,
24:11, 24:21, 25:23,
26:8, 26:9, 26:15,
26:17, 26:21, 27:1,
27:13, 28:4, 28:7,
28:9, 28:20, 28:22,
28:24, 29:13, 30:19,
30:23, 31:17, 31:21,
31:23, 32:1, 32:17,
32:18, 32:20, 32:25,
33:12, 34:1, 34:2,
34:15, 35:14, 35:20,
36:21, 37:3, 37:23,

38:6, 39:8, 40:7,
41:1, 42:18, 42:19,
43:2, 44:4, 44:8,
44:9, 44:15, 44:19,
44:25, 45:4, 45:9,
45:22, 45:25, 46:20,
46:22, 46:23, 47:11,
47:14, 47:16, 47:20,
47:22, 47:23, 48:1,
48:4, 48:17, 48:18,
48:23, 49:5, 49:6,
50:14, 52:5, 52:6,
52:17, 53:15, 54:11,
55:20, 57:20, 57:21,
57:24, 58:7, 58:14,
58:17, 58:23, 59:12,
61:2, 61:5, 61:14,
61:18, 61:20, 62:8,
62:14, 62:15, 62:24,
63:4, 63:5, 63:19,
63:22, 64:4, 64:6,
64:9, 64:14, 65:1,
65:4, 65:6, 65:10,
65:15, 65:25, 66:8,
66:12, 66:17, 66:18,
67:7, 67:10, 67:11,
67:13, 67:16, 67:20,
68:8, 68:15, 68:21,
68:25, 69:1, 69:5,
69:8, 69:17, 69:18,
69:20, 69:24, 70:4,
70:10, 70:17, 70:19,
70:23, 71:6, 71:16,
71:18, 71:22, 71:23,
71:25, 72:3, 72:5,
72:10, 72:11, 72:13,
72:25, 73:3, 73:11,
73:17, 74:23, 75:10,
75:23, 76:11, 76:17,
77:16, 77:23, 78:16,
78:21, 79:9, 79:12,
79:19, 79:25, 80:2,
80:13, 80:15, 80:19,
80:20, 80:22, 80:25,
81:24, 82:6, 82:10,
82:19, 82:23, 83:1,
83:2, 83:3, 83:9,
83:13, 83:19, 83:23,
84:8, 84:9, 84:10,
84:14, 84:16, 84:19,
85:2
ISAAC'S [1] - 34:4
ISABELLA [1] - 67:22
ISN'T [2] - 14:23, 69:4
ISSUE [12] - 58:8,
65:6, 70:1, 71:20,
75:10, 76:11, 79:18,
79:23, 79:25, 80:1,
81:19, 84:6
ISSUED [2] - 74:25,

75:6
ISSUES [8] - 9:23,
26:3, 73:1, 75:21,
76:4, 76:6, 78:3,
80:23
IT [158] - 3:4, 3:10,
4:11, 4:15, 5:2, 5:10,
6:7, 6:18, 7:11, 8:21,
9:4, 9:5, 9:20, 11:18,
12:21, 13:19, 14:1,
15:3, 15:12, 15:19,
16:1, 16:9, 16:20,
18:1, 18:2, 19:4,
19:9, 19:10, 19:20,
21:14, 21:15, 21:25,
22:1, 22:17, 22:20,
22:22, 23:11, 23:13,
23:23, 24:19, 24:24,
24:25, 25:11, 25:25,
26:1, 26:6, 26:13,
26:15, 26:16, 27:18,
28:1, 28:3, 28:6,
28:20, 31:13, 31:14,
31:24, 32:17, 37:12,
40:7, 41:7, 41:24,
43:14, 44:8, 44:9,
44:13, 44:19, 45:13,
46:7, 46:15, 46:25,
47:18, 50:16, 50:18,
50:19, 50:20, 50:21,
51:1, 51:2, 52:1,
52:14, 53:22, 54:3,
54:8, 54:10, 54:16,
55:19, 55:21, 56:4,
56:11, 57:8, 57:18,
57:19, 57:21, 58:10,
58:15, 58:17, 61:10,
61:20, 62:3, 62:13,
62:23, 63:20, 64:16,
64:18, 64:23, 65:1,
65:6, 65:12, 66:4,
67:11, 67:24, 67:25,
68:9, 68:16, 68:18,
69:6, 69:12, 69:20,
69:23, 70:10, 70:12,
70:13, 70:14, 70:20,
70:21, 71:17, 72:6,
72:13, 72:14, 72:15,
73:2, 73:11, 73:14,
73:24, 74:20, 75:19,
78:19, 79:11, 80:6,
80:7, 80:10, 80:11,
83:13, 83:15
IT'S [71] - 16:24,
17:19, 18:2, 18:6,
18:12, 20:24, 21:16,
21:21, 22:1, 25:4,
25:6, 25:15, 26:7,
26:12, 27:5, 30:17,
30:22, 31:10, 33:7,
33:22, 39:6, 42:14,

42:15, 46:13, 47:2,
47:6, 50:5, 50:9,
50:10, 50:12, 55:19,
55:21, 56:20, 58:9,
60:25, 61:23, 62:12,
64:6, 65:19, 68:15,
69:9, 69:17, 69:24,
70:25, 71:3, 71:8,
71:10, 72:4, 72:13,
73:6, 73:8, 73:11,
73:12, 74:18, 75:25,
77:16, 78:21, 78:22,
78:24, 79:8, 79:19,
79:21, 80:24, 80:25,
82:18, 82:24, 84:13
**ITEM** [4] - 21:1, 21:20,
23:13, 25:12
**ITEMS** [1] - 34:25,
40:4, 51:4, 51:12,
51:14, 80:17
**ITS** [1] - 71:23
**ITSELF** [4] - 23:17,
25:12, 34:9, 72:7

## J

**JAIL** [1] - 19:16
**JAKE** [1] - 11:7
**JANUARY** [6] - 11:19,
12:3, 16:8, 19:13,
19:18, 77:11
**JERSEY** [1] - 36:7
**JOB** [3] - 41:3, 41:5,
41:11
**JOINED** [1] - 75:18
**JOURNALS** [1] -
34:21
**JUDGE** [6] - 1:9, 4:13,
82:9, 82:11, 82:24,
83:6
**JUDGES** [1] - 83:25
**JUNIOR** [1] - 26:24
**JURISDICTIONAL** [3]
- 68:5, 69:18, 69:24
**JURORS** [9] - 4:11,
6:7, 7:9, 7:14, 8:2,
8:3, 40:22, 44:10,
72:18
**JURY** [41] - 3:10, 3:22,
4:4, 4:6, 4:8, 7:12,
11:4, 29:7, 29:16,
31:5, 31:12, 31:22,
32:3, 32:16, 34:12,
35:7, 43:25, 44:11,
46:2, 48:9, 58:3,
60:16, 60:25, 61:15,
61:24, 62:1, 64:6,
64:9, 66:20, 67:7,
67:8, 68:14, 68:24,
69:3, 70:9, 71:10,

72:1, 72:21, 73:1,
73:17, 80:12
**JUST** [42] - 3:5, 10:1,
10:10, 21:3, 21:24,
22:20, 25:7, 25:15,
25:22, 28:19, 29:23,
31:12, 39:17, 48:10,
48:13, 50:6, 51:24,
52:1, 52:2, 55:18,
57:3, 58:2, 58:13,
60:21, 62:2, 63:11,
64:24, 66:19, 67:1,
68:24, 70:21, 71:8,
72:19, 73:4, 74:4,
76:13, 77:6, 80:24,
82:3, 83:7, 84:5

## K

**K.T** [2] - 1:15, 11:6
**KATHLEEN** [3] -
40:17, 40:23, 86:11
**KEEFE** [6] - 40:14,
40:17, 40:21, 40:23,
60:3, 86:11
**KEEP** [5] - 6:4, 6:15,
8:23, 10:1, 59:1
**KEEPS** [1] - 16:4
**KEPT** [3] - 23:13,
27:25, 28:1
**KID** [2] - 27:1, 28:8
**KIND** [3] - 33:3, 50:6,
84:17
**KINDS** [6] - 5:23, 6:5,
19:16, 24:9, 33:9,
69:22
**KING** [1] - 35:25
**KNEW** [2] - 24:23,
24:25
**KNITTED** [1] - 72:3
**KNOW** [24] - 6:13, 8:7,
10:19, 13:15, 16:4,
46:19, 47:18, 47:19,
50:23, 51:4, 54:1,
54:2, 61:9, 62:13,
64:17, 72:2, 73:5,
73:19, 79:9, 80:4,
80:9, 80:19, 81:9,
83:4
**KNOWLEDGE** [1] -
43:5
**KNOWN** [3] - 11:10,
14:25, 56:17

## L

**LACK** [4] - 58:7,
60:24, 61:1, 63:20
**LADIES** [6] - 20:12,
21:1, 21:12, 22:17,

24:15, 28:19
**LAID** [1] - 77:2
**LANGUAGE** [3] - 58:1,
84:8, 84:14
**LAPSE** [7] - 22:14,
57:17, 64:2, 65:14,
66:2, 80:25
**LARGEST** [1] - 35:23
**LARK** [1] - 25:18
**LAST** [4] - 47:10,
74:23, 75:19, 76:3
**LASTLY** [3] - 10:3,
68:13, 69:5
**LATE** [2] - 78:22, 79:8
**LATER** [3] - 7:5, 15:7,
26:3
**LAW** [10] - 3:23, 4:14,
4:15, 6:25, 9:17,
16:3, 67:8, 69:8,
70:15, 70:18
**LAWYERS** [3] - 4:22,
5:1, 5:4
**LEADS** [3] - 13:15,
14:6, 14:7
**LEAN** [1] - 14:1
**LEANING** [1] - 74:5
**LEANS** [1] - 15:1
**LEARN** [6] - 16:9,
17:6, 18:4, 18:10,
18:15, 18:24
**LEARNING** [2] - 32:2,
32:6
**LEARNS** [1] - 16:7
**LEAST** [6] - 20:24,
63:14, 69:2, 76:5,
79:18
**LEAVE** [3] - 10:17,
14:12, 15:5
**LEAVES** [1] - 14:9
**LECTURE** [2] - 37:6,
37:17
**LED** [1] - 27:24
**LEEWAY** [1] - 82:22
**LEFT** [4] - 12:23,
22:22, 22:23, 23:11
**LEGAL** [2] - 41:6,
72:21
**LEGISLATIVE** [4] -
67:17, 67:19, 68:1,
68:10
**LENDERS** [1] - 56:16
**LENDING** [1] - 50:9
**LENITY** [2] - 69:7,
69:11
**LESS** [2] - 25:20,
26:17
**LESSER** [1] - 69:21
**LET** [9] - 10:19, 16:3,
27:8, 27:24, 37:13,
51:24, 51:25, 52:1,

79:4
**LET'S** [1] - 67:16
**LEVEL** [1] - 78:19
**LEXIS** [1] - 82:10
**LIBERTY** [2] - 71:4,
71:6
**LIE** [1] - 27:3
**LIFE** [1] - 17:9
**LIFE-SIZE** [1] - 17:9
**LIGHTING** [1] - 34:18
**LIKE** [17] - 5:12, 21:7,
24:2, 24:4, 24:7,
27:2, 27:11, 27:14,
33:12, 38:19, 38:20,
39:10, 50:5, 50:9,
72:19, 78:1, 82:19
**LIMINE** [3] - 57:16,
60:23, 67:18
**LIMIT** [1] - 69:24
**LIMITATION** [1] -
77:10
**LIMITING** [1] - 75:20
**LINE** [1] - 69:11
**LINES** [1] - 68:23
**LINKEDIN** [1] - 8:18
**LISA** [1] - 26:24
**LIST** [4] - 46:20,
46:22, 51:23, 63:5
**LISTED** [10] - 44:23,
44:25, 45:4, 47:16,
47:20, 48:1, 48:4,
48:6, 48:7, 48:11
**LISTEN** [1] - 8:19
**LITTLE** [5] - 10:13,
15:13, 24:4, 26:18,
73:8
**LLOYD'S** [1] - 54:17
**LOAN** [20] - 11:11,
41:12, 42:5, 42:8,
42:18, 42:19, 43:11,
44:6, 45:12, 45:14,
46:14, 48:14, 50:2,
50:5, 50:10, 50:12,
50:14, 50:15, 53:1,
53:14
**LOANED** [2] - 39:23,
51:4
**LOANING** [1] - 50:6
**LOANS** [4] - 45:10,
46:1, 46:4, 46:6
**LOCATED** [3] - 35:14,
35:15, 43:3
**LOCATION** [2] - 13:8,
13:9
**LOCKED** [2] - 64:18,
65:5
**LOCKING** [1] - 23:4
**LOCKS** [1] - 23:7
**LOFT** [1] - 34:4
**LOGAN** [1] - 35:17

**LONDON** [1] - 54:17
**LONG** [7] - 3:7, 29:21,
30:6, 37:22, 41:14,
41:23, 74:18
**LONGER** [2] - 15:13,
18:12
**LOOK** [11] - 15:14,
27:15, 42:12, 42:16,
43:17, 44:3, 51:24,
64:9, 67:16, 73:4,
76:4
**LOOKED** [3] - 17:20,
53:1, 74:6
**LOOKING** [8] - 19:17,
57:6, 64:13, 69:10,
70:6, 70:8, 79:12,
82:5
**LOOKS** [1] - 50:23
**LOSS** [4] - 18:25,
26:2, 58:25, 79:23
**LOT** [7] - 27:4, 27:22,
54:3, 72:4, 76:2,
77:23, 82:22
**LOTS** [2] - 77:13,
77:14
**LOVE** [1] - 83:3
**LOVES** [1] - 27:20
**LOWER** [1] - 67:25
**LUNCHEON** [1] -
10:14
**LYNN** [2] - 1:21, 85:9

## M

**MA'AM** [1] - 49:23
**MACEOIN** [20] - 2:3,
3:5, 3:21, 4:3, 20:10,
22:17, 58:9, 61:12,
61:23, 62:1, 66:25,
67:5, 68:21, 69:20,
71:13, 71:15, 73:10,
74:2, 75:20, 86:5
**MADE** [8] - 5:14, 25:2,
28:8, 47:2, 54:10,
72:20, 78:16, 80:8
**MAHER** [5] - 14:5,
14:10, 14:12, 15:11
**MAHER'S** [1] - 14:8
**MAIL** [1] - 8:14
**MAIN** [2] - 12:13, 73:1
**MAINTAIN** [3] - 67:9,
69:9, 72:23
**MAINTAINED** [1] -
59:15
**MAJOR** [7] - 20:21,
24:20, 25:13, 26:12,
61:17, 67:22, 80:1
**MAKE** [12] - 5:5, 9:3,
9:7, 10:18, 37:13,
38:7, 38:14, 52:2,

54:8, 54:9, 70:20,
83:16
**MAKES** [2] - 9:25,
77:19
**MAKING** [1] - 38:6
**MANAGEMENT** [1] -
41:5
**MANAGER** [1] - 63:5
**MANY** [11] - 8:7,
18:19, 21:4, 21:25,
24:2, 24:8, 33:13,
36:3, 45:11, 47:2,
53:24
**MARK** [2] - 63:4, 66:5
**MARKED** [3] - 30:18,
42:14, 49:2
**MARKET** [3] - 1:22,
70:5, 72:8
**MARLEY** [1] - 25:18
**MASON** [1] - 25:18
**MATERIAL** [1] - 83:9
**MATERIALS** [4] -
7:20, 70:21, 77:18,
83:2
**MATTER** [5] - 28:17,
76:23, 84:2, 84:21,
85:4
**MATTERS** [2] - 6:4,
7:17
**MAUSOLEUM** [1] -
17:3
**MAY** [38] - 3:1, 4:7,
4:23, 5:11, 5:19, 6:2,
6:5, 7:2, 7:25, 8:2,
8:12, 9:6, 9:11, 9:13,
9:14, 9:20, 12:14,
20:9, 24:16, 30:11,
39:17, 40:9, 55:25,
56:17, 67:2, 68:19,
71:13, 74:12, 82:1,
82:6, 82:7, 82:8,
83:3, 83:4, 83:5,
83:23
**MAYBE** [1] - 81:8
**MCCLOSKEY** [2] -
1:21, 85:9
**ME** [24] - 9:21, 10:20,
25:15, 30:16, 30:20,
37:13, 42:12, 42:16,
42:17, 43:17, 44:3,
44:18, 46:13, 48:14,
49:1, 50:24, 51:24,
51:25, 52:2, 57:7,
73:2, 74:25, 75:18,
79:4
**MEAN** [4] - 70:15,
73:15, 84:10, 84:11
**MEANING** [1] - 67:11
**MEANS** [8] - 5:9, 5:15,
7:16, 28:20, 29:16,

