1    PBT

              UNITED STATES DISTRICT COURT

2              EASTERN DISTRICT OF PENNSYLVANIA

3                      - - -

4    UNITED STATES OF AMERICA    :   CRIMINAL DOCKET FOR CASE
                            :   NO. 2-18-CR-00100-PTB-1

5           -VS-            :
                            :

6    MICHAEL ROHANA           :

7                      - - -

8                 PHILADELPHIA, PA.
              APRIL 8, 2019

9
    BEFORE HONORABLE JUDGE PETRESE B. TUCKER

10                TRIAL - DAY 6

11

12

13   APPEARANCES:

14

    FOR THE GOVERNMENT:   U.S. ATTORNEY'S OFFICE
15                     BY:  K.T. NEWTON, AUSA
                  615 CHESTNUT STREET, SUITE 1250
16                     PHILADELPHIA, PA 19106

17

18

19

20

21               LYNN MCCLOSKEY, RPR
          OFFICIAL COURT REPORTER
22              1234 US COURTHOUSE
           601 MARKET STREET
23            PHILADELPHIA, PA 19106
           (856) 649-4774

24

25

ORIGINAL
FILED
MAY - 8 2019
KATE BARKMAN, Clerk
Dep. Clerk



```
1      APPEARANCES (CONT.)

2      FOR THE DEFENDANT:    FEDERAL COMMUNITY DEFENDER
                             BY:  CATHERINE C. HENRY, ESQUIRE
3                            AND
                             NANCY MACEOIN, ESQUIRE
4                            OFFICE - EDPA
                             SUITE 540W
5                            THE CURTIS CENTER
                             601 WALNUT STREET
6                            PHILADELPHIA, PA 19106

7      ALSO PRESENT:

8      MICHAEL SCHWARTZ, ESQUIRE
       REPRESENTING THE FRANKLIN INSTITUTE
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1                    (CLERK OPENS COURT.)

2                    THE COURT:  GOOD MORNING.

3                    ALL COUNSEL:  GOOD MORNING, YOUR HONOR.

4                    THE COURT:  YOU MAY BE SEATED.

5                    ARE WE READY FOR THE JURY?

6                    MS. NEWTON:  WE ARE, YOUR HONOR.

7                    THE COURT:  OKAY.

8                    (JURY IN.)

9                    THE COURT:  GOOD MORNING, LADIES AND

10   GENTLEMEN.

11                   THE JURY:  GOOD MORNING.

12                   THE COURT:  YOU MAY BE SEATED.

13                   MEMBERS OF THE JURY, NOW THAT YOU HAVE

14   SEEN AND HEARD THE EVIDENCE AND THE ARGUMENTS OF THE

15   LAWYERS, I WILL NOW INSTRUCT YOU ON THE LAW.

16                   YOU HAVE TWO DUTIES AS JURORS.  YOUR

17   FIRST DUTY IS TO DECIDE THE FACTS FROM THE EVIDENCE THAT

18   YOU HAVE HEARD AND SEEN IN THE COURTROOM DURING THE

19   TRIAL.  THIS IS YOUR JOB AND YOURS ALONE.  I PLAY NO

20   PART IN FINDING THE FACTS.  YOU SHOULD NOT TAKE ANYTHING

21   I MAY HAVE SAID OR DONE DURING THE TRIAL AS INDICATING

22   WHAT I THINK OF THE EVIDENCE OR WHAT I THINK ABOUT WHAT

23   YOUR VERDICT SHOULD BE.

24                   YOUR SECOND DUTY IS TO APPLY THE LAW THAT

25   I WILL GIVE YOU TO THE FACTS.  MY ROLE NOW IS TO EXPLAIN

1    TO YOU THE LEGAL PRINCIPLES THAT MUST GUIDE YOU IN YOUR

2    DECISIONS.  YOU MUST APPLY MY INSTRUCTIONS CAREFULLY.

3    EACH OF THE INSTRUCTIONS IS IMPORTANT, AND YOU MUST

4    APPLY ALL OF THEM.  YOU MUST NOT SUBSTITUTE OR FOLLOW

5    YOUR OWN NOTION OR OPINION ABOUT WHAT THE LAW IS OR

6    OUGHT TO BE.  YOU MUST APPLY THE LAW THAT I GIVE TO YOU

7    WHETHER YOU AGREE WITH IT OR NOT.

8                    WHATEVER YOUR VERDICT, IT WILL HAVE TO BE

9    UNANIMOUS.  ALL OF YOU WILL HAVE TO AGREE OR THERE WILL

10   BE NO VERDICT.  IN THE JURY ROOM YOU WILL DISCUSS THE

11   CASE AMONG YOURSELVES, BUT ULTIMATELY EACH OF YOU WILL

12   HAVE TO MAKE UP HIS OR HER OWN MIND.  THIS IS A

13   RESPONSIBILITY THAT EACH OF YOU HAS AND THAT YOU CANNOT

14   AVOID.

15                   DURING YOUR DELIBERATIONS, YOU MUST NOT

16   COMMUNICATE WITH OR PROVIDE ANY INFORMATION TO ANYONE BY

17   ANY MEANS ABOUT THIS CASE.  YOU MAY NOT USE ANY

18   ELECTRONIC DEVICE OR MEDIA, SUCH AS THE TELEPHONE, A

19   CELL PHONE, SMART PHONE, IPHONE, BLACKBERRY OR COMPUTER,

20   THE INTERNET AND INTERNET SERVICE, ANY TEXT OR INSTANT

21   MESSAGING SERVICE, ANY INTERNET CHAT ROOM, BLOG OR

22   WEBSITE, SUCH AS FACEBOOK, MYSPACE, LINKEDIN, YOUTUBE OR

23   TWITTER, TO COMMUNICATE TO ANYONE ABOUT THIS CASE OR

24   CONDUCT ANY RESEARCH ABOUT THIS CASE UNTIL I ACCEPT YOUR

25   VERDICT.  IN OTHER WORDS, YOU CANNOT TALK TO ANYONE ON

1      THE PHONE, CORRESPOND WITH ANYONE OR ELECTRONICALLY

2      COMMUNICATE WITH ANYONE ABOUT THIS CASE.  YOU CAN ONLY

3      DISCUSS THIS CASE IN THE JURY ROOM WITH YOUR FELLOW

4      JURORS DURING THE DELIBERATIONS.  YOU MAY NOT USE

5      ELECTRONIC MEANS TO INVESTIGATE OR TO COMMUNICATE ABOUT

6      THIS CASE BECAUSE IT IS IMPORTANT THAT YOU DECIDE THIS

7      CASE BASED SOLELY ON THE EVIDENCE PRESENTED IN THE

8      COURTROOM.

9              YOU ARE ONLY PERMITTED TO DISCUSS THIS

10     CASE WITH YOUR FELLOW JURORS DURING DELIBERATIONS

11     BECAUSE THEY HAVE SEEN AND HEARD THE SAME EVIDENCE YOU

12     HAVE.

13             IN OUR JUDICIAL SYSTEM IT IS IMPORTANT

14     THAT YOU NOT BE INFLUENCED BY ANYTHING OR ANYONE OUTSIDE

15     OF THIS COURTROOM.  PERFORM THESE DUTIES FAIRLY AND

16     IMPARTIALLY.  DO NOT ALLOW SYMPATHY, PREJUDICE, FEAR OR

17     PUBLIC OPINION TO INFLUENCE YOU.  YOU SHOULD ALSO NOT BE

18     INFLUENCED BY ANY PERSON'S RACE, COLOR, RELIGION,

19     NATIONAL ANCESTRY OR GENDER.

20             YOU MUST MAKE YOUR DECISION IN THIS CASE

21     BASED ONLY ON THE EVIDENCE THAT YOU HAVE HEARD AND SEEN

22     IN THE COURTROOM.  DO NOT LET RUMORS, SUSPICIONS OR

23     ANYTHING ELSE THAT YOU MAY HAVE SEEN OR HEARD OUTSIDE OF

24     THE COURT INFLUENCE YOUR DECISION IN ANY WAY.  THE

25     EVIDENCE FROM WHICH YOU WILL FIND THE FACTS CONSISTS OF

1    THE FOLLOWING:  THE TESTIMONY OF THE WITNESSES; THE

2    DOCUMENTS AND OTHER THINGS AS EXHIBITS; AND ANY FACT OR

3    TESTIMONY THAT WAS STIPULATED TO, THAT IS, FORMALLY

4    AGREED TO BY THE PARTIES.

5              THE FOLLOWING IS NOT EVIDENCE:  THE

6    INDICTMENT; STATEMENTS AND ARGUMENTS OF THE LAWYERS FOR

7    THE PARTIES IN THE CASE; QUESTIONS BY THE LAWYERS; AND

8    QUESTIONS THAT I MAY HAVE ASKED; OBJECTIONS BY LAWYERS

9    INCLUDING OBJECTIONS IN WHICH THE LAWYERS STATED FACTS;

10    ANY TESTIMONY I STRUCK OR TOLD YOU TO DISREGARD; AND

11    ANYTHING YOU MAY HAVE SEEN OR HEARD ABOUT THIS CASE

12    OUTSIDE THE COURTROOM.

13              YOU SHOULD USE YOUR COMMON SENSE IN

14    WEIGHING THE EVIDENCE.  CONSIDER IT IN LIGHT OF EVERYDAY

15    EXPERIENCE WITH PEOPLE AND EVENTS AND GIVE IT WHATEVER

16    WEIGHT YOU THINK IT DESERVES.  IF YOUR EXPERIENCE AND

17    COMMON SENSE TELLS YOU THAT CERTAIN EVIDENCE REASONABLY

18    LEADS TO A CONCLUSION, YOU MAY REACH THAT CONCLUSION.

19              AS I HAVE TOLD YOU IN MY PRELIMINARY

20    INSTRUCTIONS, THE RULES OF EVIDENCE CONTROL WHAT CAN BE

21    RECEIVED INTO EVIDENCE.  DURING THE TRIAL THE LAWYERS

22    OBJECTED WHEN THEY THOUGHT THAT THE EVIDENCE THAT WAS

23    OFFERED WAS NOT PERMITTED BY THE RULES OF EVIDENCE.

24    THESE OBJECTIONS SIMPLY MEAN THAT THE LAWYERS ARE ASKING

25    ME TO DECIDE WHETHER THE EVIDENCE SHOULD BE ALLOWED

1   UNDER THE RULES.  YOU SHOULD NOT BE INFLUENCED BY THE

2   FACT THAT AN OBJECTION WAS MADE.  YOU SHOULD ALSO NOT BE

3   INFLUENCED BY MY RULINGS ON THE OBJECTIONS OR ANY

4   SIDEBAR CONFERENCES YOU MAY HAVE OVERHEARD.

5          WHEN I OVERRULED AN OBJECTION, THE

6   QUESTION WAS ANSWERED OR THE EXHIBIT WAS RECEIVED AS

7   EVIDENCE, AND YOU SHOULD TREAT THE TESTIMONY AND/OR

8   EXHIBIT LIKE ANY OTHER.  WHEN I ALLOWED THE TESTIMONY

9   FOR LIMITED PURPOSES ONLY, I INSTRUCTED YOU TO CONSIDER

10   THE EVIDENCE ONLY FOR THE LIMITED PURPOSE AND YOU MUST

11   DO THAT.

12          WHEN I SUSTAINED AN OBJECTION, THE

13   QUESTION WAS NOT ANSWERED OR THE EXHIBIT WAS NOT

14   RECEIVED AS EVIDENCE.  YOU MUST DISREGARD THE QUESTION

15   OR THE EXHIBIT ENTIRELY.  DO NOT THINK ABOUT OR GUESS

16   WHAT THE WITNESS MAY HAVE SAID IN THE ANSWER.  DO NOT

17   THINK ABOUT OR GUESS WHAT THE EXHIBIT MIGHT HAVE SHOWN.

18   SOMETIMES A WITNESS MAY HAVE ALREADY ANSWERED BEFORE A

19   LAWYER OBJECTED OR BEFORE I RULED ON THE OBJECTION.  IF

20   THAT HAPPENS AND IF I HAVE SUSTAINED THE OBJECTION, YOU

21   MUST DISREGARD THE ANSWER THAT WAS GIVEN.

22          ALSO, IF I ORDERED SOME TESTIMONY OR

23   OTHER EVIDENCE BE STRICKEN OR REMOVED FROM THE RECORD,

24   YOU MUST DISREGARD THAT EVIDENCE.  WHEN YOU ARE DECIDING

25   THIS CASE, YOU MUST NOT CONSIDER OR BE INFLUENCED IN ANY

1    WAY BY THE TESTIMONY OR OTHER EVIDENCE THAT I HAVE TOLD

2    YOU TO DISREGARD.

3            ALTHOUGH THE LAWYERS MAY HAVE CALLED YOUR

4    ATTENTION TO CERTAIN FACTS OR FACTUAL CONCLUSIONS THAT

5    THEY THOUGHT WERE IMPORTANT, WHAT THE LAWYER SAID IS NOT

6    EVIDENCE, NOT BINDING ON YOU.  IT IS YOUR OWN

7    RECOLLECTION AND THE INTERPRETATION OF THE EVIDENCE THAT

8    CONTROLS YOUR DECISION IN THIS CASE.

9            ALSO, DO NOT ASSUME FROM ANYTHING THAT I

10    MAY HAVE SAID OR DONE DURING THE TRIAL THAT I HAVE ANY

11    OPINION ABOUT THE ISSUES IN THIS CASE OR ABOUT WHAT YOUR

12    VERDICT SHOULD BE.

13            NOW, THERE ARE TWO TYPES OF EVIDENCE THAT

14    MAY BE USED IN THIS TRIAL, DIRECT EVIDENCE AND

15    CIRCUMSTANTIAL OR INDIRECT EVIDENCE.  YOU MAY USE BOTH

16    TYPES OF EVIDENCE IN REACHING YOUR VERDICT.

17            DIRECT EVIDENCE IS SIMPLY EVIDENCE WHICH,

18    IF BELIEVED, DIRECTLY PROVES A FACT.  AN EXAMPLE OF

19    DIRECT EVIDENCE OCCURS WHEN A WITNESS TESTIFIES ABOUT

20    SOMETHING THE WITNESS KNOWS FROM HIS OR HER OWN SENSES,

21    SOMETHING THE WITNESS MAY HAVE SEEN, TOUCHED, HEARD OR

22    SMELLED.

23            CIRCUMSTANTIAL EVIDENCE IS EVIDENCE

24    WHICH, IF BELIEVED, INDIRECTLY PROVES A FACT.  IT IS

25    EVIDENCE THAT PROVES ONE OR MORE FACTS FROM WHICH YOU

1    MAY REASONABLY FIND OR INFER THE EXISTENCE OF SOME OTHER

2    FACT OR FACTS.   A REASONABLE INFERENCE IS SIMPLY A

3    DEDUCTION OR A CONCLUSION THAT REASON, EXPERIENCE AND

4    COMMON SENSE LEAD YOU TO MAKE FROM THE EVIDENCE.

5                    A REASONABLE INFERENCE IS NOT A SUSPICION

6    OR A GUESS.   IT IS A REASONED LOGICAL DECISION TO FIND

7    THAT A DISPUTED FACT EXISTS ON THE BASIS OF ANOTHER

8    FACT.   FOR EXAMPLE, IF SOMEONE WALKED INTO THIS

9    COURTROOM WEARING A WET RAINCOAT AND CARRYING A WET

10   UMBRELLA, THAT WOULD BE CIRCUMSTANTIAL OR INDIRECT

11   EVIDENCE FROM WHICH YOU COULD REASONABLY FIND OR

12   CONCLUDE THAT IT WAS RAINING.   YOU WOULD NOT HAVE TO

13   FIND THAT IT WAS RAINING, BUT YOU COULD.

14                   SOMETIMES DIFFERENT INFERENCES MAY BE

15   DRAWN FROM THE SAME SET OF FACTS.   THE GOVERNMENT MAY

16   ASK YOU TO DRAW ONE INFERENCE, AND THE DEFENSE MAY ASK

17   YOU TO DRAW ANOTHER.   YOU AND YOU ALONE MUST DECIDE WHAT

18   REASONABLE INFERENCES YOU WILL DRAW BASED ON THE

19   EVIDENCE AND YOUR REASON, EXPERIENCE AND COMMON SENSE.

20                   YOU SHOULD CONSIDER ALL THE EVIDENCE THAT

21   IS PRESENTED IN THIS TRIAL, DIRECT AND CIRCUMSTANTIAL.

22   THE LAW MAKES NO DISTINCTION BETWEEN THE WEIGHT THAT

23   SHOULD BE GIVEN TO EITHER DIRECT OR CIRCUMSTANTIAL

24   EVIDENCE.   IT IS UP TO YOU TO DECIDE HOW MUCH WEIGHT TO

25   GIVE ANY EVIDENCE.

1          YOU HAVE HEARD REPUTATION AND OPINION

2    EVIDENCE ABOUT WHETHER THE DEFENDANT HAS A CHARACTER

3    TRAIT FOR HONESTY.   YOU SHOULD CONSIDER THIS CHARACTER

4    EVIDENCE TOGETHER WITH AND IN THE SAME WAY AS ALL OTHER

5    EVIDENCE IN THE CASE IN DECIDING WHETHER THE GOVERNMENT

6    HAS PROVED THE CHARGES BEYOND A REASONABLE DOUBT.

7          AS I STATED IN MY PRELIMINARY

8    INSTRUCTIONS AT THE BEGINNING OF THE TRIAL, IN DECIDING

9    WHAT THE FACTS ARE, YOU MUST DECIDE WHICH TESTIMONY YOU

10   BELIEVE AND WHICH TESTIMONY YOU DO NOT BELIEVE.   YOU ARE

11   THE SOLE JUDGES OF THE CREDIBILITY OF THE WITNESSES.

12          CREDIBILITY REFERS TO WHETHER A WITNESS

13   IS WORTHY OF BELIEF.   WAS THE WITNESS TRUTHFUL?   WAS THE

14   WITNESS'S TESTIMONY ACCURATE?   YOU MAY BELIEVE

15   EVERYTHING A WITNESS SAID OR ONLY PART OF IT OR NONE OF

16   IT.   YOU MAY DECIDE WHETHER YOU BELIEVE A WITNESS BASED

17   ON HIS OR HER BEHAVIOR AND MANNER OF TESTIFYING, THE

18   EXPLANATIONS THE WITNESS GAVE, AND ALL OTHER EVIDENCE IN

19   THE CASE JUST AS YOU WOULD ANY IMPORTANT MATTER WHEN YOU

20   ARE TRYING TO DECIDE IF A PERSON IS TRUTHFUL,

21   STRAIGHTFORWARD AND ACCURATE IN HIS OR HER RECOLLECTION.

22          IN DECIDING THE QUESTION OF CREDIBILITY,

23   REMEMBER TO USE YOUR COMMON SENSE, YOUR GOOD JUDGMENT

24   AND YOUR EXPERIENCE.   IN DECIDING WHAT TO BELIEVE YOU

25   MAY CONSIDER A NUMBER OF FACTORS:

1                    1.  THE OPPORTUNITY AND THE ABILITY OF

2    THE WITNESS TO SEE, HEAR AND KNOW THE THINGS ABOUT WHICH

3    THE WITNESS TESTIFIED;

4                    THE QUALITY OF THE WITNESS'S KNOWLEDGE,

5    UNDERSTANDING AND MEMORY;

6                    THE WITNESS' APPEARANCE, BEHAVIOR AND

7    MANNER WHILE TESTIFYING;

8                    WHETHER THE WITNESS HAS AN INTEREST IN

9    THE OUTCOME OF THE CASE OR ANY MOTIVE, BIAS, OR

10   PREJUDICE;

11                   ANY RELATION THE WITNESS MAY HAVE WITH A

12   PARTY IN THE CASE AND ANY EFFECT THE VERDICT MAY HAVE ON

13   THE WITNESS;

14                   WHETHER THE WITNESS SAID OR WROTE

15   ANYTHING BEFORE TRIAL THAT WAS DIFFERENT FROM THE

16   WITNESS'S TESTIMONY IN COURT;

17                   WHETHER THE WITNESS' TESTIMONY WAS

18   CONSISTENT OR INCONSISTENT WITH OTHER EVIDENCE THAT YOU

19   BELIEVE;

20                   AND ANY OTHER FACTORS THAT BEAR ON THE

21   WITNESS' -- ON WHETHER THE WITNESS SHOULD BE BELIEVED.

22                   INCONSISTENCIES OR DISCREPANCIES IN THE

23   WITNESS' TESTIMONY OR BETWEEN THE TESTIMONY OF DIFFERENT

24   WITNESSES MAY OR MAY NOT CAUSE YOU TO DISBELIEVE A

25   WITNESS' TESTIMONY.  TWO OR MORE PERSONS WITNESSING THE

1    SAME INCIDENT MAY SIMPLY SEE IT AND HEAR IT DIFFERENTLY.

2    MISTAKEN RECOLLECTION LIKE FAILURE TO RECALL IS A COMMON

3    HUMAN EXPERIENCE.  IN WEIGHING THE EFFECT OF AN

4    INCONSISTENCY, YOU SHOULD CONSIDER WHETHER IT WAS ABOUT

5    A MATTER OF IMPORTANCE OR AN INSIGNIFICANT DETAIL.  YOU

6    SHOULD ALSO CONSIDER WHETHER THE INCONSISTENCY WAS

7    INNOCENT OR INTENTIONAL.

8           YOU ARE NOT REQUIRED TO ACCEPT TESTIMONY

9    EVEN IF THE TESTIMONY WAS NOT CONTRADICTED AND THE

10   WITNESS WAS NOT IMPEACHED.  YOU MAY DECIDE THAT THE

