1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

- - -

UNITED STATES OF AMERICA     FILED    CRIMINAL DOCKET FOR CASE
NO. 2-18-CR-00100-PTB-1

-VS-      MAY -8 2019

MICHAEL ROHANA     KATE BARKMAN, Clerk
By_____ Dep. Clerk

ORIGINAL

- - -

PHILADELPHIA, PA.
APRIL 9, 2019

BEFORE HONORABLE JUDGE PETRESE B. TUCKER

TRIAL - DAY 7

APPEARANCES:

FOR THE GOVERNMENT:   U.S. ATTORNEY'S OFFICE
BY:  K.T. NEWTON, AUSA
615 CHESTNUT STREET, SUITE 1250
PHILADELPHIA, PA 19106

LYNN MCCLOSKEY, RPR
OFFICIAL COURT REPORTER
1234 US COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106
(856) 649-4774

```
 1       APPEARANCES (CONT.)

 2       FOR THE DEFENDANT:    FEDERAL COMMUNITY DEFENDER
                               BY:  CATHERINE C. HENRY, ESQUIRE
 3                             AND
                               NANCY MACEOIN, ESQUIRE
 4                             OFFICE - EDPA
                               SUITE 540W
 5                             THE CURTIS CENTER
                               601 WALNUT STREET
 6                             PHILADELPHIA, PA 19106

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1          (CLERK OPENS COURT.)

2          THE COURT:  GOOD AFTERNOON.

3          ALL COUNSEL:  GOOD AFTERNOON, YOUR HONOR.

4          THE COURT:  YOU MAY BE SEATED.

5          I BELIEVE THE JURY HAS NOT CHANGED.  THEY

6   ARE DEADLOCKED.

7          WHAT I AM GOING TO DO AT THIS POINT IS TO

8   ADDRESS THEM AND SEND THEM BACK.  I WOULD RECOMMEND THAT

9   THE ATTORNEYS THINK ABOUT HOW LONG YOU WANT TO KEEP THE

10  JURORS TO DELIBERATE.  BUT IN THE INTERIM, I WILL JUST

11  INSTRUCT THEM THAT THEY SHOULD CONTINUE DELIBERATIONS.

12          OKAY.  KIM.

13          (JURY IN.)

14          THE COURT:  OKAY, YOU MAY BE SEATED.

15          MEMBERS OF THE JURY, I REALIZE THAT YOU

16  ARE HAVING SOME DIFFICULTY REACHING A UNANIMOUS

17  AGREEMENT, BUT THAT IS NOT UNUSUAL.  AND OFTEN AFTER

18  FURTHER DISCUSSIONS JURORS ARE ABLE TO WORK OUT THEIR

19  DIFFERENCES AND AGREE.

20          IT IS YOUR DUTY, AS JURORS, TO CONSULT

21  WITH ONE ANOTHER AND TO DELIBERATE WITH A VIEW TO

22  REACHING AN AGREEMENT IF YOU CAN DO SO WITHOUT VIOLENCE

23  TO INDIVIDUAL JUDGMENT.  EACH OF YOU MUST DECIDE THE

24  CASE FOR YOURSELF, BUT DO SO ONLY AFTER IMPARTIAL

25  CONSIDERATION OF THE EVIDENCE IN THIS CASE WITH YOUR

1    FELLOW JURORS.

2              IN THE COURSE OF YOUR DELIBERATIONS, DO

3    NOT HESITATE TO REEXAMINE YOUR OWN VIEWS AND CHANGE YOUR

4    OPINION IF CONVINCED IT IS ERRONEOUS.  BUT DO NOT

5    SURRENDER YOUR HONEST CONVICTION AS TO THE WEIGHT OR THE

6    EFFECT OF THE EVIDENCE SOLELY BECAUSE OF THE OPINION OF

7    YOUR FELLOW JURORS OR FOR THE MERE PURPOSE OF RETURNING

8    A VERDICT.  LISTEN CAREFULLY TO WHAT THE OTHER JURORS

9    HAVE TO SAY, AND THEN DECIDE FOR YOURSELF IF THE

10   GOVERNMENT HAS PROVEN THE DEFENDANT GUILTY BEYOND A

11   REASONABLE DOUBT.

12             WHAT I HAVE JUST SAID IS NOT MEANT TO

13   RUSH OR PRESSURE YOU INTO AGREEING TO A VERDICT.  TAKE

14   AS MUCH TIME AS YOU NEED TO DISCUSS THINGS.  THERE IS NO

15   HURRY.

16             WITH THAT INSTRUCTION, I WILL RETURN YOU

17   TO THE JURY ROOM.

18                  (JURY OUT.)

19             THE COURT:  OKAY.  WE ARE IN RECESS.

20                  (JURY CONTINUES TO DELIBERATE.)

21             THE COURT:  OKAY, YOU MAY BE SEATED.

22             THE JURY HAS INDICATED THAT THEY ARE

23   UNABLE TO REACH A VERDICT, SO IT'S UP TO COUNSEL WHERE

24   WE GO FROM HERE.

25             MS. NEWTON:  YOUR HONOR, GIVEN THE JURY

1   HAS BEEN TELLING US, I THINK, ALL OF TODAY THAT THEY ARE

2   UNABLE TO REACH A VERDICT, IT DOES NOT SOUND LIKE THAT

3   HAS CHANGED.  THE GOVERNMENT BELIEVES WE SHOULD NOT ASK

4   THEM TO DELIBERATE ANY LONGER.

5              MS. HENRY:  MAY WE JUST HAVE A MOMENT,

6   YOUR HONOR?

7              THE COURT:  YES.

8              (BRIEF PAUSE IN THE PROCEEDING.)

9              MS. NEWTON:  YOUR HONOR, PERHAPS I SHOULD

10  NOT HAVE SAID THAT.

11             MS. HENRY:  YOUR HONOR, IS THERE -- I

12  KNOW THAT YOU CAN DO WHATEVER YOU WANT, BUT IS THERE

13  SOMETHING THAT YOU CAN ASK IF THERE IS ANYTHING IN

14  PARTICULAR THAT WOULD HELP THEM?  I MEAN, WE ARE CLOSE

15  TO THE END OF THE DAY, BUT IF THERE IS ANYTHING IN

16  PARTICULAR OR ANY FURTHER INSTRUCTION OR ANY -- I DON'T

17  KNOW WHAT, I CANNOT THINK OF ANYTHING, BUT ANYTHING

18  SPECIFIC THAT WOULD BE HELPFUL.  I DON'T KNOW.

19             THE COURT:  WELL, IT SEEMS TO ME THAT

20  WHAT THE JURORS HAVE INDICATED IS THAT THERE IS NO WAY

21  THAT THEY ARE GOING TO COME TO AN AGREEMENT.  I CAN POLL

22  THEM, BUT THAT WOULD REVEAL INFORMATION THAT DOES NOT

23  NEED TO BE REVEALED.  I CAN ASK THE FOREPERSON IF IN HER

24  OPINION SHE FEELS THAT FURTHER DELIBERATIONS WOULD BE

25  FRUITFUL OR MERITLESS.

```
 1                    MS. HENRY:  OKAY.

 2                    MS. MACEOIN:  I THINK THAT'S A GOOD

 3      SOLUTION, YOUR HONOR.

 4                    MS. NEWTON:  NO OBJECTION TO THAT, YOUR

 5      HONOR.

 6                    THE COURT:  OKAY.

 7                    (JURY IN.)

