IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

:　　　　CRIMINAL ACTION

v.　　　　　　　　　　　　:

:　　　　No. 18-100

MICHAEL ROHANA

## SCHEDULING ORDER

AND NOW, on this 22nd day of September 2022, it is hereby

**ORDERED** as follows:

1. Counsel shall comply with the Federal Rules of Criminal

   Procedure, the Federal Rules of Evidence, the Local Rules of this

   district, and this Court's Policies and Procedures.

2. The United States is obligated, pursuant to *Brady v. Maryland*, 373

   U.S. 83 (1963), *Giglio v. United States*, 405 U.S. 150 (1972), and

   subsequent cases, to timely disclose information favorable to the

   defense as to criminal liability on the charged offenses or

   mitigation of any punishment that may be imposed.  Such

   favorable information includes information that may cast doubt on

   the credibility of government witnesses.

3. Failure to comply with the disclosure obligations may result in

   exclusion of evidence, dismissal of charges, contempt proceedings,

   disciplinary referral, or any other relief authorized by law.

1

4. Discovery shall be completed by **November 4, 2022**.  Expert reports and expert curriculum vitae shall be exchanged by **December 2, 2022**.

5. Pretrial motions shall be filed no later than **January 6, 2023**. Responses shall be filed no later than **February 3, 2023**.

6. The Court may schedule a hearing on pretrial motions upon consultation with counsel.

7. Pretrial memoranda and witness lists, as well as proposed voir dire questions, jury instructions, and verdict forms, shall be filed by **April 3, 2023**.

8. The jury trial is scheduled for **April 17, 2023** at **9:00 AM** in **courtroom 11B**.  Counsel must provide a joint exhibit binder.

9. The attorneys on this case are attached for all court proceedings.

**IT IS SO ORDERED.**

BY THE COURT:

/s/ Chad F. Kenney
_____
CHAD F. KENNEY, J.

Cc:        Counsel