47:19, 66:22, 84:18
**MEANT** [1] - 70:14
**MEASURE** [1] - 23:4
**MEASURES** [2] - 23:8,
62:12
**MEETING** [1] - 32:5
**MEETS** [1] - 14:5
**MEMBERS** [3] - 4:8,
11:4, 32:3
**MENTION** [1] - 57:17
**MENTIONED** [5] -
10:21, 21:3, 32:15,
33:15, 61:10
**MERELY** [1] - 9:4
**MERLINO** [1] - 83:6
**MESSAGING** [1] -
8:15
**METHOD** [2] - 70:7,
71:19
**METHODOLOGIES**
[1] - 73:19
**METHODS** [1] - 71:19
**MICHAEL** [36] - 1:6,
2:8, 11:8, 11:13,
11:22, 11:25, 12:8,
12:23, 13:5, 13:12,
13:24, 14:23, 15:8,
15:18, 15:23, 16:9,
16:12, 19:7, 20:4,
20:14, 23:10, 23:20,
23:24, 23:25, 24:17,
24:21, 25:13, 25:24,
26:8, 26:19, 26:20,
27:20, 27:24, 28:6,
74:14, 86:15
**MICHAEL'S** [1] - 27:4
**MICHELLE** [1] - 26:22
**MIDDLE** [1] - 22:22
**MIGHT** [1] - 80:21
**MILLION** [11] - 18:16,
18:23, 25:9, 36:5,
36:18, 36:23, 38:15,
48:5, 48:12, 51:20
**MILLION-DOLLAR** [1]
- 18:23
**MIND** [9] - 6:5, 6:15,
7:6, 8:23, 10:1,
23:17, 23:21, 64:14,
74:7
**MINIMUM** [1] - 68:9
**MINUS** [1] - 51:21
**MINUTES** [2] - 15:7,
15:10
**MISCHIEF** [1] - 26:9
**MISSING** [3] - 16:7,
17:24, 26:1
**MISSION** [8] - 29:18,
31:21, 31:22, 31:25,
32:5, 32:8, 39:5,
39:9

**MISTAKE** [1] - 25:2
**MIXED** [1] - 12:12
**MM** [1] - 55:17
**MM-HMM** [1] - 55:17
**MOM** [3] - 27:10,
27:18, 27:19
**MOMENT** [7] - 3:5,
31:12, 48:13, 57:12,
60:6, 62:3, 84:5
**MONETARY** [13] -
3:14, 26:14, 26:16,
67:14, 67:24, 68:12,
72:14, 72:25, 73:4,
73:13, 73:16, 73:24,
74:4
**MONEY** [8] - 22:4,
37:13, 38:6, 38:7,
50:7, 50:8, 54:8,
54:9
**MONEY-MAKING** [1] -
38:6
**MONTAGE** [1] - 24:5
**MONTHS** [2] - 77:12,
83:21
**MORE** [11] - 6:18,
16:23, 25:5, 67:12,
69:25, 70:2, 70:3,
72:5, 73:3, 73:9,
74:3
**MORNING** [4] - 10:16,
60:13, 78:11, 84:22
**MOST** [4] - 23:3, 36:2,
36:6, 51:17
**MOST-VISITED** [1] -
36:6
**MOTION** [14] - 3:3,
57:16, 58:3, 58:5,
60:22, 61:8, 61:9,
66:18, 67:6, 67:17,
70:23, 74:9, 75:4
**MOUTHS** [1] - 24:7
**MOVE** [1] - 28:15
**MOVES** [3] - 31:2,
43:20, 49:10
**MR** [26] - 12:3, 12:5,
14:8, 14:10, 14:12,
15:20, 20:21, 26:6,
28:14, 30:9, 61:2,
63:21, 64:11, 66:5,
66:10, 74:11, 74:14,
74:16, 74:18, 74:21,
79:5, 82:1, 82:3,
82:15
**MRS** [1] - 60:3
**MS** [130] - 3:5, 3:15,
3:16, 3:21, 4:3,
10:25, 20:10, 21:3,
21:24, 22:15, 22:17,
22:20, 25:7, 25:22,
28:13, 28:15, 29:6,

30:11, 30:14, 30:15,
31:1, 31:4, 31:9,
36:9, 36:12, 36:14,
38:23, 38:25, 39:2,
39:15, 39:17, 39:21,
39:24, 40:2, 40:5,
40:8, 40:13, 40:20,
40:21, 43:19, 43:24,
44:2, 44:9, 44:12,
44:16, 44:17, 49:9,
49:14, 49:19, 49:22,
52:3, 52:6, 52:10,
52:13, 52:16, 53:12,
53:13, 54:25, 55:2,
55:5, 55:6, 55:9,
55:13, 55:15, 56:3,
56:12, 56:14, 56:24,
57:2, 57:4, 57:5,
57:7, 57:11, 57:15,
57:20, 57:24, 58:5,
58:9, 58:11, 58:13,
58:19, 58:22, 59:5,
59:9, 59:24, 60:2,
60:5, 60:8, 60:20,
61:12, 61:23, 62:1,
62:10, 62:15, 63:2,
63:4, 63:16, 64:5,
65:4, 65:21, 66:14,
66:17, 66:25, 67:2,
67:4, 67:5, 68:21,
69:15, 69:16, 69:20,
71:13, 71:15, 73:10,
74:2, 74:8, 75:18,
75:19, 75:20, 79:6,
82:3, 82:20, 84:4,
84:6, 86:4, 86:5,
86:9, 86:10, 86:12,
86:13
**MUCH** [7] - 6:9, 23:18,
35:2, 36:21, 51:14,
53:2, 79:17
**MUSEUM** [38] - 11:1,
12:14, 16:2, 16:15,
19:15, 22:1, 22:6,
22:7, 22:11, 24:3,
24:8, 24:11, 24:23,
32:8, 33:8, 34:9,
35:9, 36:6, 36:18,
39:5, 39:11, 39:22,
54:18, 61:19, 64:12,
67:23, 80:5, 80:6,
80:7, 80:11, 80:15,
81:2, 83:17, 84:8,
84:10, 84:11, 84:13,
84:14
**MUSEUMS** [2] - 22:21,
46:4
**MUSIC** [2] - 13:8, 13:9
**MUST** [11] - 4:15,
4:24, 5:20, 6:15, 7:3,

7:14, 7:16, 8:9, 8:23,
23:15, 58:24
**MY** [17] - 3:17, 5:8,
10:19, 27:17, 28:3,
28:4, 30:22, 41:5,
46:7, 50:9, 54:2,
57:21, 67:1, 73:11,
75:1, 75:18, 80:19
**MYSPACE** [1] - 8:17

**N**

**NAME** [6] - 29:1, 29:8,
31:17, 40:16, 40:22,
46:25
**NANCY** [1] - 2:3
**NARROW** [2] - 79:7,
79:11
**NATHANIEL** [1] - 29:9
**NATIONAL** [1] - 18:1
**NATIONS** [1] - 53:6
**NATURAL** [2] - 35:18,
39:12
**NATURE** [3] - 34:7,
73:2, 79:24
**NEAR** [2] - 21:21, 23:1
**NECESSARILY** [1] -
81:24
**NECESSARY** [2] - 3:4,
9:20
**NEED** [9] - 3:12,
10:20, 15:25, 27:19,
37:10, 60:7, 67:10,
69:3, 77:7
**NEEDS** [2] - 70:9, 80:6
**NEGOTIATION** [1] -
43:10
**NETWORKING** [1] -
8:17
**NEVER** [2] - 27:2,
64:16
**NEW** [2] - 35:2, 36:7
**NEWTON** [61] - 1:15,
3:15, 3:16, 10:25,
11:6, 21:3, 21:24,
22:15, 22:20, 25:7,
25:22, 28:13, 29:6,
30:11, 30:14, 30:15,
31:1, 31:4, 31:9,
36:9, 38:25, 39:2,
39:15, 39:24, 40:5,
40:13, 40:20, 43:19,
43:24, 44:2, 44:9,
44:12, 44:16, 44:17,
49:9, 49:14, 49:19,
55:5, 57:2, 57:5,
57:11, 57:15, 58:5,
60:2, 60:5, 60:8,
60:20, 62:10, 63:2,
63:16, 65:4, 65:21,

66:14, 66:17, 69:15, 69:16, 74:8, 84:4, 86:4, 86:9, 86:12

NEXT [8] - 9:6, 13:25, 15:24, 27:11, 35:17, 40:12, 56:11, 60:4

NIGHT [25] - 12:18, 13:4, 22:1, 22:2, 22:7, 22:14, 22:21, 23:21, 23:23, 24:2, 24:14, 25:1, 27:1, 27:9, 32:13, 37:7, 60:15, 61:16, 62:2, 64:25, 66:7, 80:9, 80:10, 80:24, 81:23

NINE [2] - 41:16, 41:17

NIXON [4] - 76:20, 78:23, 82:6

NO [30] - 1:4, 6:23, 16:4, 18:12, 19:19, 22:25, 24:25, 30:19, 36:9, 38:23, 39:15, 41:19, 43:12, 44:11, 49:19, 53:4, 53:9, 53:11, 53:23, 58:2, 58:15, 59:24, 60:2, 61:4, 63:2, 63:17, 67:10, 69:24, 76:1, 78:16

NOBODY [3] - 19:19, 25:1, 61:25

NON [1] - 83:20

NON-PROFIT [1] - 83:20

NORMAL [3] - 25:3, 34:24, 71:19

NOT [160] - 3:8, 3:16, 3:25, 4:15, 4:24, 4:25, 5:2, 5:3, 5:7, 5:9, 5:18, 5:19, 5:20, 6:8, 6:18, 7:2, 7:10, 7:13, 7:16, 7:19, 7:23, 8:1, 8:9, 8:12, 8:19, 8:22, 9:3, 9:7, 9:8, 9:21, 9:25, 10:2, 10:7, 10:9, 10:11, 12:17, 12:19, 13:3, 13:13, 14:9, 15:25, 19:8, 19:21, 19:22, 19:23, 20:13, 20:15, 20:18, 20:22, 21:17, 21:21, 21:22, 22:10, 22:12, 23:12, 23:14, 23:16, 23:18, 23:21, 24:11, 24:17, 24:18, 24:22, 25:6, 25:15, 26:8, 26:15, 26:16, 27:2, 27:3, 28:7, 28:9, 28:21, 28:22,

33:22, 37:7, 37:8, 37:10, 50:5, 50:9, 52:4, 52:9, 52:10, 53:20, 54:14, 57:18, 57:22, 58:4, 58:7, 58:14, 59:17, 60:13, 60:21, 60:24, 61:2, 61:20, 61:21, 61:23, 62:2, 62:17, 62:24, 63:2, 63:22, 63:25, 64:4, 64:23, 65:4, 65:5, 65:6, 65:8, 65:14, 65:15, 65:25, 66:2, 66:3, 66:9, 66:11, 66:19, 67:16, 68:10, 69:9, 69:17, 69:21, 70:3, 70:21, 71:4, 71:7, 71:20, 72:11, 73:11, 74:6, 75:2, 76:10, 76:24, 80:24, 80:25, 81:15, 81:24, 82:19, 82:23, 83:10, 83:13, 83:17, 83:18, 83:23, 84:8, 84:10, 84:11, 84:13, 84:17

NOTES [1] - 67:1

NOTEWORTHY [1] - 8:7

NOTHING [6] - 4:16, 6:18, 63:20, 65:7, 72:14, 84:1

NOW [31] - 4:8, 5:23, 7:8, 8:25, 10:12, 11:21, 13:22, 15:23, 16:19, 18:11, 19:3, 20:1, 21:3, 26:7, 30:8, 32:15, 34:8, 35:19, 41:14, 42:3, 42:12, 43:10, 43:17, 46:13, 47:5, 49:1, 51:17, 57:20, 61:13, 78:20, 79:18

NOWADAYS [1] - 68:8

NULLIFICATION [2] - 58:4, 60:25

NUMBER [13] - 26:2, 26:5, 32:8, 32:9, 32:22, 32:23, 42:14, 47:11, 69:20, 73:20, 75:24, 78:12, 78:25

NUMBERS [2] - 46:25, 52:22

O

O'CLOCK [3] - 10:15, 10:17, 15:15

OBJECT [13] - 11:15, 16:20, 16:22, 20:6,

20:23, 26:14, 47:24, 48:2, 68:17, 68:25, 69:1, 84:17, 84:18

OBJECTING [1] - 63:25

OBJECTION [11] - 5:7, 5:8, 5:14, 5:15, 22:15, 39:24, 40:5, 63:17, 66:13, 66:21

OBJECTIONS [2] - 5:3, 5:5

OBJECTS [9] - 34:9, 45:11, 45:13, 45:17, 46:11, 48:6, 48:7, 48:10, 49:16

OBLIGATION [2] - 5:4, 62:5

OBSERVATORY [1] - 32:14

OBTAIN [2] - 7:21, 46:11

OBTAINED [2] - 28:4, 45:17

OBVIOUS [2] - 10:8, 28:24

OF [409] - 1:2, 1:4, 3:11, 3:13, 3:14, 3:17, 3:19, 4:8, 4:13, 4:16, 4:20, 5:1, 5:6, 5:23, 5:25, 6:1, 6:4, 6:5, 6:9, 6:11, 6:18, 6:21, 6:22, 7:6, 7:12, 7:15, 7:24, 8:6, 8:7, 8:9, 8:16, 8:24, 9:23, 10:5, 10:19, 11:2, 11:4, 11:8, 11:9, 11:12, 11:14, 11:15, 11:22, 12:5, 12:13, 12:14, 12:19, 13:5, 13:17, 13:21, 14:1, 14:4, 14:15, 14:19, 14:20, 15:12, 16:18, 16:20, 16:21, 17:3, 17:4, 17:7, 17:8, 17:9, 17:19, 17:22, 18:6, 18:9, 18:10, 18:14, 18:19, 18:20, 19:2, 19:16, 19:24, 20:2, 20:5, 20:6, 20:7, 20:21, 21:4, 21:5, 21:6, 21:25, 22:14, 22:19, 22:22, 23:6, 23:17, 23:21, 24:5, 24:9, 24:17, 24:20, 25:3, 25:5, 25:7, 25:12, 25:13, 25:19, 25:20, 25:23, 26:2, 26:3, 26:12, 26:14, 26:16, 26:19, 27:4, 27:14, 27:22,

29:15, 29:18, 29:19, 30:3, 30:4, 30:17, 31:11, 31:12, 31:15, 31:19, 31:24, 31:25, 32:3, 32:5, 32:8, 32:9, 32:17, 32:19, 32:22, 32:23, 32:25, 33:3, 33:6, 33:7, 33:9, 33:10, 33:11, 33:15, 34:6, 34:7, 34:9, 34:12, 34:13, 34:14, 34:15, 34:17, 34:20, 35:2, 35:16, 35:18, 35:23, 35:25, 36:7, 39:5, 39:9, 39:11, 39:12, 39:25, 40:6, 41:2, 41:3, 41:10, 41:11, 41:21, 41:22, 42:4, 42:5, 42:13, 42:21, 43:6, 43:11, 44:3, 44:22, 44:25, 45:4, 45:10, 45:11, 45:15, 45:25, 46:3, 46:5, 46:6, 46:7, 46:14, 46:20, 46:22, 47:2, 47:5, 47:6, 47:7, 47:23, 48:10, 48:18, 49:7, 49:15, 50:1, 50:2, 50:6, 51:17, 51:19, 51:23, 52:1, 53:14, 54:2, 54:3, 54:16, 54:17, 54:19, 55:7, 57:3, 57:17, 57:24, 58:1, 58:6, 58:7, 59:2, 59:11, 59:16, 59:18, 59:20, 60:24, 61:1, 61:14, 61:15, 61:17, 62:2, 62:4, 62:16, 62:17, 62:19, 62:21, 62:22, 62:25, 63:5, 63:17, 63:18, 63:20, 63:21, 64:1, 64:2, 64:3, 64:7, 64:12, 64:15, 64:17, 64:20, 65:2, 65:10, 65:15, 66:2, 66:3, 66:7, 66:8, 66:20, 67:9, 67:12, 67:14, 67:15, 67:17, 67:19, 68:1, 68:11, 68:13, 68:17, 68:22, 68:25, 69:2, 69:6, 69:7, 69:11, 69:16, 69:17, 69:20, 69:21, 69:22, 69:25, 70:1, 70:3, 70:8, 70:16, 70:18, 70:21, 70:24, 70:25, 71:3, 71:6, 71:11, 71:15, 71:16, 71:19, 71:24, 72:3, 72:7,