11   WITNESS IS NOT WORTHY OF BELIEF BECAUSE OF THE WITNESS'

12   BEARING AND DEMEANOR, OR BECAUSE OF THE INHERENT

13   IMPROBABILITY OF THE TESTIMONY, OR FOR OTHER REASONS

14   THAT ARE SUFFICIENT TO YOU.

15          AFTER YOU MAKE UP YOUR OWN MIND OR YOU

16   MAKE YOUR OWN JUDGMENT ABOUT THE BELIEVABILITY OF A

17   WITNESS, YOU CAN THEN ATTACH TO THE WITNESS' TESTIMONY

18   THE IMPORTANCE OR WEIGHT YOU THINK IT DESERVES.

19          THE WEIGHT OF THE EVIDENCE IS PROOF -- TO

20   PROVE A FACT DOES NOT NECESSARILY DEPEND ON THE NUMBER

21   OF WITNESSES WHO TESTIFY OR THE QUANTITY OF EVIDENCE

22   THAT WAS PRESENTED.  WHAT IS MORE IMPORTANT THAN NUMBERS

23   OR QUANTITY IS HOW BELIEVABLE THE WITNESS WAS AND HOW

24   MUCH WEIGHT YOU THINK THEIR TESTIMONY DESERVES.

25          YOU HAVE HEARD THE TESTIMONY OF LAW

1    ENFORCEMENT OFFICERS.  THE FACT THAT A WITNESS IS

2    EMPLOYED AS A LAW ENFORCEMENT OFFICER DOES NOT MEAN THAT

3    HIS OR HER TESTIMONY NECESSARILY DESERVES MORE OR LESS

4    CONSIDERATION OR GREATER OR LESSER WEIGHT THAN THAT OF

5    ANY OTHER WITNESS.  YOU MUST DECIDE AFTER REVIEWING ALL

6    THE EVIDENCE WHETHER YOU BELIEVE THE TESTIMONY OF THE

7    LAW ENFORCEMENT WITNESSES AND HOW MUCH WEIGHT, IF ANY,

8    IT DESERVES.

9              THE RULES OF EVIDENCE ORDINARILY DO NOT

10   PERMIT A WITNESS TO STATE THEIR OWN OPINIONS ABOUT

11   IMPORTANT QUESTIONS IN A TRIAL, BUT THERE ARE EXCEPTIONS

12   TO THESE RULES.  IN THIS CASE, YOU HEARD THE TESTIMONY

13   FROM THE FOLLOWING EXPERTS:  MICHAEL COHN, A CERTIFIED

14   APPRAISER IN ASIAN ART; MARLEY RABSTEJNEK, AN EXPERT IN

15   APPRAISALS OF CHINESE ART; LARK MASON, AN EXPERT IN

16   CHINESE ART AND APPRAISALS OF CHINESE ART.  BECAUSE OF

17   THEIR KNOWLEDGE, SKILL, EXPERIENCE, TRAINING OR

18   EDUCATION IN THE FIELD OF ASIAN ART RESPECTIVELY, THEY

19   WERE PERMITTED TO OFFER OPINIONS IN THE FIELD OF

20   EXPERTISE AND THE REASONS FOR THOSE OPINIONS.

21              YOU HAVE ALSO HEARD TESTIMONY FROM VICTOR

22   WIENER, A CERTIFIED APPRAISER AND CERTIFIED USPAP

23   INSTRUCTOR, AND CYNTHIA HERBERT, AN EXPERT ON THE

24   METHODOLOGY AND APPLICATION OF THE METHODOLOGY OF

25   DRAFTING APPRAISALS.  BECAUSE OF THEIR KNOWLEDGE, SKILL

1    AND EXPERIENCE AND TRAINING, THEY WERE PERMITTED TO

2    OFFER OPINIONS IN THE FIELD OR EXPERTISE AND THE REASONS

3    FOR THEIR OPINIONS.

4              THE OPINIONS THESE WITNESSES STATE SHOULD

5    RECEIVE WHATEVER WEIGHT YOU THINK APPROPRIATE, GIVEN ALL

6    THE EVIDENCE IN THE CASE.  IN WEIGHING THEIR OPINION

7    TESTIMONY, YOU MAY CONSIDER THE WITNESS' QUALIFICATIONS,

8    THE REASONS FOR THE WITNESS' OPINIONS, AND THE

9    RELIABILITY OF THE INFORMATION SUPPORTING THE WITNESS'

10   OPINIONS AS WELL AS ANY OTHER FACTORS DISCUSSED IN THESE

11   INSTRUCTIONS FOR WEIGHING THE TESTIMONY OF A WITNESS.

12             YOU MAY DISREGARD THE OPINIONS ENTIRELY

13   IF YOU DECIDE THAT THE OPINIONS ARE NOT BASED ON

14   SUFFICIENT KNOWLEDGE, SKILL, EXPERIENCE, TRAINING OR

15   EDUCATION.  YOU MAY ALSO DISREGARD THE OPINIONS IF YOU

16   CONCLUDE THAT THE REASONS GIVEN IN SUPPORT OF THE

17   OPINIONS ARE NOT SOUND, OR IF YOU CONCLUDE THAT THE

18   OPINIONS ARE NOT SUPPORTED BY THE FACTS SHOWN BY THE

19   EVIDENCE, OR IF YOU THINK THE OPINIONS ARE OUTWEIGHED BY

20   OTHER EVIDENCE.

21             IN A CRIMINAL CASE, A DEFENDANT HAS A

22   CONSTITUTIONAL RIGHT NOT TO TESTIFY.  HOWEVER, IF HE

23   CHOOSES TO TESTIFY, HE IS OF COURSE PERMITTED TO TAKE

24   THE WITNESS STAND ON HIS OWN BEHALF.  IN THIS CASE, THE

25   DEFENDANT TESTIFIED.  YOU SHOULD EXAMINE AND EVALUATE

1    HIS TESTIMONY JUST AS YOU WOULD THE TESTIMONY OF ANY

2    WITNESS.

3                 YOU HAVE HEARD EVIDENCE THAT THE

4    DEFENDANT MICHAEL ROHANA WAS DRINKING AT THE TIME OF THE

5    OFFENSE OF THEFT CHARGED IN COUNT ONE OF THE INDICTMENT.

6    INTOXICATION IS NOT ITSELF A LEGAL DEFENSE TO A CRIMINAL

7    CHARGE.  HOWEVER, INTOXICATION MAY SHOW THAT MICHAEL

8    ROHANA DID NOT HAVE THE INTENT NECESSARY TO COMMIT THE

9    OFFENSE THAT THE GOVERNMENT MUST PROVE IN ORDER TO FIND

10   MICHAEL ROHANA GUILTY.

11                IF YOU FIND BASED ON THE EVIDENCE

12   PRESENTED THAT THE DEFENDANT WAS INTOXICATED AT THE TIME

13   OF THE OFFENSE, YOU MAY FIND THAT HE DID NOT HAVE THE

14   INTENT REQUIRED FOR COUNT ONE, AS I WILL DESCRIBE TO

15   YOU.  ON THE OTHER HAND, EVEN IF YOU BELIEVE THAT

16   MICHAEL ROHANA WAS INTOXICATED TO SOME DEGREE, YOU MAY

17   STILL FIND THAT HE WAS CAPABLE OF AND DID HAVE THE

18   REQUIRED INTENT.

19                AS I HAVE EXPLAINED TO YOU, AFTER

20   CONSIDERING ALL THE EVIDENCE, YOU FIND THAT THE

21   GOVERNMENT PROVED EACH ELEMENT OF THE OFFENSE CHARGED IN

22   COUNT ONE, INCLUDING THE INTENT ELEMENT, BEYOND A

23   REASONABLE DOUBT, THEN YOU SHOULD FIND THE DEFENDANT

24   GUILTY.  BUT IF YOU FIND THE GOVERNMENT HAS FAILED TO

25   PROVE EACH ELEMENT BEYOND A REASONABLE DOUBT, THEN YOU

1    MUST FIND THE DEFENDANT NOT GUILTY OF COUNT ONE.

2              SUMMARY CHARTS HAVE BEEN PREPARED BY THE

3    GOVERNMENT.  THESE SUMMARY CHARTS HAVE BEEN ADMITTED

4    INTO EVIDENCE AND HAVE BEEN SHOWN TO YOU DURING THE

5    TRIAL FOR THE PURPOSE OF EXPLAINING FACTS THAT ARE

6    ALLEGEDLY CONTAINED IN RECORDS AND OTHER DOCUMENTS WHICH

7    ARE IN EVIDENCE.  YOU MAY CONSIDER THESE SUMMARIES AS

8    YOU WOULD ANY OTHER EVIDENCE ADMITTED DURING THE TRIAL

9    AND GIVE THEM SUCH WEIGHT OR IMPORTANCE, IF ANY, AS YOU

10   FEEL THEY DESERVE.

11             ALTHOUGH THE GOVERNMENT IS REQUIRED TO

12   PROVE A DEFENDANT GUILTY BEYOND A REASONABLE DOUBT, THE

13   GOVERNMENT IS NOT REQUIRED TO PRESENT ALL POSSIBLE

14   EVIDENCE RELATED TO THE CASE OR TO PRODUCE ALL POSSIBLE

15   WITNESSES WHO MIGHT HAVE SOME KNOWLEDGE ABOUT THE FACTS

16   OF THE CASE.

17             IN ADDITION, AS I HAVE EXPLAINED, THE

18   DEFENDANT IS NOT REQUIRED TO PRESENT ANY EVIDENCE OR TO

19   PRODUCE ANY WITNESSES.

20             THE DEFENDANT PLED NOT GUILTY TO THE

21   OFFENSES CHARGED.  THE DEFENDANT IS PRESUMED TO BE

22   INNOCENT.  HE STARTS TRIAL WITH A CLEAN SLATE, WITH NO

23   EVIDENCE AGAINST HIM.  THE PRESUMPTION OF INNOCENCE

24   STAYS WITH THE DEFENDANT UNLESS AND UNTIL THE GOVERNMENT

25   HAS PRESENTED EVIDENCE THAT OVERCOMES THE PRESUMPTION BY

1    CONVINCING YOU THAT THE DEFENDANT IS GUILTY OF THE

2    OFFENSES CHARGED BEYOND A REASONABLE DOUBT.

3              THE PRESUMPTION OF INNOCENCE REQUIRES

4    THAT YOU FIND THE DEFENDANT NOT GUILTY UNLESS YOU ARE

5    SATISFIED THAT THE GOVERNMENT HAS PROVED GUILT BEYOND A

6    REASONABLE DOUBT.  THE PRESUMPTION OF INNOCENCE MEANS

7    THAT THE DEFENDANT HAS NO BURDEN OR OBLIGATION TO

8    PRESENT ANY EVIDENCE AT ALL OR TO PROVE THAT HE IS NOT

9    GUILTY.  THE BURDEN OR OBLIGATION OF PROOF IS ON THE

10   GOVERNMENT TO PROVE THAT THE DEFENDANT IS GUILTY, AND

11   THIS BURDEN STAYS WITH THE GOVERNMENT THROUGHOUT THE

12   TRIAL.

13             IN ORDER FOR YOU TO FIND THE DEFENDANT

14   GUILTY OF THE OFFENSES CHARGED, THE GOVERNMENT MUST

15   CONVINCE YOU THAT THE DEFENDANT IS GUILTY BEYOND A

16   REASONABLE DOUBT.  THAT MEANS THAT THE GOVERNMENT MUST

17   PROVE EACH AND EVERY ELEMENT OF THE OFFENSES CHARGED

18   BEYOND A REASONABLE DOUBT.

19             THE DEFENDANT MAY NOT BE CONVICTED BASED

20   ON SUSPICION OR CONJECTURE, BUT ONLY ON EVIDENCE PROVING

21   GUILT BEYOND A REASONABLE DOUBT.

22             PROOF BEYOND A REASONABLE DOUBT DOES NOT

23   MEAN PROOF BEYOND ALL POSSIBLE DOUBT OR TO A

24   MATHEMATICAL CERTAINTY.  POSSIBLE DOUBTS, OR DOUBTS

25   BASED ON CONJECTURE, SPECULATION OR HUNCH, ARE NOT

1    REASONABLE DOUBTS.

2              A REASONABLE DOUBT IS A FAIR DOUBT BASED

3    ON REASON, LOGIC, COMMON SENSE OR EXPERIENCE.  IT IS A

4    DOUBT THAT AN ORDINARY REASONABLE PERSON HAS AFTER

5    CAREFULLY WEIGHING ALL THE EVIDENCE, AND IT IS A DOUBT

6    OF THE SORT THAT WOULD CAUSE HIM OR HER TO HESITATE TO

7    ACT IN MATTERS OF IMPORTANCE IN HIS OR HER OWN LIFE.  IT

8    MAY ARISE FROM THE EVIDENCE.  OR FROM THE LACK OF

9    EVIDENCE, OR FROM THE NATURE OF THE EVIDENCE.

10             IF AFTER HEARING ALL THE EVIDENCE, YOU

11   ARE CONVINCED THAT THE GOVERNMENT HAS PROVED EACH AND

12   EVERY ELEMENT OF THE OFFENSE CHARGED BEYOND A REASONABLE

13   DOUBT, THEN YOU SHOULD RETURN A VERDICT OF GUILTY FOR

14   THAT OFFENSE.  HOWEVER, IF YOU HAVE A REASONABLE DOUBT

15   ABOUT ONE OR MORE OF THE ELEMENTS OF THE OFFENSE

16   CHARGED, THEN YOU MUST RETURN A VERDICT OF NOT GUILTY OF

17   THAT OFFENSE.

18             YOU WILL NOTE THAT THE INDICTMENT CHARGES

19   THE OFFENSES WERE COMMITTED ON OR ABOUT A CERTAIN DATE.

20   THE GOVERNMENT DOES NOT HAVE TO PROVE WITH CERTAINTY THE

21   EXACT DATE OF THE ALLEGED OFFENSES.  IT IS SUFFICIENT IF

22   THE GOVERNMENT PROVES BEYOND A REASONABLE DOUBT THAT THE

23   OFFENSES WERE COMMITTED ON A DATE REASONABLY NEAR THE

24   DATE ALLEGED.

25             THE DEFENDANT HERE IS CHARGED WITH MORE

1    THAN ONE OFFENSE.  EACH OFFENSE IS CHARGED IN A SEPARATE

2    COUNT OF THE INDICTMENT.  THE NUMBER OF OFFENSES CHARGED

3    IS NOT EVIDENCE OF GUILT, AND THIS SHOULD NOT INFLUENCE

4    YOUR DECISION IN ANY WAY.

5              YOU MUST SEPARATELY CONSIDER THE EVIDENCE

6    THAT RELATES TO EACH OFFENSE, AND YOU MUST RETURN A

7    SEPARATE VERDICT FOR EACH OFFENSE.  FOR EACH OFFENSE

8    CHARGED, YOU MUST DECIDE WHETHER THE GOVERNMENT HAS

9    PROVED BEYOND A REASONABLE DOUBT THAT THE DEFENDANT IS

10   GUILTY OF THAT PARTICULAR OFFENSE.  YOUR DECISION ON ONE

11   OFFENSE, WHETHER GUILTY OR NOT GUILTY, SHOULD NOT

12   INFLUENCE YOUR DECISION ON ANY OF THE OTHER OFFENSES

13   CHARGED.  EACH OFFENSE SHOULD BE CONSIDERED SEPARATELY.

14             AS YOU KNOW, THE DEFENDANT IS CHARGED IN

15   THE INDICTMENT WITH VIOLATING FEDERAL LAW, SPECIFICALLY

16   TITLE 18, UNITED STATES CODE SECTION 668(B)(1), THEFT OF

17   AN OBJECT OF CULTURAL HERITAGE FROM A MUSEUM; AND

18   SECTION 668(B)(2), CONCEALMENT OF AN OBJECT OF CULTURAL

19   HERITAGE STOLEN FROM A MUSEUM.

20             AS I EXPLAINED AT THE BEGINNING OF THE

21   TRIAL, AN INDICTMENT IS JUST A FORMAL WAY OF SPECIFYING

22   THE EXACT CRIMES THE DEFENDANT IS ACCUSED OF COMMITTING.

23   AN INDICTMENT IS SIMPLY A DESCRIPTION OF THE CHARGES

24   AGAINST THE DEFENDANT.  IT IS AN ACCUSATION ONLY.  AN

25   INDICTMENT IS NOT EVIDENCE OF ANYTHING, AND YOU SHOULD

1    NOT GIVE ANY WEIGHT TO THE FACT THAT THE DEFENDANT HAS

2    BEEN INDICTED IN MAKING YOUR DECISION IN THIS CASE.

3              COUNT ONE OF THE INDICTMENT CHARGES THE

4    DEFENDANT MICHAEL ROHANA WITH THEFT OF AN OBJECT OF

5    CULTURAL HERITAGE FROM A MUSEUM, WHICH IS A VIOLATION OF

6    FEDERAL LAW.  IN ORDER TO FIND THE DEFENDANT GUILTY OF

7    THIS OFFENSE, YOU MUST FIND THAT THE GOVERNMENT PROVED

8    EACH OF THE FOLLOWING THREE ELEMENTS BEYOND A REASONABLE

9    DOUBT:  FIRST, THAT THE DEFENDANT STOLE OR OBTAINED BY

10   FRAUD THE PROPERTY DESCRIBED IN THE INDICTMENT; SECOND,

11   THAT AT THE TIME OF THE THEFT THIS PROPERTY WAS IN THE

12   CARE, CUSTODY OR CONTROL OF THE MUSEUM; AND THIRD, THAT

13   THE PROPERTY WAS AN OBJECT OF CULTURAL HERITAGE.

14             IN ORDER TO ESTABLISH THAT THE FRANKLIN

15   INSTITUTE IN PARTICULAR IS A MUSEUM, YOU MUST ALSO FIND

16   THAT THE GOVERNMENT PROVED EACH OF THE FOLLOWING FIVE

17   ELEMENTS BEYOND A REASONABLE DOUBT OF THE FRANKLIN

18   INSTITUTE:  FIRST, THAT IT IS AN ORGANIZED AND PERMANENT

19   INSTITUTION, THE ACTIVITIES OF WHICH AFFECT INTERSTATE

20   AND FOREIGN COMMENCE; IT IS SITUATED IN THE UNITED

21   STATES; THIRD, IT IS ESTABLISHED FOR ESSENTIALLY

22   EDUCATIONAL OR AESTHETIC PURPOSE; FOURTH, IT HAS A

23   PROFESSIONAL STAFF; AND FIFTH, IT OWNS, UTILIZES AND

24   CARES FOR TANGIBLE OBJECTS THAT ARE EXHIBITED TO THE

25   PUBLIC ON A REGULAR SCHEDULE.

1          IN ORDER TO ESTABLISH THAT THE PROPERTY

2     AT ISSUE, THE CAVALRYMAN'S THUMB, IS AN OBJECT OF

3     CULTURAL HERITAGE, YOU MUST ALSO FIND THAT THE

4     GOVERNMENT PROVED EACH OF THE FOLLOWING -- PROVE ONE OF

5     THE FOLLOWING BEYOND A REASONABLE DOUBT:  ONE, THAT THE

6     CAVALRYMAN'S THUMB IS OVER 100 YEARS OLD AND IS WORTH

7     MORE THAN $5,000, OR THAT THE CAVALRYMAN'S THUMB IS

8     WORTH MORE THAN $100,000.

9          WORTH MEANS THE MEASURE OF VALUE

10    RECEIVED, DERIVED SATISFACTION OF A TANGIBLE OR

11    INTANGIBLE PRODUCT.

12          TO STEAL MEANS TO WRONGFULLY TAKE MONEY

13    OR PROPERTY BELONGING TO ANOTHER WITH THE INTENT TO

14    PERMANENTLY DEPRIVE THE OWNER OR CUSTODIAN OF ITS USE OR

15    BENEFIT.

16          THE GOVERNMENT MUST PROVE BEYOND A

17    REASONABLE DOUBT THAT THE PROPERTY STOLEN WAS IN THE

18    CARE, CUSTODY OR CONTROL OF THE FRANKLIN INSTITUTE.

19    ALTHOUGH THE WORDS CARE OR CUSTODY AND CONTROL HAVE

20    SLIGHTLY DIFFERENT MEANINGS, FOR PURPOSES OF THIS

21    ELEMENT THEY EXPRESS A SIMILAR IDEA, THAT IS, THAT THE

22    FRANKLIN INSTITUTE HAD CONTROL OVER AND RESPONSIBILITY

23    FOR THE PROPERTY, EVEN THOUGH IT WAS NOT THE ACTUAL

24    OWNER OF THE PROPERTY AT THE TIME OF MICHAEL ROHANA'S

25    ACTIONS.

1          COUNT TWO OF THE INDICTMENT CHARGES THE

2   DEFENDANT, MICHAEL ROHANA, WITH CONCEALMENT OF AN OBJECT

3   OF CULTURAL HERITAGE STOLEN FROM A MUSEUM, WHICH IS A

4   VIOLATION OF FEDERAL LAW.  IN ORDER TO FIND THE

5   DEFENDANT GUILTY OF THIS OFFENSE, YOU MUST FIND THAT THE

6   GOVERNMENT HAS PROVED EACH OF THE FOLLOWING THREE

7   ELEMENTS BEYOND A REASONABLE DOUBT:   FIRST, THAT THE

8   OBJECT OF CULTURAL HERITAGE, WHICH WAS STOLEN, WAS IN

9   THE CARE, CUSTODY OR CONTROL OF A MUSEUM REGARDLESS OF

10   WHETHER OR NOT THE DEFENDANT KNEW IT WAS FROM A MUSEUM;

11   SECOND, THAT THE DEFENDANT KNEW THAT THE OBJECT OF

12   CULTURAL HERITAGE HAD BEEN STOLEN; AND THREE, THAT THE

13   DEFENDANT CONCEALED THE STOLEN OBJECT OF CULTURAL

14   HERITAGE.

15          MOTIVE IS NOT AN ELEMENT OF THE OFFENSE

16   WITH WHICH THE DEFENDANT IS CHARGED.  PROOF OF BAD

17   MOTIVE IS NOT REQUIRED TO CONVICT.  FURTHER, PROOF OF

18   BAD MOTIVE ALONE DOES NOT ESTABLISH THAT THE DEFENDANT

19   IS GUILTY AND PROOF OF GOOD MOTIVE ALONE DOES NOT

20   ESTABLISH THE DEFENDANT IS NOT GUILTY.  EVIDENCE OF THE

21   DEFENDANT'S MOTIVE MAY, HOWEVER, HELP YOU FIND THE

22   DEFENDANT'S INTENT.

23          INTENT AND MOTIVES ARE DIFFERENT

24   CONCEPTS.  MOTIVE IS WHAT PROMPTS A PERSON TO ACT.