 8                    THE COURT:  YOU MAY BE SEATED.

 9                    MADAM FOREPERSON, CAN YOU PLEASE STAND.

10                    YOU HAVE TOLD MY COURT OFFICER THAT YOU

11      DO NOT THINK THAT YOU, THE JURY, WILL AGREE ON A

12      UNANIMOUS VERDICT, IS THAT CORRECT?

13                    THE FOREPERSON:  THAT'S CORRECT.

14                    THE COURT:  DO YOU THINK THAT THERE IS

15      ANY POSSIBILITY THAT CONTINUED DELIBERATIONS WOULD

16      CHANGE THAT SITUATION?

17                    THE FOREPERSON:  I DO NOT.

18                    THE COURT:  IS THERE ANYTHING THAT THIS

19      COURT COULD DO THAT WOULD IMPACT OR CAUSE THE SITUATION

20      TO CHANGE?

21                    THE FOREPERSON:  NO.

22                    THE COURT:  I'M GOING TO HAVE SOME

23      DISCUSSION WITH COUNSEL, SO I AM GOING TO SEND YOU BACK

24      TO THE JURY ROOM AND WE WILL CALL UPON YOU SHORTLY.

25                    (JURY OUT.)
```

1                          THE COURT:  LET ME SEE COUNSEL AT

2       SIDEBAR.

3                          (SIDEBAR DISCUSSION OCCURRED.)

4                          THE COURT:  I AM OPEN TO SUGGESTIONS.

5                          MS. NEWTON:  YOUR HONOR, FOR THE RECORD,

6       I WITHDRAW MY EARLIER SUGGESTION AS I SHOULD NOT HAVE

7       SAID THAT.

8                          MS. HENRY:  I DIDN'T KNOW THAT WAS --

9       OKAY.  GOT IT.

10                         MS. MACEOIN:  I DON'T KNOW WHAT --

11                         MS. HENRY:  CAN YOU THINK OF ANYTHING?

12                         THE COURT:  I CAN'T THINK OF ANYTHING WE

13      CAN DO.  THE ONLY ISSUE IS WHETHER OR NOT YOU THINK THEY

14      HAVE BEEN DELIBERATING LONG ENOUGH.

15                         MS. MACEOIN:  IT'S HARD TO SAY.  THEY ARE

16      GOING TO HATE US IF WE MAKE THEM COME BACK, BUT THAT'S

17      NOT -- IT'S BEYOND OUR CONTROL.

18                         MS. HENRY:  I MEAN WE HAVE NOT BEEN --

19      WHEN KIM HAS COME OUT AND YOU HAVE TOLD US THAT -- I

20      MEAN, HAS THAT BEEN, LIKE, A CONSISTENT THING, THAT THEY

21      HAVE BEEN SAYING THAT THEY ARE STUCK?

22                         THE COURT:  YESTERDAY THEY SAID THEY WERE

23      STUCK.

24                         MS. HENRY:  I REMEMBER THAT YESTERDAY,

25      AND NOW TODAY THEY ARE STUCK.

1                    THE COURT:  THEY ARE STUCK.  THEY SAID,

2      THERE IS NO WAY IN HELL THAT WE ARE GOING TO COME TO A

3      UNANIMOUS VERDICT.

4                    MS. MACEOIN:  INTERESTING.

5                    MS. HENRY:  THAT'S STUCK.

6                    THE COURT:  I DIDN'T WANT TO SAY THAT IN

7      OPEN COURT, BUT THAT SHOULD BE ON THE RECORD.

8                    MS. MACEOIN:  I AM AT A LOSS ABOUT WHAT

9      ELSE TO DO, YOUR HONOR.  I MEAN, IT'S CURIOUS BECAUSE

10     THEY DID ASK FOR MORE EXHIBITS.

11                   MS. HENRY:  WHICH SEEMS THAT THEY ARE

12     LIKE -- YOU THINK THAT SOME PROGRESS IS MAYBE BEING

13     MADE, BUT MAYBE NOT.

14                   MS. NEWTON:  IT DIDN'T SOUND -- AT LEAST

15     FROM WHAT THE FOREPERSON SAID, IT SOUNDED LIKE THERE WAS

16     NO ADDITIONAL PROGRESS WITH THE ADDITIONAL EXHIBITS OR

17     ANSWERS, BUT...

18                   THE COURT:  WE CAN GIVE IT ONE MORE DAY.

19                   MS. MACEOIN:  I DON'T KNOW.

20                   MS. HENRY:  WHAT DO YOU THINK?

21                   MS. MACEOIN:  I MEAN --

22                   MS. HENRY:  LET US THINK FOR A SECOND,

23     JUDGE.

24                   (BRIEF PAUSE THIS THE PROCEEDING.)

25                   THE COURT:  THEY HAVE BEEN DELIBERATING

1       HOW LONG?

2                   MS. HENRY:  SINCE 11 O'CLOCK YESTERDAY.

3                   THE COURT:  SO THEY HAVE BEEN

4       DELIBERATING TEN HOURS, AT LEAST.  THE CASE TOOK A WEEK

5       TO TRY.

6                   MS. NEWTON:  SLIGHTLY LESS THAN THAT.  WE

7       HAD TO FINISH EARLY, I THINK, THE FIRST DAY WITH THE

8       COMPUTER GLITCH.

9                   MS. MACEOIN:  AND FRIDAY.

10                  MS. NEWTON:  THAT'S TRUE, WE ENDED EARLY

11      ON FRIDAY.

12                  THE COURT:  SO TEN HOURS.  THEY CAN GO

13      BACK AND THEY CAN CONTINUE, UNLESS THERE IS A MOTION TO

14      BE MADE HERE.

15                  MS. MACEOIN:  I DON'T HAVE A MOTION.