72:11, 72:13, 72:15, 72:16, 72:24, 72:25, 73:2, 73:4, 73:5, 73:8, 73:12, 73:13, 73:14, 73:21, 73:22, 73:23, 74:15, 74:25, 75:9, 75:14, 75:15, 75:24, 76:2, 76:9, 76:11, 76:13, 76:14, 76:17, 76:21, 77:1, 77:10, 77:11, 77:12, 77:13, 77:14, 77:18, 77:20, 77:23, 78:5, 78:7, 78:13, 78:14, 78:17, 78:25, 79:20, 79:23, 79:24, 79:25, 80:5, 80:7, 80:9, 80:10, 80:11, 80:16, 80:17, 80:25, 81:3, 81:16, 81:19, 81:23, 82:7, 82:14, 82:15, 82:22, 83:8, 83:14, 83:16, 83:21, 83:25, 84:8, 84:16, 84:17, 84:18, 85:3

OFF [8] - 15:2, 15:21, 24:8, 24:13, 52:25, 54:2, 60:10, 72:21

OFFERED [1] - 5:6

OFFICE [3] - 1:14, 2:4, 26:4

OFFICER [1] - 10:19

OFFICIAL [2] - 1:21, 85:8

OFTEN [3] - 9:23, 68:6, 70:11

OH [6] - 27:17, 52:6, 52:10, 55:6, 57:4, 72:18

OKAY [62] - 3:1, 4:4, 4:7, 29:13, 31:10, 31:19, 35:4, 36:21, 36:23, 37:2, 37:6, 37:16, 37:20, 37:22, 37:25, 38:6, 38:14, 38:22, 40:8, 43:2, 43:17, 44:14, 45:21, 46:2, 46:18, 47:10, 48:23, 50:9, 50:15, 50:23, 51:1, 51:3, 51:7, 51:10, 51:22, 52:6, 52:13, 52:15, 52:22, 53:5, 53:17, 53:20, 53:24, 54:6, 54:11, 54:15, 54:18, 54:24, 55:18, 56:1, 56:11, 56:13, 56:23, 57:9, 58:19, 58:21, 58:23, 59:4, 69:14, 74:2, 74:9, 84:1

**OLD** [8] - 16:23, 20:24, 25:6, 26:20, 26:21, 69:1, 71:3, 71:8

**OLDER** [1] - 26:23

**OLDS** [1] - 24:4

**ON** [94] - 3:17, 5:8, 5:21, 6:3, 6:21, 7:5, 7:14, 8:13, 8:20, 9:17, 9:18, 11:11, 11:16, 11:25, 12:3, 12:8, 13:22, 16:8, 18:6, 18:11, 22:1, 23:16, 23:18, 23:23, 24:2, 24:6, 24:9, 24:10, 24:14, 26:11, 27:15, 30:23, 31:10, 31:15, 31:19, 32:9, 35:12, 35:15, 38:7, 38:15, 44:3, 44:15, 44:22, 44:25, 45:4, 46:18, 47:6, 47:10, 47:22, 48:6, 51:22, 52:3, 52:14, 52:18, 52:25, 53:6, 55:18, 55:24, 56:25, 57:9, 57:18, 57:22, 58:14, 58:15, 58:20, 60:25, 61:8, 61:16, 63:4, 65:22, 66:8, 67:8, 68:15, 68:16, 68:23, 69:6, 71:21, 71:23, 72:5, 74:14, 74:25, 75:1, 75:2, 75:19, 75:23, 76:21, 77:4, 77:11, 77:21, 79:21, 80:9, 83:22, 84:5

**ONCE** [3] - 9:9, 14:8, 14:16

**ONE** [47] - 3:2, 3:5, 9:19, 13:21, 14:19, 16:21, 16:22, 17:22, 18:1, 18:5, 18:6, 18:9, 18:10, 19:19, 20:5, 21:6, 23:3, 25:6, 25:9, 25:23, 26:2, 28:21, 28:23, 31:15, 32:25, 35:23, 35:25, 39:17, 47:12, 48:13, 52:2, 53:14, 55:7, 58:15, 60:20, 61:14, 62:3, 66:17, 68:7, 72:25, 73:6, 73:17, 80:15, 84:5

**ONE-BY-ONE** [1] - 28:23

**ONES** [4] - 21:11, 51:19, 51:22, 51:24

**ONLY** [9] - 6:17, 12:10, 18:8, 19:10, 20:22, 33:22, 62:15, 75:21, 80:2

**ONTO** [1] - 14:18

**OPEN** [11] - 8:23, 12:19, 22:22, 25:1, 33:7, 33:11, 33:16, 33:20, 33:23, 35:1, 65:12

**OPENED** [1] - 12:17

**OPENING** [10] - 3:9, 3:17, 9:3, 9:7, 9:8, 9:9, 57:19, 61:11, 86:3

**OPENS** [1] - 16:16

**OPERATING** [7] - 80:6, 80:10, 80:11, 81:2, 84:8, 84:11, 84:13

**OPERATIONS** [2] - 35:10, 80:5

**OPINION** [1] - 8:22

**OPPORTUNITY** [4] - 20:3, 33:8, 33:12, 72:1

**OPPOSED** [1] - 37:17

**OPPRESSIVE** [1] - 75:24

**OPPRESSIVENESS** [2] - 77:2, 77:21

**OR** [86] - 3:14, 4:15, 4:16, 4:17, 4:22, 4:23, 5:8, 5:18, 5:19, 6:2, 6:9, 6:19, 6:23, 6:24, 7:10, 7:18, 7:19, 7:21, 7:22, 8:10, 8:15, 8:16, 8:19, 9:8, 9:25, 10:17, 10:18, 11:10, 11:11, 12:15, 13:24, 16:9, 16:23, 19:4, 20:13, 20:14, 20:16, 20:24, 23:7, 23:8, 25:5, 26:8, 26:9, 33:2, 37:20, 38:20, 41:8, 43:10, 50:10, 51:20, 51:21, 52:3, 52:25, 56:16, 57:17, 58:25, 59:18, 60:23, 61:1, 61:3, 61:4, 63:22, 64:2, 64:15, 65:8, 65:14, 65:15, 66:3, 66:22, 67:12, 67:18, 68:5, 69:2, 69:25, 70:1, 70:3, 70:4, 77:19, 79:3, 80:10, 80:25, 82:20, 83:17

**ORDER** [9] - 9:1, 10:18, 20:22, 25:13, 59:15, 75:2, 75:4, 75:7, 75:9

**ORGANIZATION** [1] - 35:13

**ORIGINAL** [3] - 67:24, 76:2, 78:11

**ORIGINALLY** [1] - 25:24

**OTHER** [29] - 4:21, 5:12, 6:2, 6:4, 7:19, 8:8, 8:16, 10:21, 14:21, 22:3, 31:19, 34:21, 39:10, 40:3, 48:6, 48:9, 60:21, 62:17, 63:13, 63:18, 65:24, 66:8, 66:18, 68:3, 71:2, 72:24, 78:13, 80:2, 80:13

**OTHER'S** [1] - 24:7

**OTHERS** [2] - 25:10, 28:22

**OTHERWISE** [2] - 75:16, 76:10

**OUR** [36] - 25:18, 31:21, 32:7, 32:8, 32:12, 32:13, 32:17, 32:25, 33:3, 33:7, 33:8, 33:11, 33:22, 34:3, 34:4, 34:5, 35:9, 35:10, 35:11, 35:25, 39:7, 39:9, 39:13, 52:6, 57:16, 63:22, 66:1, 67:17, 72:14, 73:16, 76:13, 77:2, 78:7, 82:17

**OUT** [28] - 6:19, 7:23, 12:6, 15:12, 15:18, 18:6, 18:11, 20:13, 21:6, 22:24, 24:1, 24:22, 24:23, 25:25, 27:18, 27:21, 27:23, 32:17, 44:15, 47:2, 55:18, 56:12, 57:9, 58:13, 59:8, 60:16, 77:2, 77:7

**OUTLINE** [1] - 9:4

**OUTRAGEOUS** [1] - 22:14

**OUTSIDE** [7] - 3:11, 5:20, 7:24, 10:19, 25:3, 67:10, 71:19

**OUTSTANDING** [3] - 3:2, 3:3, 66:18

**OVER** [23] - 13:25, 14:18, 14:25, 15:1, 15:15, 16:13, 16:23, 16:24, 17:11, 19:10, 21:20, 22:8, 23:14, 25:6, 28:2, 28:6, 33:1, 33:2, 62:23, 69:1, 69:16

**OVERALL** [1] - 62:12

**OVERRULED** [1] - 5:10

**OVERSEE** [1] - 29:18

**OWN** [2] - 71:21, 72:15

**OWNS** [1] - 34:10

## P

**P.M** [1] - 84:23

**PA** [4] - 1:8, 1:16, 1:23, 2:6

**PACIFIC** [8] - 43:1, 43:2, 43:7, 45:6, 45:18, 46:10, 48:23, 56:15

**PACKET** [1] - 58:9

**PAGE** [25] - 44:3, 44:4, 44:20, 44:22, 45:8, 45:22, 46:14, 46:15, 47:6, 47:11, 48:7, 48:10, 48:13, 51:23, 52:1, 52:17, 57:3, 67:17, 67:18, 68:15, 68:22, 86:3, 86:15, 86:17

**PAGES** [5] - 30:19, 46:18, 46:19, 68:23

**PAIR** [2] - 70:24, 71:3

**PAPERS** [7] - 75:19, 76:2, 76:5, 77:3, 77:22, 78:25, 82:18

**PAPERWORK** [1] - 50:2

**PARDON** [1] - 57:7

**PARENTS** [1] - 26:22

**PARKWAY** [2] - 35:16

**PART** [14] - 12:13, 21:4, 39:9, 41:8, 45:4, 45:11, 54:16, 54:19, 57:24, 59:2, 59:20, 72:16, 74:24

**PARTIALLY** [1] - 75:5

**PARTICIPATION** [1] - 4:10

**PARTICULAR** [18] - 3:8, 9:1, 12:20, 16:22, 17:2, 17:18, 18:17, 18:18, 22:1, 25:9, 33:10, 45:11, 48:2, 48:20, 53:7, 67:21, 68:7, 81:12

**PARTICULARLY** [1] - 61:10

**PARTIES** [7] - 10:6, 36:25, 38:11, 38:17, 44:21, 44:23, 78:3

**PARTNERS** [1] - 32:22

**PARTS** [8] - 62:16, 62:17, 62:20, 62:22, 63:14, 63:18, 66:8, 75:8

**PARTY** [17] - 12:22, 13:2, 22:8, 22:22, 22:25, 23:24, 37:2, 37:14, 37:16, 37:23, 42:24, 53:20, 75:23, 77:5, 83:16, 83:21

**PARTYING** [1] - 24:3

**PASS** [2] - 68:16, 68:18

**PASSCODE** [1] - 28:4

**PASSION** [2] - 32:1, 32:5

**PAST** [3] - 13:14, 21:16, 53:2

**PATIENCE** [1] - 56:1

**PAY** [4] - 36:18, 37:3, 38:1, 38:4

**PAYING** [2] - 50:7, 50:8

**PENCIL** [1] - 50:10

**PENNSYLVANIA** [2] - 1:2, 36:7

**PEOPLE** [24] - 11:25, 12:12, 15:19, 22:5, 22:9, 22:11, 23:3, 23:7, 24:2, 24:8, 24:11, 26:5, 32:24, 35:8, 36:3, 36:24, 38:1, 38:10, 40:3, 62:25, 63:7, 65:17, 78:19