25   INTENT REFERS ONLY TO THE STATE OF MIND IN WHICH THE

1    PARTICULAR ACT IS DONE.  PERSONAL ADVANCEMENT AND

2    FINANCIAL GAIN, FOR EXAMPLE, ARE MOTIVES FOR MUCH OF

3    HUMAN CONDUCT.  HOWEVER, THESE MOTIVES MAY PROMPT ONE

4    PERSON TO INTENTIONALLY DO SOMETHING PERFECTLY

5    ACCEPTABLE, WHILE PROMPTING ANOTHER PERSON TO

6    INTENTIONALLY DO AN ACT THAT IS A CRIME.

7             OFTEN THE STATE OF MIND, INTENT OR

8    KNOWLEDGE WITH WHICH A PERSON ACTS AT ANY GIVEN TIME

9    CANNOT BE PROVEN DIRECTLY BECAUSE ONE CANNOT READ

10   ANOTHER PERSON'S MIND AND TELL WHAT HE OR SHE IS

11   THINKING.  HOWEVER, MICHAEL ROHANA'S STATE OF MIND CAN

12   BE PROVED INDIRECTLY FROM THE SURROUNDING CIRCUMSTANCES.

13   THUS, TO DETERMINE MICHAEL ROHANA'S STATE OF MIND, THAT

14   IS, WHAT MICHAEL ROHANA INTENDED OR KNEW AT A PARTICULAR

15   TIME, YOU MAY CONSIDER EVIDENCE ABOUT WHAT MICHAEL

16   ROHANA SAID, WHAT HE DID OR FAILED TO DO, HOW HE ACTED,

17   AND ALL OTHER FACTS AND CIRCUMSTANCES SHOWN BY THE

18   EVIDENCE THAT MAY PROVE WHAT WAS IN MICHAEL ROHANA'S

19   MIND AT THE TIME.  IT IS ENTIRELY UP TO YOU TO DECIDE

20   WHAT THE EVIDENCE PROVES -- WHAT EVIDENCE PRESENTED

21   DURING THIS TRIAL PROVES OR FAILS TO PROVE ABOUT MICHAEL

22   ROHANA'S STATE OF MIND.

23             NOW, THAT CONCLUDES THE INSTRUCTIONS AS

24   IT RELATES TO THE LAW TO BE APPLIED IN THIS CASE.  THE

25   NEXT SECTION IS HOW YOU SHOULD PROCEED DURING THE

1   DELIBERATIONS.

2           FIRST.   THE FIRST THING YOU SHOULD DO IN

3   THE JURY ROOM IS CHOOSE SOMEONE TO BE YOUR FOREPERSON.

4   THIS PERSON WILL SPEAK FOR YOU, THE JURY, IN COURT.  HE

5   OR SHE WILL PRESIDE OVER YOUR DISCUSSION.   HOWEVER, THE

6   VIEWS AND THE VOTE OF THE FOREPERSON ARE ENTITLED TO NO

7   GREATER WEIGHT THAN THOSE OF ANY OTHER JUROR.

8           SECOND, I WANT TO REMIND YOU THAT YOUR

9   VERDICT, WHETHER IT IS GUILTY OR NOT GUILTY, MUST BE

10  UNANIMOUS.   TO FIND THE DEFENDANT GUILTY OF AN OFFENSE,

11  EACH ONE OF YOU MUST AGREE THAT THE GOVERNMENT HAS

12  OVERCOME THE PRESUMPTION OF INNOCENCE WITH EVIDENCE THAT

13  PROVES EACH ELEMENT OF THAT OFFENSE BEYOND A REASONABLE

14  DOUBT.   TO FIND THE DEFENDANT NOT GUILTY, EVERY ONE OF

15  YOU MUST AGREE THAT THE GOVERNMENT HAS FAILED TO

16  CONVINCE YOU BEYOND A REASONABLE DOUBT.

17          THIRD.   IF YOU DECIDE THE GOVERNMENT HAS

18  PROVEN THE DEFENDANT GUILTY, THEN IT WILL BE MY

19  RESPONSIBILITY TO DECIDE WHAT THE APPROPRIATE PUNISHMENT

20  SHOULD BE.   YOU SHOULD NEVER CONSIDER THE POSSIBLE

21  PUNISHMENT IN REACHING YOUR VERDICT.

22          FOURTH.   AS I HAVE SAID BEFORE, YOUR

23  VERDICT MUST BE BASED ON THE EVIDENCE RECEIVED IN THIS

24  CASE AND THE LAW THAT I HAVE GIVEN TO YOU.  YOU SHOULD

25  NOT TAKE ANYTHING THAT I HAVE SAID OR DONE DURING THE

1    TRIAL AS INDICATING WHAT I THINK THE EVIDENCE -- WHAT I

2    THINK OF THE EVIDENCE OR WHAT I THINK YOUR VERDICT

3    SHOULD BE.   WHAT THE VERDICT SHOULD BE IS THE EXCLUSIVE

4    RESPONSIBILITY OF THE JURY.

5              FIFTH.   NOW THAT ALL OF THE EVIDENCE IS

6    IN AND THE ARGUMENTS ARE COMPLETED, AND ONCE I HAVE

7    FINISHED MY INSTRUCTIONS, YOU ARE FREE TO TALK ABOUT THE

8    CASE IN THE JURY ROOM.   IN FACT, IT IS YOUR DUTY TO TALK

9    WITH EACH OTHER ABOUT THE EVIDENCE AND TO MAKE ANY

10   REASONABLE EFFORT YOU CAN TO REACH UNANIMOUS AGREEMENT.

11   TALK WITH EACH OTHER.   LISTEN CAREFULLY AND RESPECTFULLY

12   TO EACH OTHER'S VIEWS AND KEEP AN OPEN MIND AS YOU

13   LISTEN TO WHAT YOUR FELLOW JURORS HAVE TO SAY.   DO NOT

14   HESITATE TO CHANGE YOUR MIND IF YOU ARE CONVINCED THAT

15   THE OTHER JURORS ARE RIGHT AND YOUR ORIGINAL POSITION

16   WAS WRONG.   DO NOT CHANGE YOUR MIND JUST BECAUSE OTHER

17   JURORS SEE THINGS DIFFERENTLY OR JUST TO GET THE CASE

18   OVER WITH.   IN THE END, YOUR VOTE MUST BE EXACTLY THAT,

19   YOUR OWN VOTE.   IT IS IMPORTANT FOR YOU TO REACH

20   UNANIMOUS AGREEMENT, BUT ONLY IF YOU CAN DO SO HONESTLY

21   AND IN GOOD CONSCIENCE.   LISTEN CAREFULLY TO THE OTHER

22   JURORS, WHAT THE OTHER JURORS HAVE TO SAY AND THEN

23   DECIDE FOR YOURSELF IF THE GOVERNMENT HAS PROVEN THE

24   DEFENDANT GUILTY BEYOND A REASONABLE DOUBT.

25              NO ONE WILL BE ALLOWED TO HEAR YOUR

1    DISCUSSIONS IN THE JURY ROOM AND NO RECORD WILL BE MADE

2    OF WHAT YOU SAY.   YOU SHOULD ALL FEEL FREE TO SPEAK YOUR

3    MINDS.

4              REMEMBER, IF YOU ELECTED TO TAKE NOTES

5    DURING THE TRIAL, YOUR NOTES SHOULD BE USED ONLY AS

6    MEMORY AIDS.   YOU SHOULD NOT GIVE YOUR NOTES GREATER

7    WEIGHT THAN YOUR INDEPENDENT RECOLLECTION OF THE

8    EVIDENCE.   YOU SHOULD RELY UPON YOUR OWN INDEPENDENT

9    RECOLLECTION OF THE EVIDENCE OR LACK OF EVIDENCE, AND

10   YOU SHOULD NOT BE UNDULY INFLUENCED BY THE NOTES OF

11   OTHER JURORS.   NOTES ARE NOT ENTITLED TO ANY MORE WEIGHT

12   THAN THE MEMORY OR IMPRESSION OF EACH JUROR.

13             SIXTH.   ONCE YOU START DELIBERATING, DO

14   NOT TALK, COMMUNICATE WITH OR PROVIDE ANY INFORMATION

15   ABOUT THIS CASE BY ANY MEANS THROUGH THE COURT OFFICIALS

16   OR TO ME OR ANYONE ELSE EXCEPT EACH OTHER.   DURING YOUR

17   DELIBERATIONS YOU SHOULD NOT USE AN ELECTRONIC DEVICE OR

18   MEDIA, SUCH AS TELEPHONE, CELL PHONE, SMART PHONE,

19   IPHONE, BLACKBERRY OR COMPUTERS, THE INTERNET OR ANY

20   INTERNET SERVICE, OR ANY TEXT OR INSTANT MESSAGING

21   SERVICES, OR ANY INTERNET CHATROOMS, BLOGS OR WEBSITES.

22             SEVENTH.   IF YOU HAVE ANY QUESTIONS OR

23   ANY MESSAGES, YOUR FOREPERSON SHOULD WRITE THEM DOWN ON

24   A PIECE OF PAPER, SIGN THEM, AND GIVE THEM TO THE COURT

25   OFFICIAL WHO WILL GIVE THEM TO ME.   I WILL FIRST TALK TO

1    THE LAWYERS ABOUT WHAT YOU HAVE ASKED, AND I WILL

2    RESPOND AS SOON AS I CAN.  IN THE MEANTIME IF POSSIBLE

3    CONTINUE WITH YOUR DELIBERATIONS ON SOME OTHER SUBJECT.

4             IF YOU WANT TO SEE ANY EXHIBITS THAT ARE

5    ADMITTED INTO EVIDENCE, YOU SHOULD SEND ME A MESSAGE,

6    AND IF I CAN LEGALLY DO SO, I WILL HAVE THE EXHIBITS

7    PROVIDED TO YOU.

8             ONE MORE THING.  DO NOT WRITE DOWN OR

9    TELL ANYONE ABOUT YOU OR HOW ANY ONE ELSE VOTED.  THAT

10   SHOULD STAY SECRET UNTIL YOU HAVE FINISHED YOUR

11   DELIBERATIONS.  IF YOU HAVE OCCASION TO COMMUNICATE WITH

12   THE COURT WHILE DELIBERATING, DO NOT DISCLOSE THE NUMBER

13   OF JURORS WHO HAVE VOTED TO CONVICT OR ACQUIT ON ANY

14   OFFENSE.

15            YOU WILL RECEIVE A VERDICT FORM THAT

16   SHOULD BE USED TO RECORD YOUR VERDICTS.  TAKE THIS FORM

17   TO THE JURY ROOM.  WHEN YOU HAVE REACHED YOUR UNANIMOUS

18   VERDICT, THE FOREPERSON SHOULD WRITE THE VERDICT ON THE

19   FORM AND DATE IT, SIGN IT, AND RETURN TO THE COURTROOM

20   AND GIVE THE FORM TO MY COURTROOM DEPUTY TO GIVE TO ME.

21   IF YOU DECIDE THE GOVERNMENT HAS PROVEN THE DEFENDANT

22   GUILTY OF ANY OR ALL OF THE OFFENSES CHARGED BEYOND A

23   REASONABLE DOUBT, SAY SO BY HAVING YOUR FOREPERSON MARK

24   THE APPROPRIATE PLACE ON THE FORM.  IF YOU DECIDE THE

25   GOVERNMENT HAS NOT PROVED THE DEFENDANT GUILTY OF SOME

1    OR ALL OF THE OFFENSES CHARGED BEYOND A REASONABLE

2    DOUBT, SAY SO BY HAVING YOUR FOREPERSON MARK THE

3    APPROPRIATE PLACE ON THE FORM.

4                    WITH THAT, LADIES AND GENTLEMEN, I WILL

5    SEND YOU TO THE JURY ROOM TO BEGIN YOUR DELIBERATIONS.

6                    MS. MACEOIN:  YOUR HONOR, MAY WE SEE YOU

7    AT SIDEBAR BRIEFLY?

8                    THE COURT:  SURE.

9                    (SIDEBAR DISCUSSION.)

10                   MS. MACEOIN:  YOUR HONOR, WE JUST RENEW

11   OUR OBJECTIONS THAT WE STATED DURING THE CHARGING

12   CONFERENCE.  THEY HAVE TO BE RENEWED AT THE END OF THE

13   INSTRUCTIONS.

14                   THE COURT:  YES.  WHICH ONES?

15                   MS. MACEOIN:  WE OBJECTED TO THE

16   DEFINITION OF WORTH BEING PROVIDED BY THE COURT.

17                   MS. HENRY:  AND TO THE IDEA THAT THE

18   INTENT TO STEAL IS NOT NECESSARY FOR COUNT TWO.

19                   MS. MACEOIN:  CORRECT, AND INTENT TO

20   STEAL AS WELL.

21                   THE COURT:  OKAY.

22                   MS. HENRY:  ONE OTHER THING.  I THINK YOU

23   MISSPOKE.

24                   MS. MACEOIN:  INADVERTENTLY.

25                   MS. HENRY:  INADVERTENTLY ON PAGE 23 WHEN

1    YOU WERE TALKING ABOUT THE PRESUMPTION OR OBLIGATION,

2    THE GOVERNMENT HAS TO PROVE THE DEFENDANT IS GUILTY AND

3    THIS BURDEN STAYS WITH THE DEFENDANT, YOU WROTE.  YOU

4    SAID DEFENDANT INSTEAD OF GOVERNMENT THROUGHOUT THE

5    TRIAL.  THAT WAS THE ONLY -- DID ANYONE ELSE NOTICE

6    THAT?

7             THE DEPUTY CLERK:  I DID.

8             THE COURT:  PAGE 23.

9             MS. HENRY:  PAGE 23.  IT WAS JUST THE

10   MIDDLE PARAGRAPH, THE SECOND PARAGRAPH.

11            THE DEPUTY CLERK:  THE LAST SENTENCE.

12            MS. HENRY:  THANK YOU.

13            (SIDEBAR ENDS.)

14            THE COURT:  IT WAS BROUGHT TO MY

15   ATTENTION THAT I MAY HAVE MISSPOKEN SO THAT I AM GOING

16   TO REPEAT ONE OF THE PARAGRAPHS AS IT RELATES TO

17   PRESUMPTION.

18            THE PRESUMPTION OF INNOCENCE MEANS THAT

19   THE DEFENDANT HAS NO BURDEN OR OBLIGATION TO PRESENT ANY

20   EVIDENCE AT ALL OR TO PROVE THAT HE IS NOT GUILTY.  THE

21   BURDEN OR OBLIGATION OF PROOF IS ON THE GOVERNMENT TO

22   PROVE THAT THE DEFENDANT IS GUILTY, AND THAT BURDEN

23   STAYS WITH THE GOVERNMENT THROUGHOUT THE TRIAL.

24            IS THAT SATISFACTORY?

25            MS. HENRY:  YES, YOUR HONOR.

1                          MS. MACEOIN:  YES.

2                          MS. NEWTON:  YES, IT IS YOUR HONOR.

3                          THE COURT:  SO WE WILL EXCUSE YOU TO GO

4        THE JURY ROOM TO BEGIN YOUR DELIBERATIONS.  WE WILL GIVE

5        YOU A COPY OF THE INSTRUCTIONS, AT LEAST ONE COPY OF THE

6        INSTRUCTIONS, SO THAT YOU CAN REFER TO THEM DURING YOUR

7        DELIBERATIONS.  AND IF YOU WISH TO SEE ANY OF THE

8        EXHIBITS, JUST LET US KNOW.  OKAY?

9                          THE CLERK:  ALL RISE.

10                         (JURY OUT.)

11                         THE COURT:  OKAY.  YOU MAY BE SEATED.  I

12       THINK WE SHOULD JUST STICK AROUND FOR A FEW MINUTES SO

13       WE CAN DETERMINE IF THEY WANT ANY OF THE EXHIBITS.

14                         (BRIEF PAUSE IN THE PROCEEDING.)

15                         (QUESTION IS BACK IN CHAMBERS.)

16                         THE COURT:  DID YOU EACH HAVE AN

17       OPPORTUNITY TO REVIEW WHAT THEY ARE REQUESTING?

18                         MS. HENRY:  YES.

19                         MS. NEWTON:  YES.

20                         THE COURT:  WE HAVE A SMART JURY.

21                         MS. NEWTON:  YES, WE DO.

22                         YOUR HONOR, IT IS MY UNDERSTANDING THAT

23       THE DEFENSE IS OBJECTING TO MR. COHN'S TESTIMONY BEING

24       PROVIDED TO THEM, AND THE GOVERNMENT BELIEVES IT'S

25       IMPORTANT THAT THAT TESTIMONY GO BACK.  AND THE REASON

1    IS, I HAVE TO SAY IN MY YEARS OF FEDERAL PRACTICE I HAVE

2    NEVER HEARD OF THE EXERT REPORT BEING ADMITTED AS

3    SUBJECTIVE EVIDENCE, WHICH IS THE REASON THE GOVERNMENT

4    DID NOT MOVE TO ADMIT MR. COHN'S REPORT.  AND AS I SAID,

5    I WAS VERY SURPRISED AND SOMEWHAT BLINDSIDED WHEN THE

6    DEFENSE DID MOVE IT IN.

7              SO GIVEN THE FACT THAT THE DEFENSE

8    EXPERTS HAVE BEEN PUT INTO EVIDENCE, THE GOVERNMENT

9    BELIEVES THAT IT IS APPROPRIATE AND IMPORTANT THAT THE

10   JURY BE ABLE TO LOOK AT MR. COHN'S TESTIMONY.

11             MS. MACEOIN:  YOUR HONOR, OUR OBJECTION

12   IS JUST THAT IT'S THEIR RECOLLECTION THAT SHOULD

13   CONTROL.  IT WASN'T A LONG TRIAL, IT WASN'T SOMETHING

14   THAT HAPPENED TWO WEEKS AGO.  SO THAT WOULD BE OUR

15   POSITION.

16             THE COURT:  WE HAVE IT, DON'T WE?

17             MS. NEWTON:  WE DO HAVE IT.

18             THE COURT:  USUALLY WE DON'T HAVE IT.

19   THAT'S WHY I USUALLY TELL THEM THEY HAVE TO GO ON THEIR

20   OWN RECOLLECTION.

21             MS. NEWTON:  RIGHT.

22             THE COURT:  I GUESS THE COMPROMISE WOULD

23   BE TO TELL THEM TO RELY ON THEIR OWN RECOLLECTION.  IF

24   THERE IS A PARTICULAR ISSUE THAT THEY HAVE, THEN WE WILL

25   ADDRESS IT AGAIN.

1          MS. NEWTON:  YOUR HONOR, I UNDERSTAND.  I

2    THINK THEY ARE ALREADY RAISING THAT ISSUE AND THEY HAVE

3    NOW --

4          THE COURT:  I GUESS THEY ARE.

5          MS. HENRY:  THE ONLY PROBLEM IS THAT -- I

6    MEAN, I KNOW THEY HAVE OUR EXPERT REPORTS, BUT THEY

7    DON'T HAVE THE DEFENSE EXPERT TESTIMONY.  SO TO SEND

8    BACK JUST ONE SET OF TESTIMONY WITHOUT SENDING BACK OUR

9    EXPERT'S TESTIMONY --

10          MS. MACEOIN:  THAT WAS MY NEXT POINT.

11          MS. NEWTON:  I WOULD NOT HAVE ANY

12    OBJECTION TO THAT, YOUR HONOR, IF THEY WANT TO SEND BACK

13    THE TESTIMONY OF THE THREE EXPERTS.

14          THE COURT:  OKAY.  SINCE WE HAVE IT, I'M

15    GOING TO LET THEM HAVE A TRANSCRIPT OF MR. COHN'S

16    TESTIMONY.

17          MS. MACEOIN:  YOUR HONOR, WE WOULD JUST

18    ASK THAT OUR EXPERT'S TESTIMONY BE ADMITTED AS WELL OR

19    BE PROVIDED TO THE JURY.

20          THE COURT:  OKAY.

21          MS. MACEOIN:  THANK YOU.

22          THE COURT:  LET ME JUST PUT HERE WHAT WE

23    DID.

24          MS. HENRY:  THANK YOU.

25          THE COURT:  OKAY.

1                    (JURY CONTINUES TO DELIBERATE.)

2                    (JURY QUESTION BACK IN CHAMBERS)

3                    THE COURT:  WELL, HERE IT COMES.

4       ACCORDING TO LAW, CAN YOU EXPAND ON THE DEFINITION OF

5       WORTH?

6                    MS. HENRY:  YOUR HONOR, OUR POSITION IS

7       THAT THE ANSWER TO THAT IS NO.  YOU WERE PROVIDED THE

8       DEFINITION OF WORTH IN THE INSTRUCTIONS.  IN FACT, THE

9       GOVERNMENT SPECIFICALLY ASKED THAT "WORTH" BE DEFINED.

10      WE AGREED, FINALLY, AND YOUR HONOR RULED ON WHAT THE

11      DEFINITION OF WORTH WOULD BE, SO NOW THE JURY CAN ONLY

12      CONSIDER THE DEFINITION OF WORTH THAT WAS PROVIDED TO

13      THEM IN THE JURY INSTRUCTIONS.

14                   MS. NEWTON:  I DON'T KNOW THAT THAT'S

15      CORRECT, YOUR HONOR.  I THINK YOU CAN CERTAINLY PROVIDE

16      A DEFINITION, BUT THE JURORS ARE ALWAYS PERMITTED TO USE

17      THEIR COMMON SENSE IN THE ORDINARY DEFINITION OF A WORD.

18                   MS. MACEOIN:  THEY HAVE ASKED

19      SPECIFICALLY TO EXPAND THE DEFINITION.

20                   MS. HENRY:  AND YOU CANNOT EXPAND IT PAST

21      THE --

22                   THE COURT:  I CANNOT.