16                  MS. HENRY:  I MEAN, WE CAN WAIT UNTIL

17      4:00 OR WHATEVER, I GUESS.

18                  THE COURT:  WE WILL WAIT UNTIL 4:30.

19                  MS. HENRY:  LET'S DO THAT.  DOES THAT

20      SOUND GOOD?  AND THEN WE WILL CALL IT A DAY.

21                  THE COURT:  CALL IT A DAY OR CALL IT A

22      CASE.

23                  MS. HENRY:  I GUESS CALL IT A CASE.

24                  MS. MACEOIN:  YOUR HONOR, JUST SO YOU

25      KNOW, I HAVE TO CATCH A FLIGHT, SO I WILL BE LEAVING.

1    OF COURSE I TRUST MS. HENRY HERE TO MAKE THE APPROPRIATE

2    DECISIONS.  SO I APOLOGIZE FOR HAVING TO LEAVE BEFORE WE

3    REACH A VERDICT.

4                    THE COURT:  I AM SORRY YOU ARE, TOO.

5                    MS. MACEOIN:  BELIEVE ME, I AM, TOO.

6                    THE COURT:  ALL RIGHT, WE ARE IN RECESS.

7                    (JURY CONTINUES TO DELIBERATE.)

8                    THE COURT:  OKAY, YOU MAY BE SEATED.

9                    COUNSEL, BEFORE WE BRING THE JURY IN, I

10   WOULD LIKE TO HAVE ON THE RECORD BOTH DEFENSE COUNSEL

11   AND THE GOVERNMENT'S POSITION IN REGARDS TO A MISTRIAL.

12                    FIRST THE DEFENSE.

13                    MS. HENRY:  YOUR HONOR, I AGREE WITH THE

14   DECISION TO LET THE JURY GO AT THIS POINT AND HAVE THE

15   CASE END IN A MISTRIAL.

16                    MS. NEWTON:  YOUR HONOR, THE GOVERNMENT

17   HAS NO OBJECTION TO THAT.

18                    THE COURT:  OKAY.  I AM GOING TO BRING

19   THE JURORS OUT.

20                    MS. HENRY:  WE WOULD ASK IF WE CAN HAVE

21   PERMISSION TO SPEAK TO THE JURY AFTERWARDS.

22                    THE COURT:  IF THEY WISH TO SPEAK TO YOU.

23                    MS. HENRY:  OKAY.

24                    THE COURT:  I AM GOING TO BRING THEM OUT

25   AND QUESTION THEM INDIVIDUALLY.

1                    MS. HENRY:  OKAY.

2                    THE COURT:  OKAY, KIM.

3                    (JURY IN.)

4                    THE COURT:  OKAY, YOU MAY BE SEATED.

5                    KIM IS GOING TO QUESTION YOU INDIVIDUALLY

6    FOR THE RECORD.

7                    THE DEPUTY CLERK:  JUROR NUMBER 1, PLEASE

8    RISE.  DO YOU AGREE THAT THERE IS A HOPELESS DEADLOCK

9    WHICH CANNOT BE RESOLVED BY FURTHER DELIBERATIONS?

10                   JUROR NO. 1:  I DO.

11                   THE DEPUTY CLERK:  JUROR NUMBER 2, PLEASE

12   RISE.  DO YOU AGREE THAT THERE IS A HOPELESS DEADLOCK

13   WHICH CANNOT BE RESOLVED BY FURTHER DELIBERATIONS?

14                   JUROR NO. 2:  I DO.

15                   THE DEPUTY CLERK:  THANK YOU.

16                   JUROR NUMBER 3, PLEASE RISE.  DO YOU

17   AGREE THAT THERE IS A HOPELESS DEADLOCK WHICH CANNOT BE

18   RESOLVED BY FURTHER DELIBERATIONS?

19                   JUROR NO. 3:  I DO.

20                   THE DEPUTY CLERK:  JUROR NUMBER 4, PLEASE

21   RISE.  DO YOU AGREE THAT THERE IS A HOPELESS DEADLOCK

22   WHICH CANNOT BE RESOLVED BY FURTHER DELIBERATIONS?

23                   JUROR NO. 4:  YES, I DO.

24                   THE DEPUTY CLERK:  JUROR NUMBER 5, PLEASE

25   RISE.  DO YOU AGREE THAT THERE IS A HOPELESS DEADLOCK

1    WHICH CANNOT BE RESOLVED BY FURTHER DELIBERATIONS?

2                    JUROR NO. 5:  I DO.

3                    THE DEPUTY CLERK:  JUROR NUMBER 6, PLEASE

4    RISE.  DO YOU AGREE THAT THERE IS A HOPELESS DEADLOCK

5    WHICH CANNOT BE RESOLVED BY FURTHER DELIBERATIONS?

6                    JUROR NO. 6:  I DO.

7                    THE DEPUTY CLERK:  THANK YOU.

8                    JUROR NUMBER 7, PLEASE RISE.  DO YOU

9    AGREE THAT THERE IS A HOPELESS DEADLOCK WHICH CANNOT BE

10   RESOLVED BY FURTHER DELIBERATIONS?

11                   JUROR NO. 7:  I DO.

12                   THE DEPUTY CLERK:  JUROR NUMBER 8, PLEASE

13   RISE.  DO YOU AGREE THAT THERE IS A HOPELESS DEADLOCK

14   WHICH CANNOT BE RESOLVED BY FURTHER DELIBERATIONS?

15                   JUROR NO. 8:  I DO.

16                   THE DEPUTY CLERK:  THANK YOU.

17                   JUROR NUMBER 9, PLEASE RISE.  DO YOU

18   AGREE THAT THERE IS A HOPELESS DEADLOCK WHICH CANNOT BE

19   RESOLVED BY FURTHER DELIBERATIONS?

20                   JUROR NO. 9:  I DO.

21                   THE DEPUTY CLERK:  JUROR NUMBER 10,

22   PLEASE RISE.  DO YOU AGREE THAT THERE IS A HOPELESS

23   DEADLOCK WHICH CANNOT BE RESOLVED BY FURTHER