**PEOPLE'S** [2] - 42:21, 45:15

**PER** [2] - 36:4, 74:6

**PERHAPS** [3] - 10:5, 19:18, 60:21

**PERIOD** [2] - 12:6, 16:18

**PERMANENT** [4] - 33:22, 33:24, 34:6, 34:9

**PERMANENTLY** [2] - 64:12, 64:21

**PERMISSION** [3] - 31:4, 43:24, 63:11

**PERMIT** [3] - 7:11, 9:23, 58:10

**PERMITTED** [4] - 5:11, 57:23, 62:9, 75:4

**PERMITTING** [1] - 74:5

**PERSON** [2] - 27:20, 76:22

**PERSPECTIVE** [1] - 61:1

PETRESE [1] - 1:9

PHILADELPHIA [10] - 1:8, 1:16, 1:23, 2:6, 10:19, 12:24, 26:10, 32:18, 32:20, 33:13

PHONE [5] - 12:5, 14:20, 15:9, 24:10, 28:3

PHONES [2] - 8:8, 14:10

PHOTO [2] - 14:20, 47:3

PHOTOGRAPH [1] - 47:23

PHOTOGRAPHS [1] - 18:5

PI [1] - 54:16

PICC [5] - 54:12, 54:16, 55:10, 55:21, 56:8

PICKED [1] - 23:7

PICKLE [1] - 27:18

PICTURE [1] - 21:8

PIECE [6] - 11:2, 64:12, 72:11, 72:13, 73:8, 73:12

PIECES [8] - 17:3, 17:19, 17:23, 21:4, 21:7, 22:20, 50:1, 68:11

PINPOINTING [1] - 62:3

PLACE [2] - 23:8, 33:6

PLACED [1] - 67:24

PLACES [2] - 22:11, 64:19

PLAN [1] - 3:17

PLANETARIUM [2] - 13:7, 24:9

PLANNING [1] - 66:8

PLATFORM [3] - 14:17, 14:18, 15:1

PLATFORMS [1] - 13:22

PLAY [2] - 22:6, 22:10

PLEADINGS [1] - 75:3

PLEASE [12] - 7:22, 28:25, 55:1, 55:19, 56:24, 57:1, 57:10, 57:12, 58:20, 59:6, 59:7, 60:13

PLUS [2] - 51:21, 58:2

POCKET [3] - 15:4, 15:12, 23:11

POINT [5] - 7:5, 19:19, 61:9, 65:20, 68:7

POINTING [1] - 77:23

POINTS [1] - 4:1

POLICIES [1] - 41:12

POLICY [8] - 49:6,

49:15, 54:11, 57:5, 58:2, 59:16, 62:8, 81:22

POLITICAL [1] - 82:14

PORTIONS [1] - 77:20

POSING [1] - 23:25

POSITION [11] - 29:13, 29:21, 30:2, 30:6, 30:8, 41:1, 41:17, 41:23, 49:25, 63:22, 66:1

POSITIONS [1] - 18:21

POSSIBLE [1] - 10:22

POTENTIAL [1] - 72:17

POTTERY [3] - 11:11, 13:24, 17:9

POURING [1] - 24:7

PRECLUDE [1] - 58:3

PRECLUDED [1] - 57:17

PRELIMINARY [1] - 4:9

PREMIUM [1] - 54:22

PRESENCE [1] - 10:5

PRESENT [8] - 2:7, 6:24, 9:10, 9:13, 9:15, 17:16, 65:8, 66:12

PRESENTED [4] - 5:22, 7:15, 9:9, 62:12

PRESENTING [1] - 62:8

PRESIDENT [5] - 29:15, 41:2, 41:3, 41:20, 50:1

PRESSURE [1] - 27:22

PRESUMED [1] - 6:15

PRETRIAL [1] - 83:10

PRETTY [2] - 35:1, 42:15

PREVALENT [1] - 69:8

PREVENT [1] - 58:5

PREVIOUSLY [2] - 21:15, 27:9

PRICELESS [3] - 72:4, 72:19, 72:20

PRIMARY [1] - 39:8

PRIOR [2] - 29:24, 75:3

PRITCHARD [4] - 67:20, 68:14, 68:22, 69:13

PRIVILEGE [1] - 76:17

PRIVILEGED [1] - 76:15

PROBATIVE [1] - 65:15

PROCEED [5] - 3:12, 20:9, 61:9, 62:14, 74:7

PROCEEDING [1] - 9:1

PROCEEDINGS [1] - 85:3

PROCESS [2] - 68:2, 72:22

PRODUCED [1] - 75:6

PROFFER [2] - 76:1, 78:16

PROFFERED [2] - 76:5, 78:9

PROFIT [2] - 42:1, 83:20

PROGRAM [4] - 32:12, 32:19, 32:22, 33:8

PROGRAMMING [1] - 32:11

PROGRAMS [8] - 29:19, 32:8, 32:9, 32:15, 32:16, 32:23, 33:1, 33:9

PROHIBITED [1] - 82:6

PROHIBITS [1] - 6:25

PROM [1] - 38:20

PROMINENTLY [1] - 61:11

PROMISE [1] - 56:2

PROMOTE [1] - 22:4

PROMOTION [3] - 42:20, 45:3, 45:16

PROMPTLY [1] - 8:22

PROOF [5] - 5:25, 6:1, 6:18, 6:21, 7:7

PROPER [1] - 83:23

PROPERTY [6] - 11:20, 54:12, 55:11, 55:22, 56:8, 59:12

PROPORTIONED [1] - 18:2

PROPOSED [3] - 3:22, 75:12, 75:20

PROSECUTION [1] - 11:8

PROTECT [2] - 14:17, 58:25

PROTECTED [1] - 13:23

PROTECTION [2] - 59:11, 59:17

PROTOCOL [2] - 63:13, 63:19

PROVE [13] - 6:23, 7:3, 16:19, 16:22,

16:24, 62:5, 64:8, 65:3, 80:6, 80:15, 81:1, 81:2

PROVEN [3] - 6:16, 26:15, 61:14

PROVIDE [2] - 5:2, 53:15

PROVIDED [4] - 3:7, 59:11, 63:24, 78:15

PROVIDES [2] - 46:25, 69:12

PROVIDING [1] - 81:25

PROVISIONAL [1] - 45:2

PROVISIONS [1] - 54:21

PUBLIC [1] - 34:23

PUBLISH [2] - 31:5, 43:24

PULL [2] - 56:12, 57:9

PULLED [1] - 83:15

PULLS [1] - 15:18

PUNCHED [1] - 77:7

PURCHASE [2] - 33:12, 39:14

PURPOSE [2] - 32:19, 70:18

PURSUANT [2] - 75:7, 81:22

PUT [6] - 23:11, 55:14, 72:19, 76:21, 76:25, 79:20

PUTS [3] - 14:19, 15:3, 63:7

PUTTING [1] - 22:24

QIN [2] - 17:4, 47:20

QUALITIES [2] - 70:20, 71:11

QUASH [2] - 74:10, 75:5

QUESTION [15] - 5:10, 31:13, 39:17, 53:21, 60:21, 62:24, 63:12, 63:19, 69:24, 80:11, 80:18, 81:4, 81:23, 84:9

QUESTIONS [12] - 5:1, 5:3, 36:10, 38:23, 39:15, 49:20, 58:1, 59:24, 64:24, 79:2, 80:3, 81:5

QUICK [1] - 83:7

QUITE [1] - 66:11

QUOTE [2] - 72:18, 83:7

## R

RAISE [4] - 10:21, 29:1, 35:11, 40:15

RAISED [2] - 68:6, 68:9

RAISING [1] - 22:4

RAMP [5] - 13:15, 13:17, 14:7, 15:6

RANGE [2] - 33:9, 48:12

RANKS [1] - 17:10

RASKONIC [1] - 25:18

RATHER [1] - 61:11

RD [1] - 82:24

REACH [6] - 32:24, 33:14, 37:9, 39:10, 39:13

REACHES [2] - 32:12, 33:1

REACHING [1] - 32:9

READ [7] - 8:19, 31:22, 46:7, 50:18, 50:19, 78:11, 83:7

READING [1] - 50:20

REALIZING [2] - 16:2, 68:8

REALLY [5] - 24:11, 32:20, 33:3, 75:10, 75:25

REASON [4] - 10:8, 28:23, 69:19, 80:2

REASONABLE [6] - 7:4, 57:10, 58:14, 58:20, 58:25, 70:6

REASONS [1] - 75:25

RECEIVED [3] - 4:21, 75:2, 75:3

RECENTLY [2] - 36:2, 82:9

RECESS [4] - 10:14, 60:12, 60:17, 84:21

RECOGNIZE [5] - 30:20, 39:9, 42:17, 49:4, 74:16

RECOGNIZED [1] - 69:19

RECOMMENDED [1] - 52:25

RECONVENE [1] - 60:19

RECORD [6] - 4:21, 5:16, 40:16, 60:10, 65:25, 85:3

RECORDS [3] - 75:7, 76:4, 78:7

RECOVERED [1] - 12:2

RECROSS [2] - 39:20, 86:7

**REDIRECT** [7] - 38:24, 39:1, 39:25, 40:6, 60:1, 60:2, 86:7
**REFER** [2] - 73:18, 84:6
**REFERENCE** [2] - 7:20, 46:25
**REFERRED** [2] - 51:18, 51:22
**REFERRING** [1] - 84:16
**REFERS** [1] - 73:7
**REGARD** [1] - 62:9
**REGARDING** [5] - 75:21, 79:16, 79:17, 79:23
**REGION** [3] - 32:20, 35:24, 36:7
**REGRETTABLE** [4] - 25:2, 27:6, 27:13, 28:9
**REGULAR** [3] - 3:9, 34:22, 80:5
**REJECT** [1] - 6:10
**REJECTED** [1] - 76:7
**REJECTION** [1] - 83:8
**REJOIN** [1] - 15:6
**RELATED** [5] - 32:21, 33:10, 50:2, 83:20, 84:6
**RELATING** [2] - 75:14, 76:4
**RELEVANCE** [5] - 63:20, 76:6, 77:19, 78:9
**RELEVANT** [18] - 58:7, 59:17, 61:2, 62:13, 64:4, 65:1, 65:11, 68:23, 76:12, 76:24, 78:19, 78:21, 79:13, 79:24, 81:14, 81:17, 83:19, 83:23
**RELIC** [1] - 18:1
**RELICS** [3] - 45:2, 47:7, 49:17
**REMAIN** [1] - 6:25
**REMEMBER** [1] - 20:13
**RENTAL** [1] - 50:10
**RENTING** [1] - 50:6
**REPAIR** [1] - 59:1
**REPAIRS** [1] - 79:23
**REPORT** [2] - 26:3, 29:2
**REPORTED** [1] - 82:10
**REPORTER** [2] - 1:21, 85:8
**REPRESENT** [1] - 11:7

**REPRESENTATIVES** [1] - 42:9
**REPRESENTING** [1] - 2:8
**REPUBLIC** [2] - 42:21, 45:15
**REQUEST** [5] - 74:24, 78:11, 82:21, 83:13
**REQUESTING** [1] - 67:7
**REQUESTS** [1] - 75:11
**REQUIRED** [2] - 46:5, 69:4
**REQUIRES** [1] - 69:11
**RESEARCH** [1] - 7:17
**RESOLVE** [1] - 3:4
**RESPECT** [6] - 60:23, 64:2, 66:10, 76:8, 77:4, 84:15
**RESPECTFULLY** [1] - 61:6
**RESPECTIVE** [2] - 9:24, 56:17
**RESPOND** [2] - 61:12, 71:13
**RESPONSE** [2] - 61:7, 70:23
**RESPONSES** [1] - 78:15
**RESPONSIBLE** [4] - 29:17, 80:23, 81:20, 81:24
**RESPONSIVE** [1] - 75:8
**RESTORED** [2] - 17:18, 25:11
**RESTORING** [1] - 17:17
**RESULT** [1] - 65:13
**RETAIN** [1] - 77:8
**RETAINED** [1] - 76:15
**RETIRE** [3] - 7:12, 7:25, 8:2
**RETURNED** [5] - 8:5, 21:13, 22:25, 77:16, 77:17
**RETURNING** [1] - 30:8
**REVIEW** [5] - 41:6, 41:11, 73:19, 76:13, 76:17
**REVIEWED** [2] - 50:16, 53:17
**REVIEWING** [2] - 43:13, 80:20
**RIGHT** [45] - 6:25, 12:21, 20:14, 21:20, 23:17, 23:21, 29:1, 31:17, 35:16, 36:19, 37:4, 37:7, 37:11,

37:14, 37:18, 37:19, 38:2, 38:7, 38:12, 38:13, 38:17, 38:20, 40:15, 47:22, 47:23, 50:7, 50:10, 50:17, 50:21, 51:25, 52:2, 52:18, 52:21, 55:21, 56:5, 56:18, 59:2, 59:12, 59:21, 62:1, 64:8, 65:18, 77:25, 78:20, 83:19
**RIGHT-HAND** [2] - 47:23, 52:18
**RIGHTS** [1] - 56:17
**RISK** [1] - 41:5
**ROD** [1] - 34:18
**ROHANA** [29] - 1:6, 11:9, 11:13, 11:22, 11:25, 12:3, 12:8, 12:23, 13:5, 13:12, 13:25, 14:10, 14:12, 14:23, 15:8, 15:18, 15:20, 15:23, 16:9, 16:12, 19:8, 20:4, 20:21, 23:10, 23:20, 25:13, 26:23, 61:2, 64:11
**ROHANA'S** [3] - 12:5, 20:14, 63:21
**ROOM** [4] - 7:12, 27:25, 28:21, 28:22
**ROPE** [3] - 13:25, 14:18, 15:2
**ROPES** [2] - 13:23, 14:16
**ROUGHLY** [1] - 38:16
**RPR** [2] - 1:21, 85:9
**RULE** [10] - 61:6, 61:8, 62:19, 69:7, 69:11, 74:25, 76:19, 82:21, 83:8, 83:11
**RULED** [3] - 57:18, 57:22, 60:24
**RULES** [2] - 5:6, 6:14
**RULING** [2] - 5:8, 84:3
**RUN** [2] - 22:6, 22:9
**RUNNING** [1] - 24:3
**RUNS** [2] - 15:6, 32:19

**S**

**SAFETY** [4] - 59:11, 63:6, 81:18, 81:22
**SAID** [19] - 27:19, 27:20, 28:3, 36:17, 50:23, 51:11, 53:14, 61:25, 69:20, 75:22, 76:23, 77:22, 78:2, 79:17, 82:19, 82:25, 83:3, 83:4

**SAME** [3] - 41:17, 61:5, 63:23
**SANTA** [1] - 23:25
**SARAH** [1] - 11:6
**SATISFIED** [1] - 78:23
**SAY** [13] - 3:18, 4:16, 15:25, 22:12, 27:1, 35:4, 38:9, 41:7, 50:5, 72:18, 78:21, 82:4, 83:1
**SAYING** [3] - 3:19, 70:6, 74:1
**SAYS** [8] - 16:15, 31:24, 47:18, 55:19, 55:21, 56:4, 56:11, 58:24
**SCARED** [1] - 27:8
**SCHEDULE** [2] - 10:13, 47:6
**SCHEDULE-WISE** [1] - 10:13
**SCHOOL** [1] - 30:4
**SCHWARTZ** [11] - 2:8, 74:11, 74:14, 74:17, 74:18, 74:21, 79:5, 82:1, 82:3, 86:15
**SCIENCE** [25] - 12:9, 13:6, 29:15, 29:19, 32:2, 32:6, 32:12, 32:15, 32:18, 32:21, 32:25, 33:5, 33:10, 33:16, 33:20, 37:10, 39:3, 43:1, 43:2, 43:7, 45:6, 45:18, 46:11, 48:23, 56:15
**SCIENCES** [2] - 35:18, 39:12
**SCIENTISTS** [1] - 35:12
**SCOPE** [2] - 39:25, 40:6
**SCOPED** [2] - 24:22, 24:23
**SCREEN** [2] - 31:10, 52:14
**SCREENS** [2] - 52:3, 58:16
**SE** [1] - 74:6
**SEARCH** [6] - 7:20, 15:8, 19:24, 28:3, 76:9, 83:21
**SEARCHES** [4] - 19:13, 19:20, 28:5, 77:8
**SEATED** [3] - 3:1, 4:7, 67:2
**SEATTLE** [3] - 43:4, 45:18, 54:18
**SECOND** [6] - 6:21, 11:17, 55:14, 61:15,

62:4, 67:15
**SECTION** [6] - 26:13, 51:7, 58:14, 58:20, 59:8, 68:4
**SECURITY** [41] - 22:14, 22:23, 22:25, 23:4, 23:8, 57:17, 57:18, 58:6, 58:7, 60:24, 61:1, 61:2, 62:12, 62:25, 63:6, 63:8, 63:22, 63:25, 64:1, 64:2, 64:3, 65:10, 65:14, 65:18, 66:3, 76:4, 76:6, 77:25, 78:4, 80:21, 80:23, 80:24, 80:25, 81:19, 81:25
**SEE** [27] - 10:3, 11:23, 12:4, 12:12, 14:4, 21:8, 22:4, 24:4, 24:5, 24:6, 24:8, 24:9, 24:13, 31:20, 45:23, 46:16, 48:15, 49:2, 53:2, 55:16, 56:4, 57:8, 57:11, 60:5, 64:10, 64:14, 83:3
**SEEING** [1] - 74:21
**SEEKING** [1] - 75:5
**SEEKS** [1] - 31:4
**SEEMS** [1] - 73:2
**SEEN** [2] - 5:19, 18:5
**SEGREST** [1] - 70:13
**SELFIE** [1] - 14:21
**SELL** [2] - 28:1, 61:20
**SELLING** [2] - 22:5, 40:4
**SEND** [1] - 16:1
**SENIOR** [1] - 29:15
**SENT** [1] - 83:15
**SEPARATE** [1] - 37:3
**SEQUESTERED** [1] - 28:18
**SEQUESTRATION** [2] - 28:16, 28:20
**SERIES** [2] - 32:13, 37:6, 37:17
**SERVE** [5] - 22:24, 33:11, 37:7, 37:11, 39:13
**SERVED** [1] - 12:12
**SET** [5] - 46:6, 46:8, 51:8, 51:12, 75:15
**SEVEN** [1] - 47:11
**SEVERAL** [6] - 21:6, 22:3, 25:10, 25:16, 26:2, 68:3
**SHAANXI** [4] - 42:20, 45:2, 45:3, 45:15
**SHALL** [2] - 59:15,

59:16
SHANGHAI [2] - 55:11, 56:8
SHE [6] - 14:9, 27:19, 27:20, 27:21, 55:23, 58:2
SHELF [1] - 23:19
SHI [1] - 17:4
SHOTS [1] - 24:7
SHOULD [16] - 4:17, 4:18, 5:7, 5:10, 7:19, 8:20, 10:11, 14:3, 15:25, 44:20, 57:25, 61:15, 64:23, 66:2, 69:6, 71:20
SHOULDN'T [1] - 16:3
SHOW [15] - 12:8, 20:22, 46:21, 46:23, 62:16, 62:18, 62:20, 62:21, 62:22, 63:10, 63:13, 63:14, 70:19
SHOWED [2] - 27:24, 27:25
SHOWING [4] - 52:9, 52:10, 63:17, 63:18
SHOWN [1] - 30:23
SHOWS [4] - 15:10, 15:12, 15:19, 30:23
SIDE [9] - 31:15, 31:19, 44:25, 47:23, 52:5, 52:6, 52:18, 69:6, 77:21
SIDEBAR [1] - 57:14
SIDEBAR [5] - 9:21, 57:12, 58:12, 60:6, 60:10
SIDES [2] - 9:24, 65:10
SIGN [1] - 53:22
SIGNED [2] - 43:14, 52:25
SIGNIFICANCE [5] - 71:1, 71:5, 71:7, 72:12, 73:23
SIGNING [2] - 43:11, 50:21
SILENT [1] - 6:25
SIMILAR [1] - 82:11
SIMPLE [2] - 26:8, 83:13
SIMPLY [6] - 7:13, 26:15, 61:2, 66:6, 70:19, 84:18
SINCE [4] - 6:24, 32:7, 61:10, 74:19
SIOBHAN [3] - 40:14, 40:17, 40:23
SIR [1] - 34:4
SISTER [1] - 26:24
SIT [1] - 23:18

SITE [2] - 21:8, 72:16
SITUATION [1] - 24:22
SIX [1] - 18:8
SIZE [2] - 17:9, 47:3
SKIES [1] - 32:14
SLATE [1] - 6:20
SLIP [1] - 64:19
SMALL [2] - 47:23, 55:19
SMUKLER [1] - 82:9
SMUKLER'S [1] - 82:15
SNAPCHAT [1] - 24:10
SO [105] - 10:1, 10:5, 12:21, 14:4, 14:14, 14:24, 19:1, 21:19, 21:22, 23:6, 23:15, 24:16, 26:18, 27:10, 27:14, 28:19, 29:17, 32:7, 32:11, 32:17, 32:21, 32:23, 32:25, 33:7, 34:1, 34:5, 34:14, 35:1, 35:4, 35:9, 35:13, 35:15, 35:16, 35:23, 35:24, 36:5, 36:17, 37:6, 37:9, 37:16, 37:25, 38:6, 38:14, 39:7, 39:10, 42:19, 46:14, 49:25, 50:15, 51:14, 52:17, 53:10, 53:17, 54:11, 55:10, 56:4, 56:7, 56:11, 56:19, 56:24, 58:23, 59:20, 60:8, 60:13, 60:14, 60:19, 61:5, 61:8, 61:9, 62:18, 63:1, 63:6, 63:11, 63:22, 64:13, 64:22, 65:6, 65:13, 65:17, 66:7, 66:15, 66:21, 69:20, 69:23, 70:8, 70:20, 71:9, 72:14, 72:17, 72:23, 74:5, 76:16, 77:18, 78:20, 79:6, 79:19, 79:22, 80:7, 80:8, 80:24, 81:5, 82:3, 83:12, 83:16, 84:13
SOCIAL [1] - 8:17
SOLD [3] - 22:8, 24:25
SOLDIER [1] - 11:11
SOLELY [2] - 5:21, 7:14
SOME [18] - 4:9, 6:10, 12:14, 12:25, 14:4, 17:23, 20:11, 22:11, 34:12, 34:14, 34:17, 34:20, 54:10, 76:6,