23                   MS. NEWTON:  YOU CANNOT EXPAND.

24                   THE COURT:  I CANNOT, THAT IS CLEAR.

25                   MS. NEWTON:  SO CERTAINLY SAYING YOU MAY

1   USE THE LEGAL DEFINITION PROVIDED AND YOUR UNDERSTANDING

2   OF THE DEFINITION OF WORTH.  I THINK THAT IS ABSOLUTELY

3   PERMISSIBLE.

4                    MS. HENRY:  THAT COULD BE AN EXPANSION

5   WHICH IS WHY WE SPECIFICALLY FOUGHT ABOUT THIS, AND WE

6   AGREED THAT THIS WOULD BE THE DEFINITION, AND THAT THEY

7   SHOULD CONSIDER THE DEFINITION.  I THINK YOU SHOULD JUST

8   SAY, YOU CANNOT EXPAND THE DEFINITION OF WORTH.  PLEASE

9   REFER TO THE DEFINITION OF WORTH IN THE JURY

10  INSTRUCTIONS THAT YOU HAVE BEEN PROVIDED.

11                   MS. NEWTON:  YOUR HONOR, I DON'T THINK

12  THAT IS CORRECT.  I THINK YOU CAN PROVIDE A LEGAL

13  DEFINITION, BUT IN THEIR OWN EXPERIENCE, THEY CAN USE

14  THEIR EXPERIENCE AS TO WHAT "WORTH" MEANS.

15                   MS. HENRY:  BUT THEY HAVE TO BE TOLD THEY

16  CANNOT EXPAND IT, BECAUSE THAT'S TRUE.

17                   THE COURT:  I CANNOT EXPAND IT.

18                   MS. HENRY:  THAT YOU CANNOT EXPAND IT,

19  RIGHT.

20                   THE COURT:  I CANNOT EXPAND ON THE

21  DEFINITION, THE INSTRUCTIONS DEFINE WORTH.  OTHERWISE,

22  YOU MUST RELY UPON THE COMMON DEFINITION.

23                   MS. HENRY:  THAT IS INCONSISTENT THERE,

24  BECAUSE THEY ARE GOING TO SAY, WELL, WHAT IS IT?  IS IT

25  THE DEFINITION OR IS IT THE COMMON DEFINITION?  THEY

1       SHOULD ONLY HAVE ONE DEFINITION.

2               MS. NEWTON:  THAT'S WHAT I DON'T THINK IS

3       CORRECT, YOUR HONOR.  I THINK THEY ARE PERMITTED TO LOOK

4       AT WHAT A COMMON DEFINITION FOR ANY WORD THAT THEY USE,

5       WHETHER IT'S A LEGAL DEFINITION AS WELL.

6               MS. MACEOIN:  YOUR HONOR, I AM TRYING TO

7       THINK OF AN EXAMPLE WHERE SOMETHING IS VERY SPECIFIC IN

8       THE LAW AND IT HAS A DIFFERENT DEFINITION IN COMMON

9       SENSE.

10              MS. HENRY:  INTERSTATE COMMERCE IS A

11      PERFECT EXAMPLE.  IT HAS A MEANING, LEGAL DEFINITION.

12      BUT IF YOU GAVE THE NORMAL DEFINITION OF COMMERCE OR

13      WHAT THEY THINK INTER AND WHAT THEY THINK STATE MEANS,

14      IT DOES NOT MEET THE DEFINITION OF WHAT INTERSTATE IS.

15              I HAD THIS EXACT ISSUE BEFORE JUDGE

16      BAYLSON.  AND THE QUESTION WAS THEY WANTED A REGULAR

17      DEFINITION OUTSIDE OF THE LEGAL DEFINITION, SO THE JUDGE

18      -- THEY ASKED FOR A DICTIONARY SO THAT THEY COULD LOOK

19      AND SEE WHAT THE ORDINARY DEFINITION OF INTERSTATE

20      COMMERCE WAS AND THAT WAS -- A NEW TRIAL WAS GRANTED

21      BECAUSE THEY WERE NOT ALLOWED TO GO OUTSIDE THE

22      DEFINITION OF WHAT WAS IN THE JURY INSTRUCTIONS.

23              AND IN THIS CASE, WE DIDN'T WANT ANY

24      DEFINITION AT ALL, BUT THEN THE GOVERNMENT FOUGHT AND

25      THEY WANTED THIS SPECIFIC WORD DEFINED.  AND NOW FOR

1    THEM TO SAY THAT, OH, IT'S OKAY TO GO SOMEWHERE OUTSIDE

2    OF THAT DEFINITION, THAT'S WHAT THEY FOUGHT FOR.

3                    SO I THINK IF WE GIVE AN INSTRUCTION

4    SAYING, I CANNOT EXPAND IT AND YOU HAVE THE INSTRUCTION

5    IN FRONT OF YOU, THAT SHOULD BE IT.  IT SHOULD NOT BE

6    THAT YOU CAN USE YOUR COMMON SENSE OR GO OUTSIDE OR

7    ANYTHING ELSE.  THEY HAVE A DEFINITION AND WE LITIGATED

8    IT -- WE FILED -- WE DID TONS OF LITIGATION ON THIS

9    DEFINITION.  WE DID MOTIONS IN LIMINE, WE FILED WRITTEN

10   MOTIONS BECAUSE OF THIS VERY ISSUE.

11                    AND SO NOW TO SAY THAT ALL OF THAT, THAT

12   THEY CAN JUST SORT OF -- BY SAYING YOU CAN USE YOUR

13   REGULAR DEFINITION OR COMMON DEFINITION, YOU ARE

14   ESSENTIALLY SAYING THAT THEY ARE NOT BOUND BY THE

15   DEFINITION THAT IS IN THE INSTRUCTIONS.

16                    MS. NEWTON:  YOUR HONOR, I THINK I AGREE

17   THAT A DICTIONARY DEFINITION SHOULD NOT BE PROVIDED, BUT

18   I THINK WHAT IS APPROPRIATE IS THAT THEY HAVE A LEGAL

19   DEFINITION AND THEY MAY USE THEIR COMMON SENSE IN

20   DEFINING THE TERM.

21                    MS. MACEOIN:  I BELIEVE, YOUR HONOR, THE

22   REFERENCE TO COMMON SENSE IN THE JURY INSTRUCTIONS IS

23   THAT THE JURY DOESN'T LEAVE THEIR COMMON SENSE AT THE

24   DOOR WHEN DETERMINING FACTS IN A CASE.  BUT SOMETHING

25   LIKE A LEGAL DEFINITION AND, LIKE, ENCOURAGING THEM TO

1    USE THEIR OWN KIND OF LAYMAN'S DEFINITION OF WORTH, I

2    THINK IT'S REVERSIBLE ERROR, RESPECTFULLY.   IT'S BECAUSE

3    THIS IS -- I MEAN, ESPECIALLY IN THIS CASE WITH THIS

4    ISSUE, IT'S SUCH A SPECIFIC -- AGAIN, WE MAINTAIN THAT

5    IT'S DEFINED SOLELY BY MONETARY.   THE GOVERNMENT

6    OBJECTED, YOUR HONOR RULED.   TO GO BEYOND THAT I THINK

7    IT IS OPENING THE DOOR THAT COULD CAUSE REVERSAL ERROR.

8              THE COURT:   OKAY.   THE NEXT QUESTION IS,

9    DEFINE WHAT I MEANT BY PROBATIVE.

10              MS. HENRY:   YOUR HONOR, SO OUR SUGGESTION

11   IS --

12              THE COURT:   I DIDN'T WANT TO USE RELEVANT

13   BECAUSE IT COULD BE RELEVANT.

14              MS. HENRY:   RIGHT.   OUR OBJECTION WAS

15   THAT -- AND WHAT I WOULD SUGGEST THAT THE COURT DO AT

16   THIS POINT BEFORE WE START GOING DOWN THE RABBIT HOLE

17   TRYING TO DEFINE THINGS THAT ARE LEGAL TERMS TO THE JURY

18   WOULD BE TO SAY -- FOR YOUR HONOR TO SAY, MY CORRECT

19   RESPONSE TO YOUR FIRST QUESTION SHOULD HAVE BEEN --

20   RESPECTFULLY.   NO OFFENSE, JUDGE.   I SAY THIS OUT OF THE

21   UTMOST RESPECT.   THAT THE COURT CANNOT ANSWER WHY THE

22   GOVERNMENT DID NOT ENTER MR. KOHN'S REPORTS INTO

23   EVIDENCE.   THERE IS NO WAY THAT YOU CAN KNOW WHAT WAS IN

24   THE PROSECUTOR'S MIND AND TO SAY THAT THE JURY -- THAT

25   WHAT THEY DID WAS -- TO TELL THE JURY WHAT WAS MEANT BY

1    THEIR TACTICAL DECISION.  I MEAN, OF COURSE, YOU DON'T

2    KNOW WHY THEY DID WHAT THEY DID.  SO FOR THE JURY -- THE

3    JURY IS ASKING YOU, YOU KNOW, WHY DID THEY DO THAT?  AND

4    I THINK YOUR HONOR'S ANSWER SHOULD BE, THE COURT CAN'T

5    ANSWER OR COMMENT ON WHY THE GOVERNMENT DID NOT ENTER

6    THESE REPORTS INTO EVIDENCE BECAUSE THAT'S NOT

7    APPROPRIATE FOR THE COURT TO DO.

8            MS. NEWTON:  YOUR HONOR, WE ARE GETTING

9    INTO A VERY STICKY ISSUE HERE, BECAUSE THE REALITY IS

10   THE EXPERT REPORTS ARE NOT ADMITTED INTO EVIDENCE

11   BECAUSE THEY ARE HEARSAY, THAT'S WHY THE EXPERT

12   TESTIFIES.  AND THE COURT DID RULE THAT DEFENSE EXPERT

13   REPORTS WERE ADMITTED INTO EVIDENCE.  AND I HAVE TO

14   ADMIT I WAS -- AS I SAID BEFORE, I WAS SO SURPRISED I

15   DIDN'T OBJECT AT THE TIME.  BUT I THINK WE NEED TO BE

16   VERY CAREFUL ABOUT WHAT IS SAID HERE.  AND I DON'T THINK

17   IT'S APPROPRIATE TO REFER TO WHY TACTICAL DECISIONS WERE

18   MADE.

19           MS. HENRY:  RIGHT.

20           MS. MACEOIN:  WHICH IS WHY WE AGREED THAT

21   THE PREVIOUS RESPONSE SHOULD HAVE BEEN -- -

22           MS. HENRY:  OR THE COURT CAN'T COMMENT ON

23   THIS, OR THE COURT CANNOT ANSWER THIS QUESTION.

24           MS. MACEOIN:  I HAVE HAD JUDGES SAY THAT

25   WHEN A QUESTION PROBES BEYOND WHAT THE COURT CAN ANSWER.

1            THE COURT:  WELL, AT LEAST AS FAR AS

2    NUMBER SIX, I AM GOING TO SAY I CANNOT FURTHER EXPAND ON

3    THE DEFINITION.  THE INSTRUCTIONS DEFINE WORTH.

4            PLEASE FURTHER DEFINE WHAT PROBATIVE IS.

5    WELL, WHAT I WAS TRYING TO SAY WAS IT HAS NOTHING TO DO

6    WITH THE ELEMENTS IN THIS CASE OR THE ELEMENTS OF THE

7    OFFENSES, SOMETHING LIKE THAT.

8            MS. NEWTON:  PROBATIVE HAS TO DO WITH

9    PROOF.  WHAT IS THE PROOF?

10           THE COURT:  RIGHT.

11           MS. HENRY:  SO IF YOU WERE GOING TO

12   SAY --

13           THE COURT:  IT DOESN'T GO TO PROVE ANY OF

14   THE ELEMENTS OF THE OFFENSE.

15           MS. MACEOIN:  BUT IT IS PART OF THE

16   JURY'S OVERALL CONSIDERATION WHEN SOMETHING IS NOT IN

17   EVIDENCE.

18           MS. HENRY:  RIGHT, BECAUSE THEY CAN LOOK

19   AT LACK OF EVIDENCE.

20           MS. MACEOIN:  TO DETERMINE REASONABLE

21   DOUBT, RIGHT?

22           MS. HENRY:  RIGHT.  SO --

23           MS. MACEOIN:  I THINK, YOUR HONOR, I AM

24   AT A LOSS AS TO WHAT WE CAN SAY NOW WITHOUT FURTHER

25   GOING DOWN A RABBIT HOLE AND DEFINING IT AND DEFINING IT

1    AND DEFINING IT.

2              MS. HENRY:  I MEAN, OTHER THAN SAYING

3    THAT WE CAN'T -- BECAUSE THEY CAN SPECULATE ABOUT -- OR

4    THEY CAN --

5              MS. MACEOIN:  I MEAN, ONE CHOICE IS TO

6    SAY, WE ARE NOT GOING TO COMMENT FURTHER ON THIS

7    PARTICULAR QUESTION.  THE COURT IS NOT GOING TO COMMENT

8    FURTHER ON THIS QUESTION.

9              MS. HENRY:  BUT THEN YOU FEEL LIKE --

10             MS. MACEOIN:  THEN YOU FEEL LIKE YOU ARE

11   NOT ANSWERING THEIR QUESTION.  I KNOW.

12             MS. HENRY:  OR THE GOVERNMENT -- IF YOUR

13   HONOR IS GOING TO SAY IT DOESN'T GO TO ONE OF THESE

14   ELEMENTS, MAYBE WE WOULD WANT TO REINSTRUCT THAT THE

15   GOVERNMENT HAS THE BURDEN OF PROOF AS TO ALL ELEMENTS.

16             MS. MACEOIN:  RIGHT, WE MAY WANT TO.

17             THE COURT:  PROBATIVE MEANS PROOF.  THE

18   GOVERNMENT HAS THE BURDEN OF PROOF ON EACH OF THE

19   ELEMENTS OF THE OFFENSES.

20             MS. HENRY:  FINE.

21             MS. MACEOIN:  THANK YOU, YOUR HONOR.

22             MS. HENRY:  THANK YOU, YOUR HONOR.

23             (END IN CHAMBERS.)

24             (JURY CONTINUES TO DELIBERATE.)

25             THE COURT:  I AM JUST GOING TO BRING THE

1    JURY IN AND EXCUSE THEM.

2                    (JURY IN.)

3              THE COURT:  OKAY, YOU MAY BE SEATED.

4                    LADIES AND GENTLEMEN, IT IS ALMOST 4:30.

5    YOU HAVE BEEN DELIBERATING ALL DAY.  I THINK THAT IT IS

6    APPROPRIATE AT THIS TIME TO EXCUSE YOU AND BRING YOU

7    BACK TOMORROW.  I KNOW IT SEEMS LIKE YOU'VE BEEN

8    DELIBERATING FOR A LONG TIME, BUT YOU REALLY HAVEN'T.

9    SO I'M GOING TO EXCUSE YOU, TELL YOU TO CEASE YOUR

10   DELIBERATIONS, DON'T DISCUSS THIS WITH ANYONE.

11                   ENJOY YOUR EVENING AND WE WILL SEE YOU

12   BACK HERE TOMORROW MORNING AT 9:30.

13                   (JURY OUT.)

14             THE COURT:  OKAY, WE ARE RECESSED UNTIL

15   TOMORROW MORNING AT 9:30.

16                   ALL COUNSEL:   THANK YOU, YOUR HONOR.

17                   (COURT ADJOURNED.)

18

19

20

21

22

23

24

25

1

2

3          I CERTIFY THAT THE FOREGOING IS A CORRECT

4   TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE

5   ABOVE-ENTITLED MATTER.

6

7

8   4/9/19

9   DATE                      OFFICIAL COURT REPORTER

10                            LYNN MCCLOSKEY, RPR

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**$**

$100,000 [1] - 21:7
$5,000 [1] - 21:6

**1**

1 [1] - 10:25
100 [1] - 21:5
1234 [1] - 1:22
1250 [1] - 1:15
18 [1] - 19:15
19106 [3] - 1:16, 1:23, 2:6

**2**

2-18-CR-00100-PTB-1 [1] - 1:4
2019 [1] - 1:4
23 [3] - 28:24, 29:7, 29:8

**4**

4:30 [1] - 41:3

**5**

540W [1] - 2:4

**6**

6 [1] - 1:10
601 [2] - 1:22, 2:5
615 [1] - 1:15
649-4774 [1] - 1:23
668(B)(1 [1] - 19:15
668(B)(2 [1] - 19:17

**8**

8 [1] - 1:8
856 [1] - 1:23

**9**

9:30 [2] - 41:11, 41:14

**A**

ABILITY [1] - 10:25
ABLE [1] - 31:9
ABOUT [32] - 3:21, 4:4, 4:16, 4:22, 4:23, 5:1, 5:4, 6:10, 7:14, 7:16, 8:10, 8:18, 10:1, 11:1, 12:3, 12:15, 13:9, 16:14, 18:14, 18:18, 23:14, 23:20, 25:6, 25:8,

26:14, 26:25, 27:8, 28:25, 34:4, 38:15, 40:2
ABOVE [1] - 42:4
ABOVE-ENTITLED [1] - 42:4
ABSOLUTELY [1] - 34:1
ACCEPT [2] - 4:23, 12:7
ACCEPTABLE [1] - 23:4
ACCORDING [1] - 33:3
ACCURATE [2] - 10:13, 10:20
ACCUSATION [1] - 19:23
ACCUSED [1] - 19:21
ACQUIT [1] - 27:12
ACT [4] - 18:6, 22:23, 22:25, 23:5
ACTED [1] - 23:15
ACTIONS [1] - 21:24
ACTIVITIES [1] - 20:18
ACTS [1] - 23:7
ACTUAL [1] - 21:22
ADDITION [1] - 16:16
ADDRESS [1] - 31:24
ADJOURNED [1] - 41:16
ADMIT [2] - 31:3, 38:13
ADMITTED [7] - 16:2, 16:7, 27:4, 31:1, 32:17, 38:9, 38:12
ADVANCEMENT [1] - 22:25
AESTHETIC [1] - 20:21
AFFECT [1] - 20:18
AFTER [5] - 12:14, 13:4, 15:18, 18:3, 18:9
AGAIN [2] - 31:24, 37:3
AGAINST [2] - 16:22, 19:23
AGO [1] - 31:13
AGREE [5] - 4:6, 4:8, 24:10, 24:14, 36:15
AGREED [4] - 6:3, 33:9, 34:5, 38:19
AGREEMENT [2] - 25:9, 25:19
AIDS [1] - 26:5
ALL [27] - 3:2, 4:3, 4:8, 9:19, 10:3, 10:17, 13:4, 14:4, 15:19,

16:12, 16:13, 17:7, 17:22, 18:4, 18:9, 23:16, 25:4, 26:1, 27:21, 27:25, 29:19, 30:8, 35:23, 36:10, 40:14, 41:4, 41:15
ALLEGED [2] - 18:20, 18:23
ALLEGEDLY [1] - 16:5
ALLOW [1] - 5:15
ALLOWED [4] - 6:24, 7:7, 25:24, 35:20
ALMOST [1] - 41:3
ALONE [4] - 3:18, 9:16, 22:17, 22:18
ALREADY [2] - 7:17, 32:1
ALSO [10] - 2:7, 5:16, 7:1, 7:21, 8:8, 12:5, 13:20, 14:14, 20:14, 21:2
ALTHOUGH [3] - 8:2, 16:10, 21:18
ALWAYS [1] - 33:15
AM [5] - 29:14, 35:5, 39:1, 39:22, 40:24
AMERICA [1] - 1:4
AMONG [1] - 4:10
AN [31] - 7:1, 7:4, 7:11, 8:17, 11:7, 12:2, 12:4, 13:13, 13:14, 13:22, 18:3, 19:16, 19:17, 19:20, 19:22, 19:23, 20:3, 20:12, 20:17, 21:1, 22:1, 22:14, 23:5, 24:9, 25:11, 26:16, 30:15, 34:3, 35:6, 36:2
ANCESTRY [1] - 5:18
AND [149] - 2:3, 3:8, 3:13, 3:17, 3:18, 4:2, 4:12, 4:19, 5:10, 5:14, 5:20, 6:1, 6:5, 6:6, 6:9, 6:14, 6:15, 7:6, 7:9, 7:19, 8:6, 8:13, 9:2, 9:8, 9:15, 9:16, 9:18, 9:20, 9:25, 10:3, 10:9, 10:16, 10:17, 10:20, 10:23, 10:25, 11:1, 11:4, 11:5, 11:11, 11:19, 11:25, 12:8, 12:11, 12:22, 13:6, 13:15, 13:19, 13:21, 13:22, 13:23, 13:25, 14:1, 14:7, 14:24, 15:16, 16:3, 16:5, 16:8, 16:23, 17:9,

17:16, 18:4, 18:10, 19:2, 19:5, 19:16, 19:24, 20:11, 20:17, 20:19, 20:22, 21:5, 21:18, 21:21, 22:11, 22:18, 22:22, 22:25, 23:9, 23:16, 24:5, 24:23, 25:5, 25:8, 25:10, 25:11, 25:14, 25:20, 25:21, 25:25, 26:8, 26:23, 26:25, 27:5, 27:18, 27:19, 28:3, 28:16, 28:18, 29:1, 29:21, 30:6, 30:23, 30:24, 31:3, 31:4, 31:8, 32:1, 33:9, 33:19, 33:25, 34:4, 34:5, 35:7, 35:12, 35:15, 35:18, 35:19, 35:22, 35:23, 35:24, 36:3, 36:6, 36:10, 36:18, 36:24, 37:14, 37:23, 38:2, 38:11, 38:12, 38:15, 39:24, 39:25, 40:25, 41:3, 41:5, 41:10
AND/OR [1] - 7:6
ANOTHER [5] - 9:6, 9:16, 21:12, 23:4, 23:9
ANSWER [8] - 7:15, 7:20, 33:6, 37:20, 38:3, 38:4, 38:22, 38:24
ANSWERED [3] - 7:5, 7:12, 7:17
ANSWERING [1] - 40:10
ANY [54] - 4:15, 4:16, 4:19, 4:20, 4:23, 5:17, 5:23, 6:1, 6:9, 7:2, 7:7, 7:24, 8:9, 9:24, 10:18, 11:8, 11:10, 11:11, 11:19, 13:4, 13:6, 14:9, 14:25, 16:7, 16:8, 16:17, 16:18, 17:7, 19:3, 19:11, 19:25, 23:7, 24:6, 25:8, 26:10, 26:13, 26:14, 26:18, 26:19, 26:20, 26:21, 26:22, 27:3, 27:8, 27:12, 27:21, 29:18, 30:6, 30:12, 32:10, 35:3, 35:22, 39:12
ANYONE [10] - 4:15, 4:22, 4:24, 4:25, 5:1, 5:13, 26:15, 27:8, 29:4, 41:9

ANYTHING [9] - 3:19, 5:13, 5:22, 6:10, 8:8, 11:14, 19:24, 24:24, 36:6
APPEARANCE [1] - 11:5