24   DELIBERATIONS?

25                   JUROR NO. 10:  I DO.

1           THE DEPUTY CLERK:   JUROR NUMBER 11,

2   PLEASE RISE.   DO YOU AGREE THAT THERE IS A HOPELESS

3   DEADLOCK WHICH CANNOT BE RESOLVED BY FURTHER

4   DELIBERATIONS?

5           JUROR NO. 11:   I DO.

6           THE DEPUTY CLERK:   JUROR NUMBER 12,

7   PLEASE RISE.   DO YOU AGREE THAT THERE IS A HOPELESS

8   DEADLOCK WHICH CANNOT BE RESOLVED BY FURTHER

9   DELIBERATIONS?

10           JUROR NO. 12:   I DO.

11           THE DEPUTY CLERK:   THANK YOU.

12           THE COURT:   THIS COURT CONCLUDES THAT A

13   MISTRIAL IS NECESSARY.   I WILL DISCHARGE YOU, LADIES AND

14   GENTLEMEN.   I WOULD LIKE TO THANK YOU FOR YOUR SERVICE

15   AS JURORS.   I HOPE IT HAS BEEN AN INTERESTING EXPERIENCE

16   FOR YOU, BUT I HOPE THAT YOU HAVE LEARNED THAT OUR

17   SYSTEM CANNOT OPERATE UNLESS WE HAVE PEOPLE THAT ARE

18   WILLING TO TAKE TIME FROM THEIR SCHEDULES TO SERVE AS

19   JURORS IN THESE CASES.   AGAIN, I WOULD LIKE TO THANK YOU

20   FOR YOUR SERVICE.

21           YOU ARE EXCUSED.

22           (JURY OUT.)

23           THE COURT:   OKAY.   SO A MISTRIAL HAVING

24   BEEN DECLARED, THIS CASE IS IN SUSPENSE UNTIL THE

25   GOVERNMENT DECIDES WHETHER OR NOT THEY WANT TO TRY THE

1    DEFENDANT AGAIN.

2                   MS. NEWTON:  YES, YOUR HONOR, WE WILL

3    INFORM THE COURT.

4                   THE COURT:  DO YOU WANT US TO GIVE YOU A

5    DATE?

6                   MS. NEWTON:  DO WE WANT A DATE --

7                   THE COURT:  FOR STATUS.

8                   MS. NEWTON:  CERTAINLY, YOUR HONOR.

9                   THE COURT:  WE WILL GIVE IT A 30-DAY

10   DATE.

11                  MS. NEWTON:  THANK YOU, YOUR HONOR.

12                  THE COURT:  CAN WE HAVE A DATE, KIM?

13                  THE DEPUTY CLERK:  MAY 15TH.

14                  THE COURT:  MAY 15TH.

15                  THE DEPUTY CLERK:  MAY 15TH.

16                  THE DEPUTY CLERK:  WHAT TIME?

17                  THE COURT:  10 O'CLOCK.

18                  THE DEPUTY CLERK:  MAY 15TH AT

19   10 O'CLOCK.

20                  ALL COUNSEL:  THANK YOU.

21                  THE COURT:  OKAY, THANK YOU.

22                  (COURT ADJOURNED.)

23

24

25

1                                    I CERTIFY THAT THE

2     FOREGOING IS A CORRECT TRANSCRIPT FROM THE RECORD OF

3     PROCEEDINGS IN THE ABOVE-ENTITLED MATTER.

4

5

6

7     DATE                         OFFICIAL COURT REPORTER

8                                  LYNN MCCLOSKEY, RPR

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

## 1

**1** [2] - 11:7, 11:10
**10** [4] - 12:21, 12:25, 14:17, 14:19
**11** [3] - 9:2, 13:1, 13:5
**12** [2] - 13:6, 13:10
**1234** [1] - 1:22
**1250** [1] - 1:15
**15TH** [4] - 14:13, 14:14, 14:15, 14:18
**19106** [3] - 1:16, 1:23, 2:6

## 2

**2** [2] - 11:11, 11:14
**2-18-CR-00100-PTB-1** [1] - 1:4
**2019** [1] - 1:8

## 3

**3** [2] - 11:16, 11:19
**30-DAY** [1] - 14:9

## 4

**4** [2] - 11:20, 11:23
**4:00** [1] - 9:17
**4:30** [1] - 9:18

## 5

**5** [2] - 11:24, 12:2
**540W** [1] - 2:4

## 6

**6** [2] - 12:3, 12:6
**601** [2] - 1:22, 2:5
**615** [1] - 1:15
**649-4774** [1] - 1:23

## 7

**7** [3] - 1:10, 12:8, 12:11

## 8

**8** [2] - 12:12, 12:15
**856** [1] - 1:23

## 9

**9** [3] - 1:8, 12:17, 12:20

## A

**ABLE** [1] - 3:18
**ABOUT** [2] - 3:9, 8:8
**ABOVE** [1] - 15:3
**ABOVE-ENTITLED** [1] - 15:3
**ADDITIONAL** [2] - 8:16
**ADDRESS** [1] - 3:8
**ADJOURNED** [1] - 14:22
**AFTER** [2] - 3:17, 3:24
**AFTERNOON** [2] - 3:2, 3:3
**AFTERWARDS** [1] - 10:21
**AGAIN** [2] - 13:19, 14:1
**AGREE** [15] - 3:19, 6:11, 10:13, 11:8, 11:12, 11:17, 11:21, 11:25, 12:4, 12:9, 12:13, 12:18, 12:22, 13:2, 13:7
**AGREEING** [1] - 4:13
**AGREEMENT** [3] - 3:17, 3:22, 5:21
**ALL** [4] - 3:3, 5:1, 10:6, 14:20
**AM** [8] - 3:7, 6:23, 7:4, 8:8, 10:4, 10:5, 10:18, 10:24
**AMERICA** [1] - 1:4
**AN** [3] - 3:22, 5:21, 13:15
**AND** [17] - 2:3, 3:8, 3:17, 3:19, 3:21, 4:3, 4:9, 6:24, 7:19, 7:25, 9:9, 9:13, 9:20, 10:11, 10:14, 10:25, 13:13
**ANOTHER** [1] - 3:21
**ANSWERS** [1] - 8:17
**ANY** [4] - 5:4, 5:16, 6:15
**ANYTHING** [7] - 5:13, 5:15, 5:17, 6:18, 7:11, 7:12
**APOLOGIZE** [1] - 10:2
**APPEARANCES** [2] - 1:13, 2:1
**APPROPRIATE** [1] - 10:1
**APRIL** [1] - 1:8
**ARE** [18] - 3:6, 3:16, 3:18, 4:19, 4:22, 5:1, 5:14, 5:21, 7:15, 7:21, 7:25, 8:1, 8:2, 8:11, 10:4, 10:6,
13:17, 13:21