76:14, 78:13, 78:14, 81:16
SOMEONE [4] - 23:16, 23:19, 78:1, 83:3
SOMETHING [11] - 13:13, 20:23, 23:18, 24:24, 51:4, 61:19, 67:12, 70:20, 71:12, 83:23
SOMETIMES [1] - 5:13
SOON [1] - 10:22
SORRY [3] - 55:24, 57:7, 60:20
SORTED [1] - 21:10
SOUND [1] - 38:12
SOUNDS [1] - 38:13
SOURCE [1] - 7:23
SPEAKEASY [1] - 38:19
SPEAKER [1] - 32:13
SPECIAL [7] - 11:6, 12:16, 12:18, 12:20, 24:12, 33:19, 35:22
SPECIFIC [8] - 18:20, 64:16, 67:23, 68:10, 76:11, 76:24, 83:15
SPECIFICALLY [4] - 68:15, 70:2, 80:4, 81:6
SPECIFICITY [1] - 77:19
SPECIFICS [1] - 76:21
SPECIFIED [1] - 49:16
SPECTACLES [1] - 70:25
SPENT [1] - 69:22
SPIRIT [1] - 31:24
SPLIT [1] - 48:23
SPOKE [1] - 75:19
SPOKEN [1] - 79:7
SPORTSZONE [1] - 34:5
SQUARELY [1] - 67:11
STAFF [6] - 33:8, 35:8, 35:10, 35:11, 35:13
STANCHIONS [1] - 23:1
STAND [2] - 27:21, 28:25
STANDARD [6] - 72:6, 72:21, 76:20, 78:23, 82:18
STANDARDS [1] - 83:24
STANDING [2] - 21:22, 25:4
START [1] - 8:24
STARTED [3] - 10:12, 10:23, 84:3

STARTS [3] - 6:19, 13:3, 65:24
STATE [5] - 29:1, 36:7, 40:16, 46:3, 69:23
STATED [1] - 39:6
STATEMENT [7] - 3:9, 3:18, 9:3, 9:7, 31:21, 31:23
STATEMENTS [4] - 5:1, 9:8, 9:9, 86:3
STATES [12] - 1:1, 1:4, 11:5, 11:7, 26:4, 26:13, 45:4, 46:4, 67:19, 68:14, 68:22, 69:13
STATUE [3] - 11:2, 25:7, 71:24
STATUES [6] - 13:24, 17:9, 25:8, 51:19, 53:7, 59:12
STATUTE [14] - 3:12, 3:13, 67:10, 67:14, 67:21, 67:24, 68:7, 69:1, 70:4, 70:9, 71:17, 71:18, 72:25, 84:9
STATUTES [1] - 68:4
STATUTORY [1] - 69:10
STAY [3] - 13:3, 14:13, 15:13
STEAL [7] - 24:22, 27:2, 61:3, 63:21, 64:11, 64:16, 64:21
STEALING [6] - 11:1, 11:2, 11:9, 19:16, 27:17
STENOGRAPHER [1] - 60:7
STEP [2] - 13:25, 40:9
STEPS [1] - 58:25
STEWART [1] - 67:23
STILL [8] - 14:14, 15:7, 17:17, 38:17, 61:5, 65:12, 75:23, 78:5
STIPULATE [1] - 4:23
STOLE [10] - 11:14, 11:18, 11:22, 15:19, 19:8, 19:17, 20:23, 61:3, 61:19
STOLEN [4] - 11:20, 15:11, 16:10, 84:19
STOPPED [1] - 19:21
STRAIGHT [1] - 3:11
STRAIGHT-UP [1] - 3:11
STREET [5] - 1:15, 1:22, 2:5, 26:11,

35:17
STRETCHED [1] - 13:14
STRICKEN [2] - 5:16
STUPID [1] - 28:8
SUBJECT [3] - 66:13, 76:22, 83:10
SUBMIT [2] - 3:10, 78:10
SUBPOENA [8] - 74:25, 75:5, 77:20, 78:12, 78:13, 82:12, 82:20, 83:8
SUBSEQUENT [3] - 67:14, 71:23, 72:24
SUCCESSFUL [2] - 54:3, 54:5
SUCH [7] - 3:12, 5:25, 12:15, 32:11, 39:11, 59:17, 73:3
SUGGESTED [1] - 77:9
SUITE [2] - 1:15, 2:4
SUMMARIZE [1] - 9:16
SUPPOSED [3] - 13:13, 22:12, 81:21
SUPREME [2] - 76:23, 83:24
SURE [10] - 29:9, 29:17, 31:24, 32:7, 32:17, 34:14, 52:2, 66:11, 66:19, 81:15
SURPRISINGLY [2] - 22:11, 22:13
SURVEILLANCE [10] - 11:23, 19:15, 62:21, 62:22, 63:9, 63:10, 63:17, 66:6, 66:7, 66:9
SURVEILLED [1] - 23:7
SUSTAINED [4] - 5:9, 5:15, 40:1, 40:7
SWEATER [2] - 12:22, 23:24
SWEATERS [1] - 24:1
SWORD [1] - 34:19
SWORN [3] - 4:9, 29:4, 40:18
SYNDICATE [1] - 54:16

T

TAB [3] - 30:18, 42:14
TAG [1] - 55:5
TAKE [17] - 10:14, 10:15, 13:21, 14:1, 23:17, 23:19, 28:3,

33:6, 42:12, 43:17, 51:20, 51:24, 53:12, 55:13, 58:24, 59:5, 60:17

**TAKEN** [4] - 4:17, 17:20, 19:25, 21:1

**TAKES** [4] - 14:20, 15:3, 15:11, 16:16

**TAKING** [2] - 14:21, 81:21

**TALK** [17] - 7:13, 8:9, 8:21, 18:14, 20:3, 36:17, 36:23, 37:9, 44:13, 63:8, 63:9, 67:18, 67:21, 73:17, 76:2, 81:16, 82:4

**TALKED** [7] - 26:18, 50:16, 51:3, 51:7, 51:24, 52:17, 78:12

**TALKING** [6] - 3:22, 35:4, 56:20, 70:10, 71:22, 73:5

**TALKS** [1] - 56:19

**TAPE** [4] - 62:16, 62:17, 62:21, 62:22

**TAPES** [7] - 63:9, 63:10, 63:12, 63:13, 63:18, 76:21

**TECHNICAL** [1] - 60:12

**TECHNOLOGY** [5] - 8:9, 20:11, 32:2, 32:6, 41:7

**TELL** [14] - 9:19, 25:18, 29:7, 29:16, 30:20, 32:3, 32:16, 35:7, 40:3, 40:21, 42:17, 46:2, 48:9, 57:3

**TELLING** [1] - 25:15

**TEN** [3] - 15:7, 48:17, 48:18

**TERM** [3] - 68:17, 68:25, 70:8

**TERMINOLOGY** [1] - 50:14

**TERMS** [3] - 50:13, 64:1, 80:9

**TERRACOTTA** [37] - 11:10, 12:19, 13:16, 13:21, 13:24, 14:2, 14:11, 14:15, 14:25, 15:2, 15:9, 15:18, 16:10, 16:18, 16:20, 17:1, 17:8, 18:18, 18:23, 19:14, 19:15, 20:16, 21:6, 27:16, 36:1, 42:5, 43:6, 47:7, 49:6, 50:2, 53:25, 72:12, 73:14,

73:23, 75:14, 79:16, 79:21

**TERRIBLE** [1] - 25:2

**TEST** [1] - 34:16

**TESTIFIED** [2] - 7:2, 49:25

**TESTIFY** [3] - 6:24, 26:6, 66:5

**TESTIFYING** [1] - 28:22

**TESTIMONY** [6] - 4:20, 5:17, 5:25, 6:9, 11:24, 65:23

**TEXT** [1] - 8:14

**THAN** [13] - 7:7, 10:21, 16:23, 25:5, 25:20, 26:17, 67:12, 71:2, 72:5, 72:24, 73:3, 73:9, 74:4

**THANK** [22] - 4:3, 10:25, 20:8, 20:10, 28:10, 30:14, 38:25, 40:8, 40:9, 44:16, 56:1, 56:23, 57:6, 58:11, 58:21, 59:23, 60:3, 66:14, 67:4, 74:8, 74:21, 79:5

**THAT** [365] - 3:4, 3:8, 3:10, 3:18, 3:19, 4:1, 4:8, 4:14, 4:16, 4:22, 4:23, 5:2, 5:5, 5:9, 5:14, 5:15, 5:17, 6:2, 6:5, 6:14, 7:6, 7:9, 7:16, 8:6, 8:7, 9:19, 10:2, 10:8, 10:10, 10:13, 10:18, 10:20, 10:23, 11:11, 11:14, 11:18, 11:20, 11:22, 12:5, 12:7, 12:13, 12:14, 12:18, 13:15, 13:18, 13:25, 14:3, 14:22, 14:24, 15:1, 15:10, 15:11, 15:19, 15:23, 16:7, 16:9, 16:18, 16:20, 16:21, 16:22, 16:24, 17:6, 17:7, 17:22, 17:25, 18:4, 18:5, 18:6, 18:7, 18:8, 18:9, 18:10, 18:13, 18:15, 18:16, 18:19, 18:22, 18:24, 19:1, 19:5, 19:19, 19:20, 19:21, 19:23, 20:4, 20:7, 20:22, 20:23, 21:1, 21:16, 22:1, 22:3, 22:7, 22:14, 22:21, 22:24, 23:4, 23:5, 23:18, 23:19, 23:21, 23:23, 24:1, 24:12,

24:14, 24:25, 25:1, 25:2, 25:5, 25:17, 25:19, 25:25, 26:6, 26:9, 26:14, 26:15, 26:16, 26:17, 26:25, 27:1, 27:6, 27:9, 27:22, 28:6, 28:9, 28:19, 28:20, 28:24, 29:16, 30:6, 30:18, 31:17, 32:4, 32:9, 32:11, 32:23, 33:1, 33:10, 33:15, 33:19, 33:23, 33:24, 34:7, 34:9, 34:17, 34:18, 34:19, 35:12, 36:17, 37:3, 37:11, 37:21, 38:1, 38:12, 38:15, 38:20, 39:9, 40:4, 41:23, 41:25, 42:8, 42:16, 42:24, 45:16, 45:23, 46:5, 46:16, 46:18, 46:20, 46:22, 47:10, 47:11, 47:19, 47:20, 48:1, 48:6, 48:11, 48:15, 48:23, 49:2, 49:16, 49:17, 49:25, 50:15, 51:3, 51:4, 51:8, 51:11, 51:18, 51:22, 51:24, 52:17, 52:25, 53:5, 53:12, 53:15, 53:20, 54:4, 54:19, 55:13, 55:16, 57:2, 57:5, 57:16, 57:21, 57:22, 57:25, 58:14, 58:15, 58:24, 59:5, 59:10, 59:17, 60:19, 61:1, 61:7, 61:8, 61:13, 61:16, 61:18, 61:25, 62:2, 62:7, 62:9, 62:11, 62:13, 62:17, 62:18, 62:20, 62:22, 63:7, 63:14, 63:19, 64:3, 64:5, 64:6, 64:7, 64:9, 64:19, 64:20, 64:25, 65:5, 65:10, 65:13, 65:22, 65:25, 66:1, 66:7, 66:9, 66:12, 66:18, 66:24, 67:6, 67:8, 67:16, 67:23, 68:3, 68:8, 68:9, 69:1, 69:8, 69:11, 69:12, 69:18, 69:19, 69:21, 70:4, 70:6, 70:10, 70:12, 70:20, 71:1, 71:2, 71:3, 71:9, 71:10, 71:11, 71:17, 71:18, 71:20, 71:21, 72:2, 72:8, 72:10, 72:13, 72:17, 72:19,

72:20, 73:3, 73:6, 73:9, 73:11, 73:15, 73:16, 73:17, 73:19, 74:7, 74:10, 75:3, 75:5, 75:11, 75:22, 76:11, 76:16, 76:23, 77:2, 77:8, 77:11, 77:23, 78:9, 78:13, 78:16, 78:22, 79:19, 79:20, 79:24, 79:25, 80:2, 80:6, 80:15, 80:21, 80:22, 80:24, 81:1, 81:14, 81:16, 81:23, 82:4, 82:13, 83:1, 83:9, 83:18, 83:19, 83:22, 84:8, 84:11, 84:16, 84:19, 85:2

**THAT'S** [46] - 3:25, 11:3, 16:17, 18:25, 20:17, 22:10, 23:9, 23:12, 23:14, 24:2, 24:14, 28:4, 31:18, 33:3, 37:20, 37:22, 47:16, 47:24, 48:4, 56:7, 56:15, 57:20, 59:2, 59:20, 61:21, 63:2, 64:3, 65:2, 65:6, 65:9, 72:4, 72:6, 73:15, 73:23, 73:25, 79:16, 80:1, 80:8, 80:11, 80:17, 82:5, 83:23

**THE** [1064] - 1:14, 2:2, 2:5, 2:8, 3:1, 3:3, 3:7, 3:9, 3:11, 3:12, 3:13, 3:15, 3:17, 3:18, 3:22, 3:23, 3:25, 4:1, 4:4, 4:7, 4:8, 4:10, 4:11, 4:12, 4:13, 4:14, 4:15, 4:16, 4:18, 4:19, 4:20, 4:21, 4:22, 4:23, 5:1, 5:2, 5:3, 5:5, 5:6, 5:7, 5:8, 5:9, 5:10, 5:11, 5:12, 5:13, 5:14, 5:15, 5:16, 5:17, 5:20, 5:21, 5:22, 6:4, 6:11, 6:15, 6:16, 6:17, 6:19, 6:21, 6:22, 6:24, 6:25, 7:1, 7:3, 7:6, 7:9, 7:12, 7:13, 7:14, 7:15, 7:16, 7:17, 7:18, 7:20, 7:22, 7:24, 8:4, 8:5, 8:8, 8:11, 8:13, 8:21, 8:23, 8:24, 8:25, 9:1, 9:2, 9:5, 9:6, 9:9, 9:10, 9:12, 9:13, 9:14, 9:15, 9:16,

9:17, 9:20, 9:24, 9:25, 10:4, 10:5, 10:6, 10:8, 10:10, 10:15, 10:16, 10:24, 11:2, 11:4, 11:7, 11:8, 11:9, 11:10, 11:12, 11:14, 11:15, 11:16, 11:17, 11:23, 11:25, 12:1, 12:2, 12:9, 12:11, 12:12, 12:13, 12:14, 12:15, 12:16, 12:18, 12:19, 12:25, 13:1, 13:2, 13:3, 13:6, 13:7, 13:11, 13:16, 13:17, 13:21, 13:25, 14:2, 14:6, 14:11, 14:16, 14:17, 14:18, 14:19, 14:25, 15:2, 15:5, 15:6, 15:7, 15:11, 15:13, 15:14, 15:15, 15:18, 15:20, 15:24, 16:1, 16:5, 16:6, 16:7, 16:8, 16:10, 16:13, 16:16, 16:17, 16:20, 17:1, 17:2, 17:3, 17:4, 17:6, 17:11, 17:13, 17:16, 17:18, 17:19, 17:22, 17:24, 17:25, 18:5, 18:7, 18:10, 18:14, 18:18, 18:19, 18:24, 18:25, 19:1, 19:2, 19:8, 19:9, 19:11, 19:16, 19:22, 19:23, 20:1, 20:2, 20:3, 20:5, 20:6, 20:9, 20:16, 20:19, 20:23, 21:1, 21:2, 21:4, 21:5, 21:8, 21:12, 21:14, 21:15, 21:16, 21:17, 21:24, 22:2, 22:4, 22:6, 22:11, 22:13, 22:16, 22:19, 22:21, 22:22, 22:23, 22:24, 22:25, 23:1, 23:2, 23:3, 23:7, 23:10, 23:13, 23:14, 23:20, 24:3, 24:6, 24:8, 24:9, 24:10, 24:11, 24:17, 24:20, 24:21, 24:22, 24:23, 24:25, 25:4, 25:6, 25:7, 25:8, 25:12, 25:19, 25:20, 25:24, 26:1, 26:2, 26:3, 26:4, 26:10, 26:11, 26:16, 27:7, 27:11, 27:16, 27:19, 27:24, 27:25, 28:4, 28:11, 28:13, 28:17, 28:20,