APPEARANCES [2] - 1:13, 2:1
APPLICATION [1] - 13:23
APPLIED [1] - 23:23
APPLY [4] - 3:23, 4:1, 4:3, 4:5
APPRAISALS [3] - 13:14, 13:15, 13:24
APPRAISER [2] - 13:13, 13:21
APPROPRIATE [9] - 14:4, 24:18, 27:23, 28:2, 31:8, 36:17, 38:6, 38:16, 41:5
APRIL [1] - 1:8
ARE [46] - 3:4, 3:5, 5:8, 6:23, 7:23, 8:12, 10:8, 10:9, 10:19, 12:7, 12:13, 13:10, 14:12, 14:16, 14:17, 14:18, 16:4, 16:6, 17:3, 17:24, 18:10, 20:23, 22:22, 23:1, 24:5, 25:5, 25:6, 25:13, 25:14, 26:10, 27:3, 30:16, 32:1, 32:3, 33:15, 34:23, 35:2, 36:12, 36:13, 37:16, 38:7, 38:9, 38:10, 40:5, 40:9, 41:13
ARGUMENTS [3] - 3:13, 6:5, 25:5
ARISE [1] - 18:7
AROUND [1] - 30:11
ART [5] - 13:13, 13:14, 13:15, 13:17
AS [42] - 3:15, 3:20, 4:17, 4:21, 6:1, 6:18, 7:5, 7:13, 10:3, 10:6, 10:18, 13:1, 14:9, 14:25, 15:13, 15:18, 16:6, 16:8, 16:16, 19:13, 19:19, 23:22, 24:21, 24:25, 25:11, 26:4, 26:17, 27:1, 28:19, 29:15, 31:1, 31:3, 32:17, 34:13, 35:4, 38:13, 38:25, 39:23, 40:14
ASIAN [2] - 13:13, 13:17
ASK [3] - 9:15, 32:17

ASKED [5] - 6:7, 26:25, 33:8, 33:17, 35:17
ASKING [2] - 6:23, 38:2
ASSUME [1] - 8:8
AT [27] - 10:7, 15:3, 15:11, 17:7, 19:19, 20:10, 21:1, 21:23, 23:7, 23:13, 23:18, 28:6, 28:11, 29:19, 30:4, 31:9, 35:3, 35:23, 36:22, 37:14, 38:14, 38:25, 39:18, 39:23, 41:5, 41:11, 41:14
ATTACH [1] - 12:16
ATTENTION [2] - 8:3, 29:14
ATTORNEY'S [1] - 1:14
AUSA [1] - 1:15
AVOID [1] - 4:13

**B**

BACK [8] - 30:14, 30:24, 32:7, 32:11, 33:1, 41:6, 41:11
BAD [2] - 22:15, 22:17
BASED [10] - 5:6, 5:20, 9:17, 10:15, 14:12, 15:10, 17:18, 17:24, 18:1, 24:22
BASIS [1] - 9:6
BAYLSON [1] - 35:15
BE [59] - 3:3, 3:11, 3:22, 4:5, 4:7, 4:9, 5:13, 5:16, 6:19, 6:24, 6:25, 7:1, 7:22, 7:24, 8:11, 8:13, 9:9, 9:13, 9:22, 11:20, 16:20, 17:18, 19:12, 23:8, 23:11, 23:23, 24:2, 24:8, 24:17, 24:19, 24:22, 25:2, 25:17, 25:24, 25:25, 26:4, 26:9, 27:15, 28:11, 30:10, 31:9, 31:13, 31:22, 32:17, 32:18, 33:8, 33:10, 34:3, 34:5, 34:14, 36:4, 36:16, 37:12, 37:17, 38:3, 38:14, 41:2
BEAR [1] - 11:19
BEARING [1] - 12:11
BECAUSE [19] - 5:5, 5:10, 12:10, 12:11, 13:15, 13:24, 23:8,

25:15, 34:15, 34:23, 35:20, 36:9, 37:1, 37:12, 38:5, 38:8, 38:10, 39:17, 40:2
BEEN [11] - 16:1, 16:2, 16:3, 20:1, 22:11, 31:7, 34:9, 37:18, 38:20, 41:4, 41:6
BEFORE [8] - 1:9, 7:17, 7:18, 11:14, 14:21, 35:14, 37:15, 38:13
BEGIN [2] - 28:4, 30:3
BEGINNING [2] - 10:7, 19:19
BEHALF [1] - 14:23
BEHAVIOR [2] - 10:16, 11:5
BEING [3] - 28:15, 30:22, 31:1
BELIEF [2] - 10:12, 12:10
BELIEVABILITY [1] - 12:15
BELIEVABLE [1] - 12:22
BELIEVE [9] - 10:9, 10:13, 10:15, 10:23, 11:18, 13:5, 15:14, 36:20
BELIEVED [3] - 8:17, 8:23, 11:20
BELIEVES [2] - 30:23, 31:8
BELONGING [1] - 21:12
BENEFIT [1] - 21:14
BETWEEN [2] - 9:21, 11:22
BEYOND [26] - 10:5, 15:21, 15:24, 16:11, 17:1, 17:4, 17:14, 17:17, 17:20, 17:21, 17:22, 18:11, 18:21, 19:8, 20:7, 20:16, 21:4, 21:15, 22:6, 24:12, 24:15, 25:23, 27:21, 27:25, 37:5, 38:24
BIAS [1] - 11:8
BINDING [1] - 8:5
BLACKBERRY [2] - 4:18, 26:18
BLINDSIDED [1] - 31:4
BLOG [1] - 4:20
BLOGS [1] - 26:20
BOTH [1] - 8:14
BOUND [1] - 36:13
BRIEF [1] - 30:13

BRIEFLY [1] - 28:6
BRING [2] - 40:24, 41:5
BROUGHT [1] - 29:13
BURDEN [9] - 17:6, 17:8, 17:10, 29:2, 29:18, 29:20, 29:21, 40:14, 40:17
BUT [18] - 4:10, 9:12, 13:10, 15:23, 17:19, 25:19, 32:5, 33:15, 34:12, 34:14, 35:11, 35:23, 36:16, 36:23, 38:14, 39:14, 40:8, 41:7
BY [29] - 1:15, 2:2, 4:15, 5:13, 5:17, 6:3, 6:6, 6:7, 6:22, 6:25, 7:2, 7:25, 14:17, 14:18, 16:1, 16:24, 20:8, 23:16, 26:9, 26:14, 27:22, 28:1, 28:15, 36:11, 36:13, 37:4, 37:8, 37:24

**C**

CALLED [1] - 8:2
CAN [24] - 5:1, 6:19, 12:16, 23:10, 25:9, 25:19, 27:1, 27:5, 30:5, 30:12, 33:3, 33:10, 33:14, 34:11, 34:12, 36:5, 36:11, 37:22, 38:24, 39:17, 39:23, 40:2, 40:3
CAN'T [3] - 38:3, 38:21, 40:2
CANNOT [17] - 4:12, 4:24, 23:8, 33:19, 33:21, 33:22, 33:23, 34:7, 34:15, 34:16, 34:17, 34:19, 36:3, 37:20, 38:22, 39:1
CAPABLE [1] - 15:16
CARE [4] - 20:11, 21:17, 21:18, 22:8
CAREFUL [1] - 38:15
CAREFULLY [4] - 4:1, 18:4, 25:10, 25:20
CARES [1] - 20:23
CARRYING [1] - 9:8
CASE [36] - 1:4, 4:10, 4:16, 4:22, 4:23, 5:1, 5:2, 5:5, 5:6, 5:9, 5:19, 6:6, 6:10, 7:24, 8:7, 8:10, 10:4, 10:18, 11:8, 11:11, 13:11, 14:5, 14:20, 14:23, 16:13, 16:15,

20:1, 23:23, 24:23, 25:7, 25:16, 26:14, 35:22, 36:23, 37:2, 39:5
CATHERINE [1] - 2:2
CAUSE [3] - 11:23, 18:5, 37:6
CAVALRYMAN'S [3] - 21:1, 21:5, 21:6
CEASE [1] - 41:8
CELL [2] - 4:18, 26:17
CENTER [1] - 2:5
CERTAIN [3] - 6:16, 8:3, 18:18
CERTAINLY [2] - 33:14, 33:24
CERTAINTY [2] - 17:23, 18:19
CERTIFIED [3] - 13:12, 13:21
CERTIFY [1] - 42:2
CHAMBERS [3] - 30:14, 33:1, 40:22
CHANGE [2] - 25:13, 25:15
CHARACTER [2] - 10:1, 10:2
CHARGE [1] - 15:6
CHARGED [17] - 15:4, 15:20, 16:20, 17:1, 17:13, 17:16, 18:11, 18:15, 18:24, 18:25, 19:1, 19:7, 19:12, 19:13, 22:15, 27:21, 27:25
CHARGES [5] - 10:5, 18:17, 19:22, 20:2, 21:25
CHARGING [1] - 28:10
CHARTS [2] - 16:1, 16:2
CHAT [1] - 4:20
CHATROOMS [1] - 26:20
CHESTNUT [1] - 1:15
CHINESE [3] - 13:14, 13:15
CHOICE [1] - 40:4
CHOOSE [1] - 24:2
CHOOSES [1] - 14:22
CIRCUMSTANCES [2] - 23:11, 23:16
CIRCUMSTANTIAL [5] - 8:14, 8:22, 9:9, 9:20, 9:22
CLEAN [1] - 16:21
CLEAR [1] - 33:23
CLERK [4] - 2:8, 29:6, 29:10, 30:8
CODE [1] - 19:15

COHN [1] - 13:12
COHN'S [4] - 30:22, 31:3, 31:9, 32:14
COLOR [1] - 5:17
COMES [1] - 33:2
COMMENCE [1] - 20:19
COMMENT [4] - 38:4, 38:21, 40:5, 40:6
COMMERCE [3] - 35:9, 35:11, 35:19
COMMIT [1] - 15:7
COMMITTED [2] - 18:18, 18:22
COMMITTING [1] - 19:21
COMMON [17] - 6:12, 6:16, 9:3, 9:18, 10:22, 12:1, 18:2, 33:16, 34:21, 34:24, 35:3, 35:7, 36:5, 36:12, 36:18, 36:21, 36:22
COMMUNICATE [6] - 4:15, 4:22, 5:1, 5:4, 26:13, 27:10
COMMUNITY [1] - 2:2
COMPLETED [1] - 25:5
COMPROMISE [1] - 31:21
COMPUTER [1] - 4:18
COMPUTERS [1] - 26:18
CONCEALED [1] - 22:12
CONCEALMENT [2] - 19:17, 22:1
CONCEPTS [1] - 22:23
CONCLUDE [3] - 9:11, 14:15, 14:16
CONCLUDES [1] - 23:22
CONCLUSION [3] - 6:17, 9:2
CONCLUSIONS [1] - 8:3
CONDUCT [2] - 4:23, 23:2
CONFERENCE [1] - 28:11
CONFERENCES [1] - 7:3
CONJECTURE [2] - 17:19, 17:24
CONSCIENCE [1] - 25:20
CONSIDER [15] - 6:13, 7:8, 7:24, 9:19, 10:2,

10:24, 12:3, 12:5, 14:6, 16:6, 19:4, 23:14, 24:19, 33:11, 34:6
CONSIDERATION [2] - 13:3, 39:15
CONSIDERED [1] - 19:12
CONSIDERING [1] - 15:19
CONSISTENT [1] - 11:17
CONSISTS [1] - 5:24
CONSTITUTIONAL [1] - 14:21
CONT [1] - 2:1
CONTAINED [1] - 16:5
CONTINUE [1] - 27:2
CONTINUES [2] - 32:25, 40:23
CONTRADICTED [1] - 12:8
CONTROL [7] - 6:19, 20:11, 21:17, 21:18, 21:21, 22:8, 31:12
CONTROLS [1] - 8:7
CONVICT [2] - 22:16, 27:12
CONVICTED [1] - 17:18
CONVINCE [2] - 17:14, 24:15
CONVINCED [2] - 18:10, 25:13
CONVINCING [1] - 16:25
COPY [2] - 30:4
CORRECT [6] - 28:18, 33:14, 34:11, 35:2, 37:17, 42:2
CORRESPOND [1] - 4:25
COULD [6] - 9:10, 9:12, 34:3, 35:17, 37:6, 37:12
COUNSEL [2] - 3:2, 41:15
COUNT [8] - 15:4, 15:13, 15:21, 15:25, 19:1, 20:2, 21:25, 28:17
COURSE [2] - 14:22, 37:25
COURT [57] - 1:1, 1:21, 2:8, 3:1, 3:3, 3:6, 3:8, 3:11, 5:23, 11:15, 24:3, 26:14, 26:23, 27:11, 28:7, 28:13, 28:15, 28:20, 29:7, 29:13, 30:2,

30:10, 30:15, 30:19, 31:15, 31:17, 31:21, 32:3, 32:13, 32:19, 32:21, 32:24, 33:2, 33:21, 33:23, 34:16, 34:19, 37:7, 37:11, 37:14, 37:20, 38:3, 38:6, 38:11, 38:21, 38:22, 38:24, 38:25, 39:9, 39:12, 40:6, 40:16, 40:24, 41:2, 41:13, 41:16, 42:8
COURTHOUSE [1] - 1:22
COURTROOM [8] - 3:17, 5:7, 5:14, 5:21, 6:11, 9:8, 27:18, 27:19
CREDIBILITY [3] - 10:10, 10:11, 10:21
CRIME [1] - 23:5
CRIMES [1] - 19:21
CRIMINAL [3] - 1:4, 14:20, 15:5
CULTURAL [9] - 19:16, 19:17, 20:4, 20:12, 21:2, 22:2, 22:7, 22:11, 22:12
CURTIS [1] - 2:5
CUSTODIAN [1] - 21:13
CUSTODY [4] - 20:11, 21:17, 21:18, 22:8
CYNTHIA [1] - 13:22

D

DATE [6] - 18:18, 18:20, 18:22, 18:23, 27:18, 42:8
DAY [2] - 1:10, 41:4
DECIDE [18] - 3:16, 5:5, 6:24, 9:16, 9:23, 10:8, 10:15, 10:19, 12:9, 13:4, 14:12, 19:7, 23:18, 24:16, 24:18, 25:22, 27:20, 27:23
DECIDING [5] - 7:23, 10:4, 10:7, 10:21, 10:23
DECISION [9] - 5:19, 5:23, 8:7, 9:5, 19:3, 19:9, 19:11, 20:1, 37:25
DECISIONS [2] - 4:1, 38:16
DEDUCTION [1] - 9:2
DEFENDANT [48] - 2:2, 10:1, 14:20,

14:24, 15:3, 15:11, 15:22, 15:25, 16:11, 16:17, 16:19, 16:20, 16:23, 16:25, 17:3, 17:6, 17:9, 17:12, 17:14, 17:18, 18:24, 19:8, 19:13, 19:21, 19:23, 19:25, 20:3, 20:5, 20:8, 22:1, 22:4, 22:9, 22:10, 22:12, 22:15, 22:17, 22:19, 24:9, 24:13, 24:17, 25:23, 27:20, 27:24, 29:1, 29:2, 29:3, 29:18, 29:21
DEFENDANT'S [2] - 22:20, 22:21
DEFENDER [1] - 2:2
DEFENSE [7] - 9:15, 15:5, 30:22, 31:5, 31:6, 32:6, 38:11
DEFINE [5] - 34:20, 37:8, 37:16, 39:2, 39:3
DEFINED [3] - 33:8, 35:24, 37:4
DEFINING [4] - 36:19, 39:24, 39:25
DEFINITION [42] - 28:15, 33:3, 33:7, 33:10, 33:11, 33:15, 33:16, 33:18, 33:25, 34:1, 34:5, 34:6, 34:7, 34:8, 34:12, 34:20, 34:21, 34:24, 34:25, 35:3, 35:4, 35:7, 35:10, 35:11, 35:13, 35:16, 35:18, 35:21, 35:23, 36:1, 36:6, 36:8, 36:12, 36:14, 36:16, 36:18, 36:24, 36:25, 39:2
DEGREE [1] - 15:15
DELIBERATE [2] - 32:25, 40:23
DELIBERATING [4] - 26:12, 27:11, 41:4, 41:7
DELIBERATIONS [11] - 4:14, 5:3, 5:9, 23:25, 26:16, 27:2, 27:10, 28:4, 30:3, 30:6, 41:9
DEMEANOR [1] - 12:11
DEPEND [1] - 12:19
DEPRIVE [1] - 21:13
DEPUTY [3] - 27:19, 29:6, 29:10
DERIVED [1] - 21:9

DESCRIBE [1] - 15:13
DESCRIBED [1] - 20:9
DESCRIPTION [1] - 19:22
DESERVE [1] - 16:9
DESERVES [5] - 6:15, 12:17, 12:23, 13:2, 13:7
DETAIL [1] - 12:4
DETERMINE [3] - 23:12, 30:12, 39:19
DETERMINING [1] - 36:23
DEVICE [2] - 4:17, 26:16
DICTIONARY [2] - 35:17, 36:16
DID [19] - 15:7, 15:12, 15:16, 23:15, 29:4, 29:6, 30:15, 31:3, 31:5, 32:22, 36:7, 36:8, 37:21, 37:24, 38:1, 38:2, 38:4, 38:11
DIDN'T [3] - 35:22, 37:11, 38:14
DIFFERENT [6] - 9:13, 11:14, 11:22, 21:19, 22:22, 35:7
DIFFERENTLY [2] - 11:25, 25:16
DIRECT [5] - 8:13, 8:16, 8:18, 9:20, 9:22
DIRECTLY [2] - 8:17, 23:8
DISBELIEVE [1] - 11:23
DISCLOSE [1] - 27:11
DISCREPANCIES [1] - 11:21
DISCUSS [4] - 4:9, 5:2, 5:8, 41:9
DISCUSSED [1] - 14:9
DISCUSSION [2] - 24:4, 28:8
DISCUSSIONS [1] - 25:25
DISPUTED [1] - 9:6
DISREGARD [7] - 6:9, 7:13, 7:20, 7:23, 8:1, 14:11, 14:14
DISTINCTION [1] - 9:21
DISTRICT [2] - 1:1, 1:2
DO [26] - 5:15, 5:21, 7:10, 7:14, 7:15, 8:8, 10:9, 13:8, 23:3, 23:5, 23:15, 24:1, 25:12, 25:15, 25:19,

26:12, 27:5, 27:7, 27:11, 30:20, 31:16, 37:14, 38:2, 38:6, 39:4, 39:7
DOCKET [1] - 1:4
DOCUMENTS [2] - 6:1, 16:5
DOES [7] - 12:19, 13:1, 17:21, 18:19, 22:17, 22:18, 35:13
DOESN'T [3] - 36:22, 39:12, 40:12
DON'T [9] - 31:15, 31:17, 32:6, 33:13, 34:10, 35:1, 37:25, 38:15, 41:9
DONE [4] - 3:20, 8:9, 22:25, 24:24
DOOR [2] - 36:23, 37:6
DOUBT [30] - 10:5, 15:22, 15:24, 16:11, 17:1, 17:5, 17:15, 17:17, 17:20, 17:21, 17:22, 18:1, 18:3, 18:4, 18:12, 18:13, 18:21, 19:8, 20:8, 20:16, 21:4, 21:16, 22:6, 24:13, 24:15, 25:23, 27:22, 28:1, 39:20
DOUBTS [3] - 17:23, 17:25
DOWN [4] - 26:22, 27:7, 37:15, 39:24
DRAFTING [1] - 13:24
DRAW [3] - 9:15, 9:16, 9:17
DRAWN [1] - 9:14
DRINKING [1] - 15:3
DURING [16] - 3:17, 3:20, 4:14, 5:3, 5:9, 6:20, 8:9, 16:3, 16:7, 23:20, 23:24, 24:24, 26:4, 26:15, 28:10, 30:5
DUTIES [2] - 3:15, 5:14
DUTY [3] - 3:16, 3:23, 25:7

E

EACH [25] - 4:2, 4:10, 4:12, 15:20, 15:24, 17:16, 18:10, 18:25, 19:5, 19:6, 19:12, 20:7, 20:15, 21:3, 22:5, 24:10, 24:12, 25:8, 25:10, 25:11,

26:11, 26:15, 30:15, 40:17
**EASTERN** [1] - 1:2
**EDPA** [1] - 2:4
**EDUCATION** [2] - 13:17, 14:14
**EDUCATIONAL** [1] - 20:21
**EFFECT** [2] - 11:11, 12:2
**EFFORT** [1] - 25:9
**EITHER** [1] - 9:22
**ELECTED** [1] - 26:3
**ELECTRONIC** [3] - 4:17, 5:4, 26:16
**ELECTRONICALLY** [1] - 4:25
**ELEMENT** [8] - 15:20, 15:21, 15:24, 17:16, 18:11, 21:20, 22:14, 24:12
**ELEMENTS** [10] - 18:14, 20:7, 20:16, 22:6, 39:5, 39:13, 40:13, 40:14, 40:18
**ELSE** [5] - 5:22, 26:15, 27:8, 29:4, 36:6
**EMPLOYED** [1] - 13:1
**ENCOURAGING** [1] - 36:24
**END** [3] - 25:17, 28:11, 40:22
**ENDS** [1] - 29:12
**ENFORCEMENT** [3] - 12:25, 13:1, 13:6
**ENJOY** [1] - 41:10
**ENTER** [2] - 37:21, 38:4
**ENTIRELY** [3] - 7:14, 14:11, 23:18
**ENTITLED** [3] - 24:5, 26:10, 42:4
**ERROR** [2] - 37:1, 37:6
**ESPECIALLY** [1] - 37:2
**ESQUIRE** [3] - 2:2, 2:3, 2:8
**ESSENTIALLY** [2] - 20:20, 36:13
**ESTABLISH** [4] - 20:13, 20:25, 22:17, 22:19
**ESTABLISHED** [1] - 20:20
**EVALUATE** [1] - 14:24
**EVEN** [3] - 12:8, 15:14, 21:22
**EVENING** [1] - 41:10
**EVENTS** [1] - 6:14

**EVERY** [3] - 17:16, 18:11, 24:13
**EVERYDAY** [1] - 6:13
**EVERYTHING** [1] - 10:14
**EVIDENCE** [95] - 3:13, 3:16, 3:21, 5:6, 5:10, 5:20, 5:24, 6:4, 6:13, 6:16, 6:19, 6:20, 6:21, 6:22, 6:24, 7:6, 7:9, 7:13, 7:22, 7:23, 7:25, 8:5, 8:6, 8:12, 8:13, 8:14, 8:15, 8:16, 8:18, 8:22, 8:24, 9:3, 9:10, 9:18, 9:19, 9:23, 9:24, 10:1, 10:3, 10:4, 10:17, 11:17, 12:18, 12:20, 13:5, 13:8, 14:5, 14:18, 14:19, 15:2, 15:10, 15:19, 16:3, 16:6, 16:7, 16:13, 16:17, 16:22, 16:24, 17:7, 17:19, 18:4, 18:7, 18:8, 18:9, 19:2, 19:4, 19:24, 22:19, 23:14, 23:17, 23:19, 24:11, 24:22, 24:25, 25:1, 25:4, 25:8, 26:7, 26:8, 27:4, 29:19, 31:2, 31:7, 37:22, 38:5, 38:9, 38:12, 39:16, 39:18
**EXACT** [3] - 18:20, 19:21, 35:14
**EXACTLY** [1] - 25:17
**EXAMINE** [1] - 14:24
**EXAMPLE** [5] - 8:17, 9:7, 23:1, 35:6, 35:10
**EXCEPT** [1] - 26:15
**EXCEPTIONS** [1] - 13:10
**EXCLUSIVE** [1] - 25:2
**EXCUSE** [4] - 30:2, 40:25, 41:5, 41:8
**EXERT** [1] - 31:1
**EXHIBIT** [5] - 7:5, 7:7, 7:12, 7:14, 7:16
**EXHIBITED** [1] - 20:23
**EXHIBITS** [5] - 6:1, 27:3, 27:5, 30:7, 30:12
**EXISTENCE** [1] - 8:25
**EXISTS** [1] - 9:6
**EXPAND** [11] - 33:3, 33:18, 33:19, 33:22, 34:7, 34:15, 34:16, 34:17, 34:19, 36:3,

39:1
**EXPANSION** [1] - 34:3
**EXPERIENCE** [12] - 6:14, 6:15, 9:2, 9:18, 10:23, 12:2, 13:16, 13:25, 14:13, 18:2, 34:12, 34:13
**EXPERT** [8] - 13:13, 13:14, 13:22, 32:5, 32:6, 38:9, 38:10, 38:11
**EXPERT'S** [2] - 32:8, 32:17
**EXPERTISE** [2] - 13:19, 14:1
**EXPERTS** [3] - 13:12, 31:7, 32:12
**EXPLAIN** [1] - 3:24
**EXPLAINED** [3] - 15:18, 16:16, 19:19
**EXPLAINING** [1] - 16:4
**EXPLANATIONS** [1] - 10:17
**EXPRESS** [1] - 21:20

**F**

**FACEBOOK** [1] - 4:21
**FACT** [13] - 6:1, 7:1, 8:17, 8:23, 9:1, 9:6, 9:7, 12:19, 12:25, 19:25, 25:7, 31:6, 33:7
**FACTORS** [3] - 10:24, 11:19, 14:9
**FACTS** [15] - 3:16, 3:19, 3:24, 5:24, 6:8, 8:3, 8:24, 9:1, 9:14, 10:8, 14:17, 16:4, 16:14, 23:16, 36:23
**FACTUAL** [1] - 8:3
**FAILED** [3] - 15:23, 23:15, 24:14
**FAILS** [1] - 23:20
**FAILURE** [1] - 12:1
**FAIR** [1] - 18:1
**FAIRLY** [1] - 5:14
**FAR** [1] - 38:25
**FEAR** [1] - 5:15
**FEDERAL** [5] - 2:2, 19:14, 20:5, 22:3, 30:25
**FEEL** [4] - 16:9, 26:1, 40:8, 40:9
**FELLOW** [3] - 5:2, 5:9, 25:12
**FEW** [1] - 30:11
**FIELD** [3] - 13:17, 13:18, 14:1

**FIFTH** [2] - 20:22, 25:4
**FILED** [2] - 36:7, 36:8
**FINALLY** [1] - 33:9
**FINANCIAL** [1] - 23:1
**FIND** [24] - 5:24, 8:25, 9:5, 9:10, 9:12, 15:8, 15:10, 15:12, 15:16, 15:19, 15:22, 15:23, 15:25, 17:3, 17:12, 20:5, 20:6, 20:14, 21:2, 22:3, 22:4, 22:20, 24:9, 24:13
**FINDING** [1] - 3:19
**FINE** [1] - 40:19
**FINISHED** [2] - 25:6, 27:9
**FIRST** [8] - 3:16, 20:8, 20:17, 22:6, 24:1, 26:24, 37:18
**FIVE** [1] - 20:15
**FOLLOW** [1] - 4:3
**FOLLOWING** [8] - 5:25, 6:4, 13:12, 20:7, 20:15, 21:3, 21:4, 22:5
**FOR** [39] - 1:4, 1:14, 2:2, 3:4, 6:5, 7:8, 7:9, 9:7, 10:2, 12:12, 13:19, 14:2, 14:7, 14:10, 15:13, 16:4, 17:12, 18:12, 19:6, 20:20, 20:23, 21:19, 21:22, 23:1, 24:3, 25:18, 25:22, 28:17, 30:11, 35:3, 35:17, 35:24, 36:1, 37:17, 38:1, 38:6, 41:7
**FOREGOING** [1] - 42:2
**FOREIGN** [1] - 20:19
**FOREPERSON** [6] - 24:2, 24:5, 26:22, 27:17, 27:22, 28:1
**FORM** [6] - 27:14, 27:15, 27:18, 27:19, 27:23, 28:2
**FORMAL** [1] - 19:20
**FORMALLY** [1] - 6:2
**FOUGHT** [3] - 34:4, 35:23, 36:1
**FOURTH** [2] - 20:21, 24:21
**FRANKLIN** [5] - 2:8, 20:13, 20:16, 21:17, 21:21
**FRAUD** [1] - 20:9
**FREE** [2] - 25:6, 26:1
**FROM** [22] - 3:16, 5:24, 7:22, 8:8, 8:19, 8:24, 9:3, 9:10, 9:14,

11:14, 13:12, 13:20, 18:7, 18:8, 19:16, 19:18, 20:24, 22:2, 22:9, 23:11, 42:3