**AS** [7] - 3:20, 4:5, 4:14, 7:6, 13:15, 13:18
**ASK** [5] - 5:3, 5:13, 5:23, 8:10, 10:20
**AT** [7] - 3:7, 7:1, 8:8, 8:14, 9:4, 10:14, 14:18
**ATTORNEY'S** [1] - 1:14
**ATTORNEYS** [1] - 3:9
**AUSA** [1] - 1:15

## B

**BACK** [4] - 3:8, 6:23, 7:16, 9:13
**BE** [24] - 3:4, 3:14, 4:21, 5:18, 5:23, 5:24, 6:8, 8:7, 9:14, 9:25, 10:8, 11:4, 11:9, 11:13, 11:17, 11:22, 12:1, 12:5, 12:9, 12:14, 12:18, 12:23, 13:3, 13:8
**BECAUSE** [2] - 4:6, 8:9
**BEEN** [9] - 5:1, 7:14, 7:18, 7:20, 7:21, 8:25, 9:3, 13:15, 13:24
**BEFORE** [3] - 1:9, 10:2, 10:9
**BEING** [1] - 8:12
**BELIEVE** [3] - 3:5, 10:5
**BELIEVES** [1] - 5:3
**BEYOND** [2] - 4:10, 7:17
**BOTH** [1] - 10:10
**BRIEF** [2] - 5:8, 8:24
**BRING** [3] - 10:9, 10:18, 10:24
**BUT** [12] - 3:10, 3:17, 3:24, 4:4, 5:12, 5:15, 5:17, 5:22, 7:16, 8:7, 8:13, 13:16
**BUT..** [1] - 8:17
**BY** [14] - 1:15, 2:2, 11:9, 11:13, 11:18, 11:22, 12:1, 12:5, 12:10, 12:14, 12:19, 12:23, 13:3, 13:8

## C

**CALL** [5] - 6:24, 9:20, 9:21, 9:23
**CAN** [14] - 3:22, 5:12,
5:13, 5:21, 5:23, 6:9, 7:11, 7:13, 8:18, 9:12, 9:13, 9:16, 10:20, 14:12
**CAN'T** [1] - 7:12
**CANNOT** [14] - 5:17, 11:9, 11:13, 11:17, 11:22, 12:1, 12:5, 12:9, 12:14, 12:18, 12:23, 13:3, 13:8, 13:17
**CAREFULLY** [1] - 4:8
**CASE** [8] - 1:4, 3:24, 3:25, 9:4, 9:22, 9:23, 10:15, 13:24
**CASES** [1] - 13:19
**CATCH** [1] - 9:25
**CATHERINE** [1] - 2:2
**CAUSE** [1] - 6:19
**CENTER** [1] - 2:5
**CERTAINLY** [1] - 14:8
**CERTIFY** [1] - 15:1
**CHANGE** [3] - 4:3, 6:16, 6:20
**CHANGED** [2] - 3:5, 5:3
**CHESTNUT** [1] - 1:15
**CLERK** [18] - 3:1, 11:7, 11:11, 11:15, 11:20, 11:24, 12:3, 12:7, 12:12, 12:16, 12:21, 13:1, 13:6, 13:11, 14:13, 14:15, 14:16, 14:18
**CLOSE** [1] - 5:14
**COME** [4] - 5:21, 7:16, 7:19, 8:2
**COMMUNITY** [1] - 2:2
**COMPUTER** [1] - 9:8
**CONCLUDES** [1] - 13:12
**CONSIDERATION** [1] - 3:25
**CONSISTENT** [1] - 7:20
**CONSULT** [1] - 3:20
**CONT** [1] - 2:1
**CONTINUE** [2] - 3:11, 9:13
**CONTINUED** [1] - 6:15
**CONTINUES** [2] - 4:20, 10:7
**CONTROL** [1] - 7:17
**CONVICTION** [1] - 4:5
**CONVINCED** [1] - 4:4
**CORRECT** [3] - 6:12, 6:13, 15:2
**COULD** [1] - 6:19
**COUNSEL** [7] - 3:3, 4:23, 6:23, 7:1, 10:9,
5:13, 5:21, 5:23, 6:9, 7:11, 7:13, 8:18, 9:12, 9:13, 9:16, 10:20, 14:12
**COURSE** [2] - 4:2, 10:1
**COURT** [51] - 1:1, 1:21, 3:1, 3:2, 3:4, 3:14, 4:19, 4:21, 5:7, 5:19, 6:6, 6:8, 6:10, 6:14, 6:18, 6:19, 6:22, 7:1, 7:4, 7:12, 7:22, 8:1, 8:6, 8:7, 8:18, 8:25, 9:3, 9:12, 9:18, 9:21, 10:4, 10:6, 10:8, 10:18, 10:22, 10:24, 11:2, 11:4, 13:12, 13:23, 14:3, 14:4, 14:7, 14:9, 14:12, 14:14, 14:17, 14:21, 14:22, 15:7
**COURTHOUSE** [1] - 1:22
**CRIMINAL** [1] - 1:4
**CURIOUS** [1] - 8:9
**CURTIS** [1] - 2:5

## D

**D0** [1] - 11:23
**DATE** [5] - 14:5, 14:6, 14:10, 14:12, 15:7
**DAY** [6] - 1:10, 5:15, 8:18, 9:7, 9:20, 9:21
**DEADLOCK** [12] - 11:8, 11:12, 11:17, 11:21, 11:25, 12:4, 12:9, 12:13, 12:18, 12:23, 13:3, 13:8
**DEADLOCKED** [1] - 3:6
**DECIDE** [2] - 3:23, 4:9
**DECIDES** [1] - 13:25
**DECISION** [1] - 10:14
**DECISIONS** [1] - 10:2
**DECLARED** [1] - 13:24
**DEFENDANT** [3] - 2:2, 4:10, 14:1
**DEFENDER** [1] - 2:2
**DEFENSE** [2] - 10:10, 10:12
**DELIBERATE** [5] - 3:10, 3:21, 4:20, 5:4, 10:7
**DELIBERATING** [3] - 7:14, 8:25, 9:4
**DELIBERATIONS** [16] - 3:11, 4:2, 5:24, 6:15, 11:9, 11:13, 11:18, 11:22, 12:1, 12:5, 12:10, 12:14,

12:19, 12:24, 13:4,
13:9
**DEPUTY** [17] - 11:7,
11:11, 11:15, 11:20,
11:24, 12:3, 12:7,
12:12, 12:16, 12:21,
13:1, 13:6, 13:11,
14:13, 14:15, 14:16,
14:18
**DID** [1] - 8:10
**DIDN'T** [3] - 7:8, 8:6,
8:14
**DIFFERENCES** [1] -
3:19
**DIFFICULTY** [1] - 3:16
**DISCHARGE** [1] -
13:13
**DISCUSS** [1] - 4:14
**DISCUSSION** [2] -
6:23, 7:3
**DISCUSSIONS** [1] -
3:18
**DISTRICT** [2] - 1:1, 1:2
**DO** [39] - 3:7, 3:22,
3:24, 4:2, 4:4, 5:12,
6:11, 6:14, 6:17,
6:19, 7:13, 8:9, 8:20,
9:19, 11:8, 11:10,
11:12, 11:14, 11:16,
11:19, 11:21, 11:25,
12:2, 12:4, 12:6,
12:8, 12:11, 12:13,
12:15, 12:17, 12:20,
12:22, 12:25, 13:2,
13:5, 13:7, 13:10,
14:4, 14:6
**DOCKET** [1] - 1:4
**DOES** [3] - 5:2, 5:22,
9:19
**DON'T** [5] - 5:16, 5:18,
7:10, 8:19, 9:15
**DOUBT** [1] - 4:11
**DUTY** [1] - 3:20

## E

**EACH** [1] - 3:23
**EARLIER** [1] - 7:6
**EARLY** [2] - 9:7, 9:10
**EASTERN** [1] - 1:2
**EDPA** [1] - 2:4
**EFFECT** [1] - 4:6
**ELSE** [1] - 8:9
**END** [2] - 5:15, 10:15
**ENDED** [1] - 9:10
**ENOUGH** [1] - 7:14
**ENTITLED** [1] - 15:3
**ERRONEOUS** [1] - 4:4
**ESQUIRE** [2] - 2:2, 2:3
**EVIDENCE** [2] - 3:25,

4:6