28:21, 28:22, 28:23, 28:25, 29:1, 29:3, 29:7, 29:10, 29:13, 29:16, 29:17, 29:18, 29:19, 29:21, 29:24, 30:3, 30:8, 30:13, 30:18, 31:1, 31:3, 31:5, 31:6, 31:10, 31:12, 31:15, 31:19, 31:22, 31:24, 31:25, 32:1, 32:3, 32:4, 32:5, 32:10, 32:16, 32:18, 32:19, 32:20, 32:22, 33:5, 33:10, 33:13, 33:15, 33:16, 33:19, 33:24, 34:2, 34:3, 34:6, 34:8, 34:9, 34:12, 34:13, 34:14, 34:16, 34:18, 34:22, 34:23, 34:24, 34:25, 35:2, 35:7, 35:8, 35:12, 35:14, 35:15, 35:16, 35:17, 35:18, 35:19, 35:20, 35:21, 35:23, 35:24, 36:1, 36:3, 36:6, 36:7, 36:11, 36:18, 36:21, 36:24, 37:2, 37:14, 37:16, 37:23, 38:7, 38:9, 38:11, 38:24, 39:3, 39:5, 39:11, 39:12, 39:19, 39:25, 40:1, 40:3, 40:6, 40:7, 40:9, 40:12, 40:13, 40:15, 40:16, 40:17, 40:21, 40:25, 41:1, 41:7, 41:8, 41:10, 41:11, 41:15, 41:17, 41:22, 42:1, 42:3, 42:5, 42:6, 42:9, 42:18, 42:19, 42:20, 42:21, 43:1, 43:2, 43:5, 43:6, 43:7, 43:8, 43:10, 43:14, 43:18, 43:19, 43:21, 43:25, 44:1, 44:3, 44:4, 44:6, 44:8, 44:9, 44:11, 44:13, 44:14, 44:19, 44:21, 44:22, 44:23, 44:25, 45:2, 45:3, 45:4, 45:5, 45:6, 45:8, 45:10, 45:15, 45:17, 45:18, 45:25, 46:2, 46:3, 46:4, 46:5, 46:6, 46:7, 46:8, 46:10, 46:14, 46:18, 46:20, 46:21, 46:23, 46:24, 46:25, 47:1, 47:2, 47:3, 47:4, 47:5,

47:7, 47:10, 47:11, 47:14, 47:16, 47:20, 47:22, 47:23, 48:4, 48:6, 48:9, 48:10, 48:14, 48:18, 48:20, 48:23, 48:24, 49:5, 49:6, 49:7, 49:9, 49:11, 49:16, 50:2, 50:11, 50:13, 50:14, 50:15, 51:2, 51:11, 51:12, 51:14, 51:17, 51:18, 51:19, 51:22, 51:23, 51:25, 52:2, 52:3, 52:5, 52:9, 52:12, 52:17, 52:18, 52:19, 52:22, 53:2, 53:5, 53:14, 53:17, 53:21, 53:24, 53:25, 54:2, 54:9, 54:11, 54:13, 54:18, 54:21, 55:3, 55:5, 55:7, 55:10, 55:18, 55:25, 56:4, 56:7, 56:15, 56:18, 56:19, 56:20, 57:3, 57:9, 57:13, 57:16, 57:18, 57:22, 57:25, 58:1, 58:5, 58:7, 58:8, 58:10, 58:13, 58:18, 58:20, 58:23, 58:25, 59:2, 59:11, 59:12, 59:15, 59:18, 60:1, 60:3, 60:7, 60:10, 60:11, 60:17, 60:18, 60:22, 60:25, 61:1, 61:3, 61:5, 61:6, 61:7, 61:8, 61:11, 61:14, 61:15, 61:17, 61:19, 61:20, 61:21, 61:24, 61:25, 62:1, 62:2, 62:5, 62:7, 62:8, 62:9, 62:11, 62:12, 62:15, 62:17, 62:18, 62:19, 62:20, 62:21, 62:22, 62:23, 63:7, 63:8, 63:12, 63:13, 63:14, 63:16, 63:17, 63:18, 63:23, 63:24, 64:1, 64:3, 64:6, 64:7, 64:9, 64:10, 64:11, 64:12, 64:13, 64:16, 64:22, 64:25, 65:2, 65:4, 65:5, 65:9, 65:10, 65:11, 65:13, 65:17, 65:18, 65:22, 65:24, 65:25, 66:6, 66:7, 66:8, 66:11, 66:12, 66:15, 66:16, 66:18, 66:19, 66:20, 66:21, 66:23, 66:24, 67:3, 67:5,

67:6, 67:7, 67:8, 67:10, 67:13, 67:14, 67:17, 67:18, 67:19, 67:22, 67:24, 68:1, 68:5, 68:13, 68:14, 68:16, 68:18, 68:20, 68:21, 68:23, 68:24, 68:25, 69:3, 69:6, 69:7, 69:10, 69:11, 69:12, 69:14, 69:17, 69:18, 69:19, 70:1, 70:8, 70:9, 70:12, 70:13, 70:15, 70:18, 70:20, 70:21, 70:22, 70:23, 71:1, 71:4, 71:5, 71:6, 71:9, 71:10, 71:11, 71:14, 71:15, 71:16, 71:23, 71:24, 72:1, 72:4, 72:6, 72:7, 72:8, 72:9, 72:12, 72:14, 72:15, 72:16, 72:18, 72:21, 72:24, 72:25, 73:1, 73:2, 73:3, 73:4, 73:6, 73:7, 73:8, 73:13, 73:17, 73:21, 73:22, 73:23, 73:25, 74:3, 74:4, 74:5, 74:6, 74:9, 74:13, 74:15, 74:16, 74:20, 74:23, 74:24, 75:1, 75:3, 75:5, 75:6, 75:7, 75:9, 75:11, 75:13, 75:14, 75:16, 75:19, 75:23, 75:24, 76:1, 76:3, 76:5, 76:6, 76:7, 76:13, 76:14, 76:15, 76:16, 76:17, 76:20, 76:21, 76:23, 76:25, 77:1, 77:2, 77:4, 77:5, 77:6, 77:7, 77:8, 77:10, 77:15, 77:18, 77:20, 77:21, 77:22, 77:24, 77:25, 78:1, 78:3, 78:4, 78:5, 78:8, 78:11, 78:12, 78:13, 78:14, 78:18, 78:23, 79:1, 79:4, 79:8, 79:9, 79:14, 79:15, 79:17, 79:18, 79:19, 79:20, 79:21, 80:1, 80:2, 80:3, 80:4, 80:5, 80:6, 80:7, 80:9, 80:12, 80:13, 80:14, 80:15, 80:16, 80:17, 80:24, 80:25, 81:1, 81:3, 81:5, 81:7, 81:8, 81:9, 81:13, 81:18, 81:19, 81:22,

81:23, 81:25, 82:2, 82:8, 82:9, 82:12, 82:13, 82:14, 82:16, 82:18, 82:24, 83:5, 83:6, 83:7, 83:8, 83:10, 83:14, 83:16, 83:18, 83:24, 83:25, 84:1, 84:2, 84:3, 84:4, 84:6, 84:7, 84:8, 84:9, 84:13, 84:17, 84:18, 84:20, 85:2, 85:3
**THEFT** [17] - 20:5, 20:21, 23:6, 24:20, 25:13, 26:8, 26:12, 61:5, 61:17, 68:4, 68:11, 76:14, 77:11, 77:13, 84:12, 84:13, 84:14
**THEIR** [31] - 3:9, 5:4, 9:15, 9:24, 14:10, 23:17, 24:1, 25:23, 34:15, 34:16, 38:2, 39:23, 40:4, 56:16, 57:19, 58:16, 59:19, 63:4, 63:12, 63:19, 66:20, 67:7, 70:25, 71:21, 73:18, 73:19, 76:12, 77:22, 79:21, 83:16, 83:20
**THEM** [23] - 9:11, 14:6, 14:7, 18:9, 18:10, 24:5, 24:6, 24:8, 26:22, 27:8, 27:24, 27:25, 28:6, 47:2, 50:6, 50:7, 59:1, 63:12, 63:19, 83:5, 83:15, 83:18
**THEME** [1] - 33:10
**THEMES** [1] - 38:19
**THEMSELVES** [1] - 12:25
**THEN** [25] - 4:1, 4:13, 5:11, 5:14, 9:18, 13:12, 13:20, 14:3, 14:12, 14:24, 15:5, 19:18, 26:2, 38:1, 42:17, 45:18, 46:15, 51:7, 54:18, 55:12, 56:11, 67:25, 69:10, 79:17, 81:18
**THERE** [67] - 5:23, 6:14, 8:25, 9:23, 12:13, 13:8, 14:16, 17:8, 22:3, 24:6, 24:12, 30:2, 30:19, 30:21, 31:20, 42:8, 42:24, 45:16, 47:22, 47:23, 47:24, 48:1, 51:3, 51:8, 52:12,

53:25, 54:21, 58:2, 58:3, 61:3, 61:4, 63:21, 63:22, 64:17, 65:7, 65:14, 65:15, 66:6, 66:17, 67:10, 67:16, 68:3, 69:4, 69:5, 69:24, 70:2, 70:9, 71:25, 76:1, 76:2, 76:16, 77:13, 77:14, 77:23, 77:25, 78:3, 78:16, 80:19, 81:12, 81:16, 82:4, 82:22, 83:1, 83:22, 84:1
**THERE'S** [11] - 18:7, 30:17, 42:12, 46:15, 48:17, 64:7, 80:7, 80:20, 80:22, 80:25, 81:9
**THEREAFTER** [1] - 9:17
**THEREFORE** [2] - 6:19, 84:11
**THESE** [24] - 6:3, 8:10, 12:10, 12:17, 13:22, 14:15, 14:17, 17:2, 17:11, 17:17, 17:22, 24:23, 28:5, 46:11, 46:19, 51:12, 53:2, 53:6, 53:7, 64:24, 66:6, 72:18, 76:8, 78:17
**THEY** [120] - 4:25, 5:5, 10:6, 10:8, 10:9, 10:11, 10:20, 12:25, 13:1, 13:7, 13:8, 13:9, 13:10, 13:22, 13:23, 14:8, 15:14, 15:15, 15:16, 15:17, 15:20, 16:8, 16:10, 16:12, 17:11, 17:12, 17:13, 17:20, 17:21, 17:22, 19:4, 20:15, 20:17, 20:20, 20:22, 21:10, 21:17, 22:4, 22:7, 22:8, 22:9, 22:10, 22:12, 22:17, 22:22, 22:24, 23:1, 23:5, 23:9, 24:3, 25:10, 25:25, 27:1, 27:23, 28:23, 33:22, 34:17, 36:18, 38:4, 38:19, 39:4, 39:6, 46:6, 46:8, 48:7, 48:12, 51:14, 51:25, 52:4, 53:7, 57:19, 62:5, 62:16, 62:17, 62:21, 62:22, 62:24, 63:6, 63:8, 63:9, 63:10, 63:13, 64:8,

64:18, 64:19, 66:1,
68:9, 71:1, 71:17,
71:21, 75:11, 75:12,
75:20, 76:5, 76:9,
76:12, 76:16, 76:22,
78:12, 78:16, 78:20,
78:22, 81:2, 81:11,
83:2, 83:4, 83:14,
83:16, 84:10, 84:11,
84:12

**THEY'RE** [6] - 13:9,
25:19, 50:5, 50:7,
52:9, 52:10

**THIEF** [2] - 23:16, 28:7

**THING** [5] - 9:19, 28:1,
62:15, 80:2, 80:13

**THINGS** [13] - 4:21,
4:24, 12:5, 19:16,
24:9, 24:24, 32:21,
33:6, 33:9, 34:7,
38:20, 72:18, 82:23

**THINK** [24] - 38:9,
44:12, 55:23, 60:8,
62:11, 63:8, 64:5,
64:22, 65:9, 65:10,
65:19, 66:17, 72:3,
73:8, 73:25, 75:19,
77:22, 78:19, 78:20,
78:22, 78:24, 79:13,
79:24, 80:21

**THINKING** [2] - 16:2,
19:19

**THINKS** [3] - 14:9,
73:6, 73:7

**THIRD** [9] - 7:3, 69:18,
70:12, 75:23, 77:5,
78:24, 82:24, 83:6,
83:21

**THIRD-PARTY** [1] -
83:21

**THIS** [184] - 3:10, 4:16,
5:21, 6:12, 6:13,
6:17, 7:5, 7:6, 7:10,
7:12, 7:14, 7:15,
7:17, 7:18, 7:22,
7:24, 8:1, 8:3, 8:6,
8:10, 8:11, 8:20,
8:24, 9:7, 9:21, 10:4,
10:6, 11:3, 11:8,
11:15, 11:21, 12:6,
12:20, 14:4, 14:7,
14:9, 14:15, 14:19,
14:21, 15:25, 16:3,
16:7, 16:22, 17:1,
17:17, 18:4, 18:9,
18:11, 18:15, 18:22,
19:4, 19:17, 19:24,
20:1, 20:16, 20:20,
21:1, 21:2, 21:3,
21:8, 21:12, 21:16,

21:19, 21:20, 22:2,
22:6, 22:16, 22:18,
22:22, 23:6, 23:17,
23:22, 24:10, 24:11,
24:12, 24:18, 24:22,
25:8, 25:9, 25:15,
25:19, 25:20, 25:23,
26:7, 26:20, 27:2,
27:13, 27:21, 28:1,
28:17, 29:21, 31:21,
32:7, 33:12, 37:6,
37:13, 38:6, 38:7,
42:17, 42:18, 42:19,
42:25, 43:5, 43:11,
43:14, 44:4, 44:12,
44:25, 45:11, 45:14,
46:20, 46:22, 47:5,
47:6, 47:16, 48:2,
48:6, 48:20, 49:4,
49:5, 49:6, 49:15,
51:15, 52:17, 53:1,
55:3, 56:2, 56:25,
57:21, 57:22, 57:24,
58:24, 59:10, 59:16,
59:20, 59:21, 61:9,
61:15, 61:18, 62:14,
64:12, 64:15, 65:1,
65:3, 65:13, 66:2,
67:6, 67:21, 68:4,
68:7, 68:15, 68:21,
68:24, 69:19, 69:25,
71:17, 72:7, 72:10,
72:11, 74:22, 75:21,
77:6, 77:13, 77:23,
78:11, 79:23, 79:25,
80:20, 81:17, 82:7,
82:13, 82:18, 82:19,
83:12, 83:15, 83:25,
84:21

**THOSE** [13] - 4:14,
11:14, 19:16, 32:16,
38:17, 52:22, 65:19,
69:22, 69:23, 75:20,
76:14, 77:20, 81:12

**THOUGH** [1] - 25:10

**THOUGHT** [1] - 60:22

**THOUSAND** [1] - 21:7

**THOUSANDS** [1] -
76:9

**THREE** [9] - 6:14,
19:21, 19:22, 26:5,
26:6, 44:20, 45:9,
81:11

**THRESHOLD** [2] -
67:25, 68:5

**THROUGH** [7] - 8:14,
8:15, 8:16, 23:3,
54:17, 68:1, 68:24

**THROUGHOUT** [3] -
18:5, 59:15, 77:23

**THUMB** [39] - 11:9,
11:15, 11:23, 12:2,
15:2, 15:11, 15:19,
15:25, 16:5, 16:7,
16:10, 16:18, 16:20,
18:11, 18:15, 18:24,
19:1, 19:2, 19:4,
19:9, 19:23, 20:6,
20:7, 21:2, 21:4,
21:13, 21:16, 21:17,
23:10, 24:17, 25:4,
25:12, 25:19, 25:20,
26:17, 28:1, 61:3,
72:7, 76:14

**TICKETS** [1] - 22:8

**TIME** [26] - 9:7, 10:21,
12:6, 14:19, 16:18,
17:16, 19:16, 19:21,
20:4, 22:23, 27:7,
27:22, 42:3, 60:19,
62:3, 62:18, 66:20,
66:24, 69:22, 74:18,
76:16, 79:9, 80:7,
80:17, 81:3