**FRONT** [1] - 36:4
**FURTHER** [6] - 22:16, 39:1, 39:3, 39:23, 40:5, 40:7

**G**

**GAIN** [1] - 23:1
**GAVE** [2] - 10:17, 35:11
**GENDER** [1] - 5:18
**GENTLEMEN** [3] - 3:9, 28:3, 41:3
**GET** [1] - 25:16
**GETTING** [1] - 38:7
**GIVE** [13] - 3:24, 4:5, 6:14, 9:24, 16:8, 19:25, 26:5, 26:23, 26:24, 27:19, 30:3, 36:2
**GIVEN** [7] - 7:20, 9:22, 14:4, 14:15, 23:7, 24:23, 31:6
**GO** [9] - 30:2, 30:24, 31:18, 35:20, 35:25, 36:5, 37:5, 39:12, 40:12
**GOING** [12] - 29:14, 32:14, 34:23, 37:15, 39:1, 39:10, 39:24, 40:5, 40:6, 40:12, 40:24, 41:8
**GOOD** [7] - 3:1, 3:2, 3:8, 3:10, 10:22, 22:18, 25:20
**GOVERNMENT** [45] - 1:14, 9:14, 10:4, 15:8, 15:20, 15:23, 16:2, 16:10, 16:12, 16:23, 17:4, 17:9, 17:10, 17:13, 17:15, 18:10, 18:19, 18:21, 19:7, 20:6, 20:15, 21:3, 21:15, 22:5, 24:10, 24:14, 24:16, 25:22, 27:20, 27:24, 29:1, 29:3, 29:20, 29:22, 30:23, 31:2, 31:7, 33:8, 35:23, 37:4, 37:21, 38:4, 40:11, 40:14, 40:17
**GRANTED** [1] - 35:19
**GREATER** [3] - 13:3, 24:6, 26:5
**GUESS** [5] - 7:14, 7:16, 9:5, 31:21,

32:3
**GUIDE** [1] - 3:25
**GUILT** [3] - 17:4, 17:20, 19:2
**GUILTY** [21] - 15:9, 15:23, 15:25, 16:11, 16:19, 16:25, 17:3, 17:8, 17:9, 17:13, 17:14, 18:12, 18:15, 19:9, 19:10, 20:5, 22:4, 22:18, 22:19, 24:8, 24:9, 24:13, 24:17, 25:23, 27:21, 27:24, 29:1, 29:19, 29:21

## H

**HAD** [4] - 21:21, 22:11, 35:14, 38:23
**HAND** [1] - 15:14
**HAPPENED** [1] - 31:13
**HAPPENS** [1] - 7:19
**HAS** [29] - 4:12, 10:1, 10:5, 11:7, 14:20, 15:23, 16:24, 17:4, 17:6, 18:3, 18:10, 19:7, 19:25, 20:21, 22:5, 24:10, 24:14, 24:16, 25:22, 27:20, 27:24, 29:1, 29:18, 35:7, 35:10, 39:4, 39:7, 40:14, 40:17
**HAVE** [86] - 3:12, 3:15, 3:17, 3:20, 4:7, 4:8, 4:11, 5:10, 5:11, 5:20, 5:22, 6:7, 6:10, 6:18, 7:3, 7:15, 7:16, 7:17, 7:19, 7:25, 8:2, 8:9, 8:20, 9:11, 9:25, 11:10, 11:11, 12:24, 13:20, 15:2, 15:7, 15:12, 15:16, 15:18, 16:1, 16:2, 16:3, 16:14, 16:16, 18:13, 18:19, 21:18, 24:21, 24:23, 24:24, 25:5, 25:12, 25:21, 26:21, 26:25, 27:5, 27:9, 27:10, 27:12, 27:16, 28:11, 29:14, 30:15, 30:19, 30:25, 31:7, 31:15, 31:16, 31:17, 31:18, 31:23, 32:1, 32:5, 32:6, 32:10, 32:13, 32:14, 33:17, 34:9, 34:14, 34:25, 36:3, 36:6, 36:17, 37:18, 38:12, 38:20,

38:23, 41:4
**HAVEN'T** [1] - 41:7
**HAVING** [2] - 27:22, 28:1
**HE** [11] - 14:21, 14:22, 15:12, 15:16, 16:21, 17:7, 23:9, 23:15, 24:3, 29:19
**HEAR** [3] - 11:1, 11:25, 25:24
**HEARD** [13] - 3:13, 3:17, 5:10, 5:20, 5:22, 6:10, 8:20, 9:25, 12:24, 13:11, 13:20, 15:2, 31:1
**HEARING** [1] - 18:9
**HEARSAY** [1] - 38:10
**HELP** [1] - 22:20
**HENRY** [29] - 2:2, 28:16, 28:21, 28:24, 29:8, 29:11, 29:24, 30:17, 32:4, 32:23, 33:5, 33:19, 34:3, 34:14, 34:17, 34:22, 35:9, 37:9, 37:13, 38:18, 38:21, 39:10, 39:17, 39:21, 40:1, 40:8, 40:11, 40:19, 40:21
**HER** [7] - 4:11, 8:19, 10:16, 10:20, 13:2, 18:5, 18:6
**HERBERT** [1] - 13:22
**HERE** [6] - 18:24, 32:21, 33:2, 38:8, 38:15, 41:11
**HERITAGE** [9] - 19:16, 19:18, 20:4, 20:12, 21:2, 22:2, 22:7, 22:11, 22:13
**HESITATE** [2] - 18:5, 25:13
**HIM** [2] - 16:22, 18:5
**HIS** [8] - 4:11, 8:19, 10:16, 10:20, 13:2, 14:23, 14:25, 18:6
**HOLE** [2] - 37:15, 39:24
**HONESTLY** [1] - 25:19
**HONESTY** [1] - 10:2
**HONOR** [28] - 3:2, 3:5, 28:5, 28:9, 29:24, 30:1, 30:21, 31:10, 31:25, 32:11, 32:16, 33:5, 33:9, 33:14, 34:10, 35:2, 35:5, 36:15, 36:20, 37:5, 37:9, 37:17, 38:7, 39:22, 40:12, 40:20, 40:21, 41:15

**HONOR'S** [1] - 38:3
**HONORABLE** [1] - 1:9
**HOW** [7] - 9:23, 12:22, 13:6, 23:15, 23:24, 27:8
**HOWEVER** [7] - 14:21, 15:6, 18:13, 22:20, 23:2, 23:10, 24:4
**HUMAN** [2] - 12:2, 23:2
**HUNCH** [1] - 17:24

## I

**I'M** [2] - 32:13, 41:8
**IDEA** [2] - 21:20, 28:16
**IF** [42] - 6:15, 7:18, 7:19, 7:21, 8:17, 8:23, 9:7, 10:19, 12:8, 13:6, 14:12, 14:14, 14:16, 14:18, 14:21, 15:10, 15:14, 15:23, 16:8, 18:9, 18:13, 18:20, 24:16, 25:13, 25:19, 25:22, 26:3, 26:21, 27:1, 27:3, 27:5, 27:10, 27:20, 27:23, 30:6, 30:12, 31:22, 32:11, 35:11, 36:2, 39:10, 40:11
**IMPARTIALLY** [1] - 5:15
**IMPEACHED** [1] - 12:9
**IMPORTANCE** [4] - 12:4, 12:17, 16:8, 18:6
**IMPORTANT** [10] - 4:2, 5:5, 5:12, 8:4, 10:18, 12:21, 13:10, 25:18, 30:24, 31:8
**IMPRESSION** [1] - 26:11
**IMPROBABILITY** [1] - 12:12
**IN** [119] - 3:7, 3:17, 3:19, 3:25, 4:9, 4:24, 5:2, 5:6, 5:12, 5:19, 5:21, 5:23, 6:6, 6:8, 6:12, 6:13, 6:18, 7:15, 7:24, 8:7, 8:10, 8:13, 8:15, 9:20, 10:3, 10:4, 10:6, 10:7, 10:17, 10:20, 10:21, 10:23, 11:7, 11:11, 11:15, 11:21, 12:2, 13:10, 13:11, 13:13, 13:14, 13:17, 13:18, 14:1, 14:5,

14:9, 14:15, 14:20, 14:23, 15:4, 15:8, 15:20, 16:5, 16:6, 16:16, 17:12, 18:6, 18:25, 19:3, 19:13, 20:1, 20:5, 20:9, 20:10, 20:13, 20:14, 20:19, 20:25, 21:16, 22:3, 22:7, 22:24, 23:17, 23:23, 24:1, 24:3, 24:20, 24:22, 25:5, 25:7, 25:17, 25:20, 25:25, 27:1, 30:13, 30:14, 30:25, 31:5, 33:1, 33:7, 33:12, 33:16, 34:8, 34:12, 35:6, 35:7, 35:21, 35:22, 36:4, 36:8, 36:14, 36:18, 36:21, 36:23, 37:2, 37:22, 39:5, 39:15, 40:22, 40:25, 41:1, 42:3
**INADVERTENTLY** [2] - 28:23, 28:24
**INCIDENT** [1] - 11:25
**INCLUDING** [2] - 6:8, 15:21
**INCONSISTENCIES** [1] - 11:21
**INCONSISTENCY** [2] - 12:3, 12:5
**INCONSISTENT** [2] - 11:17, 34:22
**INDEPENDENT** [2] - 26:6, 26:7
**INDICATING** [2] - 3:20, 24:25
**INDICTED** [1] - 20:1
**INDICTMENT** [11] - 6:5, 15:4, 18:17, 19:1, 19:14, 19:20, 19:22, 19:24, 20:2, 20:9, 21:25
**INDIRECT** [2] - 8:14, 9:9
**INDIRECTLY** [2] - 8:23, 23:11
**INFER** [1] - 8:25
**INFERENCE** [3] - 9:1, 9:4, 9:15
**INFERENCES** [2] - 9:13, 9:17
**INFLUENCE** [4] - 5:16, 5:23, 19:2, 19:11
**INFLUENCED** [6] - 5:13, 5:17, 6:25, 7:2, 7:24, 26:9
**INFORMATION** [3] -

4:15, 14:8, 26:13
**INHERENT** [1] - 12:11
**INNOCENCE** [5] - 16:22, 17:2, 17:5, 24:11, 29:17
**INNOCENT** [2] - 12:6, 16:21
**INSIGNIFICANT** [1] - 12:4
**INSTANT** [2] - 4:19, 26:19
**INSTEAD** [1] - 29:3
**INSTITUTE** [5] - 2:8, 20:14, 20:17, 21:17, 21:21
**INSTITUTION** [1] - 20:18
**INSTRUCT** [1] - 3:14
**INSTRUCTED** [1] - 7:8
**INSTRUCTION** [2] - 36:2, 36:3
**INSTRUCTIONS** [18] - 4:1, 4:2, 6:19, 10:7, 14:10, 23:22, 25:6, 28:12, 30:4, 30:5, 33:7, 33:12, 34:9, 34:20, 35:21, 36:14, 36:21, 39:2
**INSTRUCTOR** [1] - 13:22
**INTANGIBLE** [1] - 21:10
**INTENDED** [1] - 23:13
**INTENT** [11] - 15:7, 15:13, 15:17, 15:21, 21:12, 22:21, 22:22, 22:24, 23:6, 28:17, 28:18
**INTENTIONAL** [1] - 12:6
**INTENTIONALLY** [2] - 23:3, 23:5
**INTER** [1] - 35:12
**INTEREST** [1] - 11:7
**INTERNET** [6] - 4:19, 4:20, 26:18, 26:19, 26:20
**INTERPRETATION** [1] - 8:6
**INTERSTATE** [4] - 20:18, 35:9, 35:13, 35:18
**INTO** [10] - 6:20, 9:7, 16:3, 27:4, 31:7, 37:21, 38:5, 38:8, 38:9, 38:12
**INTOXICATED** [2] - 15:11, 15:15
**INTOXICATION** [2] - 15:5, 15:6

INVESTIGATE [1] - 5:4

IPHONE [2] - 4:18, 26:18

IS [136] - 3:16, 3:18, 3:23, 3:24, 4:2, 4:4, 4:11, 5:5, 5:12, 6:2, 6:4, 8:4, 8:5, 8:16, 8:22, 8:23, 9:1, 9:4, 9:5, 9:20, 9:23, 10:12, 10:19, 12:1, 12:10, 12:18, 12:21, 12:22, 12:25, 14:22, 15:5, 16:10, 16:12, 16:17, 16:20, 16:25, 17:7, 17:8, 17:9, 17:14, 18:1, 18:2, 18:4, 18:20, 18:24, 18:25, 19:2, 19:8, 19:13, 19:20, 19:21, 19:22, 19:23, 19:24, 20:4, 20:14, 20:17, 20:19, 20:20, 21:1, 21:5, 21:6, 21:20, 22:2, 22:14, 22:15, 22:16, 22:18, 22:19, 22:23, 22:25, 23:5, 23:9, 23:13, 23:18, 23:24, 24:2, 24:8, 25:2, 25:4, 25:7, 25:18, 28:17, 29:1, 29:19, 29:20, 29:21, 29:23, 30:1, 30:14, 30:21, 30:22, 30:25, 31:2, 31:8, 31:11, 31:23, 32:4, 33:5, 33:6, 33:23, 34:1, 34:4, 34:11, 34:22, 34:23, 34:24, 35:1, 35:6, 35:9, 35:13, 36:14, 36:17, 36:21, 37:2, 37:6, 37:7, 37:10, 37:22, 38:2, 38:8, 38:15, 38:19, 39:3, 39:8, 39:14, 39:15, 40:4, 40:6, 40:12, 41:3, 41:4, 42:2

ISSUE [7] - 21:1, 31:23, 32:1, 35:14, 36:9, 37:3, 38:8

ISSUES [1] - 8:10

IT [81] - 4:6, 4:7, 5:5, 5:12, 6:13, 6:14, 6:15, 8:5, 8:23, 9:5, 9:11, 9:12, 9:23, 10:14, 10:15, 11:25, 12:3, 12:17, 13:7, 18:2, 18:4, 18:6, 18:20, 19:23, 20:17, 20:19, 20:20, 20:21, 20:22, 21:22, 22:9, 23:18, 23:23, 24:8, 24:17, 25:7, 25:18, 27:18, 29:8, 29:13, 29:15, 30:1, 30:21, 31:5, 31:8, 31:12, 31:15, 31:16, 31:17, 31:24, 32:13, 33:2, 33:19, 34:15, 34:16, 34:17, 34:23, 34:24, 35:7, 35:10, 35:13, 36:3, 36:4, 36:7, 37:6, 37:12, 39:4, 39:12, 39:14, 39:24, 39:25, 40:12, 41:3, 41:4, 41:6

IT'S [9] - 30:23, 31:11, 35:4, 35:25, 37:1, 37:3, 37:4, 38:16

ITS [1] - 21:13

ITSELF [1] - 15:5

**J**

JOB [1] - 3:18

JUDGE [4] - 1:9, 35:14, 35:16, 37:19

JUDGES [2] - 10:10, 38:23

JUDGMENT [2] - 10:22, 12:15

JUDICIAL [1] - 5:12

JUROR [2] - 24:6, 26:11

JURORS [11] - 3:15, 5:3, 5:9, 25:12, 25:14, 25:16, 25:21, 26:10, 27:12, 33:15

JURY [35] - 3:4, 3:7, 3:10, 3:12, 4:9, 5:2, 24:2, 24:3, 25:3, 25:7, 25:25, 27:16, 28:4, 30:3, 30:9, 30:19, 31:9, 32:18, 32:25, 33:1, 33:10, 33:12, 34:8, 35:21, 36:21, 36:22, 37:16, 37:23, 37:24, 38:1, 38:2, 40:23, 40:25, 41:1, 41:12

JURY'S [1] - 39:15

JUST [16] - 10:18, 14:25, 19:20, 25:15, 25:16, 28:9, 29:8, 30:7, 30:11, 31:11, 32:7, 32:16, 32:21, 34:6, 36:11, 40:24

**K**

K.T [1] - 1:15

KEEP [1] - 25:11

KIND [1] - 36:25

KNEW [3] - 22:9, 22:10, 23:13

KNOW [10] - 11:1, 19:13, 30:7, 32:5, 33:13, 37:22, 38:1, 38:2, 40:10, 41:6

KNOWLEDGE [6] - 11:3, 13:16, 13:24, 14:13, 16:14, 23:7

KNOWS [1] - 8:19

KOHN'S [1] - 37:21

**L**

LACK [1] - 18:7, 26:8, 39:18

LADIES [3] - 3:8, 28:3, 41:3

LARK [1] - 13:14

LAST [1] - 29:10

LAW [15] - 3:14, 3:23, 4:4, 4:5, 9:21, 12:24, 13:1, 13:6, 19:14, 20:5, 22:3, 23:23, 24:23, 33:3, 35:7

LAWYER [2] - 7:18, 8:4

LAWYERS [9] - 3:14, 6:5, 6:6, 6:7, 6:8, 6:20, 6:23, 8:2, 26:25

LAYMAN'S [1] - 36:25

LEAD [1] - 9:3

LEADS [1] - 6:17

LEAST [2] - 30:4, 38:25

LEAVE [1] - 36:22

LEGAL [10] - 3:25, 15:5, 33:25, 34:11, 35:4, 35:10, 35:16, 36:17, 36:24, 37:16

LEGALLY [1] - 27:5

LESS [1] - 13:2

LESSER [1] - 13:3

LET [4] - 5:21, 30:7, 32:14, 32:21

LIFE [1] - 18:6

LIGHT [1] - 6:13

LIKE [8] - 7:7, 12:1, 36:24, 39:6, 40:8, 40:9, 41:6

LIMINE [1] - 36:8

LIMITED [2] - 7:8, 7:9

LINKEDIN [1] - 4:21

LISTEN [3] - 25:10,

25:12, 25:20

LITIGATED [1] - 36:6

LITIGATION [1] - 36:7

LOGIC [1] - 18:2

LOGICAL [1] - 9:5

LONG [2] - 31:12, 41:7

LOOK [4] - 31:9, 35:2, 35:17, 39:17

LOSS [1] - 39:23

LYNN [2] - 1:21, 42:9

**M**

MACEOIN [23] - 2:3, 28:5, 28:9, 28:14, 28:18, 28:23, 29:25, 31:10, 32:9, 32:16, 32:20, 33:17, 35:5, 36:20, 38:19, 38:23, 39:14, 39:19, 39:22, 40:4, 40:9, 40:15, 40:20

MADE [3] - 7:1, 25:25, 38:17

MAINTAIN [1] - 37:3

MAKE [6] - 4:11, 5:19, 9:3, 12:14, 12:15, 25:8

MAKES [1] - 9:21

MAKING [1] - 20:1

MANNER [2] - 10:16, 11:6

MARK [2] - 27:22, 28:1

MARKET [1] - 1:22

MARLEY [1] - 13:13

MASON [1] - 13:14

MATHEMATICAL [1] - 17:23

MATTER [3] - 10:18, 12:4, 42:4

MATTERS [1] - 18:6

MAY [50] - 3:3, 3:11, 3:20, 4:16, 5:3, 5:22, 6:7, 6:10, 6:17, 7:3, 7:15, 7:17, 8:2, 8:9, 8:13, 8:14, 8:20, 8:25, 9:13, 9:14, 9:15, 10:13, 10:15, 10:24, 11:10, 11:11, 11:23, 11:25, 12:9, 14:6, 14:11, 14:14, 15:6, 15:12, 15:15, 16:6, 17:18, 18:7, 22:20, 23:2, 23:14, 23:17, 28:5, 29:14, 30:10, 33:24, 36:18, 40:15, 41:2

MAYBE [1] - 40:13

MCCLOSKEY [2] -

1:21, 42:9

ME [6] - 6:24, 26:15, 26:24, 27:4, 27:19, 32:21

MEAN [8] - 6:23, 13:1, 17:22, 32:5, 37:2, 37:25, 40:1, 40:4

MEANING [1] - 35:10

MEANINGS [1] - 21:19

MEANS [11] - 4:16, 5:4, 17:5, 17:15, 21:8, 21:11, 26:14, 29:17, 34:13, 35:12, 40:16

MEANT [2] - 37:8, 37:24

MEANTIME [1] - 27:1

MEASURE [1] - 21:8

MEDIA [2] - 4:17, 26:17

MEET [1] - 35:13

MEMBERS [1] - 3:12

MEMORY [3] - 11:4, 26:5, 26:11

MESSAGE [1] - 27:4

MESSAGES [1] - 26:22

MESSAGING [2] - 4:20, 26:19

METHODOLOGY [2] - 13:23

MICHAEL [16] - 1:6, 2:8, 13:12, 15:3, 15:6, 15:9, 15:15, 20:3, 21:23, 22:1, 23:10, 23:12, 23:13, 23:14, 23:17, 23:20

MIDDLE [1] - 29:9

MIGHT [2] - 7:16, 16:14

MIND [13] - 4:11, 12:14, 22:24, 23:6, 23:9, 23:10, 23:12, 23:18, 23:21, 25:11, 25:13, 25:15, 37:23

MINDS [1] - 26:2

MINUTES [1] - 30:11

MISSPOKE [1] - 28:22

MISSPOKEN [1] - 29:14

MISTAKEN [1] - 12:1

MONETARY [1] - 37:4

MONEY [1] - 21:11

MORE [10] - 8:24, 11:24, 12:21, 13:2, 18:14, 18:24, 21:6, 21:7, 26:10, 27:7

MORNING [6] - 3:1, 3:2, 3:8, 3:10, 41:11, 41:14

MOTIONS [2] - 36:8, 36:9

MOTIVE [7] - 11:8, 22:14, 22:16, 22:17, 22:18, 22:20, 22:23

MOTIVES [3] - 22:22, 23:1, 23:2

MOVE [2] - 31:3, 31:5

MR [5] - 30:22, 31:3, 31:9, 32:14, 37:21

MS [66] - 3:5, 28:5, 28:9, 28:14, 28:16, 28:18, 28:21, 28:23, 28:24, 29:8, 29:11, 29:24, 29:25, 30:1, 30:17, 30:18, 30:20, 31:10, 31:16, 31:20, 31:25, 32:4, 32:9, 32:10, 32:16, 32:20, 32:23, 33:5, 33:13, 33:17, 33:19, 33:22, 33:24, 34:3, 34:10, 34:14, 34:17, 34:22, 35:1, 35:5, 35:9, 36:15, 36:20, 37:9, 37:13, 38:7, 38:18, 38:19, 38:21, 38:23, 39:7, 39:10, 39:14, 39:17, 39:19, 39:21, 39:22, 40:1, 40:4, 40:8, 40:9, 40:11, 40:15, 40:19, 40:20, 40:21

MUCH [4] - 9:23, 12:23, 13:6, 23:1

MUSEUM [8] - 19:16, 19:18, 20:4, 20:11, 20:14, 22:2, 22:8, 22:9

MUST [34] - 3:25, 4:1, 4:2, 4:3, 4:5, 4:14, 5:19, 7:9, 7:13, 7:20, 7:23, 7:24, 9:16, 10:8, 13:4, 15:8, 15:25, 17:13, 17:15, 18:15, 19:4, 19:5, 19:7, 20:6, 20:14, 21:2, 21:15, 22:4, 24:8, 24:10, 24:14, 24:22, 25:17, 34:21

MY [13] - 3:24, 4:1, 6:18, 7:2, 10:6, 24:17, 25:6, 27:19, 29:13, 30:21, 30:25, 32:9, 37:17

MYSPACE [1] - 4:21

**N**

NANCY [1] - 2:3

NATIONAL [1] - 5:18

NATURE [1] - 18:8

NEAR [1] - 18:22

NECESSARILY [2] - 12:19, 13:2

NECESSARY [2] - 15:7, 28:17

NEED [1] - 38:14

NEVER [2] - 24:19, 31:1

NEW [1] - 35:19

NEWTON [17] - 1:15, 3:5, 30:1, 30:18, 30:20, 31:16, 31:20, 31:25, 32:10, 33:13, 33:22, 33:24, 34:10, 35:1, 36:15, 38:7, 39:7

NEXT [3] - 23:24, 32:9, 37:7

NO [13] - 1:4, 3:18, 4:9, 9:21, 16:21, 17:6, 24:5, 25:24, 25:25, 29:18, 33:6, 37:19, 37:22

NONE [1] - 10:14

NORMAL [1] - 35:11

NOT [94] - 3:19, 4:3, 4:6, 4:14, 4:16, 5:3, 5:13, 5:15, 5:16, 5:21, 6:4, 6:22, 6:25, 7:1, 7:12, 7:14, 7:15, 7:24, 8:4, 8:5, 8:8, 9:4, 9:11, 10:9, 11:23, 12:7, 12:8, 12:9, 12:10, 12:19, 13:1, 13:8, 14:12, 14:16, 14:17, 14:21, 15:5, 15:7, 15:12, 15:25, 16:12, 16:17, 16:19, 17:3, 17:7, 17:18, 17:21, 17:24, 18:15, 18:19, 19:2, 19:10, 19:24, 19:25, 21:22, 22:9, 22:14, 22:16, 22:17, 22:18, 22:19, 24:8, 24:13, 24:24, 25:12, 25:15, 26:5, 26:9, 26:10, 26:13, 26:16, 27:7, 27:11, 27:24, 28:17, 29:19, 31:3, 32:10, 35:13, 35:20, 36:4, 36:13, 36:16, 37:21, 38:4, 38:5, 38:9, 39:15, 40:5, 40:6, 40:10