**EXCUSED** [1] - 13:21
**EXHIBITS** [2] - 8:10,
8:16
**EXPERIENCE** [1] -
13:15

## F

**FEDERAL** [1] - 2:2
**FEELS** [1] - 5:24
**FELLOW** [2] - 4:1, 4:7
**FINISH** [1] - 9:7
**FIRST** [2] - 9:7, 10:12
**FLIGHT** [1] - 9:25
**FOR** [15] - 1:4, 1:14,
2:2, 3:24, 4:7, 4:9,
7:5, 8:10, 8:22, 10:2,
11:6, 13:14, 13:16,
13:20, 14:7
**FOREGOING** [1] -
15:2
**FOREPERSON** [6] -
5:23, 6:9, 6:13, 6:17,
6:21, 8:15
**FRIDAY** [2] - 9:9, 9:11
**FROM** [4] - 4:24, 8:15,
13:18, 15:2
**FRUITFUL** [1] - 5:25
**FURTHER** [15] - 3:18,
5:16, 5:24, 11:9,
11:13, 11:18, 11:22,
12:1, 12:5, 12:10,
12:14, 12:19, 12:23,
13:3, 13:8

## G

**GENTLEMEN** [1] -
13:14
**GIVE** [3] - 8:18, 14:4,
14:9
**GIVEN** [1] - 4:25
**GLITCH** [1] - 9:8
**GO** [3] - 4:24, 9:12,
10:14
**GOING** [9] - 3:7, 5:21,
6:22, 6:23, 7:16, 8:2,
10:18, 10:24, 11:5
**GOOD** [4] - 3:2, 3:3,
6:2, 9:20
**GOT** [1] - 7:9
**GOVERNMENT** [5] -
1:14, 4:10, 5:3,
10:16, 13:25
**GOVERNMENT'S** [1] -
10:11
**GUESS** [1] - 9:17,
9:23
**GUILTY** [1] - 4:10

## H

**HAD** [1] - 9:7
**HARD** [1] - 7:15
**HAS** [9] - 3:5, 4:10,
4:22, 5:1, 5:3, 7:19,
7:20, 10:17, 13:15
**HATE** [1] - 7:16
**HAVE** [22] - 4:9, 4:12,
5:5, 5:10, 5:20, 6:10,
6:22, 7:6, 7:14, 7:18,
7:19, 7:21, 8:25, 9:3,
9:15, 9:25, 10:10,
10:14, 10:20, 13:16,
13:17, 14:12
**HAVING** [3] - 3:16,
10:2, 13:23
**HELL** [1] - 8:12
**HELP** [1] - 5:14
**HELPFUL** [1] - 5:18
**HENRY** [21] - 2:2, 5:5,
5:11, 6:1, 7:8, 7:11,
7:18, 7:24, 8:5, 8:11,
8:20, 8:22, 9:2, 9:16,
9:19, 9:23, 10:1,
10:13, 10:20, 10:23,
11:1
**HER** [1] - 5:23
**HERE** [3] - 4:24, 9:14,
10:1
**HESITATE** [1] - 4:3
**HONEST** [1] - 4:5
**HONOR** [15] - 3:3,
4:25, 5:6, 5:9, 5:11,
6:3, 6:5, 7:5, 8:9,
9:24, 10:13, 10:16,
14:2, 14:8, 14:11
**HONORABLE** [1] - 1:9
**HOPE** [1] - 13:15,
13:16
**HOPELESS** [12] -
11:8, 11:12, 11:17,
11:21, 11:25, 12:4,
12:9, 12:13, 12:18,
12:22, 13:2, 13:7
**HOURS** [2] - 9:4, 9:12
**HOW** [2] - 3:9, 9:1
**HURRY** [1] - 4:15

## I

**I'M** [1] - 6:22
**IF** [9] - 3:22, 4:4, 4:9,
5:13, 5:15, 5:23,
7:16, 10:20, 10:22
**IMPACT** [1] - 6:19
**IMPARTIAL** [1] - 3:24
**IN** [20] - 3:10, 3:13,
3:25, 4:2, 4:19, 5:8,
5:13, 5:15, 5:23, 6:7,

8:2, 8:6, 10:6, 10:9,
10:11, 10:15, 11:3,
13:19, 13:24, 15:3
**INDICATED** [2] - 4:22,
5:20
**INDIVIDUAL** [1] - 3:23
**INDIVIDUALLY** [2] -
10:25, 11:5
**INFORM** [1] - 14:3
**INFORMATION** [1] -
5:22
**INSTRUCT** [1] - 3:11
**INSTRUCTION** [2] -
4:16, 5:16
**INTERESTING** [2] -
8:4, 13:15
**INTERIM** [1] - 3:10
**INTO** [1] - 4:13
**IS** [35] - 3:7, 3:17,
3:20, 4:4, 4:12, 4:14,
5:11, 5:12, 5:13,
5:15, 5:20, 6:12,
6:14, 6:18, 7:13, 8:2,
8:12, 9:13, 11:5,
11:8, 11:12, 11:17,
11:21, 11:25, 12:4,
12:9, 12:13, 12:18,
12:22, 13:2, 13:7,
13:13, 13:24, 15:2
**ISSUE** [1] - 7:13
**IT** [14] - 3:20, 4:4, 5:2,
5:19, 7:9, 8:14, 8:15,
8:18, 9:20, 9:21,
9:23, 13:15, 14:9
**IT'S** [4] - 4:23, 7:15,
7:17, 8:9

## J

**JUDGE** [2] - 1:9, 8:23
**JUDGMENT** [1] - 3:23
**JUROR** [24] - 11:7,
11:10, 11:11, 11:14,
11:16, 11:19, 11:20,
11:23, 11:24, 12:2,
12:3, 12:6, 12:8,
12:11, 12:12, 12:15,
12:17, 12:20, 12:21,
12:25, 13:1, 13:5,
13:6, 13:10
**JURORS** [10] - 3:10,
3:18, 3:20, 4:1, 4:7,
4:8, 5:20, 10:19,
13:15, 13:19
**JURY** [18] - 3:5, 3:13,
3:15, 4:17, 4:18,
4:20, 4:22, 4:25, 6:7,
6:11, 6:24, 6:25,
10:7, 10:9, 10:14,
10:21, 11:3, 13:22

**JUST** [4] - 3:10, 4:12,
5:5, 9:24

## K

**K.T** [1] - 1:15
**KEEP** [1] - 3:9
**KIM** [5] - 3:12, 7:19,
11:2, 11:5, 14:12
**KNOW** [7] - 5:12, 5:17,
5:18, 7:8, 7:10, 8:19,
9:25

## L

**LADIES** [1] - 13:13
**LEARNED** [1] - 13:16
**LEAST** [2] - 8:14, 9:4
**LEAVE** [1] - 10:2
**LEAVING** [1] - 9:25
**LESS** [1] - 9:6
**LET** [3] - 7:1, 8:22,
10:14
**LET'S** [1] - 9:19
**LIKE** [7] - 5:2, 7:20,
8:12, 8:15, 10:10,
13:14, 13:19
**LISTEN** [1] - 4:8
**LONG** [3] - 3:9, 7:14,
9:1
**LONGER** [1] - 5:4
**LOSS** [1] - 8:8
**LYNN** [2] - 1:21, 15:8

## M

**MACEOIN** [12] - 2:3,
6:2, 7:10, 7:15, 8:4,
8:8, 8:19, 8:21, 9:9,
9:15, 9:24, 10:5
**MADAM** [1] - 6:9
**MADE** [2] - 8:13, 9:14
**MAKE** [2] - 7:16, 10:1
**MARKET** [1] - 1:22
**MATTER** [1] - 15:3
**MAY** [11] - 3:4, 3:14,
4:21, 5:5, 6:8, 10:8,
11:4, 14:13, 14:14,
14:15, 14:18
**MAYBE** [2] - 8:12,
8:13
**MCCLOSKEY** [2] -
1:21, 15:8