**TIMES** [2] - 59:17,
70:9

**TITANIC** [1] - 36:1

**TITLE** [8] - 26:12,
29:16, 31:17, 44:4,
44:19, 45:25, 47:11,
48:18

**TO** [462] - 3:4, 3:12,
3:18, 3:25, 4:10,
4:11, 4:13, 4:14,
4:17, 4:22, 4:23, 5:3,
5:4, 5:5, 5:9, 5:11,
5:18, 5:21, 6:7, 6:8,
6:9, 6:23, 6:24, 6:25,
7:10, 7:11, 7:12,
7:13, 7:21, 7:22,
7:23, 7:25, 8:2, 8:9,
8:10, 8:19, 8:21, 9:4,
9:7, 9:16, 9:21, 9:22,
9:23, 9:24, 9:25,
10:1, 10:2, 10:4,
10:7, 10:9, 10:17,
10:18, 10:20, 10:22,
11:11, 11:21, 11:23,
11:24, 12:1, 12:4,
12:7, 12:8, 12:14,
12:15, 12:24, 13:1,
13:6, 13:7, 13:8,
13:9, 13:10, 13:12,
13:13, 13:14, 13:15,
13:16, 13:17, 13:18,
13:19, 13:20, 13:25,
14:1, 14:4, 14:12,
14:13, 14:15, 14:17,
14:25, 15:5, 15:6,
15:12, 15:16, 15:17,

15:19, 15:20, 15:21,
15:25, 16:1, 16:10,
16:13, 16:19, 16:22,
16:25, 17:12, 17:21,
17:23, 18:12, 18:25,
19:5, 19:7, 19:9,
19:11, 19:13, 19:19,
19:23, 19:24, 20:3,
20:4, 20:13, 20:15,
20:20, 20:22, 21:11,
21:16, 21:19, 21:22,
22:5, 22:6, 22:9,
22:12, 22:24, 22:25,
23:2, 23:8, 23:12,
23:14, 23:18, 24:4,
24:18, 24:19, 24:21,
25:5, 25:12, 25:13,
25:16, 25:17, 25:23,
26:6, 26:15, 26:18,
27:7, 27:18, 27:19,
27:23, 27:25, 28:1,
28:6, 28:21, 28:22,
29:24, 30:8, 30:9,
30:16, 30:18, 31:2,
31:4, 31:5, 31:10,
31:13, 32:1, 32:10,
32:20, 32:21, 32:22,
33:8, 33:10, 33:13,
34:20, 35:1, 35:12,
35:18, 35:19, 36:1,
36:5, 36:18, 36:19,
37:9, 37:11, 37:17,
37:24, 37:25, 38:1,
38:4, 38:11, 39:4,
39:7, 39:9, 42:6,
42:14, 42:25, 43:5,
43:7, 43:20, 43:24,
44:7, 44:18, 44:21,
44:23, 45:8, 45:17,
45:18, 45:21, 46:4,
46:5, 46:9, 46:14,
47:5, 47:10, 48:12,
48:13, 49:1, 49:10,
50:2, 50:6, 50:7,
50:24, 51:18, 51:22,
51:25, 53:1, 53:2,
53:10, 53:15, 53:20,
53:24, 53:25, 54:3,
54:5, 56:2, 57:25,
58:3, 58:5, 58:8,
58:10, 58:24, 58:25,
59:1, 59:18, 60:12,
60:23, 61:2, 61:6,
61:7, 61:8, 61:13,
61:14, 61:16, 61:19,
62:1, 62:3, 62:5,
62:7, 62:14, 62:16,
62:18, 62:19, 62:20,
62:21, 62:22, 63:8,
63:9, 63:10, 63:11,
63:14, 63:17, 63:18,

63:21, 64:1, 64:2,
64:6, 64:8, 64:9,
64:10, 64:11, 64:14,
64:16, 64:19, 64:20,
64:21, 64:23, 64:24,
65:1, 65:3, 65:5,
65:7, 65:11, 65:17,
65:18, 65:19, 65:22,
66:2, 66:6, 66:10,
66:12, 66:13, 66:19,
66:20, 66:24, 67:6,
67:10, 67:22, 68:4,
68:6, 68:9, 68:10,
68:16, 68:18, 68:24,
69:21, 69:25, 70:9,
70:13, 70:15, 70:16,
70:19, 70:23, 72:1,
72:4, 72:9, 72:12,
72:14, 72:17, 72:18,
73:1, 73:2, 73:3,
73:4, 73:7, 73:18,
73:19, 74:3, 74:9,
74:25, 75:3, 75:4,
75:5, 75:6, 75:7,
75:8, 75:12, 75:14,
75:19, 75:21, 76:4,
76:6, 76:8, 76:9,
76:12, 76:14, 76:17,
76:19, 76:21, 77:4,
77:8, 77:15, 77:16,
77:19, 77:25, 78:6,
78:8, 78:11, 78:16,
78:21, 79:2, 79:7,
79:11, 79:21, 79:24,
80:6, 80:8, 80:12,
80:15, 80:22, 81:1,
81:2, 81:19, 81:21,
81:22, 82:7, 82:12,
82:14, 82:22, 83:3,
83:5, 83:6, 83:10,
83:12, 83:15, 83:18,
83:19, 83:20, 83:21,
84:6, 84:15, 84:16

**TODAY** [4] - 10:12,
26:21, 81:23

**TOGETHER** [6] - 11:6,
12:24, 13:3, 21:11,
25:11, 38:14

**TOLD** [4] - 5:18,
21:24, 27:8, 27:10

**TOMB** [2] - 17:7, 17:8

**TOMORROW** [4] -
60:13, 77:7, 84:3,
84:21

**TOO** [5] - 14:4, 64:23,
75:23, 78:22, 79:16

**TOOK** [3] - 23:10,
24:17, 24:19

**TOOLS** [3] - 7:21, 8:8,
8:10

**TOP** [3] - 54:2, 55:18, 56:4
**TOTALLY** [1] - 54:14
**TOUCHING** [1] - 8:20
**TOUR** [1] - 22:20
**TOWARD** [1] - 74:5
**TRAIN** [2] - 10:18, 34:6
**TRANSCRIPT** [2] - 68:15, 85:3
**TRAVELING** [2] - 25:8, 35:24
**TREASURE** [1] - 18:1
**TREAT** [1] - 5:12
**TRI** [1] - 36:7
**TRI-STATE** [1] - 36:7
**TRIAL** [7] - 1:10, 4:11, 4:16, 7:10, 7:16, 8:25, 76:12
**TRUE** [1] - 71:18
**TRULY** [1] - 27:5
**TRUSTS** [1] - 27:20
**TRY** [5] - 7:23, 8:20, 10:22, 28:1, 79:7
**TRYING** [5] - 9:22, 10:2, 10:9, 39:9, 70:13
**TUCKER** [1] - 1:9
**TUFTS** [1] - 30:1
**TURN** [13] - 16:13, 19:9, 23:13, 30:16, 30:18, 42:13, 44:7, 44:18, 45:8, 45:21, 46:13, 48:13, 49:1
**TURNED** [2] - 19:10, 62:23
**TUT** [1] - 35:25
**TUTTLE** [1] - 75:18
**TWITTER** [1] - 8:15
**TWO** [24] - 5:23, 11:13, 13:5, 16:21, 16:24, 18:6, 18:9, 20:5, 20:6, 25:16, 30:19, 37:22, 41:24, 44:7, 44:18, 44:19, 50:1, 62:25, 63:6, 75:21, 77:20, 80:19, 80:20, 82:15
**TYPE** [4] - 19:24, 33:5, 55:21, 69:19
**TYPED** [1] - 12:6
**TYPES** [2] - 18:20, 47:2

### U

**U.S** [3] - 1:14, 53:8, 82:10
**UGLY** [3] - 12:22, 23:23, 24:1

**UNCOVERED** [1] - 18:8
**UNDER** [17] - 5:6, 27:22, 49:15, 53:14, 55:3, 55:21, 68:4, 68:11, 69:7, 75:5, 76:19, 78:23, 79:10, 82:21, 83:10, 83:23, 84:2
**UNDERGRADUATE** [1] - 30:3
**UNDERSTAND** [6] - 9:4, 28:20, 53:21, 70:10, 79:9, 79:16
**UNDERSTANDING** [4] - 46:7, 57:21, 60:22, 80:20
**UNDERSTOOD** [1] - 65:21
**UNDERWRITERS** [1] - 59:19
**UNDO** [1] - 27:7
**UNFAIR** [1] - 78:7
**UNFRIENDLY** [1] - 10:9
**UNITED** [13] - 1:1, 1:4, 11:5, 11:7, 26:4, 26:13, 45:4, 46:4, 53:5, 67:19, 68:13, 68:22, 69:13
**UNIVERSITY** [1] - 30:1
**UNLESS** [2] - 6:16, 62:12
**UNQUOTE** [1] - 72:19
**UNRESOLVED** [2] - 78:6, 80:22
**UNTIL** [20] - 3:9, 4:1, 6:16, 6:22, 7:11, 7:25, 8:4, 8:22, 8:23, 10:17, 11:19, 17:16, 19:13, 19:21, 23:13, 57:21, 60:12, 66:15, 66:19, 84:21
**UNUSUAL** [1] - 10:13
**UP** [34] - 3:11, 6:7, 12:24, 13:1, 13:10, 13:16, 14:4, 14:6, 16:16, 17:16, 17:22, 17:23, 19:5, 26:1, 26:4, 27:11, 27:24, 27:25, 28:25, 31:10, 31:13, 44:8, 44:9, 52:8, 54:25, 55:14, 56:24, 57:1, 58:14, 58:19, 59:7, 68:16, 68:18, 72:9
**US** [11] - 1:22, 27:14, 35:11, 39:7, 57:3, 58:17, 74:21, 76:9, 77:4, 79:25, 80:8

**USE** [9] - 7:21, 8:7, 8:10, 50:11, 59:16, 63:24, 64:1, 66:23, 82:7
**USED** [5] - 34:18, 57:19, 70:7, 70:11, 70:23
**USING** [3] - 13:10, 14:10, 66:8

### V

**V.P** [1] - 42:4
**VALUABLE** [2] - 22:19, 70:20
**VALUATION** [1] - 79:22
**VALUE** [48] - 3:14, 18:14, 19:2, 19:4, 23:18, 25:5, 25:7, 25:12, 25:19, 25:20, 26:2, 26:15, 26:16, 46:6, 47:4, 48:1, 48:4, 49:16, 49:17, 67:14, 67:24, 68:12, 69:18, 69:21, 69:24, 70:1, 70:2, 70:3, 70:4, 70:5, 70:6, 70:21, 70:22, 71:12, 72:2, 72:8, 72:14, 72:15, 72:25, 73:4, 73:13, 73:24, 79:20, 79:23, 79:25, 81:16
**VALUED** [3] - 18:25, 51:19, 53:7
**VALUES** [7] - 46:8, 48:10, 51:8, 51:11, 52:19, 53:10, 73:16
**VANDALISM** [2] - 26:9, 64:15
**VARIED** [1] - 59:18
**VARIOUS** [1] - 25:11
**VENUES** [1] - 35:23
**VERDICT** [5] - 4:18, 7:1, 8:5, 9:18, 21:22
**VERIFY** [1] - 53:10
**VERSUS** [5] - 67:19, 68:14, 68:22, 69:13, 80:4
**VERY** [16] - 6:22, 18:3, 18:19, 22:18, 35:13, 44:3, 47:23, 67:20, 68:10, 71:22, 72:1, 72:10, 79:8, 82:11, 84:20
**VICE** [5] - 29:15, 41:2, 41:3, 41:20, 50:1
**VICE-PRESIDENT** [5] - 29:15, 41:2, 41:3, 41:20, 50:1

**VICTIM** [2] - 77:5, 83:21
**VIDEO** [8] - 11:23, 13:21, 14:1, 62:16, 62:17, 63:25, 64:1, 66:9
**VIDEOS** [3] - 24:5, 66:6, 66:7
**VIEW** [1] - 34:23
**VIKINGS** [1] - 36:2
**VIOLATES** [1] - 72:22
**VIOLATIONS** [1] - 71:16
**VISIT** [2] - 13:10, 36:3
**VISITED** [1] - 36:6
**VISITORS** [5] - 36:5, 36:18, 36:23, 53:25, 54:4
**VIVID** [2] - 18:3
**VOLITION** [1] - 71:21
**VOLUME** [1] - 77:18
**VS** [1] - 1:5

### W

**WAIT** [4] - 3:9, 4:1, 66:15, 66:19
**WAITING** [2] - 20:11, 31:13
**WALK** [1] - 14:11
**WALKED** [1] - 23:9
**WALLS** [1] - 7:15
**WALNUT** [1] - 2:5
**WANT** [7] - 9:23, 16:13, 62:20, 62:22, 76:12, 82:7, 83:2
**WANTED** [2] - 79:11, 80:8
**WANTING** [1] - 37:9
**WANTS** [1] - 14:14
**WARRIOR** [23] - 13:16, 14:1, 14:2, 14:22, 14:25, 15:3, 15:9, 15:18, 16:7, 16:10, 16:18, 16:20, 17:1, 17:2, 17:18, 18:23, 19:14, 19:15, 42:5, 50:2, 53:25, 73:15, 75:14
**WARRIORS** [24] - 12:19, 13:22, 14:15, 14:17, 14:19, 17:2, 17:9, 17:17, 18:18, 18:20, 20:16, 21:6, 27:16, 36:1, 43:6, 47:7, 49:7, 51:19, 72:12, 73:23, 79:16, 79:21
**WAS** [109] - 11:11, 12:19, 12:20, 12:21,

16:9, 17:4, 17:8, 17:18, 17:24, 18:15, 19:10, 19:13, 19:17, 19:20, 20:23, 21:1, 21:4, 22:2, 23:20, 23:21, 23:22, 23:23, 24:2, 24:12, 24:13, 24:14, 24:22, 25:1, 25:2, 25:20, 25:24, 25:25, 26:20, 27:8, 27:10, 27:11, 27:22, 28:8, 30:1, 30:2, 30:3, 32:17, 34:19, 34:20, 35:25, 41:7, 41:22, 41:24, 42:8, 42:24, 43:14, 45:16, 47:3, 48:20, 49:16, 51:2, 51:3, 54:16, 54:19, 55:3, 57:8, 57:25, 58:2, 58:3, 58:5, 61:10, 61:16, 63:22, 64:14, 64:15, 64:18, 64:25, 65:5, 65:7, 65:14, 65:15, 65:16, 66:18, 66:19, 67:24, 67:25, 68:5, 68:7, 74:10, 75:19, 76:2, 76:6, 76:15, 76:20, 76:23, 77:24, 78:19, 80:6, 80:7, 80:9, 80:10, 80:23, 81:1, 81:20, 81:21, 82:13, 82:20, 83:13, 84:7
**WASHINGTON** [1] - 43:4
**WASN'T** [2] - 23:6, 76:3
**WATERGATE** [1] - 76:21
**WAY** [14] - 8:16, 8:20, 23:2, 24:6, 24:25, 25:20, 26:17, 32:10, 39:7, 66:4, 72:21, 73:6, 73:7, 75:11
**WAYS** [2] - 16:22, 25:11
**WE** [173] - 3:2, 3:4, 3:9, 3:10, 3:12, 3:21, 4:1, 4:4, 9:20, 9:21, 9:22, 10:2, 10:12, 10:14, 10:15, 10:16, 10:22, 10:23, 11:7, 11:13, 11:17, 16:19, 16:21, 16:22, 16:24, 20:13, 20:15, 20:18, 20:19, 21:19, 24:12, 25:17, 26:11, 27:21, 28:15, 31:12, 31:20, 32:8, 32:21, 32:23,

33:3, 33:11, 34:3, 34:4, 34:14, 34:17, 35:1, 35:4, 35:9, 35:10, 35:12, 35:13, 35:15, 35:23, 36:5, 36:6, 36:23, 37:8, 37:15, 38:18, 39:8, 39:9, 39:12, 39:13, 44:7, 44:14, 46:5, 46:8, 46:14, 50:5, 50:8, 52:2, 52:3, 54:7, 55:7, 56:1, 57:11, 57:15, 57:22, 58:4, 60:5, 60:7, 60:11, 60:12, 60:17, 60:19, 61:5, 61:8, 61:9, 62:17, 62:18, 62:19, 62:20, 63:11, 63:24, 63:25, 64:22, 64:23, 65:23, 65:25, 66:3, 66:7, 66:9, 66:15, 66:23, 67:2, 67:9, 67:18, 68:3, 68:21, 68:22, 69:7, 69:9, 70:1, 70:10, 70:14, 71:22, 72:23, 73:5, 73:16, 74:9, 75:2, 75:3, 75:4, 75:6, 75:22, 76:19, 76:20, 77:1, 77:2, 77:5, 77:11, 77:24, 78:14, 79:6, 79:7, 79:8, 79:11, 79:12, 79:15, 79:17, 79:19, 80:3, 80:8, 81:5, 81:6, 81:13, 82:7, 82:17, 82:21, 83:2, 83:4, 83:5, 83:15, 83:17, 83:18, 84:3, 84:21
**WE'RE** [1] - 57:6
**WEBSITE** - 8:15
**WEBSITES** [2] - 7:20, 8:17
**WEEK** [4] - 19:22, 32:19, 74:23, 76:3
**WEEKEND** [1] - 75:20
**WEEKS** [3] - 19:21, 19:22, 26:3
**WELL** [24] - 3:2, 3:16, 6:4, 12:7, 15:12, 18:2, 18:14, 23:15, 23:20, 24:16, 24:18, 32:13, 32:24, 34:24, 36:7, 37:13, 39:12, 54:8, 63:5, 66:18, 66:23, 70:25, 73:10, 84:20
**WELL-**
**PROPORTIONED** [1]