NOTE [1] - 18:17

NOTES [5] - 26:3, 26:4, 26:5, 26:9,

26:10

NOTHING [1] - 39:4

NOTICE [1] - 29:4

NOTION [1] - 4:4

NOW [11] - 3:12, 3:14, 3:24, 8:12, 23:22, 25:4, 32:2, 33:10, 35:24, 36:10, 39:23

NUMBER [5] - 10:24, 12:19, 19:1, 27:11, 39:1

NUMBERS [1] - 12:21

**O**

OBJECT [10] - 19:16, 19:17, 20:3, 20:12, 21:1, 22:1, 22:7, 22:10, 22:12, 38:14

OBJECTED [4] - 6:21, 7:18, 28:14, 37:5

OBJECTING [1] - 30:22

OBJECTION [8] - 7:1, 7:4, 7:11, 7:18, 7:19, 31:10, 32:11, 37:13

OBJECTIONS [5] - 6:7, 6:8, 6:23, 7:2, 28:10

OBJECTS [1] - 20:23

OBLIGATION [5] - 17:6, 17:8, 28:25, 29:18, 29:20

OBTAINED [1] - 20:8

OCCASION [1] - 27:10

OCCURS [1] - 8:18

OF [223] - 1:2, 1:4, 3:12, 3:13, 3:21, 4:2, 4:3, 4:8, 4:10, 4:12, 5:14, 5:22, 5:24, 5:25, 6:5, 6:13, 6:19, 6:22, 8:6, 8:12, 8:15, 8:17, 8:25, 9:6, 9:14, 10:7, 10:10, 10:12, 10:14, 10:16, 10:21, 10:24, 10:25, 11:3, 11:8, 11:22, 12:2, 12:4, 12:10, 12:11, 12:12, 12:15, 12:18, 12:20, 12:24, 13:3, 13:5, 13:8, 13:14, 13:15, 13:17, 13:18, 13:23, 13:24, 14:8, 14:10, 14:15, 14:22, 14:25, 15:3, 15:4, 15:12, 15:16, 15:20, 15:25, 16:4, 16:15, 16:22, 16:25, 17:2, 17:5, 17:8, 17:13, 17:16, 18:5, 18:6,

18:7, 18:8, 18:11, 18:12, 18:14, 18:15, 18:20, 19:1, 19:2, 19:9, 19:11, 19:15, 19:16, 19:17, 19:19, 19:20, 19:21, 19:22, 19:24, 20:2, 20:3, 20:4, 20:5, 20:7, 20:10, 20:11, 20:12, 20:15, 20:16, 20:18, 21:1, 21:3, 21:8, 21:9, 21:13, 21:17, 21:19, 21:23, 21:25, 22:1, 22:2, 22:3, 22:4, 22:5, 22:7, 22:8, 22:10, 22:12, 22:14, 22:15, 22:16, 22:18, 22:19, 22:24, 23:1, 23:6, 23:10, 23:12, 23:21, 24:5, 24:6, 24:9, 24:10, 24:11, 24:12, 24:13, 25:1, 25:3, 25:4, 26:1, 26:6, 26:8, 26:9, 26:11, 26:23, 27:12, 27:21, 27:24, 27:25, 28:11, 28:15, 29:3, 29:15, 29:17, 29:20, 30:4, 30:6, 30:12, 30:25, 31:1, 32:7, 32:12, 32:14, 33:3, 33:7, 33:10, 33:11, 33:16, 34:1, 34:7, 34:8, 35:6, 35:11, 35:13, 35:16, 35:18, 35:21, 36:1, 36:4, 36:7, 36:9, 36:10, 36:11, 36:25, 37:19, 37:25, 39:5, 39:12, 39:13, 39:14, 39:18, 40:12, 40:14, 40:17, 40:18, 42:3

OFFENSE [24] - 15:4, 15:8, 15:12, 15:20, 18:11, 18:13, 18:14, 18:16, 18:25, 19:5, 19:6, 19:9, 19:10, 19:12, 20:6, 22:4, 22:14, 24:9, 24:12, 27:13, 37:19, 39:13

OFFENSES [13] - 16:20, 17:1, 17:13, 17:16, 18:18, 18:20, 18:22, 19:1, 19:11, 27:21, 27:25, 39:6, 40:18

OFFER [2] - 13:18, 14:1

OFFERED [1] - 6:22

OFFICE [2] - 1:14, 2:4

OFFICER [1] - 13:1

OFFICERS [1] - 12:25

OFFICIAL [3] - 1:21, 26:24, 42:8

OFFICIALS [1] - 26:14

OFTEN [1] - 23:6

OH [1] - 35:25

OKAY [11] - 3:6, 28:20, 30:7, 30:10, 32:13, 32:19, 32:24, 35:25, 37:7, 41:2, 41:13

OLD [1] - 21:5

ON [50] - 3:14, 4:24, 5:6, 5:20, 7:2, 7:18, 8:5, 9:6, 9:17, 10:16, 11:11, 11:19, 11:20, 12:19, 13:22, 14:12, 14:23, 15:10, 15:14, 17:8, 17:19, 17:24, 18:2, 18:18, 18:22, 19:9, 19:11, 20:24, 24:22, 26:22, 27:2, 27:12, 27:17, 27:23, 28:2, 28:24, 29:20, 31:18, 31:22, 33:3, 33:9, 34:19, 36:7, 38:4, 38:21, 39:1, 40:5, 40:7, 40:17

ONCE [2] - 25:5, 26:12

ONE [26] - 8:24, 9:15, 15:4, 15:13, 15:21, 15:25, 18:14, 18:25, 19:9, 20:2, 21:3, 21:4, 23:2, 23:8, 24:10, 24:13, 25:24, 27:7, 27:8, 28:21, 29:15, 30:4, 32:7, 34:25, 40:4, 40:12

ONES [1] - 28:13

ONLY [15] - 5:1, 5:8, 5:20, 7:8, 7:9, 10:14, 17:19, 19:23, 22:24, 25:19, 26:4, 29:4, 32:4, 33:10, 34:25

OPEN [1] - 25:11

OPENING [1] - 37:6

OPENS [1] - 2:8

OPINION [5] - 4:4, 5:16, 8:10, 9:25, 14:5

OPINIONS [14] - 13:9, 13:18, 13:19, 14:1, 14:2, 14:3, 14:7, 14:9, 14:11, 14:12, 14:14, 14:16, 14:17, 14:18

OPPORTUNITY [2] - 10:25, 30:16

OR [153] - 3:20, 3:21,

4:3, 4:4, 4:6, 4:8, 4:11, 4:15, 4:17, 4:18, 4:19, 4:20, 4:21, 4:22, 4:25, 5:4, 5:13, 5:15, 5:18, 5:21, 5:22, 6:1, 6:9, 6:10, 7:2, 7:5, 7:12, 7:14, 7:16, 7:18, 7:21, 7:22, 7:24, 7:25, 8:3, 8:9, 8:10, 8:14, 8:19, 8:20, 8:24, 8:25, 9:1, 9:2, 9:5, 9:9, 9:10, 9:22, 10:14, 10:16, 10:20, 11:8, 11:13, 11:17, 11:21, 11:22, 11:23, 11:24, 12:4, 12:6, 12:11, 12:12, 12:14, 12:17, 12:20, 12:22, 13:2, 13:3, 13:16, 14:1, 14:13, 14:16, 14:18, 16:8, 16:13, 16:17, 17:6, 17:7, 17:8, 17:19, 17:22, 17:23, 17:24, 18:2, 18:5, 18:6, 18:7, 18:8, 18:14, 18:18, 19:10, 20:8, 20:11, 20:21, 21:6, 21:9, 21:12, 21:13, 21:17, 21:18, 22:8, 22:9, 23:6, 23:9, 23:13, 23:15, 23:20, 24:4, 24:8, 24:24, 25:1, 25:16, 26:8, 26:11, 26:13, 26:15, 26:16, 26:18, 26:19, 26:20, 26:21, 27:7, 27:8, 27:12, 27:21, 27:25, 28:25, 29:18, 29:19, 29:20, 32:17, 34:24, 35:11, 36:5, 36:12, 38:4, 38:21, 38:22, 39:5, 40:2, 40:11

ORDER [6] - 15:8, 17:12, 20:5, 20:13, 20:25, 22:3
ORDERED [1] - 7:21
ORDINARILY [1] - 13:8
ORDINARY [3] - 18:3, 33:16, 35:18
ORGANIZED [1] - 20:17
ORIGINAL [1] - 25:14
OTHER [31] - 4:24, 6:1, 7:7, 7:22, 7:25, 8:25, 10:3, 10:17, 11:17, 11:19, 12:12, 13:4, 14:9, 14:19,

15:14, 16:5, 16:7, 19:11, 23:16, 24:6, 25:8, 25:10, 25:14, 25:15, 25:20, 25:21, 26:10, 26:15, 27:2, 28:21, 40:1
OTHER'S [1] - 25:11
OTHERWISE [1] - 34:20
OUGHT [1] - 4:5
OUR [10] - 5:12, 28:10, 31:10, 31:13, 32:5, 32:7, 32:17, 33:5, 37:9, 37:13
OUT [3] - 30:9, 37:19, 41:12
OUTCOME [1] - 11:8
OUTSIDE [7] - 5:13, 5:22, 6:11, 35:16, 35:20, 35:25, 36:5
OUTWEIGHED [1] - 14:18
OVER [4] - 21:5, 21:21, 24:4, 25:17
OVERALL [1] - 39:15
OVERCOME [1] - 24:11
OVERCOMES [1] - 16:24
OVERHEARD [1] - 7:3
OVERRULED [1] - 7:4
OWN [15] - 4:4, 4:11, 8:5, 8:19, 12:14, 12:15, 13:9, 14:23, 18:6, 25:18, 26:7, 31:19, 31:22, 34:12, 36:25
OWNER [2] - 21:13, 21:23
OWNS [1] - 20:22

## P

PA [4] - 1:8, 1:16, 1:23, 2:6
PAGE [3] - 28:24, 29:7, 29:8
PAPER [1] - 26:23
PARAGRAPH [2] - 29:9
PARAGRAPHS [1] - 29:15
PART [3] - 3:19, 10:14, 39:14
PARTICULAR [6] - 19:9, 20:14, 22:25, 23:13, 31:23, 40:6
PARTIES [2] - 6:3, 6:6
PARTY [1] - 11:11
PAST [1] - 33:19

PAUSE [1] - 30:13
PENNSYLVANIA [1] - 1:2
PEOPLE [1] - 6:14
PERFECT [1] - 35:10
PERFECTLY [1] - 23:3
PERFORM [1] - 5:14
PERMANENT [1] - 20:17
PERMANENTLY [1] - 21:13
PERMISSIBLE [1] - 34:2
PERMIT [1] - 13:9
PERMITTED [7] - 5:8, 6:22, 13:18, 13:25, 14:22, 33:15, 35:2
PERSON [7] - 10:19, 18:3, 22:23, 23:3, 23:4, 23:7, 24:3
PERSON'S [2] - 5:17, 23:9
PERSONAL [1] - 22:25
PERSONS [1] - 11:24
PETRESE [1] - 1:9
PHILADELPHIA [4] - 1:8, 1:16, 1:23, 2:6
PHONE [5] - 4:18, 4:25, 26:17
PIECE [1] - 26:23
PLACE [2] - 27:23, 28:2
PLAY [1] - 3:18
PLEASE [1] - 34:7, 39:3
PLED [1] - 16:19
POINT [2] - 32:9, 37:15
POSITION [3] - 25:14, 31:14, 33:5
POSSIBLE [6] - 16:12, 16:13, 17:22, 17:23, 24:19, 27:1
PRACTICE [1] - 30:25
PREJUDICE [2] - 5:15, 11:9
PRELIMINARY [2] - 6:18, 10:6
PREPARED [1] - 16:1
PRESENT [5] - 2:7, 16:12, 16:17, 17:7, 29:18
PRESENTED [6] - 5:6, 9:20, 12:21, 15:11, 16:24, 23:19
PRESIDE [1] - 24:4
PRESUMED [1] - 16:20
PRESUMPTION [8] -

16:22, 16:24, 17:2, 17:5, 24:11, 28:25, 29:16, 29:17
PREVIOUS [1] - 38:20
PRINCIPLES [1] - 3:25
PROBATIVE [4] - 37:8, 39:3, 39:7, 40:16
PROBES [1] - 38:24
PROBLEM [1] - 32:4
PROCEED [1] - 23:24
PROCEEDING [1] - 30:13
PROCEEDINGS [1] - 42:3
PRODUCE [2] - 16:13, 16:18
PRODUCT [1] - 21:10
PROFESSIONAL [1] - 20:22
PROMPT [1] - 23:2
PROMPTING [1] - 23:4
PROMPTS [1] - 22:23
PROOF [13] - 12:18, 17:8, 17:21, 17:22, 22:15, 22:16, 22:18, 29:20, 39:8, 40:14, 40:16, 40:17
PROPERTY [8] - 20:9, 20:10, 20:12, 20:25, 21:12, 21:16, 21:22, 21:23
PROSECUTOR'S [1] - 37:23
PROVE [16] - 12:19, 15:8, 15:24, 16:11, 17:7, 17:9, 17:16, 18:19, 21:3, 21:15, 23:17, 23:20, 29:1, 29:19, 29:21, 39:12
PROVED [11] - 10:5, 15:20, 17:4, 18:10, 19:8, 20:6, 20:15, 21:3, 22:5, 23:11, 27:24
PROVEN [4] - 23:8, 24:17, 25:22, 27:20
PROVES [7] - 8:17, 8:23, 8:24, 18:21, 23:19, 23:20, 24:12
PROVIDE [4] - 4:15, 26:13, 33:14, 34:11
PROVIDED [9] - 27:6, 28:15, 30:23, 32:18, 33:6, 33:11, 33:25, 34:9, 36:16
PROVING [1] - 17:19
PUBLIC [2] - 5:16,

20:24
PUNISHMENT [2] - 24:18, 24:20
PURPOSE [3] - 7:9, 16:4, 20:21
PURPOSES [2] - 7:8, 21:19
PUT [2] - 31:7, 32:21

## Q

QUALIFICATIONS [1] - 14:6
QUALITY [1] - 11:3
QUANTITY [2] - 12:20, 12:22
QUESTION [14] - 7:5, 7:12, 7:13, 10:21, 30:14, 33:1, 35:15, 37:7, 37:18, 38:22, 38:24, 40:6, 40:7, 40:10
QUESTIONS [4] - 6:6, 6:7, 13:10, 26:21

## R

RABBIT [2] - 37:15, 39:24
RABSTEJNEK [1] - 13:13
RACE [1] - 5:17
RAINCOAT [1] - 9:8
RAINING [2] - 9:11, 9:12
RAISING [1] - 32:1
REACH [3] - 6:17, 25:9, 25:18
REACHED [1] - 27:16
REACHING [1] - 8:15, 24:20
READ [1] - 23:8
READY [1] - 3:4
REALITY [1] - 38:8
REALLY [1] - 41:7
REASON [5] - 9:2, 9:18, 18:2, 30:24, 31:2
REASONABLE [32] - 9:1, 9:4, 9:17, 10:5, 15:22, 15:24, 16:11, 17:1, 17:5, 17:15, 17:17, 17:20, 17:21, 17:25, 18:1, 18:3, 18:11, 18:13, 18:21, 19:8, 20:7, 20:16, 21:4, 21:16, 22:6, 24:12, 24:15, 25:9, 25:23, 27:22, 27:25, 39:19

REASONABLY [4] -
6:16, 8:25, 9:10,
18:22
REASONED [1] - 9:5
REASONS [5] - 12:12,
13:19, 14:1, 14:7,
14:15
RECALL [1] - 12:1
RECEIVE [2] - 14:4,
27:14
RECEIVED [5] - 6:20,
7:5, 7:13, 21:9,
24:22
RECESSED [1] -
41:13
RECOLLECTION [8] -
8:6, 10:20, 12:1,
26:6, 26:8, 31:11,
31:19, 31:22
RECORD [4] - 7:22,
25:25, 27:15, 42:3
RECORDS [1] - 16:5
REFER [3] - 30:5,
34:8, 38:16
REFERENCE [1] -
36:21
REFERS [2] - 10:11,
22:24
REGARDLESS [1] -
22:8
REGULAR [3] - 20:24,
35:15, 36:12
REINSTRUCT [1] -
40:13
RELATED [1] - 16:13
RELATES [3] - 19:5,
23:23, 29:15
RELATION [1] - 11:10
RELEVANT [2] -
37:11, 37:12
RELIABILITY [1] -
14:8
RELIGION [1] - 5:17
RELY [3] - 26:7,
31:22, 34:21
REMEMBER [2] -
10:22, 26:3
REMIND [1] - 24:7
REMOVED [1] - 7:22
RENEW [1] - 28:9
RENEWED [1] - 28:11
REPEAT [1] - 29:15
REPORT [2] - 31:1,
31:3
REPORTER [2] - 1:21,
42:8
REPORTS [5] - 32:5,
37:21, 38:5, 38:9,
38:12
REPRESENTING [1] -

2:8
REPUTATION [1] -
9:25
REQUESTING [1] -
30:16
REQUIRED [7] - 12:7,
15:13, 15:17, 16:10,
16:12, 16:17, 22:16
REQUIRES [1] - 17:2
RESEARCH [1] - 4:23
RESPECT [1] - 37:20
RESPECTFULLY [3] -
25:10, 37:1, 37:19
RESPECTIVELY [1] -
13:17
RESPOND [1] - 27:1
RESPONSE [2] -
37:18, 38:20
RESPONSIBILITY [4]
- 4:12, 21:21, 24:18,
25:3
RETURN [4] - 18:12,
18:15, 19:5, 27:18
REVERSAL [1] - 37:6
REVERSIBLE [1] -
37:1
REVIEW [1] - 30:16
REVIEWING [1] - 13:4
RIGHT [11] - 14:21,
25:14, 31:20, 34:18,
37:13, 38:18, 39:9,
39:17, 39:20, 39:21,
40:15
RISE [1] - 30:8
ROHANA [9] - 1:6,
15:3, 15:7, 15:9,
15:15, 20:3, 22:1,
23:13, 23:15
ROHANA'S [5] -
21:23, 23:10, 23:12,
23:17, 23:21
ROLE [1] - 3:24
ROOM [9] - 4:9, 4:20,
5:2, 24:2, 25:7,
25:25, 27:16, 28:4,
30:3
RPR [2] - 1:21, 42:9
RULE [1] - 38:11
RULED [3] - 7:18,
33:9, 37:5
RULES [5] - 6:19,
6:22, 6:25, 13:8,
13:11
RULINGS [1] - 7:2
RUMORS [1] - 5:21

—————————————

S

SAID [13] - 3:20, 7:15,
8:4, 8:9, 10:14,

11:13, 23:15, 24:21,
24:24, 29:3, 31:3,
38:13, 38:15
SAME [4] - 5:10, 9:14,
10:3, 11:25
SATISFACTION [1] -
21:9
SATISFACTORY [1] -
29:23
SATISFIED [1] - 17:4
SAY [21] - 25:12,
25:21, 26:1, 27:22,
28:1, 30:25, 34:7,
34:23, 35:25, 36:10,
37:17, 37:19, 37:23,
38:23, 39:1, 39:4,
39:11, 39:23, 40:5,
40:12
SAYING [5] - 33:24,
36:3, 36:11, 36:13,
40:1
SCHEDULE [1] -
20:24
SCHWARTZ [1] - 2:8
SEATED [4] - 3:3,
3:11, 30:10, 41:2
SECOND [5] - 3:23,
20:9, 22:10, 24:7,
29:9
SECRET [1] - 27:9
SECTION [2] - 19:15,
19:17, 23:24
SEE [8] - 11:1, 11:25,
25:16, 27:3, 28:5,
30:6, 35:18, 41:10
SEEMS [1] - 41:6
SEEN [7] - 3:13, 3:17,
5:10, 5:20, 5:22,
6:10, 8:20
SEND [4] - 27:4, 28:4,
32:6, 32:11
SENDING [1] - 32:7
SENSE [2] - 6:12,
6:16, 9:3, 9:18,
10:22, 18:2, 33:16,
35:8, 36:5, 36:18,
36:21, 36:22
SENSES [1] - 8:19
SENTENCE [1] - 29:10
SEPARATE [2] -
18:25, 19:6
SEPARATELY [2] -
19:4, 19:12
SERVICE [3] - 4:19,
4:20, 26:19
SERVICES [1] - 26:20
SET [2] - 9:14, 32:7
SEVENTH [1] - 26:21
SHE [2] - 23:9, 24:4
SHOULD [52] - 3:19,

3:22, 5:16, 6:12,
6:24, 6:25, 7:1, 7:6,
8:11, 9:19, 9:22,
10:2, 11:20, 12:3,
12:5, 14:3, 14:24,
15:22, 18:12, 19:2,
19:10, 19:12, 19:24,
23:24, 24:1, 24:19,
24:23, 25:2, 26:1,
26:4, 26:5, 26:7,
26:9, 26:16, 26:22,
27:4, 27:9, 27:15,
27:17, 30:11, 31:11,
34:6, 34:25, 36:4,
36:16, 37:18, 38:3,
38:20
SHOW [1] - 15:6
SHOWN [4] - 7:16,
14:17, 16:3, 23:16
sIDEBAR [1] - 28:8
SIDEBAR [3] - 7:3,
28:6, 29:12
SIGN [2] - 26:23,
27:18
SIMILAR [1] - 21:20
SIMPLY [5] - 6:23,
8:16, 9:1, 11:25,
19:22
SINCE [1] - 32:13
SITUATED [1] - 20:19
SIX [1] - 39:1
SIXTH [1] - 26:12
SKILL [3] - 13:16,
13:24, 14:13
SLATE [1] - 16:21
SLIGHTLY [1] - 21:19
SMART [3] - 4:18,
26:17, 30:19
SMELLED [1] - 8:21
SO [23] - 25:19, 27:5,
27:22, 28:1, 29:14,
30:2, 30:5, 30:11,
31:6, 31:13, 32:6,
33:10, 33:24, 35:16,
35:17, 36:2, 36:10,
37:9, 38:1, 38:13,
39:10, 39:21, 41:8
SOLE [1] - 10:10
SOLELY [2] - 5:6, 37:4
SOME [6] - 7:21, 8:25,
15:15, 16:14, 27:2,
27:24
SOMEONE [2] - 9:7,
24:2
SOMETHING [8] -
8:19, 8:20, 23:3,
31:12, 35:6, 36:23,
39:6, 39:15
SOMETIMES [2] -
7:17, 9:13

SOMEWHAT [1] - 31:4
SOMEWHERE [1] -
35:25
SOON [1] - 27:1
SORT [2] - 18:5, 36:11
SOUND [1] - 14:16
SPEAK [2] - 24:3, 26:1
SPECIFIC [3] - 35:6,
35:24, 37:3
SPECIFICALLY [4] -
19:14, 33:8, 33:18,
34:4
SPECIFYING [1] -
19:20
SPECULATE [1] -
40:2
SPECULATION [1] -
17:24
STAFF [1] - 20:22
STAND [1] - 14:23
START [2] - 26:12,
37:15
STARTS [1] - 16:21
STATE [8] - 13:9,
14:3, 22:24, 23:6,
23:10, 23:12, 23:21,
35:12
STATED [3] - 6:8,
10:6, 28:10
STATEMENTS [1] -
6:5
STATES [4] - 1:1, 1:4,
19:15, 20:20
STAY [1] - 27:9
STAYS [4] - 16:23,
17:10, 29:2, 29:22
STEAL [3] - 21:11,
28:17, 28:19
STICK [1] - 30:11
STICKY [1] - 38:8
STILL [1] - 15:16
STIPULATED [1] - 6:2
STOLE [1] - 20:8
STOLEN [6] - 19:18,
21:16, 22:2, 22:7,
22:11, 22:12
STRAIGHTFORWAR
D [1] - 10:20
STREET [3] - 1:15,
1:22, 2:5
STRICKEN [1] - 7:22
STRUCK [1] - 6:9
SUBJECT [1] - 27:2
SUBJECTIVE [1] -
31:2
SUBSTITUTE [1] - 4:3
SUCH [5] - 4:17, 4:21,
16:8, 26:17, 37:3
SUFFICIENT [3] -
12:13, 14:13, 18:20

SUGGEST [1] - 37:14
SUGGESTION [1] - 37:9
SUITE [2] - 1:15, 2:4
SUMMARIES [1] - 16:6
SUMMARY [2] - 16:1, 16:2
SUPPORT [1] - 14:15
SUPPORTED [1] - 14:17
SUPPORTING [1] - 14:8
SURE [1] - 28:7
SURPRISED [2] - 31:4, 38:13
SURROUNDING [1] - 23:11
SUSPICION [2] - 9:4, 17:19
SUSPICIONS [1] - 5:21
SUSTAINED [2] - 7:11, 7:19
SYMPATHY [1] - 5:15
SYSTEM [1] - 5:12

**T**

TACTICAL [2] - 37:25, 38:16
TAKE [6] - 3:19, 14:22, 21:11, 24:24, 26:3, 27:15
TALK [6] - 4:24, 25:6, 25:7, 25:10, 26:13, 26:24
TALKING [1] - 28:25
TANGIBLE [2] - 20:23, 21:9
TELEPHONE [2] - 4:17, 26:17
TELL [6] - 23:9, 27:8, 31:18, 31:22, 37:24, 41:8
TELLS [1] - 6:16
TERM [1] - 36:19
TERMS [1] - 37:16
TESTIFIED [2] - 11:2, 14:24
TESTIFIES [2] - 8:18, 38:11
TESTIFY [3] - 12:20, 14:21, 14:22
TESTIFYING [2] - 10:16, 11:6
TESTIMONY [38] - 5:25, 6:2, 6:9, 7:6, 7:7, 7:21, 7:25, 10:8, 10:9, 10:13, 11:15,

11:16, 11:22, 11:24, 12:7, 12:8, 12:12, 12:16, 12:23, 12:24, 13:2, 13:5, 13:11, 13:20, 14:6, 14:10, 14:25, 30:22, 30:24, 31:9, 32:6, 32:7, 32:8, 32:12, 32:15, 32:17
TEXT [2] - 4:19, 26:19
THAN [9] - 12:21, 13:3, 18:25, 21:6, 21:7, 24:6, 26:6, 26:11, 40:1
THANK [6] - 29:11, 32:20, 32:23, 40:20, 40:21, 41:15