**ME** [3] - 5:19, 7:1, 10:5
**MEAN** [6] - 5:14, 7:18,
7:20, 8:9, 8:21, 9:16
**MEANT** [1] - 4:12
**MEMBERS** [1] - 3:15
**MERE** [1] - 4:7
**MERITLESS** [1] - 5:25

**MICHAEL** [1] - 1:6
**MISTRIAL** [4] - 10:11, 10:15, 13:13, 13:23
**MOMENT** [1] - 5:5
**MORE** [2] - 8:10, 8:18
**MOTION** [2] - 9:13, 9:15
**MS** [43] - 4:25, 5:5, 5:9, 5:11, 6:1, 6:2, 6:4, 7:5, 7:8, 7:10, 7:11, 7:15, 7:18, 7:24, 8:4, 8:5, 8:8, 8:11, 8:14, 8:19, 8:20, 8:21, 8:22, 9:2, 9:6, 9:9, 9:10, 9:15, 9:16, 9:19, 9:23, 9:24, 10:1, 10:5, 10:13, 10:16, 10:20, 10:23, 11:1, 14:2, 14:6, 14:8, 14:11
**MUCH** [1] - 4:14
**MUST** [1] - 3:23
**MY** [2] - 6:10, 7:6

**N**

**NANCY** [1] - 2:3
**NECESSARY** [1] - 13:13
**NEED** [2] - 4:14, 5:23
**NEWTON** [13] - 1:15, 4:25, 5:9, 6:4, 7:5, 8:14, 9:6, 9:10, 10:16, 14:2, 14:6, 14:8, 14:11
**NO** [20] - 1:4, 4:14, 5:20, 6:4, 6:21, 8:2, 8:16, 10:17, 11:10, 11:14, 11:19, 11:23, 12:2, 12:6, 12:11, 12:15, 12:20, 12:25, 13:5, 13:10
**NOT** [17] - 3:5, 3:17, 4:3, 4:4, 4:12, 5:2, 5:3, 5:10, 5:22, 6:11, 6:17, 7:6, 7:13, 7:17, 7:18, 8:13, 13:25
**NOW** [1] - 7:25
**NUMBER** [12] - 11:7, 11:11, 11:16, 11:20, 11:24, 12:3, 12:8, 12:12, 12:17, 12:21, 13:1, 13:6

**O**

**O'CLOCK** [3] - 9:2, 14:17, 14:19
**OBJECTION** [2] - 6:4, 10:17

**OCCURRED** [1] - 7:3
**OF** [17] - 1:2, 1:14, 3:15, 3:23, 3:25, 4:2, 4:6, 4:7, 5:1, 5:15, 5:17, 7:11, 7:12, 10:1, 15:2
**OFFICE** [1] - 1:14, 2:4
**OFFICER** [1] - 6:10
**OFFICIAL** [1] - 1:21, 15:7
**OFTEN** [1] - 3:17
**OKAY** [15] - 3:12, 3:14, 4:19, 4:21, 6:1, 6:6, 7:9, 10:8, 10:18, 10:23, 11:1, 11:2, 11:4, 13:23, 14:21
**ON** [4] - 6:11, 8:7, 9:11, 10:10
**ONE** [2] - 3:21, 8:18
**ONLY** [2] - 3:24, 7:13
**OPEN** [2] - 7:4, 8:7
**OPENS** [1] - 3:1
**OPERATE** [1] - 13:17
**OPINION** [3] - 4:4, 4:6, 5:24
**OR** [12] - 4:5, 4:7, 4:13, 5:16, 5:25, 6:19, 7:13, 8:16, 9:17, 9:21, 13:25
**OTHER** [1] - 4:8
**OUR** [2] - 7:17, 13:16
**OUT** [7] - 3:18, 4:18, 6:25, 7:10, 10:19, 10:24, 13:22
**OWN** [1] - 4:3

**P**

**PA** [4] - 1:8, 1:16, 1:23, 2:6
**PARTICULAR** [2] - 5:14, 5:16
**PAUSE** [2] - 5:8, 8:24
**PENNSYLVANIA** [1] - 1:2
**PEOPLE** [1] - 13:17
**PERHAPS** [1] - 5:9
**PERMISSION** [1] - 10:21
**PETRESE** [1] - 1:9
**PHILADELPHIA** [4] - 1:8, 1:16, 1:23, 2:6
**PLEASE** [6] - 6:9, 11:7, 11:11, 11:16, 11:20, 11:24, 12:3, 12:8, 12:12, 12:17, 12:22, 13:2, 13:7
**POINT** [2] - 3:7, 10:14
**POLL** [1] - 5:21
**POSITION** [1] - 10:11

**POSSIBILITY** [1] - 6:15
**PRESSURE** [1] - 4:13
**PROCEEDING** [2] - 5:8, 8:24
**PROCEEDINGS** [1] - 15:3
**PROGRESS** [2] - 8:12, 8:16
**PROVEN** [1] - 4:10
**PURPOSE** [1] - 4:7

**Q**

**QUESTION** [2] - 10:25, 11:5

**R**

**REACH** [3] - 4:23, 5:2, 10:3
**REACHING** [2] - 3:16, 3:22
**REALIZE** [1] - 3:15
**REASONABLE** [1] - 4:11
**RECESS** [2] - 4:19, 10:6
**RECOMMEND** [1] - 3:8
**RECORD** [5] - 7:5, 8:7, 10:10, 11:6, 15:2
**REEXAMINE** [1] - 4:3
**REGARDS** [1] - 10:11
**REMEMBER** [1] - 7:24
**REPORTER** [2] - 1:21, 15:7
**RESOLVED** [12] - 11:9, 11:13, 11:18, 11:22, 12:1, 12:5, 12:10, 12:14, 12:19, 12:23, 13:3, 13:8
**RETURN** [1] - 4:16
**RETURNING** [1] - 4:7
**REVEAL** [1] - 5:22
**REVEALED** [1] - 5:23
**RIGHT** [1] - 10:6
**RISE** [12] - 11:8, 11:12, 11:16, 11:21, 11:25, 12:4, 12:8, 12:13, 12:17, 12:22, 13:2, 13:7
**ROHANA** [1] - 1:6
**ROOM** [2] - 4:17, 6:24
**RPR** [2] - 1:21, 15:8
**RUSH** [1] - 4:13

**S**

**SAID** [6] - 4:12, 5:10, 7:7, 7:22, 8:1, 8:15
**SAY** [3] - 4:9, 7:15, 8:6
**SAYING** [1] - 7:21
**SCHEDULES** [1] - 13:18
**SEATED** [6] - 3:4, 3:14, 4:21, 6:8, 10:8, 11:4
**SECOND** [1] - 8:22
**SEE** [1] - 7:1
**SEEMS** [2] - 5:19, 8:11
**SEND** [2] - 3:8, 6:23
**SERVE** [1] - 13:18
**SERVICE** [2] - 13:14, 13:20
**SHE** [1] - 5:24
**SHORTLY** [1] - 6:24
**SHOULD** [5] - 3:11, 5:3, 5:9, 7:6, 8:7
**SIDEBAR** [2] - 7:2, 7:3
**SINCE** [1] - 9:2
**SITUATION** [2] - 6:16, 6:19
**SLIGHTLY** [1] - 9:6
**SO** [10] - 3:22, 3:24, 4:23, 6:23, 9:3, 9:12, 9:24, 9:25, 10:2, 13:23
**SOLELY** [1] - 4:6
**SOLUTION** [1] - 6:3
**SOME** [3] - 3:16, 6:22, 8:12
**SOMETHING** [1] - 5:13
**SORRY** [1] - 10:4
**SOUND** [3] - 5:2, 8:14, 9:20
**SOUNDED** [1] - 8:15
**SPEAK** [2] - 10:21, 10:22
**SPECIFIC** [1] - 5:18
**STAND** [1] - 6:9
**STATES** [2] - 1:1, 1:4
**STATUS** [1] - 14:7
**STREET** [3] - 1:15, 1:22, 2:5
**STUCK** [5] - 7:21, 7:23, 7:25, 8:1, 8:5
**SUGGESTION** [1] - 7:6
**SUGGESTIONS** [1] - 7:4
**SUITE** [2] - 