- 18:2
**WENT** [9] - 12:8, 22:11, 23:3, 23:11, 27:18, 27:19, 53:6, 70:15, 78:10
**WERE** [52] - 11:25, 12:25, 15:19, 17:3, 17:13, 17:23, 20:14, 20:15, 21:7, 21:10, 22:12, 22:24, 24:3, 24:24, 25:8, 25:10, 26:25, 29:25, 41:14, 42:4, 43:10, 43:13, 45:11, 46:20, 49:15, 51:4, 51:8, 51:11, 51:12, 51:14, 51:19, 51:25, 53:2, 53:5, 53:20, 53:25, 54:21, 55:7, 61:3, 61:4, 71:1, 75:12, 76:16, 76:22, 77:13, 77:14, 81:12, 82:21
**WEREN'T** [1] - 23:2
**WHAT** [103] - 3:21, 4:12, 4:18, 10:21, 11:3, 12:7, 15:23, 16:4, 16:19, 19:1, 19:5, 19:7, 19:12, 19:24, 21:19, 22:10, 23:9, 23:22, 24:2, 24:9, 24:14, 24:23, 27:10, 27:11, 27:17, 27:23, 28:20, 29:13, 29:16, 30:2, 30:23, 31:20, 31:22, 32:4, 32:16, 32:17, 33:3, 33:5, 33:24, 34:4, 34:25, 35:20, 37:20, 41:1, 41:3, 41:20, 41:25, 44:15, 44:19, 45:9, 45:25, 46:3, 46:19, 46:23, 47:2, 47:16, 47:19, 48:4, 48:9, 48:17, 48:18, 48:20, 49:1, 55:5, 57:3, 60:14, 61:16, 64:11, 64:13, 64:14, 64:25, 66:11, 66:21, 66:22, 70:10, 70:13, 70:14, 70:17, 70:19, 71:6, 72:7, 73:5, 73:15, 73:23, 73:25, 76:5, 76:9, 78:1, 78:9, 79:7, 79:12, 79:13, 80:9, 80:22, 82:5, 82:24, 83:2, 83:3, 83:4, 84:16, 84:17, 84:19
**WHAT'S** [7] - 18:14, 30:20, 30:23, 42:14,

55:5, 75:10, 77:15
**WHEN** [30] - 5:5, 10:4, 13:1, 13:2, 13:18, 15:14, 19:10, 19:11, 20:1, 21:14, 26:20, 27:7, 36:17, 37:6, 37:9, 39:3, 39:22, 40:3, 41:7, 50:5, 52:25, 53:6, 56:19, 70:9, 70:13, 73:7, 76:4, 77:15, 78:8, 78:10
**WHERE** [22] - 13:8, 13:9, 16:17, 21:15, 23:6, 24:12, 24:22, 27:25, 29:25, 35:14, 40:24, 43:2, 51:23, 55:19, 55:20, 57:20, 64:3, 68:5, 70:1, 76:2, 76:22, 77:6
**WHETHER** [20] - 4:15, 9:25, 20:14, 20:16, 21:20, 24:19, 61:2, 61:3, 61:4, 63:21, 64:11, 64:13, 64:15, 65:7, 65:15, 80:24, 83:17, 84:7, 84:9
**WHICH** [41] - 3:13, 3:23, 4:19, 6:2, 6:7, 6:8, 9:1, 12:10, 17:21, 26:4, 32:12, 32:18, 32:19, 33:9, 34:15, 34:23, 35:11, 35:25, 45:22, 58:23, 59:12, 61:20, 63:7, 67:9, 67:20, 68:4, 69:8, 71:16, 71:22, 72:25, 73:18, 76:6, 78:14, 79:25, 80:23, 81:16, 81:24, 82:10, 82:17
**WHILE** [8] - 14:16, 15:7, 15:17, 28:21, 28:22, 31:12, 34:20, 84:12
**WHO** [25] - 11:25, 12:2, 17:4, 18:14, 25:24, 28:8, 35:8, 36:24, 38:11, 44:25, 45:4, 47:3, 51:1, 61:18, 62:25, 63:5, 75:18, 80:14, 80:16, 81:20, 81:21, 81:24, 83:3, 84:16, 84:18
**WHOLE** [6] - 21:11, 21:12, 21:18, 25:7, 32:19, 58:9
**WHOM** [1] - 9:13
**WHY** [11] - 20:18, 22:12, 23:16, 23:19,

24:21, 28:7, 28:9, 33:2, 78:17, 78:21, 80:8
**WIDE** [2] - 22:22, 65:12
**WILEY** [5] - 14:5, 15:11, 23:24, 24:14
**WILEY'S** [1] - 14:6
**WILL** [71] - 3:18, 4:9, 4:11, 4:12, 4:13, 4:14, 4:19, 6:3, 6:10, 7:4, 7:9, 8:25, 9:1, 9:2, 9:10, 9:15, 9:17, 9:18, 9:19, 10:3, 10:4, 10:7, 10:12, 10:13, 10:14, 10:15, 10:16, 10:20, 10:22, 10:23, 10:24, 17:15, 17:19, 17:25, 18:4, 18:7, 18:10, 18:13, 18:14, 18:15, 18:24, 19:3, 19:4, 20:2, 20:4, 21:21, 22:3, 24:8, 24:13, 25:17, 25:18, 26:5, 26:19, 26:21, 26:23, 27:1, 27:21, 28:18, 28:23, 31:13, 44:14, 60:17, 60:19, 62:18, 66:5, 66:15, 73:17, 84:2, 84:21
**WILLIAMS** [8] - 28:14, 29:3, 29:9, 30:9, 31:11, 36:15, 39:3, 86:8
**WINDOWS** [1] - 23:7
**WINE** [1] - 12:11
**WINGS** [1] - 34:16
**WISE** [1] - 10:13
**WISHES** [4] - 9:13, 27:6, 63:14, 66:12
**WITH** [75] - 3:12, 4:15, 6:20, 7:10, 7:11, 8:1, 8:3, 8:4, 8:11, 8:13, 10:7, 10:11, 10:23, 11:6, 11:13, 11:18, 11:25, 13:5, 13:21, 14:2, 14:20, 14:21, 15:21, 17:10, 20:21, 21:25, 23:11, 23:22, 23:25, 24:13, 26:1, 26:4, 26:8, 26:25, 27:21, 32:21, 34:2, 34:3, 35:2, 42:4, 45:14, 45:15, 46:7, 46:22, 60:23, 61:17, 61:19, 63:21, 64:2, 64:23, 65:7, 66:10, 66:20, 67:20, 68:4, 68:6, 71:5, 72:9,

73:18, 74:7, 76:8, 76:16, 77:4, 77:10, 77:15, 78:18, 79:18, 79:21, 81:6, 81:9, 81:12, 81:19, 83:5, 84:15
**WITHDRAWN** [1] - 59:17
**WITHDREW** [2] - 71:17, 71:21
**WITHIN** [5] - 3:11, 7:15, 46:21, 67:11
**WITHOUT** [5] - 18:10, 46:7, 59:19, 72:11, 77:18
**WITNESS** [19] - 5:9, 5:11, 5:13, 28:12, 28:21, 29:3, 29:4, 40:11, 40:12, 40:17, 40:18, 44:13, 55:7, 60:4, 63:5, 82:8, 83:3, 86:7
**WITNESS'S** [2] - 5:2, 6:9
**WITNESSES** [14] - 4:20, 6:8, 6:11, 9:10, 9:13, 16:25, 28:17, 28:21, 63:1, 65:19, 81:10, 81:11, 81:13
**WOKE** [1] - 27:11
**WONDER** [1] - 9:20
**WORD** [1] - 58:7
**WORDS** [4] - 7:8, 7:19, 14:21, 72:24
**WORK** [5] - 29:10, 32:21, 35:12, 40:24, 41:14
**WORKED** [1] - 42:1
**WORKING** [4] - 41:15, 52:4, 52:5, 52:7
**WORLD** [4] - 18:6, 18:7, 22:21, 42:1
**WORRIED** [1] - 27:10
**WORTH** [38] - 3:13, 3:17, 3:19, 3:20, 16:23, 16:24, 20:24, 21:20, 21:21, 24:24, 26:17, 51:14, 66:21, 66:22, 67:9, 67:11, 67:12, 67:13, 67:16, 68:8, 69:2, 69:16, 69:17, 70:19, 71:2, 71:7, 71:11, 71:23, 71:24, 72:2, 72:4, 72:5, 72:13, 72:15, 72:23, 73:12
**WOULD** [36] - 23:16, 23:19, 25:1, 27:10, 27:14, 38:9, 54:3, 54:5, 55:10, 61:5,

61:8, 63:25, 64:18, 64:20, 65:23, 66:1, 69:23, 72:7, 77:7, 77:11, 78:7, 78:10, 78:19, 79:13, 79:14, 79:24, 81:7, 81:13, 81:14, 81:15, 81:16, 81:17, 82:4, 82:22, 83:2

**WRIGHT** [1] - 34:14
**WRITTEN** [1] - 75:12
**WRONG** [3] - 20:14, 20:15, 26:6

## X

**XI'AN** [2] - 21:5, 72:16

## Y

**YEAH** [1] - 69:23
**YEAR** [5] - 29:23, 36:4, 36:5, 36:18, 38:15
**YEAR'S** [1] - 35:3
**YEARS** [11] - 16:23, 17:12, 20:24, 25:6, 26:20, 26:21, 30:7, 41:16, 41:18, 41:24, 69:1
**YES** [81] - 16:15, 27:14, 28:3, 30:13, 30:22, 30:25, 31:3, 31:6, 35:1, 35:9, 36:12, 36:20, 38:8, 38:25, 39:19, 41:9, 41:13, 42:7, 42:11, 42:18, 42:23, 43:9, 43:16, 43:21, 44:1, 44:5, 44:24, 45:20, 45:24, 46:12, 46:17, 47:9, 47:13, 47:15, 47:21, 47:25, 48:3, 48:8, 48:16, 48:25, 49:3, 49:8, 49:11, 49:18, 50:3, 50:4, 50:8, 50:24, 50:25, 51:5, 51:6, 51:12, 51:13, 51:16, 51:21, 52:20, 52:24, 53:15, 53:16, 53:19, 54:20, 54:22, 54:23, 55:4, 56:6, 56:9, 56:10, 56:21, 56:22, 57:13, 58:18, 59:3, 59:14, 59:22, 60:25, 67:3, 68:20, 71:14, 74:13, 74:20, 82:2
**YET** [3] - 14:24, 57:18, 58:16
**YOU** [334] - 3:1, 4:3,

4:7, 4:8, 4:9, 4:10, 4:12, 4:13, 4:14, 4:15, 4:17, 4:19, 4:23, 4:25, 5:3, 5:7, 5:10, 5:11, 5:18, 5:19, 5:21, 6:2, 6:3, 6:5, 6:7, 6:10, 6:13, 6:15, 6:25, 7:4, 7:9, 7:10, 7:11, 7:13, 7:14, 7:16, 7:19, 7:22, 7:25, 8:2, 8:3, 8:4, 8:6, 8:7, 8:9, 8:12, 8:21, 8:23, 8:24, 9:2, 9:4, 9:16, 9:17, 9:18, 9:19, 9:20, 9:22, 10:2, 10:3, 10:4, 10:5, 10:8, 10:11, 10:13, 10:20, 10:25, 11:4, 11:21, 11:23, 11:24, 12:1, 12:4, 12:14, 13:15, 16:12, 16:13, 16:19, 16:22, 16:25, 17:15, 17:19, 17:25, 18:4, 18:7, 18:10, 18:13, 18:15, 18:23, 19:3, 19:5, 19:6, 19:7, 20:2, 20:3, 20:4, 20:8, 20:9, 20:10, 21:7, 21:21, 21:24, 21:25, 22:3, 23:15, 24:4, 24:5, 24:6, 24:8, 24:13, 24:16, 24:18, 24:19, 25:15, 25:17, 25:18, 25:22, 26:5, 26:6, 26:18, 26:19, 26:21, 26:23, 27:15, 27:21, 28:3, 28:6, 28:10, 28:19, 29:7, 29:10, 29:16, 29:21, 29:25, 30:6, 30:9, 30:10, 30:14, 30:16, 30:17, 30:18, 30:20, 31:11, 31:13, 31:22, 32:3, 32:15, 32:16, 33:15, 34:2, 34:8, 34:12, 34:24, 35:4, 35:7, 35:19, 36:16, 36:17, 36:24, 37:3, 37:6, 37:7, 37:9, 37:10, 37:13, 37:16, 37:17, 37:25, 38:7, 38:9, 38:10, 38:14, 38:17, 38:25, 39:3, 39:22, 39:23, 40:3, 40:4, 40:8, 40:9, 40:10, 40:21, 40:24, 41:7, 41:14, 41:17, 41:20, 41:23, 41:25, 42:4, 42:12, 42:13, 42:16,

42:17, 43:10, 43:13, 43:17, 44:3, 44:16, 44:18, 45:8, 45:21, 45:23, 46:2, 46:13, 46:16, 46:19, 47:5, 47:10, 48:9, 48:15, 49:1, 49:2, 49:4, 49:25, 50:6, 50:9, 50:11, 50:15, 50:16, 50:19, 50:20, 50:23, 51:3, 51:7, 51:11, 51:17, 51:18, 51:22, 51:23, 51:24, 52:1, 52:8, 52:12, 52:14, 52:17, 52:25, 53:1, 53:3, 53:5, 53:10, 53:12, 53:14, 53:15, 53:17, 53:20, 53:22, 54:1, 54:3, 54:5, 54:25, 55:13, 55:14, 55:16, 55:18, 56:1, 56:4, 56:12, 56:23, 56:24, 56:25, 57:6, 57:8, 57:9, 57:11, 58:11, 58:13, 58:19, 58:21, 59:5, 59:7, 59:10, 59:23, 60:3, 60:5, 60:14, 64:17, 65:17, 66:14, 67:4, 67:15, 69:10, 72:2, 72:3, 72:4, 72:5, 72:19, 72:20, 73:3, 73:4, 73:18, 74:8, 74:16, 74:21, 74:23, 76:4, 77:12, 78:8, 78:12, 78:17, 78:21, 79:2, 79:5, 79:9, 80:4, 80:19, 81:22
**YOU'D** [1] - 48:13
**YOU'LL** [1] - 17:6
**YOU'RE** [1] - 50:7
**YOU'VE** [1] - 74:3
**YOUNG** [1] - 32:24
**YOUR** [121] - 3:5, 3:7, 3:16, 3:21, 4:10, 4:11, 4:18, 5:16, 7:1, 7:8, 8:1, 8:3, 8:12, 8:13, 8:24, 9:18, 10:22, 10:25, 20:10, 21:22, 22:15, 27:19, 28:11, 28:13, 28:15, 29:1, 29:7, 29:13, 30:2, 30:8, 30:11, 30:24, 31:1, 31:16, 35:20, 36:9, 36:12, 38:25, 39:15, 39:18, 39:22, 39:24, 40:5, 40:12, 40:13, 40:15, 40:16, 40:22, 41:1, 41:3, 41:11, 42:3,

43:5, 43:19, 44:12, 44:16, 49:19, 49:25, 52:5, 52:14, 56:1, 57:2, 57:11, 57:15, 57:24, 59:25, 60:2, 60:4, 60:5, 60:8, 60:20, 61:12, 61:13, 61:23, 62:4, 62:10, 62:15, 63:2, 63:16, 64:5, 64:6, 64:24, 65:21, 66:13, 66:14, 66:25, 67:2, 67:5, 67:15, 67:20, 68:13, 68:14, 68:16, 68:19, 69:5, 69:16, 71:13, 71:25, 72:3, 72:20, 73:10, 74:8, 74:11, 74:19, 75:2, 75:4, 75:10, 75:22, 77:3, 77:21, 79:6, 79:13, 80:3, 82:1, 83:12, 84:4
**YOURSELF** [2] - 24:16, 27:15
**YOURSELVES** [1] - 23:15
**YOUTUBE** [1] - 8:18