THAT [195] - 3:12, 3:16, 3:23, 3:25, 4:5, 4:12, 5:5, 5:13, 5:20, 5:22, 6:2, 6:7, 6:16, 6:17, 6:21, 6:23, 7:1, 7:10, 7:19, 7:20, 7:23, 7:25, 8:3, 8:6, 8:8, 8:9, 8:12, 8:24, 9:2, 9:6, 9:9, 9:11, 9:12, 9:19, 9:21, 11:14, 11:17, 11:19, 12:9, 12:13, 12:21, 12:25, 13:1, 13:3, 14:12, 14:15, 14:16, 15:2, 15:6, 15:8, 15:11, 15:12, 15:14, 15:16, 15:19, 16:4, 16:24, 16:25, 17:3, 17:4, 17:6, 17:7, 17:9, 17:14, 17:15, 18:3, 18:5, 18:10, 18:13, 18:16, 18:17, 18:21, 19:5, 19:8, 19:9, 19:25, 20:6, 20:8, 20:10, 20:11, 20:13, 20:15, 20:17, 20:23, 20:25, 21:2, 21:4, 21:6, 21:16, 21:20, 22:4, 22:6, 22:10, 22:11, 22:17, 23:5, 23:12, 23:17, 23:22, 24:7, 24:10, 24:11, 24:12, 24:14, 24:23, 24:24, 25:4, 25:13, 25:17, 27:3, 27:8, 27:14, 28:3, 28:10, 28:16, 29:4, 29:5, 29:14, 29:17, 29:19, 29:21, 29:23, 30:5, 30:21, 30:24, 31:6, 31:8, 31:11, 31:13, 31:23, 32:1, 32:4, 32:9, 32:11, 32:17, 33:6, 33:8,

33:11, 33:13, 33:23, 34:1, 34:3, 34:5, 34:9, 34:11, 34:17, 34:22, 35:3, 35:17, 35:19, 35:25, 36:1, 36:4, 36:5, 36:10, 36:13, 36:14, 36:16, 36:17, 36:22, 37:3, 37:5, 37:6, 37:14, 37:16, 37:20, 37:22, 37:23, 38:2, 38:11, 38:19, 38:23, 39:6, 40:2, 40:13, 41:4, 42:2
THAT'S [7] - 31:18, 33:13, 34:15, 35:1, 36:1, 38:5, 38:10
THE [596] - 1:14, 2:2, 2:5, 2:8, 3:1, 3:3, 3:4, 3:6, 3:8, 3:10, 3:11, 3:12, 3:13, 3:14, 3:16, 3:17, 3:19, 3:20, 3:21, 3:23, 3:24, 3:25, 4:2, 4:4, 4:5, 4:9, 4:17, 4:19, 4:25, 5:2, 5:3, 5:6, 5:10, 5:20, 5:21, 5:23, 5:24, 5:25, 6:3, 6:4, 6:5, 6:6, 6:8, 6:11, 6:13, 6:19, 6:20, 6:21, 6:22, 6:23, 6:24, 6:25, 7:2, 7:4, 7:5, 7:6, 7:7, 7:9, 7:11, 7:12, 7:13, 7:14, 7:15, 7:16, 7:18, 7:19, 7:20, 7:22, 7:25, 8:2, 8:4, 8:6, 8:9, 8:10, 8:19, 8:20, 8:25, 9:3, 9:6, 9:14, 9:15, 9:17, 9:19, 9:21, 10:1, 10:3, 10:4, 10:5, 10:7, 10:8, 10:10, 10:12, 10:16, 10:17, 10:18, 10:21, 10:25, 11:1, 11:2, 11:3, 11:5, 11:7, 11:8, 11:10, 11:11, 11:12, 11:13, 11:14, 11:16, 11:19, 11:20, 11:21, 11:22, 11:24, 12:2, 12:5, 12:8, 12:9, 12:10, 12:11, 12:12, 12:15, 12:16, 12:17, 12:18, 12:19, 12:20, 12:22, 12:24, 12:25, 13:5, 13:8, 13:11, 13:12, 13:17, 13:18, 13:19, 13:22, 13:23, 14:1, 14:3, 14:5, 14:6, 14:7, 14:8,

14:10, 14:11, 14:12, 14:14, 14:15, 14:16, 14:17, 14:18, 14:23, 14:25, 15:2, 15:3, 15:4, 15:7, 15:8, 15:10, 15:11, 15:12, 15:14, 15:16, 15:19, 15:20, 15:21, 15:22, 15:23, 15:25, 16:1, 16:3, 16:4, 16:7, 16:10, 16:11, 16:13, 16:14, 16:15, 16:16, 16:19, 16:20, 16:22, 16:23, 16:24, 16:25, 17:2, 17:3, 17:4, 17:5, 17:6, 17:8, 17:9, 17:10, 17:12, 17:13, 17:14, 17:15, 17:16, 17:18, 18:4, 18:5, 18:7, 18:8, 18:9, 18:10, 18:11, 18:14, 18:17, 18:18, 18:19, 18:20, 18:21, 18:22, 18:24, 19:1, 19:4, 19:7, 19:8, 19:11, 19:13, 19:14, 19:19, 19:21, 19:22, 19:23, 19:25, 20:2, 20:5, 20:6, 20:7, 20:8, 20:9, 20:10, 20:11, 20:12, 20:13, 20:15, 20:16, 20:18, 20:19, 20:23, 20:25, 21:1, 21:2, 21:3, 21:4, 21:6, 21:8, 21:12, 21:13, 21:15, 21:16, 21:17, 21:18, 21:20, 21:22, 21:23, 21:25, 22:3, 22:4, 22:5, 22:6, 22:8, 22:9, 22:10, 22:11, 22:12, 22:14, 22:15, 22:17, 22:19, 22:20, 22:24, 23:6, 23:11, 23:16, 23:18, 23:19, 23:22, 23:23, 23:24, 24:1, 24:2, 24:3, 24:4, 24:5, 24:9, 24:10, 24:11, 24:13, 24:14, 24:16, 24:17, 24:18, 24:19, 24:22, 24:23, 24:24, 24:25, 25:1, 25:2, 25:3, 25:4, 25:5, 25:6, 25:7, 25:8, 25:14, 25:16, 25:17, 25:20, 25:21, 25:22, 25:25, 26:4, 26:6, 26:8, 26:9, 26:11, 26:14, 26:18, 26:23, 26:25, 27:1, 27:5, 27:11,

27:16, 27:17, 27:18, 27:19, 27:20, 27:21, 27:23, 27:24, 27:25, 28:1, 28:2, 28:4, 28:7, 28:10, 28:11, 28:13, 28:14, 28:15, 28:16, 28:20, 28:25, 29:1, 29:2, 29:3, 29:4, 29:6, 29:7, 29:8, 29:9, 29:10, 29:13, 29:15, 29:17, 29:18, 29:19, 29:20, 29:21, 29:22, 30:2, 30:3, 30:4, 30:6, 30:8, 30:10, 30:12, 30:13, 30:15, 30:19, 30:22, 30:23, 30:24, 31:1, 31:2, 31:4, 31:6, 31:7, 31:8, 31:15, 31:17, 31:21, 32:3, 32:4, 32:6, 32:12, 32:13, 32:18, 32:19, 32:21, 32:24, 33:2, 33:3, 33:6, 33:7, 33:9, 33:10, 33:11, 33:12, 33:15, 33:16, 33:18, 33:20, 33:21, 33:23, 33:25, 34:1, 34:5, 34:6, 34:7, 34:8, 34:16, 34:19, 34:20, 34:21, 34:24, 35:7, 35:11, 35:13, 35:15, 35:16, 35:18, 35:20, 35:21, 35:23, 36:3, 36:13, 36:14, 36:19, 36:20, 36:21, 36:22, 37:4, 37:6, 37:7, 37:11, 37:14, 37:15, 37:16, 37:19, 37:20, 37:23, 37:24, 38:1, 38:3, 38:4, 38:6, 38:8, 38:9, 38:10, 38:11, 38:14, 38:20, 38:21, 38:22, 38:24, 38:25, 39:2, 39:5, 39:8, 39:9, 39:12, 39:13, 39:14, 40:6, 40:11, 40:13, 40:14, 40:16, 40:17, 40:18, 40:24, 41:2, 41:13, 42:2, 42:3
THEFT [4] - 15:4, 19:15, 20:3, 20:10
THEIR [17] - 12:23, 13:9, 13:16, 13:24, 14:2, 14:5, 31:11, 31:18, 31:22, 33:16, 34:12, 34:13, 36:18, 36:22, 36:25, 37:25, 40:10

**THEM** [15] - 4:3, 16:8, 26:22, 26:23, 26:24, 30:5, 30:23, 31:18, 31:22, 32:14, 33:12, 35:25, 36:24, 40:25

**THEN** [11] - 12:16, 15:22, 15:24, 18:12, 18:15, 24:17, 25:21, 31:23, 35:23, 40:8, 40:9

**THERE** [6] - 4:8, 8:12, 13:10, 31:23, 34:22, 37:22

**THESE** [10] - 5:14, 6:23, 13:11, 14:3, 14:9, 16:2, 16:6, 23:2, 38:5, 40:12

**THEY** [48] - 5:10, 6:21, 8:4, 13:17, 13:25, 16:9, 21:20, 28:11, 30:12, 30:16, 31:18, 31:23, 32:1, 32:3, 32:5, 32:11, 33:17, 34:5, 34:12, 34:14, 34:23, 34:24, 35:2, 35:3, 35:12, 35:15, 35:17, 35:20, 35:24, 36:1, 36:6, 36:11, 36:13, 36:17, 36:18, 37:24, 38:1, 38:2, 38:10, 39:17, 40:2, 40:3

**THING** [3] - 24:1, 27:7, 28:21

**THINGS** [4] - 6:1, 11:1, 25:16, 37:16

**THINK** [35] - 3:21, 6:15, 7:14, 7:16, 12:17, 12:23, 14:4, 14:18, 24:25, 25:1, 28:21, 30:11, 32:1, 33:14, 34:1, 34:6, 34:10, 34:11, 35:1, 35:2, 35:6, 35:12, 36:2, 36:15, 36:17, 37:1, 37:5, 38:3, 38:14, 38:15, 39:22, 41:4

**THINKING** [1] - 23:10

**THIRD** [3] - 20:11, 20:20, 24:16

**THIS** [55] - 3:18, 4:11, 4:16, 4:22, 4:23, 5:1, 5:2, 5:5, 5:8, 5:14, 5:19, 6:10, 7:24, 8:7, 8:10, 8:13, 9:7, 9:20, 10:2, 13:11, 14:23, 17:10, 19:2, 20:1, 20:6, 20:10, 21:19, 22:4, 23:20, 23:23,

24:3, 24:22, 26:14, 27:15, 29:2, 34:4, 34:5, 35:14, 35:22, 35:24, 36:7, 36:9, 37:2, 37:15, 37:19, 38:22, 39:5, 40:5, 40:7, 41:5, 41:9

**THOSE** [2] - 13:19, 24:6

**THOUGH** [1] - 21:22

**THOUGHT** [2] - 6:21, 8:4

**THREE** [4] - 20:7, 22:5, 22:11, 32:12

**THROUGH** [1] - 26:14

**THROUGHOUT** [3] - 17:10, 29:3, 29:22

**THUMB** [3] - 21:1, 21:5, 21:6

**THUS** [1] - 23:12

**TIME** [10] - 15:3, 15:11, 20:10, 21:23, 23:7, 23:14, 23:18, 38:14, 41:5, 41:7

**TITLE** [1] - 19:15

**TO** [223] - 3:16, 3:23, 3:24, 3:25, 4:5, 4:7, 4:8, 4:11, 4:15, 4:22, 4:24, 5:4, 5:8, 5:16, 6:2, 6:3, 6:9, 6:17, 6:24, 7:8, 8:1, 8:3, 9:3, 9:5, 9:11, 9:15, 9:16, 9:22, 9:23, 10:11, 10:19, 10:22, 10:23, 11:1, 11:23, 12:1, 12:7, 12:13, 12:16, 12:18, 13:9, 13:11, 13:18, 13:25, 14:21, 14:22, 15:5, 15:7, 15:8, 15:13, 15:15, 15:18, 15:23, 16:3, 16:10, 16:12, 16:13, 16:17, 16:19, 16:20, 17:6, 17:7, 17:9, 17:12, 17:22, 18:5, 18:19, 19:5, 19:25, 20:5, 20:13, 20:23, 20:25, 21:11, 21:12, 22:3, 22:16, 22:23, 22:24, 23:3, 23:4, 23:12, 23:15, 23:18, 23:20, 23:23, 24:2, 24:5, 24:7, 24:9, 24:13, 24:14, 24:18, 24:23, 25:6, 25:7, 25:8, 25:9, 25:11, 25:12, 25:13, 25:16, 25:18, 25:20, 25:21, 25:24, 26:1, 26:3, 26:10, 26:15,

26:23, 26:24, 27:3, 27:6, 27:10, 27:12, 27:15, 27:16, 27:18, 27:19, 28:4, 28:11, 28:14, 28:16, 28:17, 28:18, 29:1, 29:13, 29:15, 29:18, 29:19, 29:20, 30:2, 30:3, 30:5, 30:6, 30:16, 30:22, 30:23, 30:25, 31:3, 31:9, 31:18, 31:22, 32:6, 32:11, 32:14, 32:18, 32:25, 33:3, 33:6, 33:11, 33:15, 33:18, 34:8, 34:13, 34:14, 34:23, 35:2, 35:5, 35:20, 35:25, 36:10, 36:21, 36:24, 37:5, 37:11, 37:16, 37:17, 37:18, 37:23, 37:24, 38:6, 38:12, 38:14, 38:16, 39:1, 39:4, 39:7, 39:10, 39:12, 39:19, 39:23, 40:4, 40:5, 40:6, 40:12, 40:13, 40:14, 40:15, 40:23, 40:24, 41:5, 41:8

**TOGETHER** [1] - 10:3

**TOLD** [4] - 6:9, 6:18, 7:25, 34:14

**TOMORROW** [3] - 41:6, 41:11, 41:14

**TONS** [1] - 36:7

**TOUCHED** [1] - 8:20

**TRAINING** [3] - 13:16, 13:25, 14:13

**TRAIT** [1] - 10:2

**TRANSCRIPT** [2] - 32:14, 42:3

**TREAT** [1] - 7:6

**TRIAL** [22] - 1:10, 3:18, 3:20, 6:20, 8:9, 8:13, 9:20, 10:7, 11:14, 13:10, 16:4, 16:7, 16:21, 17:11, 19:20, 23:20, 24:25, 26:4, 29:4, 29:22, 31:12, 35:19

**TRUE** [1] - 34:15

**TRUTHFUL** [2] - 10:12, 10:19

**TRYING** [4] - 10:19, 35:5, 37:16, 39:4

**TUCKER** [1] - 1:9

**TWITTER** [1] - 4:22

**TWO** [6] - 3:15, 8:12, 11:24, 21:25, 28:17, 31:13

**TYPES** [2] - 8:12, 8:15

**U**

**U.S** [1] - 1:14

**ULTIMATELY** [1] - 4:10

**UMBRELLA** [1] - 9:9

**UNANIMOUS** [5] - 4:8, 24:9, 25:9, 25:19, 27:16

**UNDER** [1] - 6:25

**UNDERSTAND** [1] - 31:25

**UNDERSTANDING** [1] - 11:4, 30:21, 33:25

**UNDULY** [1] - 26:9

**UNITED** [4] - 1:1, 1:4, 19:15, 20:19

**UNLESS** [2] - 16:23, 17:3

**UNTIL** [4] - 4:23, 16:23, 27:9, 41:13

**UP** [4] - 4:11, 9:23, 12:14, 23:18

**UPON** [2] - 26:7, 34:21

**US** [2] - 1:22, 30:7

**USE** [16] - 4:16, 5:3, 6:12, 8:14, 10:22, 21:13, 26:16, 33:15, 33:25, 34:12, 35:3, 36:5, 36:11, 36:18, 36:25, 37:11

**USED** [3] - 8:13, 26:4, 27:15

**USPAP** [1] - 13:21

**USUALLY** [2] - 31:17, 31:18

**UTILIZES** [1] - 20:22

**UTMOST** [1] - 37:20

**V**

**VALUE** [1] - 21:8

**VERDICT** [18] - 3:22, 4:7, 4:9, 4:24, 8:11, 8:15, 11:11, 18:12, 18:15, 19:6, 24:8, 24:20, 24:22, 25:1, 25:2, 27:14, 27:17

**VERDICTS** [1] - 27:15

**VERY** [5] - 31:4, 35:6, 36:9, 38:8, 38:15

**VICTOR** [1] - 13:20

**VIEWS** [2] - 24:5, 25:11

**VIOLATING** [1] - 19:14

**VIOLATION** [2] - 20:4, 22:3

**VOTE** [3] - 24:5, 25:17, 25:18

**VOTED** [2] - 27:8,

27:12

**VS** [1] - 1:5

**W**

**WALKED** [1] - 9:7

**WALNUT** [1] - 2:5

**WANT** [8] - 24:7, 27:3, 30:12, 32:11, 35:22, 37:11, 40:13, 40:15

**WANTED** [2] - 35:15, 35:24

**WAS** [53] - 6:2, 6:21, 6:22, 7:1, 7:5, 7:12, 7:20, 9:11, 9:12, 10:12, 11:14, 11:16, 12:3, 12:5, 12:8, 12:9, 12:21, 12:22, 15:3, 15:11, 15:15, 15:16, 20:10, 20:12, 21:16, 21:22, 22:7, 22:9, 23:17, 25:15, 29:4, 29:8, 29:13, 31:4, 32:9, 33:11, 35:15, 35:19, 35:21, 37:13, 37:22, 37:24, 38:13, 39:4

**WASN'T** [2] - 31:12

**WAY** [6] - 5:23, 7:25, 10:3, 19:3, 19:20, 37:22

**WE** [42] - 3:4, 3:5, 28:5, 28:9, 28:10, 28:14, 30:2, 30:3, 30:11, 30:12, 30:19, 30:20, 31:15, 31:16, 31:17, 31:23, 32:13, 32:16, 32:21, 33:9, 34:4, 35:22, 36:2, 36:6, 36:7, 36:8, 37:3, 37:15, 38:7, 38:14, 38:19, 39:23, 40:2, 40:5, 40:13, 40:15, 41:10, 41:13

**WEARING** [1] - 9:8

**WEBSITE** [1] - 4:21

**WEBSITES** [1] - 26:20

**WEEKS** [1] - 31:13

**WEIGHING** [5] - 6:13, 12:2, 14:5, 14:10, 18:4

**WEIGHT** [14] - 6:15, 9:21, 9:23, 12:17, 12:18, 12:23, 13:3, 13:6, 14:4, 16:8, 19:25, 24:6, 26:6, 26:10

**WELL** [8] - 14:9, 28:19, 32:17, 33:2, 34:23, 35:4, 38:25,

39:4
WERE [11] - 8:4, 13:18, 13:25, 18:18, 18:22, 28:25, 33:6, 35:20, 38:12, 38:16, 39:10
WET [2] - 9:8
WHAT [56] - 3:21, 4:4, 6:19, 7:15, 7:16, 8:4, 8:10, 9:16, 10:8, 10:23, 12:21, 22:23, 23:9, 23:13, 23:14, 23:15, 23:17, 23:19, 24:18, 24:25, 25:1, 25:2, 25:12, 25:21, 26:1, 26:25, 30:16, 32:21, 33:9, 34:13, 34:23, 35:1, 35:3, 35:12, 35:13, 35:18, 35:21, 36:1, 36:17, 37:8, 37:14, 37:22, 37:24, 38:1, 38:15, 38:24, 39:3, 39:4, 39:8, 39:23
WHATEVER [3] - 4:7, 6:14, 14:4
WHEN [13] - 6:21, 7:4, 7:7, 7:11, 7:23, 8:18, 10:18, 27:16, 28:24, 31:4, 36:23, 38:24, 39:15
WHERE [1] - 35:6
WHETHER [18] - 4:6, 6:24, 10:1, 10:4, 10:11, 10:15, 11:7, 11:13, 11:16, 11:20, 12:3, 12:5, 13:5, 19:7, 19:10, 22:9, 24:8, 35:4
WHICH [21] - 5:24, 6:8, 8:16, 8:23, 8:24, 9:10, 10:8, 10:9, 11:1, 16:5, 20:4, 20:18, 22:2, 22:7, 22:15, 22:24, 23:7, 28:13, 31:2, 34:4, 38:19
WHILE [3] - 11:6, 23:4, 27:11
WHO [4] - 12:20, 16:14, 26:24, 27:12
WHY [9] - 31:18, 34:4, 37:20, 38:1, 38:2, 38:4, 38:10, 38:16, 38:19
WIENER [1] - 13:21
WILL [26] - 3:14, 3:24, 4:7, 4:8, 4:9, 4:10, 5:24, 9:17, 15:13, 18:17, 24:3, 24:4,

24:17, 25:24, 25:25, 26:24, 26:25, 27:5, 27:14, 28:3, 30:2, 30:3, 31:23, 41:10
WISH [1] - 30:6
WITH [36] - 4:6, 4:15, 4:25, 5:1, 5:2, 5:9, 6:14, 10:3, 11:10, 11:17, 16:21, 16:23, 17:10, 18:19, 18:24, 19:14, 20:3, 21:12, 22:1, 22:15, 23:7, 24:11, 25:8, 25:10, 25:17, 26:13, 27:2, 27:10, 28:3, 29:2, 29:22, 37:2, 39:5, 39:7, 41:9
WITHOUT [2] - 32:7, 39:23
WITNESS [27] - 7:15, 7:17, 8:18, 8:19, 8:20, 10:11, 10:12, 10:14, 10:15, 10:17, 11:1, 11:2, 11:7, 11:10, 11:12, 11:13, 11:20, 12:9, 12:10, 12:16, 12:22, 12:25, 13:4, 13:9, 14:10, 14:23, 15:1
WITNESS' [10] - 11:5, 11:16, 11:20, 11:22, 11:24, 12:10, 12:16, 14:6, 14:7, 14:8
WITNESS'S [3] - 10:13, 11:3, 11:15
WITNESSES [8] - 5:25, 10:10, 11:23, 12:20, 13:6, 14:3, 16:14, 16:18
WITNESSING [1] - 11:24
WORD [3] - 33:16, 35:3, 35:24
WORDS [2] - 4:24, 21:18
WORTH [16] - 21:5, 21:7, 21:8, 28:15, 33:4, 33:7, 33:8, 33:10, 33:11, 34:1, 34:7, 34:8, 34:13, 34:20, 36:25, 39:2
WORTHY [2] - 10:12, 12:10
WOULD [15] - 9:9, 9:11, 10:18, 14:25, 16:7, 18:5, 31:13, 31:21, 32:10, 32:16, 33:10, 34:5, 37:14, 37:17, 40:13
WRITE [3] - 26:22,

27:7, 27:17
WRITTEN [1] - 36:8
WRONG [1] - 25:15
WRONGFULLY [1] - 21:11
WROTE [2] - 11:13, 29:2

───────────

## Y

YEARS [2] - 21:5, 30:25
YES [7] - 28:13, 29:24, 29:25, 30:1, 30:17, 30:18, 30:20
YOU [234] - 3:3, 3:11, 3:12, 3:14, 3:15, 3:17, 3:19, 3:24, 3:25, 4:1, 4:2, 4:3, 4:5, 4:6, 4:8, 4:9, 4:10, 4:12, 4:14, 4:16, 4:24, 5:1, 5:3, 5:5, 5:8, 5:10, 5:13, 5:16, 5:19, 5:20, 5:22, 5:24, 6:9, 6:10, 6:12, 6:15, 6:16, 6:17, 6:18, 6:25, 7:1, 7:3, 7:6, 7:8, 7:9, 7:13, 7:19, 7:23, 7:24, 8:1, 8:5, 8:14, 8:24, 9:3, 9:10, 9:11, 9:12, 9:15, 9:16, 9:17, 9:19, 9:23, 9:25, 10:2, 10:8, 10:9, 10:13, 10:15, 10:18, 10:23, 11:17, 11:23, 12:3, 12:4, 12:7, 12:9, 12:13, 12:14, 12:16, 12:17, 12:23, 12:24, 13:4, 13:5, 13:11, 13:20, 14:4, 14:6, 14:11, 14:12, 14:14, 14:16, 14:18, 14:24, 14:25, 15:2, 15:10, 15:12, 15:14, 15:15, 15:18, 15:19, 15:22, 15:23, 15:24, 16:3, 16:6, 16:7, 16:8, 16:25, 17:3, 17:12, 17:14, 18:9, 18:12, 18:13, 18:15, 18:17, 19:4, 19:5, 19:7, 19:13, 19:24, 20:6, 20:14, 21:2, 22:4, 22:20, 23:14, 23:18, 23:24, 24:1, 24:3, 24:7, 24:10, 24:14, 24:15, 24:16, 24:19, 24:23, 25:6, 25:9, 25:11, 25:13, 25:18, 25:19,

26:1, 26:3, 26:5, 26:7, 26:9, 26:12, 26:16, 26:21, 26:25, 27:3, 27:4, 27:6, 27:8, 27:9, 27:10, 27:14, 27:16, 27:20, 27:23, 28:4, 28:5, 28:21, 28:25, 29:2, 29:11, 30:2, 30:4, 30:5, 30:6, 30:10, 30:15, 32:20, 32:23, 33:3, 33:6, 33:14, 33:19, 33:22, 33:24, 34:6, 34:7, 34:9, 34:11, 34:17, 34:21, 35:11, 36:3, 36:4, 36:5, 36:11, 36:12, 37:22, 37:25, 38:2, 39:10, 40:8, 40:9, 40:20, 40:21, 41:2, 41:4, 41:5, 41:7, 41:8, 41:10, 41:15
YOU'VE [1] - 41:6
YOUR [95] - 3:2, 3:5, 3:15, 3:18, 3:22, 3:23, 3:25, 4:4, 4:7, 4:14, 4:23, 5:2, 5:9, 5:19, 5:23, 6:12, 6:15, 8:2, 8:5, 8:7, 8:10, 8:15, 9:18, 10:22, 10:23, 12:14, 12:15, 19:3, 19:9, 19:11, 20:1, 24:2, 24:4, 24:7, 24:20, 24:21, 25:1, 25:7, 25:12, 25:13, 25:14, 25:15, 25:17, 25:18, 25:24, 26:1, 26:4, 26:5, 26:6, 26:7, 26:15, 26:22, 27:2, 27:9, 27:15, 27:16, 27:22, 28:1, 28:4, 28:5, 28:9, 29:24, 30:1, 30:3, 30:5, 30:21, 31:10, 31:25, 32:11, 32:16, 33:5, 33:9, 33:14, 33:25, 34:10, 35:2, 35:5, 36:5, 36:11, 36:15, 36:20, 37:5, 37:9, 37:17, 37:18, 38:3, 38:7, 39:22, 40:11, 40:20, 40:21, 41:8, 41:10, 41:15
YOURS [1] - 3:18
YOURSELF [1] - 25:22
YOURSELVES [1] - 4:10
YOUTUBE [1] - 4:21