1:15, 2:4
**SURRENDER** [1] - 4:5
**SUSPENSE** [1] - 13:24
**SYSTEM** [1] - 13:17

**T**

**TAKE** [2] - 4:13, 13:18
**TELLING** [1] - 5:1
**TEN** [2] - 9:4, 9:12
**THAN** [1] - 9:6
**THANK** [9] - 11:15, 12:7, 12:16, 13:11, 13:14, 13:19, 14:11, 14:20, 14:21
**THAT** [61] - 3:8, 3:11, 3:15, 3:17, 4:16, 4:22, 5:1, 5:2, 5:10, 5:12, 5:13, 5:14, 5:18, 5:19, 5:20, 5:21, 5:22, 5:24, 6:4, 6:10, 6:11, 6:12, 6:14, 6:15, 6:16, 6:18, 6:19, 7:7, 7:8, 7:19, 7:20, 7:21, 7:24, 8:2, 8:6, 8:7, 8:11, 8:12, 9:6, 9:19, 10:17, 11:8, 11:12, 11:17, 11:21, 11:25, 12:4, 12:9, 12:13, 12:18, 12:22, 13:2, 13:7, 13:12, 13:16, 13:17, 15:1
**THAT'S** [5] - 6:2, 6:13, 7:16, 8:5, 9:10
**THE** [119] - 1:14, 2:2, 2:5, 3:2, 3:4, 3:5, 3:9, 3:10, 3:14, 3:15, 3:23, 3:25, 4:2, 4:5, 4:6, 4:7, 4:8, 4:9, 4:10, 4:17, 4:19, 4:21, 4:22, 4:25, 5:3, 5:7, 5:8, 5:15, 5:19, 5:20, 5:23, 6:6, 6:8, 6:11, 6:13, 6:14, 6:17, 6:18, 6:19, 6:21, 6:22, 6:24, 7:1, 7:4, 7:5, 7:12, 7:13, 7:22, 8:1, 8:6, 8:7, 8:15, 8:16, 8:18, 8:24, 8:25, 9:3, 9:4, 9:7, 9:12, 9:18, 9:21, 10:1, 10:4, 10:6, 10:8, 10:9, 10:10, 10:11, 10:12, 10:13, 10:14, 10:16, 10:18, 10:19, 10:21, 10:22, 10:24, 11:2, 11:4, 11:6, 11:7, 11:11, 11:15, 11:20, 11:24, 12:3, 12:7, 12:12, 12:16, 12:21, 13:1, 13:6, 13:11, 13:12, 13:23, 13:24, 13:25, 14:3, 14:4, 14:7,

14:9, 14:12, 14:13, 14:14, 14:15, 14:16, 14:17, 14:18, 14:21, 15:1, 15:2, 15:3
THEIR [2] - 3:18, 13:18
THEM [9] - 3:8, 3:11, 5:4, 5:14, 5:22, 7:16, 10:24, 10:25
THEN [2] - 4:9, 9:20
THERE [23] - 4:14, 5:11, 5:12, 5:13, 5:15, 5:20, 6:14, 6:18, 8:2, 8:15, 9:13, 11:8, 11:12, 11:17, 11:21, 11:25, 12:4, 12:9, 12:13, 12:18, 12:22, 13:2, 13:7
THESE [1] - 13:19
THEY [22] - 3:5, 3:11, 4:22, 5:1, 5:21, 7:13, 7:15, 7:20, 7:21, 7:22, 7:25, 8:1, 8:10, 8:11, 8:25, 9:3, 9:12, 9:13, 10:22, 13:25
THING [1] - 7:20
THINGS [1] - 4:14
THINK [13] - 3:9, 5:1, 5:17, 6:2, 6:11, 6:14, 7:11, 7:12, 7:13, 8:12, 8:20, 8:22, 9:7
THIS [7] - 3:7, 3:25, 6:18, 8:24, 10:14, 13:12, 13:24
TIME [3] - 4:14, 13:18, 14:16
TO [63] - 3:7, 3:9, 3:10, 3:18, 3:20, 3:21, 3:23, 4:3, 4:5, 4:8, 4:9, 4:12, 4:13, 4:14, 4:17, 4:20, 4:23, 5:2, 5:4, 5:15, 5:19, 5:21, 5:23, 6:4, 6:20, 6:22, 6:23, 6:24, 7:4, 7:15, 7:16, 8:2, 8:6, 8:9, 9:5, 9:7, 9:13, 9:25, 10:1, 10:2, 10:7, 10:10, 10:11, 10:14, 10:17, 10:18, 10:21, 10:22, 10:24, 11:5, 13:14, 13:18, 13:19, 13:25, 14:4
TODAY [2] - 5:1, 7:25
TOLD [2] - 6:10, 7:19
TOO [2] - 10:4, 10:5
TOOK [1] - 9:4
TRANSCRIPT [1] - 15:2
TRIAL [1] - 1:10
TRUE [1] - 9:10

TRUST [1] - 10:1
TRY [2] - 9:5, 13:25
TUCKER [1] - 1:9

U

U.S [1] - 1:14
UNABLE [2] - 4:23, 5:2
UNANIMOUS [3] - 3:16, 6:12, 8:3
UNITED [2] - 1:1, 1:4
UNLESS [2] - 9:13, 13:17
UNTIL [3] - 9:16, 9:18, 13:24
UNUSUAL [1] - 3:17
UP [1] - 4:23
UPON [1] - 6:24
US [6] - 1:22, 5:1, 7:16, 7:19, 8:22, 14:4

V

VERDICT [7] - 4:8, 4:13, 4:23, 5:2, 6:12, 8:3, 10:3
VIEW [1] - 3:21
VIEWS [1] - 4:3
VIOLENCE [1] - 3:22
VS [1] - 1:5

W

WAIT [2] - 9:16, 9:18
WALNUT [1] - 2:5
WANT [6] - 3:9, 5:12, 8:6, 13:25, 14:4, 14:6
WAS [2] - 7:8, 8:15
WAY [2] - 5:20, 8:2
WE [26] - 4:19, 4:24, 5:3, 5:5, 5:14, 6:24, 7:12, 7:16, 7:18, 8:2, 8:18, 9:6, 9:10, 9:16, 9:18, 9:20, 10:2, 10:6, 10:9, 10:20, 13:17, 14:2, 14:6, 14:9, 14:12
WEEK [1] - 9:4
WEIGHT [1] - 4:5
WELL [1] - 5:19
WERE [1] - 7:22
WHAT [10] - 3:7, 4:8, 4:12, 5:17, 5:20, 7:10, 8:8, 8:15, 8:20, 14:16
WHATEVER [2] - 5:12, 9:17

WHEN [1] - 7:19
WHERE [1] - 4:23
WHETHER [2] - 7:13, 13:25
WHICH [13] - 8:11, 11:9, 11:13, 11:17, 11:22, 12:1, 12:5, 12:9, 12:14, 12:18, 12:23, 13:3, 13:8
WILL [10] - 3:10, 4:16, 6:11, 6:24, 9:18, 9:20, 9:25, 13:13, 14:2, 14:9
WILLING [1] - 13:18
WISH [1] - 10:22
WITH [8] - 3:21, 3:25, 4:16, 6:23, 8:16, 9:7, 10:13
WITHDRAW [1] - 7:6
WITHOUT [1] - 3:22
WORK [1] - 3:18
WOULD [11] - 3:8, 5:14, 5:18, 5:22, 5:24, 6:15, 6:19, 10:10, 10:20, 13:14, 13:19

Y

YES [3] - 5:7, 11:23, 14:2
YESTERDAY [3] - 7:22, 7:24, 9:2
YOU [59] - 3:4, 3:9, 3:14, 3:15, 3:22, 3:23, 4:13, 4:14, 4:16, 4:21, 5:12, 5:13, 6:8, 6:9, 6:10, 6:11, 6:14, 6:23, 6:24, 7:11, 7:13, 7:19, 8:12, 8:20, 9:24, 10:4, 10:8, 10:22, 11:4, 11:5, 11:8, 11:12, 11:15, 11:16, 11:21, 11:25, 12:4, 12:7, 12:8, 12:13, 12:16, 12:17, 12:22, 13:2, 13:7, 13:11, 13:13, 13:14, 13:16, 13:19, 13:21, 14:4, 14:11, 14:20, 14:21
YOUR [24] - 3:3, 3:20, 3:25, 4:2, 4:3, 4:5, 4:7, 4:25, 5:6, 5:9, 5:11, 6:3, 6:4, 7:5, 8:9, 9:24, 10:13, 10:16, 13:14, 13:20, 14:2, 14:8, 14:11
YOURSELF [2] - 3:24,

4:9